## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Commodity Futures Trading Commission v. Long Leaf Trading et. al.    Case Number: 20-3758

An appearance is hereby filed by the undersigned as attorney for:
Commodity Futures Trading Commission

Attorney name (type or print): Ashley J. Burden

Firm: Commodity Futures Trading Commission

Street address: 525 W. Monroe St., Ste. 1100

City/State/Zip: Chicago, IL 60661

Bar ID Number: 6285840    Telephone Number: 312-596-0693
(See item 3 in instructions)

Email Address: aburden@cftc.gov

Are you acting as lead counsel in this case?    ☑ Yes ☐ No

Are you acting as local counsel in this case?    ☐ Yes ☑ No

Are you a member of the court's trial bar?    ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney?    ☑ Yes ☐ No

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 6/26/20

Attorney signature: S/ Ashley J. Burden
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015