## Declaration of Ashley J. Burden Pursuant to 28 U.S.C. § 1746

I, Ashley J Burden make the following declaration based upon my personal knowledge:

1.     I am currently employed as a Senior Trial Attorney for the Commodity Futures Trading Commission ("CFTC" or "Commission") Division of Enforcement.  I am counsel of record for the CFTC in the matter titled *CFTC v. Long Leaf Trading Group, Inc.*, Case No. 1:20-cv-03758 (N.D. Ill.).

2.     I make this declaration in support of the CFTC's motion for an order permitting alternative service upon defendant Andrew D. Nelson, pursuant to Federal Rule of Civil Procedure 4(e)(1).

3.     As set forth below, diligent inquiry has been made as to the location of Nelson, and reasonable efforts to make service on Nelson have been unsuccessful.

### Attempted Service on Known Potential Addresses

4.     In order to ascertain Nelson's address, the CFTC utilized a skip-trading service offered by Thomson Reuters called CLEAR.  CLEAR is an electronic database that collects information from, e.g., credit bureaus, utility providers, secretaries of state, and the internet to assist government agencies in locating persons. CLEAR showed only two addresses associated with Nelson from the past two years.

5.     The first address is 267 May St. E. in Elmhurst, IL.  This is a single-family home owned by Nelson's parents, David and Barbara Nelson.  CLEAR reflects that this was last reported as Nelson's address on June 19, 2020.

6.     The second address is 1000 S. Clark Street, Unit 1717 in Chicago, IL.  This is a large residential high-rise building with a doorman.  CLEAR reflects that this was last reported as Nelson's address on August 9, 2019.  The CFTC retained a process server to attempt service on both addresses.

7.      The process server twice attempted to serve Nelson at the Elmhurst address, on June 29 and 30.  (Emails Among CFTC Staff and R. Short, Capital Process Services, Inc., Ex. A at 7-8.)  On the second attempt, Nelson's mother, Barbara Nelson, answered the door.  (*Id*. at 5.) Mrs. Nelson advised the process server that Andrew Nelson is her son.  (*Id*.)  Mrs. Nelson advised the process server that Andrew Nelson no longer lives in the family home and that he lives elsewhere with his girlfriend.  (*Id*.)  Mrs. Nelson otherwise disclaimed any knowledge of her son's whereabouts.  (*Id*.)

8.      The process server attempted to serve Nelson at the 1000 S. Clark Street address on July 10, 2020.  (*Id*. at 1.)  The doorman advised the process server that no Andrew Nelson resides within the building.  (*Id*.)

### Attempts to Determine Nelson's Current Whereabouts

9.      On July 6, 2020, CFTC staff called Mrs. Nelson on the telephone to ask if she knew where Andrew Nelson currently resided or is she could provide the name of Nelson's girlfriend.  Mrs. Nelson advised staff that they would have to find Nelson "some other way," and hung up the phone.

10.      Staff attempted to determine the identity of Nelson's girlfriend through Facebook to no avail.  Nelson's Facebook profile is non-public and does not reflect any relationship information.

11.      Staff for the CFTC also attempted to locate Nelson through his recent employers. Nelson's LinkedIn profile reflects that Nelson is the managing partner of WEN Capital LLC, and has been since November 2019.  (Nelson LinkedIn Profile, Ex. B at 2.)  WEN Capital is not

registered in any capacity with the CFTC or the Securities and Exchange Commission.  Staff has
been unable to find a webpage or social media presence for WEN Capital.[1]

12.     Nelson's LinkedIn profile also reflects that Nelson from September 2019 through
the present has been employed as a Senior Associate at Chicago Crypto Capital.  (*Id*. at 2.)  The
office manager at Chicago Crypto advised CFTC Staff on July 13, 2020, that Nelson no longer
works at the firm.  Staff for the CFTC on July 13, 2020, left a phone message for the principal of
Chicago Crypto requesting a voluntary production of contact information for Nelson.  No return
call has been forthcoming.

