**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Commodity Futures Trading Commission
                                              Plaintiff,

v.                                                  Case No.: 1:20−cv−03758
                                                       Honorable Thomas M. Durkin

Long Leaf Trading Group, Inc., et al.
                                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 30, 2020:

      MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff CFTC's unopposed motion for an order permitting alternative service pursuant to FRCP 4(e)(1) [12] is granted. Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.