AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Commodity Futures Trading Commission

V.

Long Leaf Trading Group, Inc., James A. Donelson, Timothy M. Evans, Jeremy S. Ruth, and Andrew D. Nelson

CASE NUMBER: 1:20-cv-03758

ASSIGNED JUDGE: Hon. Thomas M. Durkin

DESIGNATED MAGISTRATE JUDGE: Hon. Sunil R. Harjani

TO: (Name and address of Defendant)

Andrew D. Nelson
267 May St. E.
Elmhurst, IL 60126-4007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ashley J. Burden
Elizabeth M. Streit
Commodity Futures Trading Commission
525 W. Monroe St., Ste. 1100
Chicago, IL 60661

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_(signature)_

(By) DEPUTY CLERK



June 26, 2020

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7/31/2020 |
| NAME OF SERVER (PRINT) Ashley J. Burden | TITLE Senior Trial Attorney, CFTC |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Pursuant to the Court's order allowing alternative service (Doc. 13), I emailed a copy of the summons and complaint to adnelson0503@gmail.com, and sent a copy of the summons and complaint via UPS to 267 May St. E., Elmhurst, IL 60126-4007, where Defendant Nelson's parents reside.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/31/2020
　　　　　　　Date

/s/ Ashley J. Burden
*Signature of Server*
Commodity Futures Trading Commission
Division of Enforcement
525 W. Monroe St., Ste. 1100
Chicago, IL 60661
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.