IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Commodity Futures Trading Commission, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No: 20 CV 3758 |
| v. | ) | |
| | ) | Judge Thomas Durkin |
| Long Leaf Trading Group, Inc., James A. Donelson, Timothy M. Evans, Jeremy S. Ruth, and Andrew D. Nelson, | ) ) ) | |
| | ) | |
| Defendants. | | |

FILED 8/31/2020 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT DJ

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

The Defendant, JEREMY RUTH, for his Unopposed Motion for Extension of Time to Answer or Otherwise Plead, states as follows:

1. Defendant waived service on July 6, 2020.

2. Defendant is required to answer or otherwise plead by August 31, 2020.

3. Defendant ha spoken with an attorney that he expects to represent him but he has not been able to arrange for retaining the attorney as of now.

4. Defendant requests an extension of time to answer or otherwise plead until October 31, 2020.

5. Counsel for Plaintiff does not oppose this motion.

For these reasons, Defendant asks the Court to extend the time to file his answer or to otherwise plead to October 31, 2020.

August 25th, 2020                                             Respectfully,

                                                              /s/ Jeremy Ruth

1

                                                               Jeremy Ruth
                                                              11220 Brista Way
                                                              Austin, TX 78726
                                                              512-492-2209
                                                              jeremysruth@hotmail.com