**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **Commodity Futures Trading Commission,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **Case No. 20-3758** |
| | ) | |
| **Long Leaf Trading Group, Inc., James A.** | ) | |
| **Donelson, Timothy M. Evans, Jeremy S. Ruth,** | ) | |
| **And Andrew D. Nelson,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**AGREED MOTION FOR EXTENSION OF TIME FOR**
**DEFENDANTS LONG LEAF TRADING GROUP, INC. AND**
**JAMES A. DONELSON TO FILE THEIR ANSWER**

NOW COMES Defendants, Long Leaf Trading Group, Inc., and James A. Donelson, by and through their attorneys, and for their Agreed Motion to Extend the Time for Them to File Their Answer, state as follows:

1.     Defendants Long Leaf Trading Group, Inc. and James A. Donelson's Answer to the Complaint is due September 3, 2020.

2.     Plaintiff has agreed to a two-week extension of the due date for these Defendants to file their Answer, to September 17, 2020.

WHEREFORE, Defendants Long Leaf Trading Group, Inc. and James A. Donelson request entry of an Order extending their time for filing their Answer to September 17, 2020.

Respectfully Submitted,

LONG LEAF TRADING GROUP, INC. and
JAMES A. DONELSON

Laurence M. Landsman

Nicholas P. Iavarone
niavarone@iavaronefirm.com
The Iavarone Law Firm, P.C.
2516 Waukegan Rd., No. 399
Glenview, IL 60025
(312) 637-9466

Laurence M. Landsman
llandsman@llflegal.com
Latimer LeVay Fyock, LLC
55 W. Monroe St., Ste. 1100
Chicago, IL 60603
(312) 419-3029