# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Commodity Futures Trading Commission,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Case No. 20-3758 |
| ) | |
| **Long Leaf Trading Group, Inc., James A.** ) | |
| **Donelson, Timothy M. Evans, Jeremy S. Ruth,** ) | |
| **And Andrew D. Nelson,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## NOTICE OF FILING

**To:** Counsel of Record via ECF

PLEASE TAKE NOTICE that on September 3, 2020, the Defendants Long Leaf Trading Group, Inc. and James A. Donelson filed their Agreed Motion for Extension to File their Answer copy of which has been previously served upon you, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division.

Respectfully submitted,

One of Defendant's Attorneys

Nicholas P. Iavarone
niavarone@iavaronefirm.com
The Iavarone Law Firm, P.C.
2516 Waukegan Rd., No. 399
Glenview, IL 60025
(312) 637-9466

Laurence M. Landsman
llandsman@llflegal.com
Latimer LeVay Fyock, LLC
55 W. Monroe St., Ste. 1100
Chicago, IL 60603
(312) 419-3029