**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,** | )<br>)<br>) |
| Plaintiff, | ) Case No. 20-cv-03758 |
| v. | )<br>) Judge: Hon. Thomas M. Durkin |
| **LONG LEAF TRADING GROUP, INC., JAMES A. DONELSON, TIMOTHY M. EVANS, JEREMY S. RUTH, and ANDREW D. NELSON,** | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on Friday, September 18, 2020, James A. Donelson filed his Answer to the Complaint, a copy of which was previously served upon you, with the Clerk of the Court for the Northern District of Illinois, Eastern Division.

Nicholas P. Iavarone

The Iavarone Law Firm, P.C.
2516 Waukegan Road, #399
Glenview, Illinois
(312) 637-9466
(800) 417-0580 (fax)
niavarone@iavaronefirm.com

**CERTIFICATE OF SERVICE**

Nicholas P. Iavarone, an attorney admitted to practice law in the State of Illinois, declares that on September 18, 2020 he caused a copy of the attached Notice of Filing to be served via email to:

(aburden@cftc.gov)
Ashley J. Burden
Senior Trial Attorney/Chicago Regional Office
Division of Enforcement
Commodity Futures Trading Commission
312-596-0693

Nicholas P. Iavarone

The Iavarone Law Firm, P.C.
2516 Waukegan Road, #399
Glenview, Illinois 60025
 (312) 637-9466
(800) 417-0580 (fax)
niavarone@iavaronefirm.com