**BEFORE THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,** | ) ) ) | |
| **Plaintiff,** | ) ) | **Case No. 20-cv-03758** |
| **v.** | ) ) | **Judge: Hon. Thomas M. Durkin** |
| **LONG LEAF TRADING GROUP, INC., JAMES A. DONELSON, TIMOTHY M. EVANS, JEREMY S. RUTH, and ANDREW D. NELSON,** | ) ) ) ) ) ) | |
| **Defendants.** | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, October 6, 2020, at 9:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff will present its Motion To File corrected Answer to the Honorable Thomas M. Durkin or any judge sitting in his stead, at courtroom 1441 in the United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604.

Nicholas P. Iavarone, Esq.

The Iavarone Law Firm, P.C.
2516 Waukegan Road, #399
Glenview, Illinois 60026
(312) 637-9466
(800) 417-0580 (fax)
niavarome@iavaronefirm.com

**CERTIFICATE OF SERVICE**

Nicholas P. Iavarone, an attorney admitted to practice law in the State of Illinois, declares that on September 29, 2020 he caused a copy of the attached Notice of Motion to be served via email to:

(aburden@cftc.gov)
Ashley J. Burden
Senior Trial Attorney/Chicago Regional Office
Division of Enforcement
Commodity Futures Trading Commission
312-596-0693

_____
Nicholas P. Iavarone

The Iavarone Law Firm, P.C.
2516 Waukegan Road, #399
Glenview, Illinois 60025
(312) 637-9466
(800) 417-0580 (fax)
niavarone@iavaronefirm.com