UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Commodity Futures Trading Commission
            Plaintiff,

v.                                    Case No.: 1:20−cv−03758
                                      Honorable Thomas M. Durkin

Long Leaf Trading Group, Inc., et al.
            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 29, 2020:

   MINUTE entry before the Honorable Thomas M. Durkin: Motion to filed corrected answer [26] is granted. Mailed notice. (ecw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.