**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,** | ) ) ) | |
| Plaintiff, | ) ) | Case No. 20-cv-03758 |
| v. | ) ) | Judge: Hon. Thomas M. Durkin |
| **LONG LEAF TRADING GROUP, INC., JAMES A. DONELSON, TIMOTHY M. EVANS, JEREMY S. RUTH, and ANDREW D. NELSON,** | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on Wednesday, September 30, 2020, James A. Donelson filed his Corrected Answer to the Complaint, a copy of which was previously served upon you, with the Clerk of the Court for the Northern District of Illinois, Eastern Division.

*/s/ Nicholas P. Iavarone*

Nicholas P. Iavarone

The Iavarone Law Firm, P.C.
2516 Waukegan Road, #399
Glenview, Illinois
(312) 637-9466
(800) 417-0580 (fax)
niavarone@iavaronefirm.com

## CERTIFICATE OF SERVICE

Nicholas P. Iavarone, an attorney admitted to practice law in the State of Illinois, declares that on September 30, 2020 he caused a copy of the attached Notice of Filing to be served via email to:

(aburden@cftc.gov)
Ashley J. Burden
Senior Trial Attorney/Chicago Regional Office
Division of Enforcement
Commodity Futures Trading Commission
312-596-0693

Nicholas P. Iavarone

The Iavarone Law Firm, P.C.
2516 Waukegan Road, #399
Glenview, Illinois 60025
 (312) 637-9466
(800) 417-0580 (fax)
niavarone@iavaronefirm.com