IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 20-cv-03758 |
| v. | ) ) | Judge: Hon. Thomas M. Durkin |
| LONG LEAF TRADING GROUP, INC., JAMES A. DONELSON, TIMOTHY M. EVANS, JEREMY S. RUTH, and ANDREW D. NELSON, | ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

NOW COMES, Nicholas P. Iavarone and, for his Motion to Withdraw As Counsel For Defendants Long Leaf Trading Group, Inc. and James A. Donelson, states as follows:

1. On November 20, 2020, the undersigned will be 78-years old.

2. The undersigned is currently recovering from COVID-19.

3. The undersign is thus retiring from the practice of law since he is physically unable to perform his obligations to the level necessary to advance his clients' interests.

WHEREFORE, the undersigned prays that an order be entered permitting him to withdraw as counsel for Defendants Long Leaf Trading Group, Inc. and James A. Donelson in this matter.

Nicholas P. Iavarone

The Iavarone Law Firm
2516 Waukegan Road, #399
Glenview, Illinois 60025
niavarone@iavaronefirm.com
(312) 637-9466

Laurence M. Landsman

Latimer LeVay Fyock LLC
55 W Monroe Street - Suite 1100
Chicago Illinois 60603
llandsman@llflegal.com
(312) 419-3029