**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Commodity Futures Trading     Case Number: 20-cv-03758
Commission v. Long Leaf Trading Group,
Inc., et al.
An appearance is hereby filed by the undersigned as attorney for:
Jeremy S. Ruth

Attorney name (type or print):  Andrew S. May

Firm:     Hinshaw & Culbertson LLP

Street address:      151 North Franklin Street, Suite 2500

City/State/Zip:     Chicago, Illinois  60606

Bar ID Number:  6229796               Telephone Number:    312.704.3400
(See item 3  in instructions)

Email Address: amay@hinshawlaw.com

Are you acting as lead counsel in this case?                 ☐ Yes    ☒ No

Are you acting as local counsel in this case?                ☐ Yes    ☒ No

Are you a member of the court's trial bar?                   ☐ Yes    ☒ No

If this case reaches trial, will you act as the trial attorney?   ☒ Yes    ☐ No

If this is a criminal case, check your status.     ☐    Retained Counsel

                                                   ☐    Appointed Counsel
                                                        If appointed counsel, are you a

                                                        ☐ Federal Defender

                                                        ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 2, 2020

Attorney signature:    S/ Andrew S. May
                       (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015

1033174\306896082.v1