IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>    Plaintiff,<br><br>v.<br><br>Long Leaf Trading Group, Inc., James A. Donelson, Timothy M. Evans, Jeremy S. Ruth, and Andrew D. Nelson,<br><br>    Defendants. | Case No. 20-3758<br><br>The Honorable Thomas M. Durkin |

### DEFENDANT JEREMY RUTH'S INITIAL DISCLOSURES
### PURSUANT TO FRCP 26(A) (1)

Defendant, Jeremy S. Ruth ("Ruth"), by and through its undersigned counsel, states the following as his disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) in the above captioned action:

A) The name and, if know, the address and telephone number of each person likely to have discoverable information along with the subjects of that information (besides those listed in the Rule 26(a)(1) disclosures submitted by other parties) as described Fed. R. Civ. P. 26(a)(1)(A), unless the use would be solely for impeachment:

    a)  Anthony Klancic, 802 Aspen Drive, Lombard, IL 60148. (630) 209-5586.

Mr. Klancik's  knowledge relates to his time working at Long Leaf Trading Group, Inc., his client interactions and Mr. Ruth's role at Long Leaf Trading, Inc. ("Long Leaf").

B) A copy of, or the description by category and location, of all documents, data compilations and tangible things in the possession, custody or control of that party as described in Fed. R. Civ. P. 26(a)(1)(B).

Documents gathered during the CFTC investigation in response to CFTC's subpoena previously served on Defendant Ruth. Documents not responsive are in the files of Mr. Ruth's former law firm, Chukah & Tecson and responsive documents were produced by Defendant Ruth to the CFTC previously.

C) A computation of every category of damages claimed by the disclosing party as described in Fed. R. Civ. P. 26(a)(1)(C).

Not applicable.

D) the existence and contents of any insurance agreement under which any person or entity carrying on an insurance business may be liable to satisfy part or all of the judgment that may be entered in the action or indemnify or reimburse for payments made to satisfy the judgment, making available such agreement for inspection and copying.

Not applicable.

Andrew S. May, Esq.  
Hinshaw & Culbertson LLP  
151 North Franklin Street, Suite 2500  
Chicago, Illinois 60606  
312.704.3400  
amay@hinshawlaw.com  
ARDC No. 6229796

Respectfully submitted,

JEREMY S. RUTH

By:/s/Andrew S. May

## CERTIFICATE OF SERVICE

       The undersigned certifies that the foregoing was filed electronically on November 10, 2020 using the Court's CMF/ECF system, which will accomplish service electronically on all counsel of record.

And via electronic mail to Docket Entry No. 13:

Andrew D. Nelson
267 May Street, Unit E
Elmhurst, Illinois 60126
adnelson0503@gmail.com

Date: November 10, 2020            /s/Andrew S. May