# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Commodity Futures Trading Commission

Plaintiff,

v.                                                   Case No.: 1:20–cv–03758

Honorable Thomas M. Durkin

Long Leaf Trading Group, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 13, 2020:

MINUTE entry before the Honorable Thomas M. Durkin: Motions for extension of time to answer [17] and [19] are terminated as moot. Fact discovery ordered closed by 5/1/2021. A telephone status conference is set for 2/16/2021 at 9:00 a.m. To join the telephone conference, dial 877–402–9757, Access Code 4410831. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.