**CERTIFICATE OF SERVICE**

    I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the Northern District of Illinois by using the Court's CM/ECF system on November 16, 2020.

| | |
|---|---|
| Dated: November 16, 2020 | /s/ James M. Falvey <br> James M. Falvey <br> Falvey Law Office <br> 200 S. Wacker Drive, <br> Suite 3100 <br> Chicago, Illinois 60606 <br> jimfalvey@yahoo.com <br> 312-404-5839 <br><br> Attorney for Defendants <br> Long Leaf Trading Group, Inc. and <br> James Donelson |