IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 20-cv-03758 |
| v. | ) ) | Judge: Hon. Thomas M. Durkin |
| LONG LEAF TRADING GROUP, INC., JAMES A. DONELSON, TIMOTHY M. EVANS, JEREMY S. RUTH, and ANDREW D. NELSON, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

NOW COMES Laurence M. Landsman and, for his Motion to Withdraw as Counsel for Defendants Long Leaf Trading Group, Inc. and James A. Donelson ("Defendants"), states as follows:

1. Defendants have retained new counsel to represent them in this case.

2. On November 16, 2020, James M. Falvey filed his appearance on behalf of Defendants.

3. Due to Defendants' decision to change counsel, and the appearance of new counsel, the undersigned hereby moves to withdraw his appearance as attorneys for Defendants

WHEREFORE, the undersigned prays that an Order be entered permitting him to withdraw as counsel for Defendants Long Leaf Trading Group, Inc. and James A. Donelson in this matter.

Respectfully submitted,

Laurence M. Landsman

Laurence M. Landsman
llandsman@llflegal.com
Latimer LeVay Fyock, LLC
55 W. Monroe St., Ste. 1100
Chicago, IL 60603
(312) 419-3029