IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) |
| Plaintiff, | ) Case No. 20-cv-03758 ) |
| v. | ) Judge: Hon. Thomas M. Durkin ) |
| LONG LEAF TRADING GROUP, INC., JAMES A. DONELSON, TIMOTHY M. EVANS, JEREMY S. RUTH, and ANDREW D. NELSON, | ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on November 17, 2020, Laurence M. Landsman filed his Motion to Withdraw As Counsel, a copy of which is hereby served upon you, with the Clerk of the Court for the Northern District of Illinois, Eastern Division.

Laurence M. Landsman

Laurence M. Landsman
llandsman@llflegal.com
Latimer LeVay Fyock, LLC
55 W. Monroe St., Ste. 1100
Chicago, IL 60603
(312) 419-3029

## CERTIFICATE OF SERVICE

Laurence M. Landsman, an attorney admitted to practice law in the State of Illinois, declares that on November 17, 2020 he caused a copy of the attached Notice of Filing to be served via the ECF Filing System to:

(aburden@cftc.gov)
Ashley J. Burden
Senior Trial Attorney/Chicago Regional Office
Division of Enforcement
Commodity Futures Trading Commission
312-596-0693

(jfalvey@yahoo.com)
James M. Falvey
Falvey Law Office
200 S. Wacker Drive, Suite 3100
Chicago, IL 60606
312-404-5839

Laurence M. Landsman

Laurence M. Landsman
llandsman@llflegal.com
Latimer LeVay Fyock, LLC
55 W. Monroe St., Ste. 1100
Chicago, IL 60603
(312) 419-3029

2