**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Commodity Futures Trading Commission, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-3758 |
| ) | |
| Long Leaf Trading Group, Inc., James A. ) | Hon. Thomas A. Durkin |
| Donelson, Timothy M. Evans, Jeremy S. ) | |
| Ruth, and Andrew D. Nelson, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF PLAINTIFF'S MOTION FOR**
**ENTRY OF DEFENDANT ANDREW D. NELSON'S DEFAULT**

Please take notice that on Wednesday, December 23, 2020, or as soon thereafter as counsel may be heard, Plaintiff Commodity Futures Trading Commission will present its motion for entry of Defendant Andrew Nelson's default before the Honorable Thomas M. Durkin or any judge sitting in his stead, at courtroom 1441 in the Everett M. Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604.[1]

---

[1] Based on Judge Durkin's individual web page on the U.S. District Court for the Northern District of Illinois's website, the CFTC understands any hearing on its motion for entry of Defendant Nelson's default would be conducted telephonically.

Dated: December 15, 2020.

/s/ *Joseph C. Platt*

Counsel to Plaintiff Commodity Futures Trading Commission

Ashley J. Burden
aburden@cftc.gov

Elizabeth M. Streit
estreit@cftc.gov

Joseph C. Platt
jplatt@cftc.gov

Scott R. Williamson
swilliamson@cftc.gov

Robert T. Howell
rhowell@cftc.gov

Commodity Futures Trading Commission
Division of Enforcement
525 W. Monroe St., Ste. 1100
Chicago, IL 60661
Phone: (312) 596-0700

## CERTIFICATE OF SERVICE

      I certify that on December 15, 2020, I provided service of this notice of motion for entry of Defendant Andrew Nelson's default to all parties via CM/ECF or by the alternative means described below:

Jim Falvey
Falvey Law Office
200 S. Wacker Dr., Ste. 3100
Chicago, IL 60606
312-404-5839
jimfalvey@yahoo.com
*Counsel to Long Leaf Trading Group, Inc.*
*and James A. Donelson*

Andrew May
Hinshaw & Culberston LLP
151 N. Franklin St.
Chicago, IL 60606
312-704-3400
amay@hinshawlaw.com
*Counsel to Jeremy Ruth*

By email and UPS:

Andrew D. Nelson
267 May St. E.
Elmhurst, IL 60126
adnelson0503@gmail.com
*Pro se*

                                              *Joseph C. Platt*
                                              Joseph C. Platt