UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| Commodity Futures Trading Commission, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 20-3758 |
| Long Leaf Trading Group, Inc., James A. Donelson, Timothy M. Evans, Jeremy S. Ruth, and Andrew D. Nelson, | ) ) ) ) ) | Hon. Thomas A. Durkin |
| Defendants. | ) | |

### PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT ANDREW NELSON

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Commodity Futures Trading Commission ("CFTC") requests that the clerk enter default against Defendant Andrew Nelson in the above-captioned case.[1]

Defendant Nelson has not answered the CFTC's complaint, participated in discovery, or otherwise attempted to defend himself in this case. The CFTC filed its complaint on June 26, 2020. (ECF No. 1.) Defendant Nelson was properly served with process no later than July 31, 2020. (ECF No. 15; Platt Decl. ¶¶ 6–8.) Accordingly, Defendant Nelson's answer was due no later than August 21, 2020. Fed. R. Civ. P. 12(a)(1)(A)(i). The docket reflects that Defendant Nelson has not filed an answer, responsive pleading, or any other document in this litigation. (*See* Dkt.; Platt Decl. ¶ 9.) Moreover, the CFTC has copied Defendant Nelson on all relevant

---

[1] Before filing this motion, the CFTC emailed all Defendants to determine whether they oppose the motion. No Defendant has indicated his opposition.

During this litigation, the Court granted the CFTC's motion for alternative service by email to Defendant Nelson's email address and by mail to his most likely residential address. (ECF Nos. 12, 13.) To comply with Local Rule 5.3(a), the CFTC has served this motion and related documents on Defendant Nelson by those same means.

communications between the parties, including, for example, emails concerning proposed scheduling orders and joint status reports, and has served discovery requests on Defendant Nelson. (Platt Decl. ¶ 10.) Mr. Nelson has not replied to any emails between the parties to this litigation and has not participated in the case in any way. (Platt Decl. ¶ 11.)

    Because Defendant Andrew Nelson has failed to plead or otherwise defend himself, the CFTC requests the clerk enter his default pursuant to Rule 55(a).

Dated: December 15, 2020.

                                                                   /s/ *Joseph C. Platt*

Counsel to Plaintiff Commodity Futures Trading Commission

Ashley J. Burden
aburden@cftc.gov

Elizabeth M. Streit
estreit@cftc.gov

Joseph C. Platt
jplatt@cftc.gov

Scott R. Williamson
swilliamson@cftc.gov

Robert T. Howell
rhowell@cftc.gov

Commodity Futures Trading Commission
Division of Enforcement
525 W. Monroe St., Ste. 1100
Chicago, IL 60661
Phone: (312) 596-0700

## CERTIFICATE OF SERVICE

      I certify that on December 15, 2020, I provided service to all parties via CM/ECF or by the alternative means described below:

Jim Falvey
Falvey Law Office
200 S. Wacker Dr., Ste. 3100
Chicago, IL 60606
312-404-5839
jimfalvey@yahoo.com
*Counsel to Long Leaf Trading Group, Inc.*
*and James A. Donelson*

Andrew May
Hinshaw & Culberston LLP
151 N. Franklin St.
Chicago, IL 60606
312-704-3400
amay@hinshawlaw.com
*Counsel to Jeremy Ruth*

By email and UPS:

Andrew D. Nelson
267 May St. E.
Elmhurst, IL 60126
adnelson0503@gmail.com
*Pro se*

                                                                *Joseph C. Platt*
                                                               Joseph C. Platt