## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Commodity Futures Trading Commission

                    Plaintiff,

v.                           Case No.: 1:20−cv−03758
                                       Honorable Thomas M. Durkin

Long Leaf Trading Group, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 15, 2020:

      MINUTE entry before the Honorable Thomas M. Durkin: Hearing on the motion for entry of default against Andrew Nelson [46] set for 12/23/2020 at 9:00 a.m. will proceed by telephone. To join the telephone conference, dial 877−402−9757, Access Code 4410831. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.