## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Commodity Futures Trading Commission

                                      Plaintiff,

v.                                                                            Case No.: 1:20−cv−03758
                                                                           Honorable Thomas M. Durkin

Long Leaf Trading Group, Inc., et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 23, 2020:

      MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held by telephone on 12/23/2020 regarding motion for entry of default [46]. Andrew Nelson did not appear, and no one appeared on his behalf. Motion for entry of default [46] is granted. The motion to quash [48] is entered and continued to 12/28/2020 at 9:00 a.m. To join the telephone motion hearing, dial 877−402−9757, Access Code 4410831. The telephone status hearing previously set for 2/16/2021 is to stand. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.