**Burden, Ashley**

| | |
|---|---|
| **From:** | Edward Johnson <EDWARD@EDWARDJOHNSONLAW.COM> |
| **Sent:** | Monday, December 21, 2020 1:03 PM |
| **To:** | Burden, Ashley; SHAYL WILSON |
| **Cc:** | Streit, Elizabeth M.; Patrick, Joseph J; Platt, Joseph |
| **Subject:** | [EXTERNAL] RE: Cybulski subpoena |

I have to send you some other dates for the dep.


Edward D. Johnson III
Attorney at Law
555 W. Jackson Blvd Ste 700
Chicago, IL 60661
Ofc: 708.606.4386
Fax: 708.526.9837
Edward@edwardjohnsonlaw.com

---

From: Burden, Ashley <ABurden@CFTC.gov>
Sent: Monday, December 21, 2020 10:55 AM
To: Edward Johnson <EDWARD@EDWARDJOHNSONLAW.COM>; SHAYL WILSON <SHAYLWILSON@EDWARDJOHNSONLAW.COM>
Cc: Streit, Elizabeth M. <estreit@CFTC.GOV>; Patrick, Joseph J <JPatrick@CFTC.gov>; Platt, Joseph <JPlatt@CFTC.gov>
Subject: RE: Cybulski subpoena

Hey Ed. If I don't get a response on these dep dates today I have to just send you a subpoena for the 27th. Please advise. Also, any objections Mr. Cybulski has to the document subpoena are due tomorrow. Please email them to me since no one is in the office.

Thanks,

A



Ashley J. Burden
Senior Trial Attorney/Chicago Regional Office
Division of Enforcement
**Commodity Futures Trading Commission**
O: (312) 596-0693
C: (312) 995-0779
aburden@cftc.gov



**From:** Burden, Ashley
**Sent:** Friday, December 18, 2020 9:26 AM
**To:** Edward Johnson <EDWARD@EDWARDJOHNSONLAW.COM>; SHAYL WILSON <SHAYLWILSON@EDWARDJOHNSONLAW.COM>
**Cc:** Streit, Elizabeth M. <estreit@CFTC.GOV>; Patrick, Joseph J <jpatrick@cftc.gov>; Platt, Joseph <JPlatt@CFTC.gov>
**Subject:** RE: Cybulski subpoena

Hey Ed, how are you guys looking on these dates?

Thanks,

A



Ashley J. Burden
Senior Trial Attorney/Chicago Regional Office
Division of Enforcement
**Commodity Futures Trading Commission**
O: (312) 596-0693
C: (312) 995-0779
aburden@cftc.gov



**From:** Burden, Ashley
**Sent:** Wednesday, December 16, 2020 11:47 AM
**To:** 'Edward Johnson' <EDWARD@EDWARDJOHNSONLAW.COM>; SHAYL WILSON <SHAYLWILSON@EDWARDJOHNSONLAW.COM>
**Cc:** Streit, Elizabeth M. <estreit@CFTC.GOV>; Patrick, Joseph J <jpatrick@cftc.gov>; Platt, Joseph <JPlatt@CFTC.gov>
**Subject:** Cybulski subpoena

Ed:

Thanks for the call today. January 20-22 or January 27 would all be good dates for Mr. Cybulski's deposition. Please advise at your very earliest convenience if these work for you and your client.

With respect to the document subpoena, please provide written responses and objections by the December 22 deadline. If you client has responsive documents, we discuss any objections you might assert or, in the absence of objections, discuss a workable production schedule. Don't hesitate to call with any questions, or if you would like to discuss.

Thanks,

A




**Ashley J. Burden**
Senior Trial Attorney/Chicago Regional Office
Division of Enforcement
**Commodity Futures Trading Commission**
O: (312) 596-0693
C: (312) 995-0779
aburden@cftc.gov