# Exhibit A

# PETICIÓN A LOS FINES DE NOTIFICACIÓN O TRASLADO EN EL EXTRANJERO DE UN DOCUMENTO JUDICIAL O EXTRAJUDICIAL

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

### Convenio relativo a la Notificación o Traslado en el Extranjero de Documentos Judiciales y Extrajudiciales en Materia Civil o Comercial, firmado en La Haya, el 15 de noviembre de 1965.

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| **Identidad y dirección del requirente**<br>Identity and address of the applicant<br>*Identité et adresse du requérant* | **Dirección de la autoridad destinataria**<br>Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Commodity Futures Trading Commission<br>A la atención de: Ashley J. Burden, Abogado litigante principal<br>525 W. Monroe St., Suite 1100<br>Chicago, IL 60661<br>U.S.A | Secretaría de Relaciones Exteriores    Colonia Centro<br>Dirección General de Asuntos    Delegación Cuauhtémoc<br>Jurídicos<br>Plaza Juárez No. 20, Planta Baja    C.P. 06010<br>Edificio Tlatelolco    Ciudad de México, Distrito Federal |

### El requirente infrascrito tiene el honor de remitir – en doble ejemplar – a la autoridad destinataria los documentos enumerados, rogándole, conforme al artículo 5 del Convenio antes citado, haga remitir sin demora un ejemplar al destinatario, a saber:

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:

*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

| **(identidad y dirección)**<br>(identity and address) / *(identité et adresse)* | Timothy Martin Evans<br>Calle Chicozapote  Mz 20 Casa 18<br>Fracc. Riviera Tulum<br>Colonia Tumben Kaa<br>CP 77760<br>Tulum, Q.R.<br>México |
|---|---|

| ☒ | **a)** | **Según las formas legales (artículo 5, párrafo primero, letra a)\***<br>in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention<br>*selon les formes légales (article 5, alinéa premier, lettre a)\** |
|---|---|---|
| ☐ | **b)** | **Según la forma particular siguiente (artículo 5, párrafo primero, letra b)\***<br>in accordance with the following particular method (sub-paragraph *b)* of the first paragraph of Article 5)\*:<br>*selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* :* |
| ☐ | **c)** | **En su caso, por simple entrega al interesado (artículo 5, párrafo segundo)\***<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5) \*<br>*le cas échéant, par remise simple (article 5, alinéa 2) \** |

### Se ruega a esa autoridad envíe o haga enviar al requirente un ejemplar del documento – y de sus anexos\* – con el certificado adjunto.

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with the attached certificate

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\*- avec l'attestation ci-jointe.*

### *Enumeración de los documentos*

List of documents / *Énumération des pièces*

\*Si procede

> 1. Demanda
> 2. Citatorio

*si procede / s'il y a lieu*

| **Hecho en**<br>Done at / *Fait à*<br>**el**<br>the **/** *le* | **Firma y / o sello**<br>Signature and/or stamp / *Signature et / ou cachet* |
|---|---|
| | |

# CERTIFICADO
## CERTIFICATE
### *ATTESTATION*

**La autoridad infrascrita tiene el honor de certificar, conforme al artículo 6 de dicho Convenio,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☐ **1. que la petición ha sido ejecutada\***
that the document has been served*
*que la demande a été exécutée \**

| **- el (fecha):**<br>the (date) / *le (date)* : | |
| --- | --- |
| **- en (localidad, calle, número):**<br>at (place, street, number) / *à (localité, rue, numéro)* : | |

| **- en una de las formas siguientes previstas en el artículo 5:**<br>in one of the following methods authorised by Article 5:<br>*dans une des formes suivantes prévues à l'article 5 :* | |
| --- | --- |
| ☐ ***a)* según las formas legales (artículo 5, párrafo primero, letra *a*)\***<br>in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)\** | |
| ☐ ***b)* según la forma particular siguiente\*:**<br>in accordance with the following particular method*:<br>*selon la forme particulière suivante\* :* | |
| ☐ ***c)* por simple entrega\***<br>by delivery to the addressee, if he accepts it voluntarily*<br>*par remise simple\** | |

**Los documentos mencionados en la petición han sido entregados a:**
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| **Identidad y calidad de la persona:**<br>Identity and description of person :<br>*Identité et qualité de la personne :* | |
| --- | --- |
| **Vínculos de parentesco, subordinación u otros, con el destinatario del documento:**<br>Relationship to the addressee (family, business or other):<br>*Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | |

☐ **2. que la petición no ha sido ejecutada, en razón a los hechos siguientes\*:**
that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants\* :*

| |
| --- |
| |

☐ **Conforme al artículo 12, párrafo 2, de dicho Convenio, se ruega al requirente el pago o reembolso de los gastos cuyos detalles figuran en la declaración adjunta\*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.*

