# Exhibit B

**RELACIONES EXTERIORES**
SECRETARÍA DE RELACIONES EXTERIORES



Oficina del C. Secretario
Dirección General de Asuntos Jurídicos

"2020, Año de Leona Vicario, Benemérita Madre de la Patria.

Oficio Número ASJ-22353
Expediente SRE.02C.05/2020-2020/541/1/00522/ASJ
Ciudad de México, a 12 de agosto de 2020

**Commodity Futures Trading Commission**
**Attn: Ashely J. Burden, Sr. Trial Attorney**
525 W. Monroe Street, Suite 1100,
Chicago, IL 60661
United States of America.

Hago referencia a la carta rogatoria tramitada ante el **Tribunal de Distrito, Distrito Norte de Illinois, Estados Unidos de América**, deducida del caso número **1:20-cv-03758** relativo al **Juicio Civil**, promovido por **COMMODITY FUTURES TRADING COMMISSION**, en contra de **LONG LEAF TRADING GROUP, INC., JAMES A. DONELSON, TIMOTHY M. EVANS, JEREMY S. RUTH y ANDREW D. NELSON**.

Sobre el particular, y de conformidad con las Declaraciones II y IV, formuladas por México a los artículos 3 y 7, respectivamente, así como en los artículos 3, 4 y 7 del *"Convenio de La Haya sobre Notificación o Traslado en el Extranjero de Documentos Judiciales o Extrajudiciales en Materia Civil o Comercial"*, le devuelvo la carta rogatoria para que se perfeccione lo siguiente:

- Remitir el Formulario Modelo autorizado por la Conferencia de La Haya, al idioma español en su totalidad, **firmado y sellado en original** por el órgano jurisdiccional requirente;

- Señalar el domicilio cierto y correcto de **TIMOTHY M. EVANS**, es decir:

    **Calle:** ¿Nance?;
    **Número:** ¿MZ 27 LT 13 S/N?;
    **Colonia:** ¿Fraccionamiento Riviera Tulum o TLM Fraccionamiento Tumben Kaa FCP?;
    **Alcaldía/Municipio/Población/Ciudad:** ¿Tulum?;
    **Estado/Provincia/Región/Cantón:** ¿Estado de Quintana Roo?;
    **Código Postal:** ¿77760?;
    **Estados Unidos Mexicanos.**

- Remitir el Formulario Modelo, llenando completamente el apartado **"AVISO/WARNING"**;

**RELACIONES EXTERIORES**
SECRETARÍA DE RELACIONES EXTERIORES



**Oficina del C. Secretario**
Dirección General de Asuntos Jurídicos

"2020, Año de Leona Vicario, Benemérita Madre de la Patria.

- Anexarle el auto que ordene la diligencia solicitada;

- Adjuntar original o copia del escrito inicial de la demanda o el documento que se pretenda notificar con sus anexos;

- Anexar toda la documentación traducida al idioma español, y;

- **Enviar toda la documentación por triplicado**.

Lo anterior, se comunica con fundamento en los artículos 28 fracción XI de la Ley Orgánica de la Administración Pública Federal, 14 fracción VI y 33 fracción IX y último párrafo del Reglamento Interior de la Secretaría de Relaciones Exteriores; en relación con el ARTÍCULO SEXTO, inciso c), fracción V del *"ACUERDO por el que se delegan facultades en los Servidores Públicos de la Secretaría de Relaciones Exteriores que se indican"* publicado en el Diario Oficial de la Federación el 28 de abril de 2005 y sus reformas.

**Atentamente**
El Director de Permisos
Artículo 27 Constitucional,

**José Luis Amaro Jaramillo**

Anexos: 1) Formulario Modelo, 2) Citatorio, 3) Demanda, y 4) Copia de las Declaraciones Formuladas por el Gobierno de México al *"Convenio de La Haya sobre la Notificación o Traslado en el Extranjero de Documentos Judiciales o Extrajudiciales en Materia Civil o Comercial"*.

KYRJ
(DG. **08909**)
* Se devuelve documentación por no cumplir con los requisitos a la autoridad exhortante.
*Se devuelve carta rogatoria por falta de requisitos a la autoridad exhortante.



