# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Commodity Futures Trading Commission

                              Plaintiff,

v.                                                Case No.: 1:20−cv−03758
                                                     Honorable Thomas M. Durkin

Long Leaf Trading Group, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 4, 2021:

      MINUTE entry before the Honorable Thomas M. Durkin: Unopposed motion for signed and sealed Spanish−language Hague Request Forms [53] is granted. The Clerk's Office is directed to sign and seal the request form provided with the motion in triplicate, and to provide the originals of such documents to the CFTC. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.