**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Commodity Futures Trading Commission, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Long Leaf Trading Group, Inc., James A. )<br>Donelson, Timothy M. Evans, Jeremy S. Ruth )<br>and Andrew D. Nelson, )<br>)<br>Defendants. ) | Case No. 1:20-cv-03758<br><br>Judge: Thomas M. Durkin<br><br>Magistrate Judge: Sunil R. Harjani |

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW ATTORNEY APPEARANCE**

Andrew S. May of Hinshaw & Culbertson LLP, counsel of record for Defendant, Jeremy S. Ruth ("Ruth"), respectfully moves for leave to withdraw attorneys appearance, and in support, states as follows:

1. On November 2, 2020, Andrew S. May of Hinshaw & Culbertson LLP filed his appearance on behalf of Ruth.

2. Despite multiple efforts to contact Ruth, the above counsel for Ruth has been unable to meaningfully communicate with him regarding the defense and prosecution of this lawsuit for over three weeks, making it difficult, if not impossible, to effectively represent Ruth.

3. In addition, Ruth has not fulfilled his financial obligations for the services of above counsel.

4. Mr. Ruth was given reasonable notice of counsel's intent to seek withdrawal in light of the foregoing.

5. As such, good cause exists for withdrawal at this time.

6. This motion has been delivered electronically to Mr. Ruth on this date, and a written copy is being delivered to Mr. Ruth via U.S. mail on this date.

7. Pursuant to Local Rule 83.17, a Notification of Party Contact Information is attached.

WHEREFORE, Andrew S. May of Hinshaw & Culbertson LLP, respectfully requests that this Honorable Court enter an Order granting this Motion for Leave to Withdraw Attorney Appearance.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

*/s/ Andrew S. May*
Andrew S. May
Attorney for Defendant, Jeremy S. Ruth

Andrew S. May
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Tel: 312-704-3000
Email: amay@hinshawlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2021, I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois Eastern Division, the foregoing **Motion for Leave to Withdraw Attorney Appearance** by using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

Ashley J. Burden
Elizabeth M. Streit
Scott R. Williamson
Robert T. Howell
Commodity Futures Trading Commission Division of Enforcement
525 West Monroe Street, Suite 1100
Chicago, Illinois 60661
Email: aburden@cftc.gov
　　　estreit@cftc.gov
　　　swilliamson@cftc.gov
　　　rhowell@cftc.gov

Jim Falvey
Falvey Law Office
200 S Wacker Dr Ste 3100
Chicago, IL 60606-5877
Email: jimfalvey@yahoo.com


**By Email and U.S. Mail:**

Andrew D. Nelson, *Pro se*
267 May Street E.
Elmhurst, Illinois  60126
Email: adnelson0503@gmail.com

Jeremy S. Ruth
11220 Brista Way
Austin, Texas  78726
Email: jeremy.yodle@gmail.com


                                    */s/ Andrew S. May*

1033174\307273211.v2