## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Commodity Futures Trading Commission, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 20-3758 |
| | ) | |
| Long Leaf Trading Group, Inc., James A. | ) | Hon. Thomas A. Durkin |
| Donelson, Timothy M. Evans, Jeremy S. | ) | |
| Ruth, and Andrew D. Nelson, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF JOSEPH PLATT IN SUPPORT OF
## PLAINTIFF'S MOTION TO COMPEL

Pursuant to 28 U.S.C. § 1748, I, Joseph Platt, state:

1. I am employed by the U.S. Commodity Futures Trading Commission ("Commission") as a Trial Attorney in the Division of Enforcement.

2. I have appeared as an attorney on behalf of the Commission in the case *CFTC v. Long Leaf Trading Group, Inc. et al.*, No. 20-3758 (N.D. Ill.).

3. Ashley Burden has also appeared as an attorney on behalf of the Commission in the case *CFTC v. Long Leaf Trading Group, Inc. et al.*, No. 20-3758 (N.D. Ill.).

4. Andrew May has appeared as an attorney on behalf of Defendant Jeremy Ruth in the case *CFTC v. Long Leaf Trading Group, Inc. et al.*, No. 20-3758 (N.D. Ill.).

5. A true and accurate copy of the Commission's first set of interrogatories served on Defendant Jeremy Ruth is attached as Exhibit 1.

6. A true and accurate copy of a November 30, 2020 email from Ashley Burden to Andrew May and others is attached as Exhibit 2.

1

7.      A true and accurate copy of a December 1, 2020 email from Joseph Platt to Andrew May and others is attached as Exhibit 3.

8.      A true and accurate copy of the Commission's revised notice of Tony Klancic's deposition is attached as Exhibit 4.

9.      A true and accurate copy of a January 6, 2021 email from Ashley Burden to Andrew May is attached as Exhibit 5.

10.     A true and accurate copy of a January 8, 2021 email from Ashley Burden to Andrew May is attached as Exhibit 6.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


Dated:  January 8, 2021                    /s/ Joseph C. Platt

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| Commodity Futures Trading Commission, ) | |
| Plaintiff ) | |
| ) | Case No. 20-3758 |
| v. ) | |
| ) | |
| Long Leaf Trading Group, Inc., James A. ) | |
| Donelson, Timothy M. Evans, Jeremy S. ) | |
| Ruth, and Andrew D. Nelson, ) | |
| Defendants ) | |
| ) | |

**PLAINTIFF CFTC'S FIRST SET OF INTERROGATORIES TO DEFENDANT RUTH**

Pursuant to Federal Rule of Civil Procedure 33(a), Plaintiff Commodity Futures Trading

Commission ("CFTC"), hereby serves the following interrogatories upon Defendant Jeremy

Ruth. Pursuant to Federal Rule of Civil Procedure 33(b)(2), Mr. Ruth's responses to these

interrogatories are due December 30, 2020.

1.  Describe the testimony you[1] expect Anthony Klancic to provide in support of your defenses to, or which tend to disprove or debut, the CFTC's claims in the above-captioned action.

2.  Explain what testimony you expect Mr. Klancic to provide with respect to your "client interactions" which will support your defenses to, or which tend to disprove or debut, the CFTC's claims in the above-captioned action.

3.  Explain what testimony you expect Mr. Klancic to provide with respect to your role at Long Leaf Trading Group, Inc., which will support your defenses to, or which tend to disprove or debut, the CFTC's claims in the above-captioned action.

4.  Identify and describe any communication between you and Mr. Klancic, or to which you and Mr. Klancic were parties, that support your defenses to, or which tend to disprove or debut, the CFTC's claims in the above-captioned action.

---

[1] "You" shall refer to Defendant Ruth or any agent thereof.

5.    Describe the testimony you expect Mr. Klancic to provide relating to representations or omissions by you to customers or prospective customers relating to Long Leaf Trading Group, Inc. ("Long Leaf").

6.    Describe the testimony you expect Mr. Klancic to provide relating to your knowledge or understanding of trading results for customers of Long Leaf.

