UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Commodity Futures Trading Commission
　　　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Case No.: 1:20−cv−03758
　　　　　　　　　　　　　　　　　　　　　　Honorable Thomas M. Durkin

Long Leaf Trading Group, Inc., et al.
　　　　　　　　　　　　　　　　　　　Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 11, 2021:

　　　　MINUTE entry before the Honorable Thomas M. Durkin: Telephone hearing on the motion to compel interrogatory responses from Defendant Jeremy Ruth [57] is set for the same time, and with the same dial in information, as the hearing on the motion to withdraw as attorney [55]. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.