## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Commodity Futures Trading Commission
                                        Plaintiff,

v.                                       Case No.: 1:20−cv−03758
                                         Honorable Thomas M. Durkin

Long Leaf Trading Group, Inc., et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 16, 2021:

    MINUTE entry before the Honorable Thomas M. Durkin: Telephone status hearing held on 2/16/2021. The motion to compel [62] is denied as moot. Defendants Long Leaf Trading Group, Inc. and James Donelson are to comply with the discovery requests by 2/26/2021. Parties may email the courtroom deputy a new agreed discovery cut−off. A telephone status hearing is set for 4/5/2021 at 9:00 a.m. To join the telephone conference, dial 877−402−9757, Access Code 4410831. Members of the public and media will be able to call in to listen to this hearing. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.