# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Commodity Futures Trading Commission

                              Plaintiff,

v.                                                          Case No.: 1:20−cv−03758
                                                         Honorable Thomas M. Durkin

Long Leaf Trading Group, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 19, 2021:

      MINUTE entry before the Honorable Thomas M. Durkin: On the request of the CFTC, the following expert discovery deadlines are entered. The close of fact discovery will be 6/30/2021. The deadline to exchange expert reports, if any, will be 8/11/2021. The deadline to exchange expert rebuttal reports, if any, will be 9/22/2021. The close of expert discovery will be 10/6/2021. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.