Ex. B

| | |
|---|---|
| **From:** | Jeremy Ruth |
| **To:** | Platt, Joseph; Jim Falvey |
| **Cc:** | Streit, Elizabeth M.; Burden, Ashley; Patrick, Joseph J |
| **Subject:** | [EXTERNAL] Re: Forthcoming CFTC document production |
| **Date:** | Thursday, March 4, 2021 10:52:55 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

Joseph,

I signed up for PACER access, but I have to await a pin in the mail in order to be able to access the system. It claims it takes 7 to 10 business days. In the meantime, I want to make sure I'm aware of all upcoming court dates. Since I missed the last status update do to the Houston freeze, I was hoping you could fill me in with the next court date. Moving forward, I'll be able to access that on my own.

On another note, we obviously need to reschedule my depo. I can't commit to a date as of yet, since I have not received discovery, but I want to make sure we are clear that the current date is cancelled as of now. Please confirm.

It is my understanding that there are scheduled depositions for James Donaldson and Rebecca Wing. Are there any other scheduled depositions in addition to the two of these?


Sincerely,



Jeremy Ruth

---

**From:** Platt, Joseph <JPlatt@CFTC.gov>
**Sent:** Tuesday, March 2, 2021 1:02 PM
**To:** Jim Falvey <jimfalvey@yahoo.com>; Jeremy Ruth <jeremysruth@hotmail.com>
**Cc:** Streit, Elizabeth M. <estreit@CFTC.GOV>; Burden, Ashley <ABurden@CFTC.gov>; Patrick, Joseph J <JPatrick@CFTC.gov>
**Subject:** Forthcoming CFTC document production

Messrs. Falvey and Ruth –

The CFTC is preparing a very large document production (over 200 gigabytes) that will require sending the data via hard drive, as opposed to FTP link. Please provide an address to which we should send the hard drive where it will not be exposed to potential damage or theft. Thanks.



**Joseph C. Platt**
Trial Attorney, Division of Enforcement
**Commodity Futures Trading Commission**
C: 773-241-1543
jplatt@cftc.gov