Ex. D

| | |
|---|---|
| **From:** | Burden, Ashley |
| **To:** | Laurence Landsman (llandsman@llflegal.com); Nicholas P. Iavarone; "adnelson0503@gmail.com"; "JEREMYSRUTH@HOTMAIL.COM" |
| **Cc:** | Streit, Elizabeth M.; Platt, Joseph; Patrick, Joseph J; Klimek, Marsha; Pan, Stacie |
| **Subject:** | CFTC v. Long Leaf production 1 |
| **Date:** | Friday, September 4, 2020 1:00:52 PM |
| **Attachments:** | image001.png image002.png image003.png image004.png image005.png |

Counsel and Messrs. Ruth and Nelson:

The CFTC is producing to you, pursuant to FRCP 26(a)(1)(A)(ii), documents bates-stamped CFTC_PROD_0000000001 through CFTC_PROD_0000005849.  These documents consist of transcripts and exhibits from the CFTC's investigation of Long Leaf Trading.

The ranges for each transcript are as follows:

| | |
|---|---|
| Donelson, James | CFTC_PROD_0000000001 through CFTC_PROD_0000000827 |
| Gecas, Scott | CFTC_PROD_0000000828 through CFTC_PROD_0000001665 |
| Leeney, James | CFTC_PROD_0000001666 through CFTC_PROD_0000002270 |
| Nelson, Andrew | CFTC_PROD_0000002271 through CFTC_PROD_0000002957 |
| Pace, Craig | CFTC_PROD_0000002958 through CFTC_PROD_0000003423 |
| Ruth, Jeremy | CFTC_PROD_0000003424 through CFTC_PROD_0000004766 |
| Tandaric, Rita | CFTC_PROD_0000004767 through CFTC_PROD_0000005849 |

The documents are being produced via the CFTC's FTP site, credentials for which have been emailed to you.

Thanks,

A



**Ashley J. Burden**
Senior Trial Attorney/Chicago Regional Office
Division of Enforcement
**Commodity Futures Trading Commission**
312-596-0693
aburden@cftc.gov



| From: | Burden, Ashley |
|---|---|
| To: | Nicholas P. Iavarone; Laurence Landsman (llandsman@llflegal.com); "adnelson0503@gmail.com"; "JEREMYSRUTH@HOTMAIL.COM" |
| Cc: | Streit, Elizabeth M.; Platt, Joseph; Patrick, Joseph J |
| Subject: | CFTC v. Long Leaf production 2 |
| Date: | Wednesday, September 30, 2020 6:18:27 PM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

Counsel and Messrs. Nelson and Ruth:

The CFTC is producing to you, pursuant to FRCP 26(a)(1)(A)(ii), documents bates-stamped CFTC_PROD_0000005850 through CFTC_PROD_0000016793. These production consist of documents produced to the CFTC by customers of Long Leaf Trading. The ranges for each customer's production are as follows:

| Custodian | CFTC Prod Beg | CFTC Prod End |
|---|---|---|
| Andersen, Bret | CFTC_PROD_0000005850 | CFTC_PROD_0000007185 |
| Bates, Thomas | CFTC_PROD_0000016748 | CFTC_PROD_0000016793 |
| Campbell, Pat | CFTC_PROD_0000015306 | CFTC_PROD_0000016554 |
| Cast, Ken | CFTC_PROD_0000015160 | CFTC_PROD_0000015271 |
| Hartmann, Mark | CFTC_PROD_0000015272 | CFTC_PROD_0000015305 |
| Lamar, Priscilla | CFTC_PROD_0000016555 | CFTC_PROD_0000016683 |
| Lesso, Daniel | CFTC_PROD_0000009921 | CFTC_PROD_0000012500 |
| Mehr, Robert | CFTC_PROD_0000016684 | CFTC_PROD_0000016747 |
| Nations, Dennis | CFTC_PROD_0000007186 | CFTC_PROD_0000009920 |
| Ontiveros, Darius | CFTC_PROD_0000012501 | CFTC_PROD_0000014721 |
| Villarreal, Diana | CFTC_PROD_0000014722 | CFTC_PROD_0000015159 |

The documents are being produced to via the CFTC's FTP site, the link and credentials to which have previously been provided to you.

Thanks,

A



**Ashley J. Burden**
Senior Trial Attorney/Chicago Regional Office
Division of Enforcement
**Commodity Futures Trading Commission**
312-596-0693
aburden@cftc.gov

