Ex. E

| | |
|---|---|
| **From:** | Jeremy Ruth |
| **To:** | Platt, Joseph |
| **Cc:** | Streit, Elizabeth M.; Burden, Ashley; Patrick, Joseph J |
| **Subject:** | [EXTERNAL] Re: Re: Re: DEFENDANT JEREMY S RUTH'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES |
| **Date:** | Friday, February 26, 2021 3:21:16 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |

I think you are making this more difficult than it needs to be. You produced documents. I have zero of them or the ability to any of access them. I'm sure you know which documents you produced.

**From:** Platt, Joseph <JPlatt@CFTC.gov>
**Sent:** Friday, February 26, 2021 3:18 PM
**To:** Jeremy Ruth <jeremysruth@hotmail.com>
**Cc:** Streit, Elizabeth M. <estreit@CFTC.GOV>; Burden, Ashley <ABurden@CFTC.gov>; Patrick, Joseph J <JPatrick@CFTC.gov>
**Subject:** RE: Re: Re: DEFENDANT JEREMY S RUTH'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

I'm sorry, I still don't understand what you are looking for. Please tell me the dates of the emails you received from the CFTC transmitting the document productions.

**From:** Jeremy Ruth <jeremysruth@hotmail.com>
**Sent:** Friday, February 26, 2021 3:17 PM
**To:** Platt, Joseph <JPlatt@CFTC.gov>
**Cc:** Streit, Elizabeth M. <estreit@CFTC.GOV>; Burden, Ashley <ABurden@CFTC.gov>; Patrick, Joseph J <JPatrick@CFTC.gov>
**Subject:** [EXTERNAL] Re: Re: DEFENDANT JEREMY S RUTH'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

I have zero productions and I'm unable to access zero productions

**From:** Platt, Joseph <JPlatt@CFTC.gov>
**Sent:** Friday, February 26, 2021 3:15 PM
**To:** Jeremy Ruth <jeremysruth@hotmail.com>
**Cc:** Streit, Elizabeth M. <estreit@CFTC.GOV>; Burden, Ashley <ABurden@CFTC.gov>; Patrick, Joseph J <JPatrick@CFTC.gov>
**Subject:** RE: Re: DEFENDANT JEREMY S RUTH'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Mr. Ruth –

You'll have to be more specific about what you are asking for. We have sent numerous productions to you and your former counsel. The documents are provided by file-transfer protocol, which is standard for producing electronically stored information in litigation. The system is not intended for you to log on and view the documents in perpetuity. You are supposed to download the documents to a secure location (it is important that you take steps to safeguard the data we send to you – as a litigant you are obliged to take care to avoid any potential misuse of discovery material), then you can view them at your own pace.

Please identify the dates of the productions that were sent to you that you failed to download. You may retrieve any productions we sent to Mr. May from him or his law firm.

Best regards,



**Joseph C. Platt**
Trial Attorney, Division of Enforcement
**Commodity Futures Trading Commission**
C: 773-241-1543
jplatt@cftc.gov

---

**From:** Jeremy Ruth <jeremysruth@hotmail.com>
**Sent:** Friday, February 26, 2021 1:06 PM
**To:** Platt, Joseph <JPlatt@CFTC.gov>
**Cc:** Streit, Elizabeth M. <estreit@CFTC.GOV>; Burden, Ashley <ABurden@CFTC.gov>; Patrick, Joseph J <JPatrick@CFTC.gov>
**Subject:** [EXTERNAL] Re: DEFENDANT JEREMY S RUTH'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

I now can't even access the server in which the documents are loaded to. My credentials expired. Can you please provide me access?

---

**From:** Platt, Joseph <JPlatt@CFTC.gov>
**Sent:** Friday, February 26, 2021 7:55 AM
**To:** Jeremy Ruth <JeremySRuth@hotmail.com>
**Cc:** Streit, Elizabeth M. <estreit@CFTC.GOV>; Burden, Ashley <ABurden@CFTC.gov>; Patrick, Joseph J <JPatrick@CFTC.gov>
**Subject:** RE: DEFENDANT JEREMY S RUTH'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Good morning Mr. Ruth –

Thanks for sending the answers to the interrogatories. In response to interrogatory 4, you state – and I am paraphrasing -- that you are not able to answer because you are not able to review the documents produced to you by the CFTC. As we've clarified, the CFTC's document productions can be reviewed on any computer with basic software. I am attaching our earlier correspondence on this point.

Best regards,



**Joseph C. Platt**
Trial Attorney, Division of Enforcement
**Commodity Futures Trading Commission**
C: 773-241-1543
jplatt@cftc.gov

**From:** Jeremy Ruth <JeremySRuth@hotmail.com>
**Sent:** Thursday, February 25, 2021 4:57 PM
**To:** 'adnelson0503@gmail.com' <adnelson0503@gmail.com>; Jim Falvey <jimfalvey@yahoo.com>; Burden, Ashley <ABurden@CFTC.gov>; Platt, Joseph <JPlatt@CFTC.gov>; Streit, Elizabeth M. <estreit@CFTC.GOV>; Patrick, Joseph J <JPatrick@CFTC.gov>
**Subject:** [EXTERNAL] DEFENDANT JEREMY S RUTH'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

See Attached.