Ex. F

| | |
|---|---|
| **From:** | Burden, Ashley |
| **To:** | "Jim Falvey" (jimfalvey@yahoo.com); "adnelson0503@gmail.com"; May, Andrew S. (AMay@hinshawlaw.com); Laurence Landsman (llandsman@llflegal.com) |
| **Subject:** | CFTC Production No. 4 |
| **Date:** | Monday, November 16, 2020 2:28:44 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

Counsel and Mr. Nelson:

The CFTC is producing to you, pursuant to FRCP 26(a)(1)(A)(ii), documents from the following witnesses:

| ProdBy | CFTC Prod Beg | CFTC Prod End |
|---|---|---|
| Gary Sinclair | CFTC_PROD_0000032122 | CFTC_PROD_0000032200 |
| | CFTC_PROD_0000032208 | CFTC_PROD_0000032209 |
| | CFTC_PROD_0000032212 | CFTC_PROD_0000032213 |
| | CFTC_PROD_0000032215 | CFTC_PROD_0000032225 |
| | CFTC_PROD_0000032239 | CFTC_PROD_0000032258 |
| | CFTC_PROD_0000032260 | CFTC_PROD_0000032299 |
| James Leeney | CFTC_PROD_0000032201 | CFTC_PROD_0000032207 |
| | CFTC_PROD_0000032210 | CFTC_PROD_0000032211 |
| | CFTC_PROD_0000032214 | CFTC_PROD_0000032214 |
| | CFTC_PROD_0000032226 | CFTC_PROD_0000032238 |
| | CFTC_PROD_0000032259 | CFTC_PROD_0000032259 |
| | CFTC_PROD_0000032300 | CFTC_PROD_0000032306 |
| Jeremy Ruth | CFTC_PROD_0000706013 | CFTC_PROD_0000706068 |
| NFA | CFTC_PROD_0000032307 | CFTC_PROD_0000706012 |

The documents are being produced to via the CFTC's FTP site, the link and credentials to which were provided to you earlier today.

Jim, Larry needs to come off the docket if he is no longer representing LLT and Donelson and we need for you to file an appearance. If you don't do that we are going to have to keep sending docs to Larry and we are going to stop sending docs to you.

Thanks,

A

> **Ashley J. Burden**
> Senior Trial Attorney/Chicago Regional Office
> Division of Enforcement



**Commodity Futures Trading Commission**
O: (312) 596-0693
C: (312) 995-0779
aburden@cftc.gov



| | |
|---|---|
| **From:** | Burden, Ashley |
| **To:** | "Jim Falvey" (jimfalvey@yahoo.com); May, Andrew S. (AMay@hinshawlaw.com); "adnelson0503@gmail.com" |
| **Cc:** | Streit, Elizabeth M.; Patrick, Joseph J; Platt, Joseph; Klimek, Marsha; Danowski, Alyson |
| **Subject:** | CFTC Production No. 5 |
| **Date:** | Tuesday, December 1, 2020 10:24:18 AM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>image005.png<br>metadata.xlsx |

Counsel and Mr. Nelson:

The CFTC is producing to you, pursuant to FRCP 26(a)(1)(A)(ii), audio files produced by Cunningham Commodities and Long Leaf Trading during the CFTC's investigation. Please find attached an index of the files.

Because the number of audio files is large, we are producing them to you through multiple FTP sites. We sent you a link to one yesterday. Two more will follow, most likely today (though with machine processing time, it may be tomorrow).

Thanks,

A



**Ashley J. Burden**
Senior Trial Attorney/Chicago Regional Office
Division of Enforcement
**Commodity Futures Trading Commission**
O: (312) 596-0693
C: (312) 995-0779
aburden@cftc.gov

