# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Commodity Futures Trading Commission

                                    Plaintiff,

v.                                                                    Case No.: 1:20−cv−03758

                                                                                      Honorable Thomas M. Durkin

Long Leaf Trading Group, Inc., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 24, 2021:

      MINUTE entry before the Honorable Thomas M. Durkin: Off the record summary judgment conference held by telephone on 9/24/2021. CFTC's motion for summary judgment is due 11/5/2021. Defendants' responses are due 12/17/2021. CFTC's reply is due 1/7/2022. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.