# CFTC Ex. 93

Message

| | |
|---|---|
| From: | Jeremy Ruth [jruth@longleaftrading.com] |
| Sent: | 5/9/2017 10:33:55 AM |
| To: | Vince Prieto [vprieto@longleaftrading.com]; James Leeney [jleeney@longleaftrading.com]; Pierre Halteh [phalteh@longleaftrading.com] |
| Subject: | April 2017 Results.xlsx |
| Attachments: | April 2017 Results.xlsx |

# Jeremy Ruth
Senior Commodity Associate | Long Leaf Trading Group

Direct: 312.483.2193
Toll Free: 866.372.1014
Fax: 773.751.2103
Skype: jruth@longleaftrading.com

Trading futures involves risk of loss and is not suitable for all investors. Past performance is not necessarily indicative of future results.

E-mail sent through the Internet is not secure. E-mail is not private and is subject to review by the Firm, its officers, agents, employees and regulators. Do not e-mail time sensitive instructions, orders to buy or sell securities or instructions to transfer funds. We will not accept such orders or instructions. This e-mail is not an official trade confirmation for transactions executed for your account. This communication is for informational purposes only.


EXHIBIT #93 9.16.19

Long Leaf Trading-0000076193

| Mar-17 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Soymeal | $ (727.80) | $ (1,455.60) | $ (2,183.40) | $ (2,911.20) | $ (3,639.00) | $ (4,366.80) | $ (5,094.60) | $ (5,822.40) | $ (6,550.20) | $ (7,278.00) | $ (8,005.80) | $ (8,733.60) | $ (9,461.40) |
| Soybeans | $ 101.83 | $ 203.66 | $ 305.49 | $ 407.32 | $ 509.15 | $ 610.98 | $ 712.81 | $ 814.64 | $ 916.47 | $ 1,018.30 | $ 1,120.13 | $ 1,221.96 | $ 1,323.79 |
| Gold | $ 630.16 | $ 1,260.32 | $ 1,890.48 | $ 2,520.64 | $ 3,150.80 | $ 3,780.96 | $ 4,411.12 | $ 5,041.28 | $ 5,671.44 | $ 6,301.60 | $ 6,931.76 | $ 7,561.92 | $ 8,192.08 |
| Cattle | $ (974.40) | $ (1,948.80) | $ (2,923.20) | $ (3,897.60) | $ (4,872.00) | $ (5,846.40) | $ (6,820.80) | $ (7,795.20) | $ (8,769.60) | $ (9,744.00) | $ (10,718.40) | $ (11,692.80) | $ (12,667.20) |
| Net P/L | $ (970.21) | $ (1,940.42) | $ (2,910.63) | $ (3,880.84) | $ (4,851.05) | $ (5,821.26) | $ (6,791.47) | $ (7,761.68) | $ (8,731.89) | $ (9,702.10) | $ (10,672.31) | $ (11,642.52) | $ (12,612.73) |

| Apr-17 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Crude Oil | $ 360.16 | $ 720.32 | $ 1,080.48 | $ 1,440.64 | $ 1,800.80 | $ 2,160.96 | $ 2,521.12 | $ 2,881.28 | $ 3,241.44 | $ 3,601.60 | $ 3,961.76 | $ 4,321.92 | $ 4,682.08 |
| US T-bonds | $ (777.03) | $ (1,554.06) | $ (2,331.09) | $ (3,108.12) | $ (3,885.15) | $ (4,662.18) | $ (5,439.21) | $ (6,216.24) | $ (6,993.27) | $ (7,770.30) | $ (8,547.33) | $ (9,324.36) | $ (10,101.39) |
| Cocoa | $ (1,050.55) | $ (2,101.10) | $ (3,151.65) | $ (4,202.20) | $ (5,252.75) | $ (6,303.30) | $ (7,353.85) | $ (8,404.40) | $ (9,454.95) | $ (10,505.50) | $ (11,556.05) | $ (12,606.60) | $ (13,657.15) |
| Euro | $ 362.06 | $ 724.12 | $ 1,086.18 | $ 1,448.24 | $ 1,810.30 | $ 2,172.36 | $ 2,534.42 | $ 2,896.48 | $ 3,258.54 | $ 3,620.60 | $ 3,982.66 | $ 4,344.72 | $ 4,706.78 |
| Net P/L | $ (1,105.36) | $ (2,210.72) | $ (3,316.08) | $ (4,421.44) | $ (5,526.80) | $ (6,632.16) | $ (7,737.52) | $ (8,842.88) | $ (9,948.24) | $ (11,053.60) | $ (12,158.96) | $ (13,264.32) | $ (14,369.68) |

| May-17 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gold | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CAD $ | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| US T-bonds | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| E-mini S&P | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net P/L | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

Long Leaf Trading-0000076194