# CFTC Ex. 94

Message

| | |
|---|---|
| **From:** | Jeremy Ruth [jruth@longleaftrading.com] |
| **Sent:** | 6/9/2017 11:56:31 AM |
| **To:** | Pierre Halteh [phalteh@longleaftrading.com]; Vince Prieto [vprieto@longleaftrading.com]; James Leeney [jleeney@longleaftrading.com] |
| **Subject:** | TMM - May Results.xlsx |
| **Attachments:** | TMM - May Results.xlsx |

For your info only.

# Jeremy Ruth
Senior Commodity Associate | Long Leaf Trading Group

**Direct:** 312.483.2193
**Toll Free:** 866.372.1014
**Fax:** 773.751.2103
**Skype:** jruth@longleaftrading.com

Trading futures involves risk of loss and is not suitable for all investors. Past performance is not necessarily indicative of future results.

E-mail sent through the Internet is not secure. E-mail is not private and is subject to review by the Firm, its officers, agents, employees and regulators. Do not e-mail time sensitive instructions, orders to buy or sell securities or instructions to transfer funds. We will not accept such orders or instructions. This e-mail is not an official trade confirmation for transactions executed for your account. This communication is for informational purposes only.



Long Leaf Trading-0000329738

| | Month | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gold | June | 5/25/2017 | 1.45 | 1.01 | 140.00 | 149.84 | 62.00 | 10.00 | 420.00 | 470.16 | 1,500.00 | 1,029.84 | | | | | | | | 470.16 | 1,410.48 |
| US T-bonds | June | 5/26/2017 | 0.81 | 1.01 | 140.00 | 147.28 | 31.00 | 15.62 | 484.38 | 337.10 | 1,000.00 | 662.91 | | | | | | | | 337.10 | 1,011.29 |
| E-mini S&P | May | 5/31/2017 | 0.55 | 1.01 | 140.00 | 146.24 | 43.75 | 50.00 | 2,187.50 | 2,041.26 | 3,000.00 | 958.74 | 1.18 | 1.01 | 25.00 | 163.98 | $ (3,000.00) | (1,321.80) | (1,365.04) |
| Canadian Dollar | June | 6/9/2017 | 1.60 | 0.01 | 140.00 | 146.44 | 59.00 | 10.00 | 590.00 | 443.56 | 1,000.00 | 556.44 | 1.60 | 1.01 | - | 7.63 | $ (150.00) | 285.73 | 857.19 |
| | | | | | | | | | | | | | | | | | | | (28.90) | (86.48) |