# CFTC Ex. 110

Message

| | |
|---|---|
| From: | James Leeney [jleeney@longleaftrading.com] |
| Sent: | 4/27/2017 9:02:41 PM |
| To: | Jeremy Ruth [jruth@longleaftrading.com] |
| Subject: | RE: Calls to Review |

Thanks bra

# James Leeney

### Senior Market Strategist | Long Leaf Trading Group



Direct: 312.488.1738
Toll Free: 888.272.6926
Fax: 773.751.2103
Skype: jleeney

Trading futures involves risk of loss and is not suitable for all investors. Past performance is not necessarily indicative of future results.

E-mail sent through the Internet is not secure. E-mail is not private and is subject to review by the Firm, its officers, agents, employees and regulators. Do not e-mail time sensitive instructions, orders to buy or sell securities or instructions to transfer funds. We will not accept such orders or instructions. This e-mail is not an official trade confirmation for transactions executed for your account. This communication is for informational purposes only.

From: Jeremy Ruth
Sent: Thursday, April 27, 2017 5:47 PM
To: James Leeney <jleeney@longleaftrading.com>; Vince Prieto <vprieto@longleaftrading.com>
Subject: Calls to Review

Bros,

Here are some calls I think are worth the listen.

Jim Bailes:

Demo Set – Good Battle, proves my theory of the "B" customer
Custom – The value in this call is during the scripted part of the custom, you won't get the full value if you skip to the unscripted part (although that is good too!)

Jerry Krantz:

Broker Premier – Started from a Pierre fuck up, but the value in this call is how to get around a request for a track record and how to show empathy so he feels you understand him.

Let me know if you have any questions.

Sincerely,



EXHIBIT 110
9-16-19

Long Leaf Trading-0000090971



# Jeremy Ruth
Senior Commodity Associate | Long Leaf Trading Group



Direct: 312.483.2193
Toll Free: 866.372.1014
Fax: 773.751.2103
Skype: jruth@longleaftrading.com

Trading futures involves risk of loss and is not suitable for all investors. Past performance is not necessarily indicative of future results.

E-mail sent through the Internet is not secure. E-mail is not private and is subject to review by the Firm, its officers, agents, employees and regulators. Do not e-mail time sensitive instructions, orders to buy or sell securities or instructions to transfer funds. We will not accept such orders or instructions. This e-mail is not an official trade confirmation for transactions executed for your account. This communication is for informational purposes only.