# CFTC Ex. 121

Message

| | |
|---|---|
| From: | Jeremy Ruth [jruth@longleaftrading.com] |
| Sent: | 4/13/2017 7:47:33 AM |
| To: | James Leeney [jleeney@longleaftrading.com]; Vince Prieto [vprieto@longleaftrading.com] |
| Subject: | March 2017 Results.xlsx |
| Attachments: | March 2017 Results.xlsx |

Updated with Live Cattle

# Jeremy Ruth
Senior Commodity Associate | Long Leaf Trading Group

Direct: 312.483.2193
Toll Free: 866.372.1014
Fax: 773.751.2103
Skype: jruth@longleaftrading.com

Trading futures involves risk of loss and is not suitable for all investors. Past performance is not necessarily indicative of future results.

E-mail sent through the Internet is not secure. E-mail is not private and is subject to review by the Firm, its officers, agents, employees and regulators. Do not e-mail time sensitive instructions, orders to buy or sell securities or instructions to transfer funds. We will not accept such orders or instructions. This e-mail is not an official trade confirmation for transactions executed for your account. This communication is for informational purposes only.



Long Leaf Trading-0000089750

| Mar-17 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Soymeal | $ (727.80) | $ (1,455.60) | $ (2,183.40) | $ (2,911.20) | $ (3,639.00) | $ (4,366.80) | $ (5,094.60) | $ (5,822.40) | $ (6,550.20) | $ (7,278.00) | $ (8,005.80) | $ (8,733.60) | $ (9,461.40) |
| Soybeans | $ 101.83 | $ 203.66 | $ 305.49 | $ 407.32 | $ 509.15 | $ 610.98 | $ 712.81 | $ 814.64 | $ 916.47 | $ 1,018.30 | $ 1,120.13 | $ 1,221.96 | $ 1,323.79 |
| Gold | $ 630.16 | $ 1,260.32 | $ 1,890.48 | $ 2,520.64 | $ 3,150.80 | $ 3,780.96 | $ 4,411.12 | $ 5,041.28 | $ 5,671.44 | $ 6,301.60 | $ 6,931.76 | $ 7,561.92 | $ 8,192.08 |
| Cattle | $ (924.40) | $ (1,848.80) | $ (2,773.20) | $ (3,697.60) | $ (4,622.00) | $ (5,546.40) | $ (6,470.80) | $ (7,395.20) | $ (8,319.60) | $ (9,244.00) | $ (10,168.40) | $ (11,092.80) | $ (12,017.20) |
| Net P/L | $ (920.21) | $ (1,840.42) | $ (2,760.63) | $ (3,680.84) | $ (4,601.05) | $ (5,521.26) | $ (6,441.47) | $ (7,361.68) | $ (8,281.89) | $ (9,202.10) | $ (10,122.31) | $ (11,042.52) | $ (11,962.73) |

Page 1

Long Leaf Trading-0000089751