CFTC Ex. 122

Message

**From:** Jeremy Ruth [jruth@longleaftrading.com]
**Sent:** 7/25/2017 8:47:36 AM
**To:** Tim Evans [tevans@longleaftrading.com]
**Subject:** Harish Patel

Started with: $25,707.32
Ended with: $9,249.72

Total Loss: $16,457.60

Total commissions: $29.820.00

# Jeremy Ruth
Senior Commodity Associate | Long Leaf Trading Group



**Direct:** 312.483.2193
**Toll Free:** 866.372.1014
**Fax:** 773.751.2103
**Skype:** jruth@longleaftrading.com

Trading futures involves risk of loss and is not suitable for all investors. Past performance is not necessarily indicative of future results.

E-mail sent through the Internet is not secure. E-mail is not private and is subject to review by the Firm, its officers, agents, employees and regulators. Do not e-mail time sensitive instructions, orders to buy or sell securities or instructions to transfer funds. We will not accept such orders or instructions. This e-mail is not an official trade confirmation for transactions executed for your account. This communication is for informational purposes only.



Long Leaf Trading-0000314540