# CFTC Ex. 128

**Message**

| | |
|---|---|
| From: | Shane Allen [allenst9@gmail.com] |
| Sent: | 5/17/2017 1:32:33 PM |
| To: | Jeremy Ruth [jruth@longleaftrading.com] |
| Subject: | Re: Long Leaf Trading Group - May Asset Images - 1Through 4 |

This is a written notification to cancel ALL future orders based on performance over the past year and a half. I requesting the termination of my account and the remaining balance to be mailed to me in check form at the following address.

Please advise and confirm.

Shane Allen
932 Whitmoor Drive
St. Charles, MO 63304

On Mon, May 1, 2017 at 10:07 AM, Jeremy Ruth <jruth@longleaftrading.com> wrote:

Attached you find 4 asset images for the month of May:

1. June Canadian Dollar Iron Condor
2. June Gold Iron Condor
3. June US T-Bond Iron Condor
4. May EOM E-mini S&P 500 Iron Butterfly

Sincerely,

# Jeremy Ruth

Senior Commodity Associate|Long Leaf Trading Group



Direct: 312.483.2193
Toll Free: 866.372.1014
Fax: 773.751.2103



EXHIBIT
#108
9.26.19

Long Leaf Trading-0000091476

Skype: jruth@longleaftrading.com

Trading futures involves risk of loss and is not suitable for all investors. Past performance is not necessarily indicative of future results.

E-mail sent through the Internet is not secure. E-mail is not private and is subject to review by the Firm, its officers, agents, employees and regulators. Do not e-mail time sensitive instructions, orders to buy or sell securities or instructions to transfer funds. We will not accept such orders or instructions. This e-mail is not an official trade confirmation for transactions executed for your account. This communication is for informational purposes only.

--
Shane T. Allen
314-954-2999
allenst9@gmail.com

Long Leaf Trading-0000091476