CFTC Ex. 129

**Message**

**From:** Jeremy Ruth [jruth@longleaftrading.com]
**Sent:** 6/17/2017 7:53:26 AM
**To:** Dan Snyder [dpsnyder@gmail.com]
**Subject:** Re: Account

Dan,

My apologies, I didn't realize you were waiting on comments from me. I'll call you on Monday to discuss.

Sincerely,

Jeremy Ruth

Get Outlook for Android

---

**From:** Dan Snyder <dpsnyder@gmail.com>
**Sent:** Saturday, June 17, 2017 6:47:09 AM
**To:** Jeremy Ruth
**Subject:** Re: Account

Hey Jeremy, no comment? I had hoped to hear something from you on your thoughts regarding the last three months.

In the absence of any comments, I do need direction on how to close out the account. I assume .uk oh all transfer it back to Midland?

On Jun 14, 2017 2:42 AM, "Dan Snyder" <dpsnyder@gmail.com> wrote:
Based on the recent account statements, the balance has reduced from 25099 to 19131, a 24% reduction in 3 months.

A loss of almost 2000 perr month a far cry from expectations . to meet the original annual expectations, you would need to exceed previous average expectations for every month for the rest of the year and that does not seem likely.

When we have gains they are not maximum gains, yet every loss has been a maximum loss. I am afraid I don't see the value in your option selection process.

Dan



Long Leaf Trading-0000334255