CFTC Ex. 141

Message

| | |
|---|---|
| **From:** | Jeremy Ruth [jruth@longleaftrading.com] |
| **Sent:** | 4/8/2017 3:59:26 PM |
| **To:** | Tim Evans [tevans@longleaftrading.com] |
| **Subject:** | custom |
| **Attachments:** | Custom Version 3.pptx |



Long Leaf Trading-0000077329



Long Leaf Trading-0000077330

# Risk Disclosure

THIS MATERIAL IS CONVEYED AS A SOLICITATION FOR ENTERING INTO A DERIVATIVES TRANSACTION.

THIS MATERIAL HAS BEEN PREPARED BY A LONG LEAF TRADING GROUP BROKER WHO PROVIDES RESEARCH MARKET COMMENTARY AND TRADE RECOMMENDATIONS AS PART OF HIS OR HER SOLICITATION FOR ACCOUNTS AND SOLICITATION FOR TRADES; HOWEVER, LONG LEAF TRADING GROUP DOES NOT MAINTAIN A RESEARCH DEPARTMENT AS DEFINED IN CFTC RULE 1.71. LONG LEAF TRADING GROUP, ITS PRINCIPALS, BROKERS AND EMPLOYEES MAY TRADE IN DERIVATIVES FOR THEIR OWN ACCOUNTS OR FOR THE ACCOUNTS OF OTHERS. DUE TO VARIOUS FACTORS (SUCH AS RISK TOLERANCE, MARGIN REQUIREMENTS, TRADING OBJECTIVES, SHORT TERM VS. LONG TERM STRATEGIES, TECHNICAL VS. FUNDAMENTAL MARKET ANALYSIS, AND OTHER FACTORS) SUCH TRADING MAY RESULT IN THE INITIATION OR LIQUIDATION OF POSITIONS THAT ARE DIFFERENT FROM OR CONTRARY TO THE OPINIONS AND RECOMMENDATIONS CONTAINED THEREIN.

PAST PERFORMANCE IS NOT NECESSARILY INDICATIVE OF FUTURE PERFORMANCE. THE RISK OF LOSS IN TRADING FUTURES CONTRACTS OR COMMODITY OPTIONS CAN BE SUBSTANTIAL, AND THEREFORE INVESTORS SHOULD UNDERSTAND THE RISKS INVOLVED IN TAKING LEVERAGED POSITIONS AND MUST ASSUME RESPONSIBILITY FOR THE RISKS ASSOCIATED WITH SUCH INVESTMENTS AND FOR THEIR RESULTS.

YOU SHOULD CAREFULLY CONSIDER WHETHER SUCH TRADING IS SUITABLE FOR YOU IN LIGHT OF YOUR CIRCUMSTANCES AND FINANCIAL RESOURCES. LONG LEAF TRADING GROUP IS NOT AFFILIATED WITH NOR DOES IT ENDORSE ANY TRADING SYSTEM, NEWSLETTER OR OTHER SIMILAR SERVICE. LONG LEAF TRADING GROUP DOES NOT GUARANTEE OR VERIFY ANY PERFORMANCE CLAIMS MADE BY SUCH SYSTEMS OR SERVICE.

 **LONG LEAF** TRADING GROUP

TAKE CONTROL OF YOUR OPTIONS

Long Leaf Trading-0000077330





Long Leaf Trading-0000077330



Long Leaf Trading-0000077330



Long Leaf Trading-0000077330



Long Leaf Trading-0000077330



Long Leaf Trading-0000077330



Long Leaf Trading-0000077330



Long Leaf Trading-0000077330



Long Leaf Trading-0000077330



Long Leaf Trading-0000077330



Long Leaf Trading-0000077330





Long Leaf Trading-0000077330



Long Leaf Trading-0000077330



Long Leaf Trading-0000077330



Long Leaf Trading-0000077330



Long Leaf Trading-0000077330





Long Leaf Trading-0000077330



Long Leaf Trading-0000077330



Long Leaf Trading-0000077330



Long Leaf Trading-0000077330



Long Leaf Trading-0000077330



Long Leaf Trading-0000077330



Long Leaf Trading-0000077330

