CFTC Ex. 142

Message
_____

| From: | Tim Evans [tevans@longleaftrading.com] |
|---|---|
| Sent: | 6/1/2015 2:24:03 PM |
| To: | Jeremy Ruth [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e3f9af0238a54817b3da098eae0e216d-jruth]; Tim Evans [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0fb9d87f737548728b7a5b21ae2e95bd-tevans] |
| Subject: | Conversation with Jeremy Ruth |

Jeremy Ruth 1:13 PM:
Harry Kaplan was the guy that wouldnt really let you do a real demo and requested you send him info after your conversation with him. Was looking for a track record and you were trying to give him live recs instead...Did you send anything to him?

Tim Evans 1:22 PM:
no. we dont do track records

Jeremy Ruth 1:22 PM:
Understood. How are we going to approach him from here on out?

Tim Evans 1:23 PM:
same as all customers. we will have to present him new trade recs as they come out



EXHIBIT

#142

10·11·19

Long Leaf Trading-0000001917