CFTC Ex. 149

Message

From: Jeremy Ruth [jruth@longleaftrading.com]
Sent: 7/25/2017 10:57:53 AM
To: Chris Zolton [zinvesting@msn.com]
Subject: Re: Emailing: Account Documents_Christopher Zolton

You will get to design that. Normally with a 10k account my clients Target $500 to $1000 per month. Obviously there are going to be months where we don't win, but getting an average of win in that range is a realistic Target.

Get Outlook for Android

---

From: Chris Zolton <zinvesting@msn.com>
Sent: Tuesday, July 25, 2017 9:51:28 AM
To: Jeremy Ruth
Subject: Re: Emailing: Account Documents_Christopher Zolton

Hi Jeremy,

What kind of return are we looking for? Was it 12% annually or monthly?

Chris

---

From: Jeremy Ruth <jruth@longleaftrading.com>
Sent: Monday, July 24, 2017 12:53 PM
To: zinvesting@msn.com
Subject: Emailing: Account Documents_Christopher Zolton

------------
Secure Email Attachments
* Account Documents_Christopher Zolton.zip <http://www7.longleaftrading.com/file.aspx/Account%20Documents_Christopher%20Zolton.zip?f=6127-938-81890D152F0A&6127_rm_id=153.17009314.7> (1.95 MB)
Note: If you cannot access these links, they are also attached as "attachments.pdf"
------------

Your message is ready to be sent with the following file or link attachments:

Account Documents_Christopher Zolton

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.



EXHIBIT #149
10·11·19

Long Leaf Trading-0000315563