# CFTC Ex. 330

Message

**From:** Dave Norris [davnor3@yahoo.com]
**Sent:** 8/31/2016 12:02:01 PM
**To:** Jeremy Ruth [jruth@longleaftrading.com]
**Subject:** Re: Long Leaf Trading Group - Appointment Reminder

Ok. I will be available at our previously scheduled time.
Supplement? No, I want it to become my income. I'm not looking to become rich and I don't have great expectations. I just want an income to live off of.

*David R. Norris*

On Wednesday, August 31, 2016 7:55 AM, Jeremy Ruth <jruth@longleaftrading.com> wrote:

David,

Thanks for reaching out. I know you are working part time right now. This strategy would be perfect for your situation. Selling options is an income generating strategy. This will give you the ability to supplement your part time employment with that additional income generation. I'd like to keep this appoint to show you how we can do that. Please let me know how you wish to proceed.

Sincerely,

# Jeremy Ruth
Senior Commodity Associate|Long Leaf Trading Group



**Direct:** 312.483.2193
**Toll Free:** 866.325.9873
**Fax:** 773.751.2103
**Skype:** JeremyLLTG

Trading futures involves risk of loss and is not suitable for all investors. Past performance is not necessarily indicative of future results.

E-mail sent through the Internet is not secure. E-mail is not private and is subject to review by the Firm, its officers, agents, employees and regulators. Do not e-mail time sensitive instructions, orders to buy or sell securities or instructions to transfer funds. We will not accept such orders or instructions. This e-mail is not an official trade confirmation for transactions executed for your account. This communication is for informational purposes only.

**From:** Dave Norris [mailto:davnor3@yahoo.com]
**Sent:** Wednesday, August 31, 2016 9:51 AM
**To:** Jeremy Ruth <jruth@longleaftrading.com>
**Subject:** Re: Long Leaf Trading Group - Appointment Reminder

Thank you for your earlier call, but I have too much going on right now. When things settle down and I need more information I will get in touch with you once again.

Thank you,



CFTC EXHIBIT

330

Long Leaf Trading-0000017256

David Norris

Sent from Yahoo Mail for iPhone

On Wednesday, August 31, 2016, 6:47 AM, jruth@longleaftrading.com <jruth@longleaftrading.com> wrote:

Problems viewing? Click to view online



# APPOINTMENT REMINDER

Dear David,

This is a friendly reminder of our appointment today at 10:00 AM. We will be calling you at (503) 910-1213. Please make sure you are in front of your computer for our call.

As I mentioned before, our Chief Market Strategist and his team will be spending about 45 minutes to an hour preparing for the call. If for some reason you need to reschedule, please give me a call or shoot me an email to do so.

We are looking forward to speaking with you today.

Sincerely,

### Jeremy Ruth

**Senior Commodities Associate | Long Leaf Trading Group**



**Direct:** 312.483.2193
**Toll Free:** 888.272.6926
**Fax:** 773.751.2103
**Skype:** jruth

Trading futures involves risk of loss and is not suitable for all investors. Past performance is not necessarily indicative of future results.

E-mail sent through the Internet is not secure. E-mail is not private and is subject to review by the Firm, its officers, agents, employees and regulators. Do not e-mail time sensitive instructions, orders to buy or sell securities or instructions to transfer funds. We will not accept such orders or instructions. This e-mail is not an official trade confirmation for transactions

executed for your account. This communication is for informational purposes only.



Subscribe / Unsubscribe / Forward To A Friend

53 W Jackson Blvd. Suite 1005 Chicago, IL 60604

Ph: 866.372.1014, Fax: 773.751.2103  |  Email: info@timemeansmoney.com

timemeansmoney

ï¿½1/2 2015 Time Means Money | All Rights Reserved

Long Leaf Trading-0000017256