CFTC Ex. 525

☐ VOID ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>LONG LEAF TRADING GROUP INC<br><br>141 W JACKSON BLVD<br>SUITE 300A<br>CHICAGO, IL 60604<br>312-483-2180 | 1 Rents<br>$ | OMB No. 1545-0115<br><br>2015<br>Form **1099-MISC** | **Miscellaneous Income** |
|---|---|---|---|
| | 2 Royalties<br>$ | | |
| | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | Copy C<br>**For Payer** |
| PAYER'S Federal Identification number ████1243   RECIPIENT'S Identification number 399025494 | 5 Fishing boat proceeds<br><br>$ | 6 Medical and health care payments<br><br>$ | |
| RECIPIENT'S name<br>JEREMY RUTH | 7 Nonemployee compensation<br><br>$   13594.05 | 8 Substitute payments in lieu of dividends or interests<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the **2015 General Instructions for Certain Information Returns.** |
| Street address (including apt. no.)<br>11220 BRISTA WAY | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds<br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code<br>AUSTIN, TX 78726- | 11 | 12 | |
| Account number (see instructions)<br><br>12 | FATCA filing requirement ☐ | 2nd TIN not. ☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no.<br>IL/ | 18 State income<br>$<br>$ |

Form **1099-MISC**

# Instructions for Payer

To complete Form 1099-MISC, use:
- the 2015 General Instructions for Certain Information Returns, and
- the 2015 Instructions for Form 1099-MISC.

To order these instructions and additional forms, go to *www.irs.gov/form1099misc* or call 1-800-TAX-FORM (1-800-829-3676).

**Caution.** Because paper forms are scanned during processing, you cannot file Forms 1096, 1097, 1098, 1099, 3921, 3922, or 5498 that you print from the IRS website.

**Due dates.** Furnish Copy B of this form to the recipient by February 1, 2016. The due date is extended to February 16, 2016 if you are reporting payments in boxes 8 or 14.

File Copy A of this form with the IRS by February 29, 2016. If you file electronically, the due date is March 31, 2016. To file electronically, you must have software that generates a file according to the specifications in Pub. 1220, Specifications for Electronic Filing of Forms 1097, 1098, 1099, 3921, 3922, 5498, 8935, and W-2G. The IRS does not provide a fill-in form option.

**Need help?** If you have questions about reporting on Form 1099-MISC, call the information reporting customer service site toll free at 1-866-455-7438 or 304-263-8700 (not toll free). Persons with a hearing or speech disability with access to TTY/TDD equipment can call 304-579-4827 (not toll free).

| □ VOID | □ CORRECTED | | | |
|---|---|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>LONG LEAF TRADING GROUP INC<br><br>141 W JACKSON BLVD<br>SUITE 300A<br>CHICAGO, IL 60604<br>312-483-2180 | **1 Rents**<br>$ | OMB No. 1545-0115<br><br>20**16**<br><br>Form **1099-MISC** | **Miscellaneous Income** | |
| | **2 Royalties**<br>$ | | | |
| | **3 Other income**<br>$ | **4 Federal income tax withheld**<br>$ | **Copy C**<br>**For Payer** | |
| PAYER'S Federal Identification number ▌243 | RECIPIENT'S Identification number<br>399025494 | **5 Fishing boat proceeds**<br><br><br>$ | **6 Medical and health care payments**<br><br><br>$ | |
| RECIPIENT'S name<br>JEREMY RUTH | | **7 Nonemployee compensation**<br><br>$    106735.25 | **8 Substitute payments in lieu of dividends or interests**<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the **2016 General Instructions for Certain Information Returns.** |
| Street address (including apt. no.)<br>11220 BRISTA WAY | | **9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale** ▶ □ | **10 Crop insurance proceeds**<br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code<br>AUSTIN, TX 78726- | | **11** | **12** | |
| Account number (see instructions)<br><br>12 | FATCA filing requirement □ | 2nd TIN not. □ | **13 Excess golden parachute payments**<br>$ | **14 Gross proceeds paid to an attorney**<br>$ |
| **15a Section 409A deferrals**<br>$ | **15b Section 409A income**<br>$ | | **16 State tax withheld**<br>$<br>$ | **17 State/Payer's state no.**<br>IL/ |  **18 State income**<br>$<br>$ |

Form **1099-MISC**

# Instructions for Payer

To complete Form 1099-MISC, use:
- the 2016 General Instructions for Certain Information Returns, and
- the 2016 Instructions for Form 1099-MISC.