**Attempts to Communicate with Nelson**

13.     CFTC staff reached out directly to Nelson to apprise him of the above-captioned
action and to request an up-to-date address.  On July 1, 2020, Staff emailed Nelson at
adnelson0503@gmail.com to provide him with a copy of the complaint.  (Email from A. Burden,
counsel for CFTC, to A. Nelson, Ex. C at 1.)  On July 12, 2020, Staff emailed Nelson a second
time to request an updated address in order to send a copy of the complaint and a waiver of
service of process form.  (Email from A. Burden, counsel for CFTC, to A. Nelson, Ex. D at 1.)
Nelson has failed to respond to either email.

14.     "adnelson0503@gmail.com" was the email address Nelson had been using to
communicate with CFTC staff.  (*Id*. at 1-2.)  Prior to the filing of the complaint, Nelson appeared

---

[1] It is unclear whether Nelson's WEN Capital exists as a corporate entity.  A WEN Capital LLC
registered with the Illinois Secretary of State was involuntarily dissolved in 2017.  A WEN Capital LLC
is currently registered with the Delaware Secretary of State, but the only contact information publicly
available is for a third-party agent for service of process.  It is unclear whether this is Nelson's WEN
Capital.

before the CFTC to provide sworn testimony on August 6, 2019, pursuant to an administrative subpoena. After the CFTC determined that Nelson had violated certain anti-fraud and registration provisions in the Act and Registration, CFTC staff provided Nelson with a written "Wells" notice on December 12, 2019. (*Id*. at 3.) The Wells notice apprised Nelson of the charges the CFTC intended to bring against him, and provided an opportunity to respond.

15. Nelson confirmed receipt of the Wells notice, and on January 8, 2020, requested that the CFTC direct all communications to the adnelson0503@gmail.com address. (*Id*. at 2-3.) CFTC staff corresponded with Nelson over email about the Wells notice. (*Id*.) Nelson was initially responsive, but eventually ceased communications. (*Id*.)

16. To the extent the CFTC's motion for alternative service qualifies as an *ex parte* motion, counsel states that there is good cause to proceed on such basis, and no previous application for alternative service has been made.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Executed on July 17, 2020             /s/ Ashley J. Burden
                                      _____
                                      Counsel for Commodity Futures Trading Commission
                                      Ashley J. Burden
                                      aburden@cftc.gov
                                      Commodity Futures Trading Commission
                                      Division of Enforcement
                                      525 W. Monroe St., Ste. 1100
                                      Chicago, IL 60661
                                      Phone: (312) 596-0700

Ex. A

| From: | Rebecca Short |
|---|---|
| To: | Burden, Ashley; Pan, Stacie |
| Cc: | Streit, Elizabeth M.; Bickham, Venice M.; nationwide@capitolprocess.com |
| Subject: | [EXTERNAL] RE: RE: RE: RE: RE: RE: RE: RE: RE: Process Service for Ruth and Nelson |
| Date: | Friday, July 10, 2020 9:12:28 AM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |

Good morning Ashley,

Our server attempted at the below address, and it is a large high-rise condo building. The doorman there advised that there is no Andrew Nelson living in Unit 1717, nor within the building.

Please let me know if you have any questions.
--
Rebecca Short
Out-Of-State Department
Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
P: 202-667-0050
F: 202-667-2520
nationwide@capitolprocess.com

---

**From:** Burden, Ashley [mailto:ABurden@CFTC.gov]
**Sent:** Wednesday, July 8, 2020 6:17 PM
**To:** Rebecca Short <rshort@capitolprocess.com>; Pan, Stacie <SPan@CFTC.gov>
**Cc:** Streit, Elizabeth M. <estreit@CFTC.GOV>; Bickham, Venice M. <vbickham@CFTC.GOV>;
nationwide@capitolprocess.com
**Subject:** RE: RE: RE: RE: RE: RE: RE: RE: RE: Process Service for Ruth and Nelson

Rebecca:

For Andrew Nelson, could you please try service at:

1000 S CLARK ST UNIT 1717 CHICAGO, IL 60605-2195

He may be living with his girlfriend (we don't know her name) and he will definitely try to evade service.