*Anexos*
Annexes / *Annexes*

| **Documentos reenviados:**<br>Documents returned:<br>*Pièces renvoyées :* | |
| --- | --- |
| **En su caso, los documentos justificativos de la ejecución:**<br>In appropriate cases, documents establishing theservice:<br>*Le cas échéant, les documents justificatifs de l'exécution:* | |

\* Si procede
*si procede / s'il y a lieu*

| **Hecho en**<br>Done at / *Fait à*<br><br>**el**<br>the / *le* | **Firma y / o sello**<br>Signature and/or stamp / *Signature et / ou cachet* |
| --- | --- |

# AVISO
## WARNING
### *AVERTISSEMENT*

**Identidad y dirección del destinatario**
Identity and address of the addressee
*Identité et adresse du destinataire*

Timothy Martin Evans
Calle Chicozapote  Mz 20 Casa 18
Fracc. Riviera Tulum
Colonia Tumben Kaa
CP 77760
Tulum, Q.R.
México

### IMPORTANTE

**EL DOCUMENTO ADJUNTO ES DE NATURALEZA JURÍDICA Y PUEDE AFECTAR SUS DERECHOS Y OBLIGACIONES. LOS "ELEMENTOS ESENCIALES DEL DOCUMENTO" LE PROPORCIONAN INFORMACIÓN SOBRE SU NATURALEZA Y OBJETO. NO OBSTANTE, ES INDISPENSABLE LEER ATENTAMENTE EL TEXTO DEL DOCUMENTO. PUEDE REQUERIR ASISTENCIA JURÍDICA.**

**SI SUS RECURSOS SON INSUFICIENTES, INFÓRMESE SOBRE LA POSIBILIDAD DE OBTENER ASISTENCIA JUDICIAL O ASESORAMIENTO JURÍDICO EN SU PAÍS O EN EL PAÍS DE ORIGEN DEL DOCUMENTO.**

**LAS SOLICITUDES DE INFORMACIÓN SOBRE LA POSIBILIDAD DE OBTENER ASISTENCIA JUDICIAL O ASESORAMIENTO JURÍDICO EN EL PAÍS DE ORIGEN DEL DOCUMENTO PUEDEN DIRIGIRSE A:**

#### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

#### *TRÈS IMPORTANT*

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.*

*SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.*

*LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :*

Servicio de referencia de abogados de Chicago Bar Association (Asociación de Abogados de Chicago) en el número de teléfono (312) 554-2001 o en el sitio web https://lrs.chicagobar.org/. Fuera del condado de Cook, el servicio IllinoisLawyerFinder (localizador de abogados de Illinois) de Illinois State Bar Association (Asociación Estatal de Abogados de Illinois) en el número de teléfono (800) 922-8757 o en el sitio web https://www.isba.org/public/illinoislawyerfinder.

**Se recomienda que las menciones impresas en esta nota se redacten en francés y en inglés y, en su caso, además, en otra lengua o en otra de las lenguas oficiales del Estado de origen del documento. Los espacios en blanco podrían completarse en la lengua del Estado al que deba remitirse el documento, en francés o en inglés.**

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

*Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.*

# ELEMENTOS ESENCIALES DEL DOCUMENTO
## SUMMARY OF THE DOCUMENT TO BE SERVED
### *ÉLÉMENTS ESSENTIELS DE L'ACTE*

**Convenio relativo a la Notificación o Traslado en el Extranjero de Documentos Judiciales y Extrajudiciales en materia Civil o Comercial, firmado en La Haya, el 15 de noviembre de 1965 (*artículo 5, párrafo cuarto*).**

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).*

| | |
|---|---|
| **Nombre y dirección de la autoridad requirente:**<br>Name and address of the requesting authority:<br>*Nom et adresse de l'autorité requérante :* | Commodity Futures Trading Commission<br>A la atención de: Ashley J. Burden, Abogado litigante principal<br>525 W. Monroe St., Suite 1100<br>Chicago, IL 60661<br>U.S.A |
| **Identidad de las partes*:**<br>Particulars of the parties*:<br>*Identité des parties* :* | Timothy Martin Evans<br>Calle Chicozapote  Mz 20 Casa 18<br>Fracc. Riviera Tulum<br>Colonia Tumben Kaa<br>CP 77760<br>Tulum, Q.R.<br>México |

\* Si procede, identidad y dirección de la persona interesada en la remisión del documento.
*if appropriate, identity and address of the person interested in the transmission of the document*
*s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte*