City of New York, State of New York, County of New York

I, Wendy Poon, hereby certify under penalty of perjury under the laws of the United States of America that the document "**August 12, 2020 letter from Mexico's Secretariat of Foreign Affairs**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

_____
Wendy Poon

December 31, 2020
_____
DATE

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

| | | |
|---|---|---|
| 　[emblem:]　UNITED MEXICAN STATES | **FOREIGN AFFAIRS**<br>SECRETARIAT OF FOREIGN AFFAIRS |  **2020**<br>YEAR OF<br>**LEONA VICARIO**<br>BELOVED MOTHER OF THE FATHERLAND<br>**Office of the Secretary**<br>General Directorate of Legal Affairs |

"2020, Year of Leona Vicario, Beloved Mother of the Fatherland.["]

**Official Letter Number ASJ-22353**
**File SRE.02C.05/2020-2020/541/1/00522/ASJ**
**Mexico City, on August 12, 2020**

**Commodity Futures Trading Commission**
**Attn: Ashley J. Burden, Sr. Trial Attorney**
525 W. Monroe Street, Suite 1100,
Chicago, IL 60661
United States of America.

Making reference to the letters rogatory processed through the **District Court, Northern District of Illinois, United States of America,** under case number **1:20-cv-03758** related to the **Civil Suit** filed by **COMMODITY FUTURES TRADING COMMISSION**, against **LONG LEAF TRADING GROUP, INC., JAMES A. DONELSON, TIMOTHY M. EVANS, JEREMY S. RUTH and ANDREW D. NELSON**.

Concerning this matter, and pursuant to Declarations II and IV made by Mexico in articles 3 and 7, respectively, as well as in articles 3, 4 and 7 of the "*Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters*," I return the letters rogatory for the following to be completed:

- Remit the Template Form authorized by The Hague Convention, entirely in Spanish, **signed and sealed in original [format]** by the requesting court;

- Indicate the true and correct address of **TIMOTHY M. EVANS**, i.e.:

    **Calle** [Street]**:** Nance?;
    **Number:** MZ [block] **27 LT 13 S/N [unnumbered]?;**
    **Subdivision: Riviera Tulum Subdivision or TLM Subdivision**
            **Tumben Kaa FCP** [Felipe Carrillo Puerto]**?;**
    **Town/Municipality/Village/City:** Tulum?;
    **State/Province/Region/Canton**: Quintana Roo State?;
    **Zip Code:** 77760?;
    **United Mexican States.**

- Remit the Template Form, completely filling out the section [bilingual text:] **"WARNING"**;

Av. Juárez 20, Colonia Centro, C.P. (*Código Postal* [Zip Code]) 06000 Cuauhtémoc, Mexico City, CDMX

| [emblem:]<br>UNITED<br>MEXICAN<br>STATES | **FOREIGN AFFAIRS**<br>SECRETARIAT OF FOREIGN AFFAIRS |  | **2020**<br>YEAR OF<br>**LEONA VICARIO**<br>BELOVED MOTHER OF THE<br>FATHERLAND<br>**Office of the Secretary**<br>General Directorate of Legal Affairs |
|---|---|---|---|

*"2020, Year of Leona Vicario, Beloved Mother of the Fatherland.["]*

- Attach the proceedings that ordered the requested diligence procedure;

- Attach the original or copy of the initial complaint or document that is intended to be served, with its annexes;

- Attach all documentation translated into Spanish, and;

- **Send all documentation in triplicate.**

The above is communicated based on articles 28 section XI of the Organic Law of the Federal Public Administration, 14 section VI and 33 section IX, and the last paragraph of the Internal Regulations of the Secretariat of Foreign Affairs; related to ARTICLE SIX, subsection c), section V of the *"AGREEMENT whereby authority is delegated to Public Servants of the Secretariat of Foreign Affairs"* and its amendments, published in the Official Gazette of the Federation on April 28, 2005.

**Sincerely**
Director of Permits
Constitutional Article 27,

[seal:] [emblem:] UNITED MEXICAN STATES
Secretariat [of Foreign Affairs]
[illegible]

**José Luis Amaro Jaramillo**

Attachments: **1) Template Form, 2) Summons, 3) Complaint, and 4) Copy of the Declarations Made by the Mexican Government to the** *"Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters."*

**KYRJ**
([DG]. **08909**)
\*The documentation is returned due to non-compliance with the requirements by the issuing authority.
\*\*The letters rogatory are returned due to failing to meet requirements by the issuing authority.