/s/ Ashley J. Burden

Counsel for Commodity Futures Trading
Commission
Ashley J. Burden
aburden@cftc.gov
Joseph C. Platt
jplatt@cftc.gov
Elizabeth M. Streit
estreit@cftc.gov
Scott R. Williamson
swilliamson@cftc.gov
Robert T. Howell
rhowell@cftc.gov
Commodity Futures Trading Commission
Division of Enforcement
525 W. Monroe St., Ste. 1100
Chicago, IL 60661
Phone: (312) 596-0700

# EXHIBIT 2

| From: | Burden, Ashley |
|---|---|
| To: | May, Andrew S. (AMay@hinshawlaw.com) |
| Cc: | "adnelson0503@gmail.com"; "Jim Falvey" (jimfalvey@yahoo.com); Patrick, Joseph J; Streit, Elizabeth M.; Platt, Joseph |
| Subject: | CFTC v. Long Leaf |
| Date: | Monday, November 30, 2020 3:02:33 PM |
| Attachments: | 2020.11.30 First Interrogatories to Ruth.pdf |
| | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

Andrew:

Please find attached the CFTC's first set of interrogatories to Mr. Ruth.  Please advise if you agree to accept service via email of these interrogatories and other future discovery requests.  If you agree to do so, the CFTC will of course reciprocate.

Thanks,

A



**Ashley J. Burden**
Senior Trial Attorney/Chicago Regional Office
Division of Enforcement
**Commodity Futures Trading Commission**
O: (312) 596-0693
C:  (312) 995-0779
aburden@cftc.gov



# EXHIBIT 3

| From: | Platt, Joseph |
|---|---|
| To: | "Jim Falvey"; "May, Andrew S."; "adnelson0503@gmail.com" |
| Cc: | Streit, Elizabeth M.; Burden, Ashley; Patrick, Joseph J |
| Subject: | RE: CFTC v. Long Leaf Trading Group, Inc. et al., No. 20 C 3578 (N.D. Ill.) \|\| Klancic deposition |
| Date: | Tuesday, December 1, 2020 4:55:00 PM |
| Attachments: | Klancic revised notice of deposition.pdf |
| | image001.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |

Attached is a revised notice of deposition concerning Tony Klancic. Mr. Klancic has confirmed he is available on January 15, 2021.

We will circulate videoconference log-in credentials in advance of the deposition.

Thanks,
Jody

**From:** Platt, Joseph
**Sent:** Friday, November 20, 2020 11:16 AM
**To:** 'Jim Falvey' <jimfalvey@yahoo.com>; 'May, Andrew S.' <AMay@hinshawlaw.com>; 'adnelson0503@gmail.com' <adnelson0503@gmail.com>
**Cc:** Streit, Elizabeth M. <estreit@CFTC.GOV>; Burden, Ashley <ABurden@CFTC.gov>; Patrick, Joseph J <jpatrick@cftc.gov>
**Subject:** CFTC v. Long Leaf Trading Group, Inc. et al., No. 20 C 3578 (N.D. Ill.) \|\| Klancic deposition

All —

Pursuant to Federal Rules of Civil Procedure 30 and 45, I am attaching (i) a copy of the document subpoena the CFTC intends to serve on Anthony Klancic and (ii) a notice of deposition concerning Mr. Klancic. We assume all agree to proceed with Mr. Klancic's deposition via videoconference, given the COVID-19-related restrictions presently in place in Illinois.