To order these instructions and additional forms, go to *www.irs.gov/form1099misc*.

**Caution.** Because paper forms are scanned during processing, you cannot file Forms 1096, 1097, 1098, 1099, 3921, 3922, or 5498 that you print from the IRS website.

**Due dates.** Furnish Copy B of this form to the recipient by January 31, 2017. The due date is extended to February 15, 2017 if you are reporting payments in boxes 8 or 14.

File Copy A of this form with the IRS by January 31, 2017, if you are reporting payments in box 7. Otherwise, file by February 28, 2017, if you file on paper, or by March 31, 2017, if you file electronically. To file electronically, you must have software that generates a file according to the specifications in Pub. 1220. The IRS does not provide a fill-in form option.

**Need help?** If you have questions about reporting on Form 1099-MISC, call the information reporting customer service site toll free at 1-866-455-7438 or 304-263-8700 (not toll free). Persons with a hearing or speech disability with access to TTY/TDD equipment can call 304-579-4827 (not toll free).

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|---|
| LONG LEAF TRADING GROUP INC<br><br>141 W JACKSON BLVD<br>SUITE 300A<br>CHICAGO, IL 60604<br>312-483-2180 | | $ | **2017** | **Miscellaneous Income** |
| | | 2 Royalties<br>$ | Form **1099-MISC** | |
| | | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | **Copy C**<br>**For Payer** |
| PAYER'S federal identification number<br>███ 243 | RECIPIENT'S identification number<br>399025494 | 5 Fishing boat proceeds<br><br>$ | 6 Medical and health care payments<br><br>$ | |
| RECIPIENT'S name<br>JEREMY RUTH | | 7 Nonemployee compensation<br><br>$ 181212.09 | 8 Substitute payments in lieu of dividends or interest<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the **2017 General Instructions for Certain Information Returns.** |
| Street address (including apt. no.)<br>11220 BRISTA WAY | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code<br>AUSTIN, TX 78726- | | 11 | 12 | |
| Account number (see instructions)<br><br>12 | FATCA filing requirement ☐ | 2nd TIN not. ☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no.<br>IL/ | 18 State income<br>$ |

Form **1099-MISC**          www.irs.gov/form1099misc          Department of the Treasury - Internal Revenue Service

# Instructions for Payer

To complete Form 1099-MISC, use:
• the 2017 General Instructions for Certain Information Returns, and
• the 2017 Instructions for Form 1099-MISC.

To complete corrected Forms 1099-MISC, see the 2017 General Instructions for Certain Information Returns.

To order these instructions and additional forms, go to *www.irs.gov/form1099misc.*

**Caution:** Because paper forms are scanned during processing, you cannot file Forms 1096, 1097, 1098, 1099, 3921, 3922, or 5498 that you print from the IRS website.

**Due dates.** Furnish Copy B of this form to the recipient by January 31, 2018. The due date is extended to February 15, 2018, if you are reporting payments in box 8 or 14.

File Copy A of this form with the IRS by January 31, 2018, if you are reporting payments in box 7. Otherwise, file by February 28, 2018, if you file on paper, or by April 2, 2018, if you file electronically. To file electronically, you must have software that generates a file according to the specifications in Pub. 1220. The IRS does not provide a fill-in form option.
**Need help?** If you have questions about reporting on Form 1099-MISC, call the information reporting customer service site toll free at 1-866-455-7438 or 304-263-8700 (not toll free). Persons with a hearing or speech disability with access to TTY/TDD equipment can call 304-579-4827 (not toll free).