Thanks,

A

1



**Ashley J. Burden**
Senior Trial Attorney/Chicago Regional Office
Division of Enforcement
**Commodity Futures Trading Commission**
312-596-0693
aburden@cftc.gov



**From:** Rebecca Short [mailto:rshort@capitolprocess.com]
**Sent:** Tuesday, July 7, 2020 11:29 AM
**To:** Pan, Stacie; Burden, Ashley
**Cc:** Streit, Elizabeth M.; Bickham, Venice M.; nationwide@capitolprocess.com
**Subject:** [EXTERNAL] RE: RE: RE: RE: RE: RE: RE: RE: Process Service for Ruth and Nelson

Hi Stacie and I hope you had a great holiday weekend, as well.

Understood, and I will let our server know. They had instructions to attempt service again this week, but did stop by the house over the weekend just in case, but still received no answer there. Please let me know if you need anything else or if I can assist in any other way.

Thank you!
--
Rebecca Short
Out-Of-State Department
Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
P: 202-667-0050
F: 202-667-2520
nationwide@capitolprocess.com

**From:** Pan, Stacie [mailto:SPan@CFTC.gov]
**Sent:** Tuesday, July 7, 2020 12:24 PM
**To:** Rebecca Short <rshort@capitolprocess.com>; Burden, Ashley <ABurden@CFTC.gov>
**Cc:** Streit, Elizabeth M. <estreit@CFTC.GOV>; Bickham, Venice M. <vbickham@CFTC.GOV>;
nationwide@capitolprocess.com
**Subject:** RE: RE: RE: RE: RE: RE: RE: RE: Process Service for Ruth and Nelson

Rebecca –

I hope that you had a good holiday. Jeremy Ruth has waived service. We don't need service on him anymore. Thank you for all your help.

Stacie

**From:** Rebecca Short [mailto:rshort@capitolprocess.com]
**Sent:** Thursday, July 2, 2020 10:42 AM
**To:** Burden, Ashley; Pan, Stacie
**Cc:** Streit, Elizabeth M.; Bickham, Venice M.; nationwide@capitolprocess.com
**Subject:** [EXTERNAL] RE: RE: RE: RE: RE: RE: RE: Process Service for Ruth and Nelson

Understood, and I have advised them of the same. I will keep you posted on their subsequent attempts once those are made.

Thank you!
--
Rebecca Short
Out-Of-State Department
Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
P: 202-667-0050
F: 202-667-2520
nationwide@capitolprocess.com

**From:** Burden, Ashley [mailto:ABurden@CFTC.gov]
**Sent:** Thursday, July 2, 2020 11:40 AM
**To:** Rebecca Short <rshort@capitolprocess.com>; Pan, Stacie <SPan@CFTC.gov>
**Cc:** Streit, Elizabeth M. <estreit@CFTC.GOV>; Bickham, Venice M. <vbickham@CFTC.GOV>; nationwide@capitolprocess.com
**Subject:** RE: RE: RE: RE: RE: RE: RE: Process Service for Ruth and Nelson

Thanks, Rebecca. I think we have to keep trying. Ruth may have gone out of town for the Fourth of July weekend. Maybe pick it up again next week.

A

**Ashley J. Burden**
Senior Trial Attorney/Chicago Regional Office
Division of Enforcement
**Commodity Futures Trading Commission**
312-596-0693
aburden@cftc.gov



**From:** Rebecca Short [mailto:rshort@capitolprocess.com]
**Sent:** Thursday, July 2, 2020 8:32 AM
**To:** Burden, Ashley; Pan, Stacie
**Cc:** Streit, Elizabeth M.; Bickham, Venice M.; nationwide@capitolprocess.com
**Subject:** [EXTERNAL] RE: RE: RE: RE: RE: RE: Process Service for Ruth and Nelson

Good morning all,

Our server in Austin, TX have continued their attempts to serve Jeremy Ruth, however still have received no answer at the door. They attempted again last evening at 7:35 PM, and did not see any cars in the driveway or lights on inside the residence. The server was able to speak with a neighbor across the street who was not exactly sure if Ruth was the person living there, but they did state whoever does live there may telecommute.