☒

## DOCUMENTO JUDICIAL **
### JUDICIAL DOCUMENT**
### *ACTE JUDICIAIRE**

| | |
|---|---|
| **Naturaleza y objeto del documento:**<br>Nature and purpose of the document:<br>*Nature et objet de l'acte :* | Demanda civil para iniciar la querella;<br>Citatorio para obtener la competencia sobre la parte demandada |
| **Naturaleza y objeto del procedimiento y, en su caso, cuantía del litigio:**<br>Nature and purpose of the proceedings and, when appropriate, the amount in dispute:<br>*Nature et objet de l'instance, le cas échéant, le montant du litige :* | Fraude civil y violaciones reglamentarias relacionadas con la comercialización de contratos de opciones |
| **Fecha y lugar de comparecencia**:**<br>Date and Place for entering appearance**:<br>*Date et lieu de la comparution** :* | 21 días después del traslado del citatorio y de la demanda;<br>Everett M. Dirksen U.S. Courthouse<br>219 S. Dearborn Street<br>Chicago, IL 60604<br>USA |
| **Autoridad judicial que ha dictado la decisión**:**<br>Court which has given judgment**:<br>*Juridiction qui a rendu la décision** :* | N/A |
| **Fecha de la decisión**:**<br>Date of judgment**:<br>*Date de la décision** :* | N/A |
| **Indicación de los plazos que figuran en el documento**:**<br>Time limits stated in the document**:<br>*Indication des délais figurant dans l'acte** :* | La parte demandada debe contestar a la demanda 21 días después del traslado del citatorio y de la demanda. |

** Si procede
*if appropriate / s'il y a lieu*

☐

## DOCUMENTO EXTRAJUDICIAL **
### EXTRAJUDICIAL DOCUMENT**
### *ACTE EXTRAJUDICIAIRE**

| | |
|---|---|
| **Naturaleza y objeto del documento:**<br>Nature and purpose of the document:<br>*Nature et objet de l'acte :* | |
| **Indicación de los plazos que figuran en el documento**:**<br>Time-limits stated in the document**:<br>*Indication des délais figurant dans l'acte** :* | |

** Si procede
*if appropriate / s'il y a lieu*

| ERASE | PRINT |
|---|---|



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Wendy Poon, hereby certify under penalty of perjury under the laws of the United States of America that the document "**REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS**" is, to the best of my knowledge and belief, a true and accurate translation from English into Spanish (MX).

Wendy Poon

December 29, 2020

DATE

# PETICIÓN
# A LOS FINES DE NOTIFICACIÓN O TRASLADO EN EL EXTRANJERO DE UN DOCUMENTO JUDICIAL O EXTRAJUDICIAL

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Convenio relativo a la Notificación o Traslado en el Extranjero de Documentos Judiciales y Extrajudiciales en Materia Civil o Comercial, firmado en La Haya, el 15 de noviembre de 1965.**

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| **Identidad y dirección del requirente** | **Dirección de la autoridad destinataria** |
|---|---|
| Identity and address of the applicant | Address of receiving authority |
| *Identité et adresse du requérant* | *Adresse de l'autorité destinataire* |
| Commodity Futures Trading Commission | |
| Attn: Ashley J. Burden, Sr. Trial Attorney | Ministry of Foreign Affairs     Colonia Centro |
| 525 W. Monroe St., Suite 1100 | Directorate-General of Legal Affairs    delegación Cuauhtémoc |
| Chicago, IL 60661 | Plaza Juárez No. 20, Planta Baja     C.P. 06010 |
| U.S.A | Edificio Tlatelolco        Mexico, Distrito Federal |

**El requirente infrascrito tiene el honor de remitir – en doble ejemplar – a la autoridad destinataria los documentos enumerados, rogándole, conforme al artículo 5 del Convenio antes citado, haga remitir sin demora un ejemplar al destinatario, a saber:**

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

| **(identidad y dirección)** | Timothy Martin Evans |
|---|---|
| (identity and address) / *(identité et adresse)* | Calle Chicozapote Mz 20 Casa 18 |
| | Fracc. Riviera Tulum |
| | Colonia Tumben Kaa |
| | CP 77760 |
| | Tulum, Q.R. |
| | México |

| [x] | a) | **Según las formas legales (artículo 5, párrafo primero, letra *a*)\*** |
|---|---|---|
| | | in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention\* |
| | | *selon les formes légales (article 5, alinéa premier, lettre a)\** |
| [ ] | b) | **Según la forma particular siguiente (artículo 5, párrafo primero, letra *b*)\*** |
| | | in accordance with the following particular method (sub-paragraph *b)* of the first paragraph of Article 5)\*: |
| | | *selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* :* |
| [ ] | c) | **En su caso, por simple entrega al interesado (artículo 5, párrafo segundo)\*** |
| | | by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5) \* |
| | | *le cas échéant, par remise simple (article 5, alinéa 2) \** |