Regards,
Jody Platt



**Joseph C. Platt**
Trial Attorney, Division of Enforcement
**Commodity Futures Trading Commission**
C: 773-241-1543
jplatt@cftc.gov

# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|                                                          |     |                          |
| -------------------------------------------------------- | --- | ------------------------ |
| Commodity Futures Trading Commission,                    | )   |                          |
|                                                          | )   |                          |
| Plaintiff,                                               | )   |                          |
|                                                          | )   |                          |
| v.                                                       | )   | Case No. 20-3758         |
|                                                          | )   |                          |
| Long Leaf Trading Group, Inc., James A.                  | )   | Hon. Thomas A. Durkin    |
| Donelson, Timothy M. Evans, Jeremy S.                    | )   |                          |
| Ruth, and Andrew D. Nelson,                              | )   |                          |
|                                                          | )   |                          |
| Defendants.                                              | )   |                          |

**REVISED NOTICE OF DEPOSITION**

Plaintiff Commodity Futures Trading Commission ("CFTC") gives notice that it will take the deposition of Anthony Klancic on January 15, 2021, beginning at 9:00 am, pursuant to the Rule 45 deposition subpoena issued to Mr. Klancic. According to Defendant Jeremy Ruth's Rule 26(a) disclosures, Mr. Klancic's current address is 802 Aspen Drive, Lombard, IL.

Due to the COVID-19 pandemic, the CFTC intends to conduct the deposition via videoconference (using an application such as Webex or Zoom) and will circulate access credentials to all parties by email in advance of the deposition. Mr. Klancic's deposition testimony will be recorded by stenographic and audiovisual means.

The CFTC has also directed a Rule 45 subpoena for documents to Mr. Klancic, which requests the following categories of documents:

- All documents reflecting communications between [Mr. Klancic] and Jeremy Ruth related to Long Leaf Trading, including but not limited to emails and text messages.

- All documents related to Long Leaf Trading.

1

Dated:  December 1, 2020

*Joseph C. Platt*
_____

Counsel for Commodity Futures Trading
Commission

Joseph Platt
Commodity Futures Trading Commission
Division of Enforcement
525 W. Monroe St., Ste. 1100
Chicago, IL 60661
Phone:  773-241-1543
jplatt@cftc.gov

## CERTIFICATE OF SERVICE

I certify that on December 1, 2020, I served the attached notice of deposition on all parties by email:

Jim Falvey
Falvey Law Office
200 S. Wacker Dr., Ste. 3100
Chicago, IL 60606
312-404-5839
jimfalvey@yahoo.com

*Counsel to Long Leaf Trading Group, Inc.*
*and James A. Donelson*

Andrew May
Hinshaw & Culberston LLP
151 N. Franklin St.
Chicago, IL 60606
312-704-3400
amay@hinshawlaw.com

*Counsel to Jeremy Ruth*

Andrew D. Nelson
267 May St. E.
Elmhurst, IL 60126
adnelson0503@gmail.com

*Pro se*

*Joseph C. Platt*
Joseph C. Platt

# EXHIBIT 5

| From: | Burden, Ashley |
|---|---|
| To: | May, Andrew S. (AMay@hinshawlaw.com) |
| Cc: | Patrick, Joseph J; Streit, Elizabeth M.; Platt, Joseph |
| Subject: | RE: CFTC v. Long Leaf |
| Date: | Wednesday, January 6, 2021 10:49:06 AM |
| Attachments: | 2020.11.30 First Interrogatories to Ruth.pdf |
| | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

Andrew:

We haven't received a response to the interrogatories we sent on 11/30. The responses were due 12/30, so they are about a week late. We need the responses for the Klancic deposition (the deposition of Mr. May's only 26(a)(1) witness), which is scheduled for 1/15. Please advise when we can expect to receive them and why they are late.

Thanks,

A



**Ashley J. Burden**
Senior Trial Attorney/Chicago Regional Office
Division of Enforcement
**Commodity Futures Trading Commission**
O: (312) 596-0693
C:  (312) 995-0779
aburden@cftc.gov



**From:** Burden, Ashley
**Sent:** Monday, November 30, 2020 3:03 PM
**To:** May, Andrew S. (AMay@hinshawlaw.com) <AMay@hinshawlaw.com>
**Cc:** 'adnelson0503@gmail.com' <adnelson0503@gmail.com>; 'Jim Falvey' (jimfalvey@yahoo.com) <jimfalvey@yahoo.com>; Patrick, Joseph J <jpatrick@cftc.gov>; Streit, Elizabeth M. <estreit@CFTC.GOV>; Platt, Joseph <JPlatt@CFTC.gov>
**Subject:** CFTC v. Long Leaf

Andrew:

Please find attached the CFTC's first set of interrogatories to Mr. Ruth.  Please advise if you agree to accept service via email of these interrogatories and other future discovery requests.  If you agree to do so, the CFTC will of course reciprocate.