Would you like for us to continue attempts for Mr. Ruth? Please let me know if you have any questions. Thank you,

--
Rebecca Short
Out-Of-State Department
Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
P: 202-667-0050
F: 202-667-2520
nationwide@capitolprocess.com

**From:** Burden, Ashley [mailto:ABurden@CFTC.gov]
**Sent:** Wednesday, July 1, 2020 10:40 AM
**To:** Rebecca Short <rshort@capitolprocess.com>; Pan, Stacie <SPan@CFTC.gov>
**Cc:** Streit, Elizabeth M. <estreit@CFTC.GOV>; Bickham, Venice M. <vbickham@CFTC.GOV>; nationwide@capitolprocess.com
**Subject:** RE: RE: RE: RE: RE: RE: Process Service for Ruth and Nelson

Thanks, Rebecca. I will see if I can figure out who Nelson's GF is.

4

A



**Ashley J. Burden**
Senior Trial Attorney/Chicago Regional Office
Division of Enforcement
**Commodity Futures Trading Commission**
312-596-0693
aburden@cftc.gov



---

**From:** Rebecca Short [mailto:rshort@capitolprocess.com]
**Sent:** Wednesday, July 1, 2020 8:38 AM
**To:** Burden, Ashley; Pan, Stacie
**Cc:** Streit, Elizabeth M.; Bickham, Venice M.; nationwide@capitolprocess.com
**Subject:** [EXTERNAL] RE: RE: RE: RE: RE: Process Service for Ruth and Nelson

Good morning,

Re: Andrew Nelson – our server advised that service was attempted again last evening at 7:40 PM, and the server was able to speak with a woman who identified herself as Barbara Nelson, and she is the homeowner. She advised that Andrew Nelson is her son, but they are estranged and she only speaks with him a handful of times a year, and he does not live there as he lives elsewhere with his girlfriend. She stated she had no clue where he lived, and does not have a phone number for him. Please let me know how you would like us to proceed with service whenever possible.

I have also asked our server in Austin regarding the service update on Jeremy Ruth. I will keep you posted once they get back to me. Thank you,
--
Rebecca Short
Out-Of-State Department
Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
P: 202-667-0050
F: 202-667-2520
nationwide@capitolprocess.com

---

**From:** Burden, Ashley [mailto:ABurden@CFTC.gov]
**Sent:** Tuesday, June 30, 2020 12:54 PM

**To:** Rebecca Short <rshort@capitolprocess.com>; Pan, Stacie <SPan@CFTC.gov>
**Cc:** Streit, Elizabeth M. <estreit@CFTC.GOV>; Bickham, Venice M. <vbickham@CFTC.GOV>
**Subject:** RE: RE: RE: RE: RE: Process Service for Ruth and Nelson

Thanks for these updates, Rebecca.  We expect these defendants to attempt to evade service.

A



**Ashley J. Burden**
Senior Trial Attorney/Chicago Regional Office
Division of Enforcement
**Commodity Futures Trading Commission**
312-596-0693
aburden@cftc.gov



---

**From:** Rebecca Short [mailto:rshort@capitolprocess.com]
**Sent:** Tuesday, June 30, 2020 8:45 AM
**To:** Pan, Stacie
**Cc:** Burden, Ashley; Streit, Elizabeth M.; Bickham, Venice M.
**Subject:** [EXTERNAL] RE: RE: RE: RE: Process Service for Ruth and Nelson

Yes, both of the agents will continue service attempts today. I will keep you posted as they provide me with updates on further service efforts. Thank you!
--
Rebecca Short
Out-Of-State Department
Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
P: 202-667-0050
F: 202-667-2520
nationwide@capitolprocess.com

---

**From:** Pan, Stacie [mailto:SPan@CFTC.gov]
**Sent:** Tuesday, June 30, 2020 9:39 AM
**To:** Rebecca Short <rshort@capitolprocess.com>
**Cc:** Burden, Ashley <ABurden@CFTC.gov>; Streit, Elizabeth M. <estreit@CFTC.GOV>; Bickham, Venice M. <vbickham@CFTC.GOV>
**Subject:** RE: RE: RE: RE: Process Service for Ruth and Nelson

Will they be trying service in Austin again today?