**Se ruega a esa autoridad envíe o haga enviar al requirente un ejemplar del documento – y de sus anexos\* – con el certificado adjunto.**

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with the attached certificate
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\*- avec l'attestation ci-jointe.*

## *Enumeración de los documentos*

List of documents / *Énumération des pièces*
\* Si procede

Complaint

Summons

if appropriate / *s'il y a lieu*

| **Hecho en** | **Firma y / o sello** |
|---|---|
| Done at / *Fait à*    Chicago, Illinois, USA | Signature and/or stamp / *Signature et / ou cachet* |
| **el** | |
| the / *le* | |

# CERTIFICADO
CERTIFICATE
*ATTESTATION*

**La autoridad infrascrita tiene el honor de certificar, conforme al artículo 6 de dicho Convenio,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☐ **1. que la petición ha sido ejecutada\***
that the document has been served *
*que la demande a été exécutée\**

| — **el (fecha):**<br>the (date) / *le (date)* : | |
| — **en (localidad, calle, número):**<br>at (place, street, number) / *à (localité, rue, numéro)* : | |

| — **en una de las formas siguientes previstas en el artículo 5:**<br>in one of the following methods authorised by Article 5:<br>*dans une des formes suivantes prévues à l'article 5 :* | |
|---|---|
| ☐ *a)* **según las formas legales (artículo 5, párrafo primero, letra *a*)\***<br>in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)\** | |
| ☐ *b)* **según la forma particular siguiente\*:**<br>in accordance with the following particular method*:<br>*selon la forme particulière suivante\* :* | |
| ☐ *c)* **por simple entrega\***<br>by delivery to the addressee, if he accepts it voluntarily*<br>*par remise simple\** | |

**Los documentos mencionados en la petición han sido entregados a:**
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| **Identidad y calidad de la persona:**<br>Identity and description of person :<br>*Identité et qualité de la personne :* | |
|---|---|
| **Vínculos de parentesco, subordinación u otros, con el destinatario del documento:**<br>Relationship to the addressee (family, business or other):<br>*Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | |

☐ **2. que la petición no ha sido ejecutada, en razón a los hechos siguientes\*:**
that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants\* :*

| |
|---|

☐ **Conforme al artículo 12, párrafo 2, de dicho Convenio, se ruega al requirente el pago o reembolso de los gastos cuyos detalles figuran en la declaración adjunta\*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.*

*Anexos*
Annexes / *Annexes*

| **Documentos reenviados:**<br>Documents returned:<br>*Pièces renvoyées :* | |
|---|---|
| **En su caso, los documentos justificativos de la ejecución:**<br>In appropriate cases, documents establishing the service:<br>*Le cas échéant, les documents justificatifs de l'exécution :* | |

\* Si procede
*if appropriate / s'il y a lieu*

| **Hecho en**<br>Done at / *Fait à*<br><br>**el**<br>the / *le* | **Firma y / o sello**<br>Signature and/or stamp / *Signature et / ou cachet* |
|---|---|

Oficina Permanente, noviembre de 2011

# AVISO
## WARNING
### *AVERTISSEMENT*

**Identidad y dirección del destinatario**
Identity and address of the addressee
*Identité et adresse du destinataire*

Timothy Martin Evans
Calle Chicozapote  Mz 20 Casa 18
Fracc. Riviera Tulum
Colonia Tumben Kaa
CP 77760
Tulum, Q.R.
México

## IMPORTANTE

**EL DOCUMENTO ADJUNTO ES DE NATURALEZA JURÍDICA Y PUEDE AFECTAR SUS DERECHOS Y OBLIGACIONES. LOS "ELEMENTOS ESENCIALES DEL DOCUMENTO" LE PROPORCIONAN INFORMACIÓN SOBRE SU NATURALEZA Y OBJETO. NO OBSTANTE, ES INDISPENSABLE LEER ATENTAMENTE EL TEXTO DEL DOCUMENTO. PUEDE REQUERIR ASISTENCIA JURÍDICA.**

**SI SUS RECURSOS SON INSUFICIENTES, INFÓRMESE SOBRE LA POSIBILIDAD DE OBTENER ASISTENCIA JUDICIAL O ASESORAMIENTO JURÍDICO EN SU PAÍS O EN EL PAÍS DE ORIGEN DEL DOCUMENTO.**

**LAS SOLICITUDES DE INFORMACIÓN SOBRE LA POSIBILIDAD DE OBTENER ASISTENCIA JUDICIAL O ASESORAMIENTO JURÍDICO EN EL PAÍS DE ORIGEN DEL DOCUMENTO PUEDEN DIRIGIRSE A:**

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

### *TRÈS IMPORTANT*

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.*

*SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.*

*LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :*

Chicago Bar Association Lawyer Referral Service at (312) 554-2001 or https://lrs.chicagobar.org/.  Outside of Cook County, the Illinois State Bar Association IllinoisLawyerFinder at (800) 922-8757 or https://www.isba.org/public/illinoislawyerfinder.