Thanks,

A



**Ashley J. Burden**
Senior Trial Attorney/Chicago Regional Office
Division of Enforcement
**Commodity Futures Trading Commission**
O: (312) 596-0693
C:  (312) 995-0779
aburden@cftc.gov



# EXHIBIT 6

| | |
|---|---|
| **From:** | Burden, Ashley |
| **To:** | May, Andrew S.; Platt, Joseph |
| **Cc:** | Streit, Elizabeth M.; Patrick, Joseph J |
| **Subject:** | RE: [EXTERNAL] RE: RE: RE: RE: CFTC v. Long Leaf Trading Group, Inc. et al. | notice of deposition of B. Cybulski |
| **Date:** | Thursday, January 7, 2021 5:57:59 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image010.png |
| | image011.png |
| | image012.png |
| | image013.png |
| | image014.png |

Andrew:

Thanks for the call, glad we finally got to connect. Per our chat, you are planning to file a motion to withdraw this evening or tomorrow. The CFTC has no basis to oppose the motion. You explained that you are not in a position to help respond to the outstanding ROGs because you do not have the information, and gallantly declined to elaborate on the basis of AC privilege. As such, we plan to file our motion to compel against Mr. Ruth tomorrow. Please advise if I have misstated any of the foregoing.

Thanks,

A



**Ashley J. Burden**
Senior Trial Attorney/Chicago Regional Office
Division of Enforcement
**Commodity Futures Trading Commission**
O: (312) 596-0693
C: (312) 995-0779
aburden@cftc.gov



**From:** Burden, Ashley
**Sent:** Thursday, January 7, 2021 5:42 PM
**To:** 'May, Andrew S.' <AMay@hinshawlaw.com>; Platt, Joseph <JPlatt@CFTC.gov>
**Cc:** Streit, Elizabeth M. <estreit@CFTC.GOV>; Patrick, Joseph J <jpatrick@cftc.gov>
**Subject:** RE: [EXTERNAL] RE: RE: RE: RE: CFTC v. Long Leaf Trading Group, Inc. et al. | notice of deposition of B. Cybulski

That's because you called my office number instead of my cell like I asked.  I will call you in 2 minutes with my colleague Jody Platt.



**Ashley J. Burden**
Senior Trial Attorney/Chicago Regional Office
Division of Enforcement
**Commodity Futures Trading Commission**
O: (312) 596-0693
C:  (312) 995-0779
aburden@cftc.gov



**From:** May, Andrew S. <AMay@hinshawlaw.com>
**Sent:** Thursday, January 7, 2021 5:40 PM
**To:** Burden, Ashley <ABurden@CFTC.gov>; Platt, Joseph <JPlatt@CFTC.gov>
**Cc:** Streit, Elizabeth M. <estreit@CFTC.GOV>; Patrick, Joseph J <JPatrick@CFTC.gov>
**Subject:** [EXTERNAL] RE: RE: RE: RE: CFTC v. Long Leaf Trading Group, Inc. et al. | notice of deposition of B. Cybulski

Ashley,

My call ran long. Can you talk now?
I tried you from my car but got VM.

ASM

**Andrew S. May**
Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3400 | **F:** 312-704-3001
AMay@hinshawlaw.com
My Bio | hinshawlaw.com

**Follow us on**  



**From:** Burden, Ashley <ABurden@CFTC.gov>

**Sent:** Thursday, January 7, 2021 3:31 PM
**To:** May, Andrew S. <AMay@hinshawlaw.com>; Platt, Joseph <JPlatt@CFTC.gov>
**Cc:** Streit, Elizabeth M. <estreit@CFTC.GOV>; Patrick, Joseph J <JPatrick@CFTC.gov>
**Subject:** RE: RE: RE: RE: CFTC v. Long Leaf Trading Group, Inc. et al. | notice of deposition of B. Cybulski

# *** External email ***

**\*\*CAUTION: Verify the sender and use caution before opening any attachments, clicking on links or responding to a request for information.\*\***

Yes.  Please call me at 4 on the cell below.  Jody, I will dial you in.