**From:** Rebecca Short [mailto:rshort@capitolprocess.com]
**Sent:** Tuesday, June 30, 2020 8:32 AM
**To:** Pan, Stacie
**Cc:** Burden, Ashley; Streit, Elizabeth M.; Bickham, Venice M.
**Subject:** [EXTERNAL] RE: RE: RE: Process Service for Ruth and Nelson

Stacie,

Re: Jeremy Ruth – our server in Austin, TX attempted service (8:31 PM), but received no answer at the residence, and there were no cars or lights seen there. The server left his card. As they were leaving, they noticed that a light came on inside, so he returned to knock on the door again to summon someone to the door, but still got no answer there.

Thank you,
--
Rebecca Short
Out-Of-State Department
Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
P: 202-667-0050
F: 202-667-2520
nationwide@capitolprocess.com

**From:** Pan, Stacie [mailto:SPan@CFTC.gov]
**Sent:** Tuesday, June 30, 2020 9:08 AM
**To:** Rebecca Short <rshort@capitolprocess.com>
**Cc:** Burden, Ashley <ABurden@CFTC.gov>; Streit, Elizabeth M. <estreit@CFTC.GOV>; Bickham, Venice M. <vbickham@CFTC.GOV>
**Subject:** RE: RE: RE: Process Service for Ruth and Nelson

Thanks for the update.

**From:** Rebecca Short [mailto:rshort@capitolprocess.com]
**Sent:** Tuesday, June 30, 2020 8:07 AM
**To:** Pan, Stacie
**Cc:** Burden, Ashley; Streit, Elizabeth M.; Bickham, Venice M.
**Subject:** [EXTERNAL] RE: RE: Process Service for Ruth and Nelson

Good morning Stacie,

Yes, I do have an update on the service on Andrew Nelson in Elmhurst, IL – our server attempted there last night at 6:45 PM, but received no answer at the door. There was a SUV in the driveway (IL tag #B466504), and a package addressed to Emma Nelson at the front door. There were no lights on,

7

but the server did hear dogs inside. We will have them continue service attempts there, unless otherwise instructed.

I have asked our server in Austin, TX for an update on the service of Jeremy Ruth, and I will let you know as soon as I hear back from them. Thank you,

--
Rebecca Short
Out-Of-State Department
Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
P: 202-667-0050
F: 202-667-2520
nationwide@capitolprocess.com


**From:** Pan, Stacie [mailto:SPan@CFTC.gov]
**Sent:** Tuesday, June 30, 2020 8:25 AM
**To:** Rebecca Short <rshort@capitolprocess.com>
**Cc:** Burden, Ashley <ABurden@CFTC.gov>; Streit, Elizabeth M. <estreit@CFTC.GOV>; Bickham, Venice M. <vbickham@CFTC.GOV>
**Subject:** RE: RE: Process Service for Ruth and Nelson

Good Moring Rebecca –

Do we have an update on either service we sent you yesterday.

Thanks
Stacie

**From:** Rebecca Short [mailto:rshort@capitolprocess.com]
**Sent:** Monday, June 29, 2020 11:04 AM
**To:** Pan, Stacie
**Cc:** Burden, Ashley; Streit, Elizabeth M.; Bickham, Venice M.
**Subject:** [EXTERNAL] RE: Process Service for Ruth and Nelson

Stacie,

We have received and we will send these to our servers for immediate service. We'll let you know if we have any issues. Thank you,

--
Rebecca Short
Out-Of-State Department
Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009

P: 202-667-0050
F: 202-667-2520
nationwide@capitolprocess.com

---

**From:** 'Pan, Stacie' via Nationwide Service [mailto:nationwide@capitolprocess.com]
**Sent:** Monday, June 29, 2020 12:01 PM
**To:** nationwide@capitolprocess.com
**Cc:** Burden, Ashley <ABurden@CFTC.gov>; Streit, Elizabeth M. <estreit@CFTC.GOV>; Bickham, Venice M. <vbickham@CFTC.GOV>
**Subject:** Process Service for Ruth and Nelson

Attached are the summons and complaint for Jeremy S. Ruth and Andrew D. Nelson for immediate service. Please let us know if you have any questions.