**Se recomienda que las menciones impresas en esta nota se redacten en francés y en inglés y, en su caso, además, en otra lengua o en otra de las lenguas oficiales del Estado de origen del documento. Los espacios en blanco podrían completarse en la lengua del Estado al que deba remitirse el documento, en francés o en inglés.**

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

*Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.*

# ELEMENTOS ESENCIALES DEL DOCUMENTO
## SUMMARY OF THE DOCUMENT TO BE SERVED
### *ÉLÉMENTS ESSENTIELS DE L'ACTE*

**Convenio relativo a la Notificación o Traslado en el Extranjero de Documentos Judiciales y Extrajudiciales en materia Civil o Comercial, firmado en La Haya, el 15 de noviembre de 1965 *(artículo 5, párrafo cuarto)*.**

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
(Article 5, fourth paragraph).

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en*
*matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).*

| | |
|---|---|
| **Nombre y dirección de la autoridad requirente:**<br>Name and address of the requesting authority:<br>*Nom et adresse de l'autorité requérante :* | Commodity Futures Trading Commission<br>Attn: Ashley J. Burden, Sr. Trial Attorney<br>525 W. Monroe St., Suite 1100<br>Chicago, IL 60661<br>U.S.A |
| **Identidad de las partes\*:**<br>Particulars of the parties\*:<br>*Identité des parties \* :* | Timothy Martin Evans<br>Calle Chicozapote Mz 20 Casa 18<br>Fracc. Riviera Tulum<br>Colonia Tumben Kaa<br>CP 77760<br>Tulum, Q.R.<br>México |

\* Si procede, identidad y dirección de la persona interesada en la remisión del documento.
*if appropriate, identity and address of the person interested in the transmission of the document*
*s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte*

[X] **DOCUMENTO JUDICIAL \*\***
JUDICIAL DOCUMENT\*\*
*ACTE JUDICIAIRE\*\**

| | |
|---|---|
| **Naturaleza y objeto del documento:**<br>Nature and purpose of the document:<br>*Nature et objet de l'acte :* | Civil complaint to commence suit;<br>Summons to obtain jurisdiction over defendant |
| **Naturaleza y objeto del procedimiento y, en su caso, cuantía del litigio:**<br>Nature and purpose of the proceedings and, when appropriate, the amount in dispute:<br>*Nature et objet de l'instance, le cas échéant, le montant du litige :* | Civil fraud and regulatory violations relating to trading in options contracts |
| **Fecha y lugar de comparecencia\*\*:**<br>Date and Place for entering appearance\*\*:<br>*Date et lieu de la comparution\*\* :* | 21 days after service of summons and complaint;<br>Everett M. Dirksen U.S. Courthouse<br>219 S. Dearborn Street<br>Chicago, IL 60604<br>USA |
| **Autoridad judicial que ha dictado la decisión\*\*:**<br>Court which has given judgment\*\*:<br>*Juridiction qui a rendu la décision\*\* :* | N/A |
| **Fecha de la decisión\*\*:**<br>Date of judgment\*\*:<br>*Date de la décision\*\* :* | N/A |
| **Indicación de los plazos que figuran en el documento\*\*:**<br>Time limits stated in the document\*\*:<br>*Indication des délais figurant dans l'acte\*\* :* | Defendant must answer complaint 21 days after service of summons and complaint |

\*\* Si procede
*if appropriate / s'il y a lieu*

[ ] **DOCUMENTO EXTRAJUDICIAL \*\***
EXTRAJUDICIAL DOCUMENT\*\*
*ACTE EXTRAJUDICIAIRE\*\**

| | |
|---|---|
| **Naturaleza y objeto del documento:**<br>Nature and purpose of the document:<br>*Nature et objet de l'acte :* | |
| **Indicación de los plazos que figuran en el documento\*\*:**<br>Time-limits stated in the document\*\*:<br>*Indication des délais figurant dans l'acte\*\* :* | |

\*\* Si procede
*if appropriate / s'il y a lieu*

ERASE              PRINT