Thanks,

A



**Ashley J. Burden**
Senior Trial Attorney/Chicago Regional Office
Division of Enforcement
**Commodity Futures Trading Commission**
O: (312) 596-0693
C:  (312) 995-0779
aburden@cftc.gov



**From:** May, Andrew S. <AMay@hinshawlaw.com>
**Sent:** Thursday, January 7, 2021 2:43 PM
**To:** Burden, Ashley <ABurden@CFTC.gov>; Platt, Joseph <JPlatt@CFTC.gov>
**Cc:** Streit, Elizabeth M. <estreit@CFTC.GOV>; Patrick, Joseph J <JPatrick@CFTC.gov>
**Subject:** [EXTERNAL] RE: RE: RE: CFTC v. Long Leaf Trading Group, Inc. et al. | notice of deposition of B. Cybulski

Ashley,

I'm free after 4:00 today.
Does that work for any of you?

ASM

**Andrew S. May**
Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3400 | **F:** 312-704-3001
AMay@hinshawlaw.com
My Bio | hinshawlaw.com

**Follow us on**  



---

**From:** Burden, Ashley <ABurden@CFTC.gov>
**Sent:** Thursday, January 7, 2021 1:40 PM
**To:** May, Andrew S. <AMay@hinshawlaw.com>; Platt, Joseph <JPlatt@CFTC.gov>
**Cc:** Streit, Elizabeth M. <estreit@CFTC.GOV>; Patrick, Joseph J <JPatrick@CFTC.gov>
**Subject:** RE: RE: RE: CFTC v. Long Leaf Trading Group, Inc. et al. | notice of deposition of B. Cybulski

**\*\*\* External email \*\*\***

**\*\*CAUTION: Verify the sender and use caution before opening any attachments, clicking on links or responding to a request for information.\*\***

Andrew:

You haven't given me a time to talk, and I haven't had a call from you.  This is my attempt to meet-and-confer, so you can expect our motion to compel to be filed tomorrow.

A



**Ashley J. Burden**
Senior Trial Attorney/Chicago Regional Office
Division of Enforcement
**Commodity Futures Trading Commission**
O: (312) 596-0693
C:  (312) 995-0779
aburden@cftc.gov



**From:** Burden, Ashley
**Sent:** Wednesday, January 6, 2021 5:26 PM
**To:** 'May, Andrew S.' <AMay@hinshawlaw.com>; Platt, Joseph <JPlatt@CFTC.gov>; Jim Falvey <jimfalvey@yahoo.com>; 'adnelson0503@gmail.com' <adnelson0503@gmail.com>
**Cc:** Streit, Elizabeth M. <estreit@CFTC.GOV>; Patrick, Joseph J <jpatrick@cftc.gov>
**Subject:** RE: [EXTERNAL] RE: RE: CFTC v. Long Leaf Trading Group, Inc. et al. | notice of deposition of B. Cybulski

What time please.



**Ashley J. Burden**
Senior Trial Attorney/Chicago Regional Office
Division of Enforcement
**Commodity Futures Trading Commission**
O: (312) 596-0693
C:  (312) 995-0779
aburden@cftc.gov



**From:** May, Andrew S. <AMay@hinshawlaw.com>
**Sent:** Wednesday, January 6, 2021 5:24 PM
**To:** Burden, Ashley <ABurden@CFTC.gov>; Platt, Joseph <JPlatt@CFTC.gov>; Jim Falvey <jimfalvey@yahoo.com>; 'adnelson0503@gmail.com' <adnelson0503@gmail.com>
**Cc:** Streit, Elizabeth M. <estreit@CFTC.GOV>; Patrick, Joseph J <JPatrick@CFTC.gov>
**Subject:** [EXTERNAL] RE: RE: CFTC v. Long Leaf Trading Group, Inc. et al. | notice of deposition of B. Cybulski

Ashley,

I will call you tomorrow.