Jeremy S. Ruth
11220 Brista Way
Austin, TX 78726

Andrew D. Nelson
267 May St. E.
Elmhurst, IL 60126-4007

There are two P.O. numbers attached to these requests 11282 and 11283.

Thanks,



**Stacie Pan**
Paralegal | CACI
Division of Enforcement
**Commodity Futures Trading Commission**
312-596-0678
span@cftc.gov



WARNING: This message is intended only for the use of the addressee and may contain information that is privileged, proprietary in nature, or otherwise protected by law from disclosure. If you are not the addressee, you are notified that reading, copying, or distributing this message is prohibited. If you have received this message in error, please telephone or reply to me immediately, and delete all copies of this message from your computer systems.

Ex. B

**Linked** in

Join now    **Sign in**

Andrew Nelson



· · ·

## Andrew Nelson

Managing Partner at W|E|N Capital LLC

Greater Chicago Area · 500+ connections

Join to Connect

W|E|N Capital LLC


Butler University

## Activity


**https://lnkd.in/gdJTiCY**
Liked by **Andrew Nelson**


**https://lnkd.in/gXfuSC2**
Liked by **Andrew Nelson**


**https://lnkd.in/gzdsm8i**
Liked by **Andrew Nelson**

          Join now    **Sign in**

Andrew Nelson

# Experience

### Managing Partner
W|E|N Capital LLC
Nov 2019 – Present · 9 months

Greater Chicago Area

 ### Senior Associate
Chicago Crypto Capital
Sep 2019 – Present · 11 months

Greater Chicago Area

 ### Senior Account Adviser
Prosper Trading Academy
Nov 2018 – Aug 2019 · 10 months

 ### Senior Commodities Associate
Long Leaf Trading Group, Inc.
Sep 2017 – Nov 2018 · 1 year 3 months

 ### Senior Adviser I Equities & Options Division
Trading Advantage
May 2016 – Sep 2017 · 1 year 5 months

Greater Chicago Area

 ### Account Executive
Exact Data
Sep 2015 – May 2016 · 9 months

### Account Manager
Hassett Commercial Moving & Storage, Inc.
Jan 2012 – Aug 2015 · 3 years 8 months

2



Join now    **Sign in**

Andrew Nelson

 International Business

2009 – 2012

Activities and Societies: Sigma Chi Butler Hockey Club

## Volunteer Experience

    **Student Volunteer**
New Orleans Area Habitat for Humanity

## Licenses & Certifications

    **Series 3**
National Futures Association

## Languages

**Spanish**

## Organizations

**Sigma Chi**
Apr 2010 – Present

## Groups

Sigma Chi Fraternity

Ex. C

| From: | Burden, Ashley |
|---|---|
| To: | "Andrew Nelson" |
| Cc: | "Andrew Nelson"; Streit, Elizabeth M.; Patrick, Joseph J |
| Subject: | CFTC v. Long Long Leaf Trading Group, Inc., No. 1:20-cv-03758 (N.D. Ill.) |
| Date: | Wednesday, July 1, 2020 10:49:00 AM |
| Attachments: | Doc 1 - Complaint.pdf |
| | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

Mr. Nelson:

I write to advise you that you have been named as a defendant in the above-captioned enforcement action in the U.S. District Court for the Northern District of Illinois.  Please find attached a copy of the complaint.

Please let me know if you are interested in waiving formal service if summons.  If so, you would get 60 days to answer the complaint rather than the usual 21.  I can send you (or your counsel) the forms.

Thanks,

A



**Ashley J. Burden**
Senior Trial Attorney/Chicago Regional Office
Division of Enforcement
**Commodity Futures Trading Commission**
312-596-0693
aburden@cftc.gov



**From:** Burden, Ashley
**Sent:** Friday, January 10, 2020 11:14 AM
**To:** Andrew Nelson
**Cc:** Andrew Nelson; Streit, Elizabeth M.; Patrick, Joseph J
**Subject:** RE: [EXTERNAL] Re: Re: CFTC notice of intent to bring enforcement action

Mr. Nelson:

Your request for an extension is granted, but I don't think we can extend much past that two weeks. The train is leaving the station.