ASM

**Andrew S. May**
Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3400 | **F:** 312-704-3001
AMay@hinshawlaw.com

<u>My Bio</u> | <u>hinshawlaw.com</u>

**Follow us on**  



---

**From:** Burden, Ashley <<u>ABurden@CFTC.gov</u>>
**Sent:** Wednesday, January 6, 2021 5:15 PM
**To:** May, Andrew S. <<u>AMay@hinshawlaw.com</u>>; Platt, Joseph <<u>JPlatt@CFTC.gov</u>>; Jim Falvey
<<u>jimfalvey@yahoo.com</u>>; 'adnelson0503@gmail.com' <<u>adnelson0503@gmail.com</u>>
**Cc:** Streit, Elizabeth M. <<u>estreit@CFTC.GOV</u>>; Patrick, Joseph J <<u>JPatrick@CFTC.gov</u>>
**Subject:** RE: RE: CFTC v. Long Leaf Trading Group, Inc. et al. | notice of deposition of B. Cybulski

# *** External email ***

**\*\*CAUTION: Verify the sender and use caution before opening any attachments, clicking on links or responding to a request for information.\*\***

Andrew:

It looks like March 29th is going to work for everyone so hold that date please and we will send around a revised subpoena and dep notice.

Also, you have not responded to our email about your client's late rog responses.  Be advised we are going to file a motion to compel on Friday unless we get them.

Thanks,

A



**Ashley J. Burden**
Senior Trial Attorney/Chicago Regional Office
Division of Enforcement
**Commodity Futures Trading Commission**
O: (312) 596-0693
C:  (312) 995-0779
<u>aburden@cftc.gov</u>



**From:** May, Andrew S. <AMay@hinshawlaw.com>
**Sent:** Wednesday, January 6, 2021 5:00 PM
**To:** Platt, Joseph <JPlatt@CFTC.gov>; Jim Falvey <jimfalvey@yahoo.com>; 'adnelson0503@gmail.com' <adnelson0503@gmail.com>
**Cc:** Streit, Elizabeth M. <estreit@CFTC.GOV>; Burden, Ashley <ABurden@CFTC.gov>; Patrick, Joseph J <JPatrick@CFTC.gov>
**Subject:** [EXTERNAL] RE: CFTC v. Long Leaf Trading Group, Inc. et al. | notice of deposition of B. Cybulski

Jody,

Sorry for the delay, but I just responded to Asley's email that I am UNAVAILABLE on the 26th. I am good the following week.

ASM

**Andrew S. May**
Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3400 | **F:** 312-704-3001
AMay@hinshawlaw.com
My Bio | hinshawlaw.com

**Follow us on**   



**From:** Platt, Joseph <JPlatt@CFTC.gov>
**Sent:** Tuesday, January 5, 2021 6:37 PM
**To:** Jim Falvey <jimfalvey@yahoo.com>; May, Andrew S. <AMay@hinshawlaw.com>; 'adnelson0503@gmail.com' <adnelson0503@gmail.com>
**Cc:** Streit, Elizabeth M. <estreit@CFTC.GOV>; Burden, Ashley <ABurden@CFTC.gov>; Patrick, Joseph J <JPatrick@CFTC.gov>
**Subject:** CFTC v. Long Leaf Trading Group, Inc. et al. | notice of deposition of B. Cybulski

## *** External email ***

**\*\*CAUTION: Verify the sender and use caution before opening any attachments, clicking on**

**links or responding to a request for information.\*\***

Counsel and Mr. Nelson –

Please see the attached notice of deposition.

Best regards,
Jody



**Joseph C. Platt**
Trial Attorney, Division of Enforcement
**Commodity Futures Trading Commission**
C: 773-241-1543
jplatt@cftc.gov

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.