Thanks,

A

Ashley J. Burden
Senior Trial Attorney
Commodity Futures Trading Commission
Division of Enforcement
525 W. Monroe St., Ste. 1100
Chicago, IL 60661
(312) 596-0693

**From:** Andrew Nelson [mailto:adnelson0503@gmail.com]
**Sent:** Wednesday, January 8, 2020 11:10 AM
**To:** Burden, Ashley
**Cc:** Andrew Nelson; Streit, Elizabeth M.; Patrick, Joseph J
**Subject:** [EXTERNAL] Re: Re: CFTC notice of intent to bring enforcement action

Ashley

Thank you for your time on the phone today clearing up the Wells process for me so I have a better understanding. Per our conversation due to the holidays and timing I have not yet had a chance to retain counsel. Due to that I am requesting another extension for my written response, another 14 days from tomorrow should be sufficient time.

Thanks again,

Andrew Nelson

On Tue, Jan 7, 2020 at 3:38 PM Burden, Ashley <ABurden@cftc.gov> wrote:

> Thanks, Mr. Nelson. Tomorrow mid-morning is fine. I will direct future correspondence to
> "adnelson0503."
>
> A
>
> Ashley J. Burden
> Senior Trial Attorney
> Commodity Futures Trading Commission
> Division of Enforcement
> 525 W. Monroe St., Ste. 1100
> Chicago, IL 60661
> (312) 596-0693
>
>
> **From:** Andrew Nelson [mailto:a.nelson0503@gmail.com]
> **Sent:** Tuesday, January 7, 2020 3:36 PM

**To:** Burden, Ashley
**Cc:** adnelson0503@gmail.com
**Subject:** [EXTERNAL] Re: CFTC notice of intent to bring enforcement action

Ashley

I hope you had a great holiday and I appreciate that. I remember bringing this to your attention in the summer however that several months ago; this email has become bogged down with mailing lists and spam. I use adnelson0503@gmail.com daily so forgive the late response.

I won't have time to reach out before you leave today but tomorrow mid morning I will give you a call unless you have a better time in mind.

Thanks,

Andrew Nelson

On Mon, Jan 6, 2020 at 11:00 AM Burden, Ashley <ABurden@cftc.gov> wrote:

> Mr. Nelson:
>
> I received your voicemail message. We are happy to extend your Wells response date to January 9. However, please call me at your earliest convenience to discuss the Wells process.
>
> Thanks,
>
> A
>
> Ashley J. Burden
> Senior Trial Attorney
> Commodity Futures Trading Commission
> Division of Enforcement
> 525 W. Monroe St., Ste. 1100
> Chicago, IL 60661
> (312) 596-0693

---

**From:** Burden, Ashley
**Sent:** Thursday, December 12, 2019 12:04 PM
**To:** 'A.NELSON0503@GMAIL.COM'
**Cc:** Patrick, Joseph J; Streit, Elizabeth M.
**Subject:** CFTC notice of intent to bring enforcement action

Mr. Nelson

I write on behalf of the CFTC's Division of Enforcement. As an unrepresented party, you are entitled to written notice (referred to as a "Wells" notice) of the Division's intent to recommend an enforcement action against you. In that enforcement action, the Division plans to bring civil regulatory charges against you for fraud and registration violations in connection with your work at Long Leaf Trading Group. Please find a Wells notice

attached, along with copies of relevant statutes and regulations. A hard copy will follow by mail. Please do not hesitate to call with any questions, or if you wish to discuss potential pre-filing resolution of the Division's proposed charges.

Thanks,

A

Ashley J. Burden
Senior Trial Attorney
Commodity Futures Trading Commission
Division of Enforcement
525 W. Monroe St., Ste. 1100
Chicago, IL 60661
(312) 596-0693

# Ex. D

| | |
|---|---|
| **From:** | Burden, Ashley |
| **To:** | "Andrew Nelson" |
| **Cc:** | Andrew Nelson; Streit, Elizabeth M.; Patrick, Joseph J |
| **Subject:** | 1:20-cv-03758 Commodity Futures Trading Commission v. Long Leaf Trading |
| **Date:** | Monday, July 13, 2020 11:12:00 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

Mr. Nelson:

As I have stated in a previous email to you, you have been named as a defendant in the above-captioned enforcement action in the Northern District of Illinois.  Please provide us at your very earliest convenience with an address to which we can send you a copy of the complaint and a waiver of service of process form.

If you fail to provide a current address, the CFTC will move the court for permission to effect alternative service.

Thanks,

A



**Ashley J. Burden**
Senior Trial Attorney/Chicago Regional Office
Division of Enforcement
**Commodity Futures Trading Commission**
312-596-0693
aburden@cftc.gov



**From:** Andrew Nelson [mailto:adnelson0503@gmail.com]
**Sent:** Wednesday, January 8, 2020 11:10 AM
**To:** Burden, Ashley
**Cc:** Andrew Nelson; Streit, Elizabeth M.; Patrick, Joseph J
**Subject:** [EXTERNAL] Re: Re: CFTC notice of intent to bring enforcement action

Ashley

Thank you for your time on the phone today clearing up the Wells process for me so I have a better understanding.  Per our conversation due to the holidays and timing I have not yet had a chance to retain counsel.  Due to that I am requesting another extension for my written response, another 14 days from tomorrow should be sufficient time.

Thanks again,

Andrew Nelson

On Tue, Jan 7, 2020 at 3:38 PM Burden, Ashley <ABurden@cftc.gov> wrote:

> Thanks, Mr. Nelson.  Tomorrow mid-morning is fine.  I will direct future correspondence to
> "adnelson0503."
>
> A
>
> Ashley J. Burden
> Senior Trial Attorney
> Commodity Futures Trading Commission
> Division of Enforcement
> 525 W. Monroe St., Ste. 1100
> Chicago, IL 60661
> (312) 596-0693
>
>
> **From:** Andrew Nelson [mailto:a.nelson0503@gmail.com]
> **Sent:** Tuesday, January 7, 2020 3:36 PM
> **To:** Burden, Ashley
> **Cc:** adnelson0503@gmail.com
> **Subject:** [EXTERNAL] Re: CFTC notice of intent to bring enforcement action
>
> Ashley
>
> I hope you had a great holiday and I appreciate that.  I remember bringing this to your
> attention in the summer however that several months ago; this email has become bogged
> down with mailing lists and spam.  I use adnelson0503@gmail.com daily so forgive the late
> response.
>
> I won't have time to reach out before you leave today but tomorrow mid morning I will give
> you a call unless you have a better time in mind.
>
> Thanks,
>
> Andrew Nelson
>
> On Mon, Jan 6, 2020 at 11:00 AM Burden, Ashley <ABurden@cftc.gov> wrote:
>> Mr. Nelson:
>>
>> I received your voicemail message.  We are happy to extend your Wells response date to
>> January 9.  However, please call me at your earliest convenience to discuss the Wells
>> process.
>>
>> Thanks,

A

Ashley J. Burden
Senior Trial Attorney
Commodity Futures Trading Commission
Division of Enforcement
525 W. Monroe St., Ste. 1100
Chicago, IL 60661
(312) 596-0693

---

**From:** Burden, Ashley
**Sent:** Thursday, December 12, 2019 12:04 PM
**To:** 'A.NELSON0503@GMAIL.COM'
**Cc:** Patrick, Joseph J; Streit, Elizabeth M.
**Subject:** CFTC notice of intent to bring enforcement action

Mr. Nelson

I write on behalf of the CFTC's Division of Enforcement. As an unrepresented party, you are entitled to written notice (referred to as a "Wells" notice) of the Division's intent to recommend an enforcement action against you. In that enforcement action, the Division plans to bring civil regulatory charges against you for fraud and registration violations in connection with your work at Long Leaf Trading Group. Please find a Wells notice attached, along with copies of relevant statutes and regulations. A hard copy will follow by mail. Please do not hesitate to call with any questions, or if you wish to discuss potential pre-filing resolution of the Division's proposed charges.

Thanks,

A

Ashley J. Burden
Senior Trial Attorney
Commodity Futures Trading Commission
Division of Enforcement
525 W. Monroe St., Ste. 1100
Chicago, IL 60661
(312) 596-0693