# CFTC Ex. 532

GAIN | CAPITAL

# MONTHLY STATEMENT

```
GAIN CAPITAL GROUP, LLC
135 US Hwy 202/206
Bedminster, NJ 07921
(800) 920-5808


                                              CLIENT:   ▮3806
                                              ACCOUNT:  ▮3806
Michael Bruno                                 SALESMAN: LLT010
2534 E Chesapeake Pl
Westchester, IL 60154



    INTRODUCED BY: Long Leaf Trading Group Inc


                                                                    PAGE :1


                        J O U R N A L   E N T R I E S   A S   O F   08-JUN-16
  DATE     VALUE DATE  PAYMENTS TYPE       DESCRIPTION                          REG  CCY       DEBIT/CREDIT
08-JUN-16  08-JUN-16   Payments            Check Sent                           01   USD          53.66 DR
TOTAL                                                                           01   USD          53.66 DR


              Account Summary from 01-JUN-16 to 30-JUN-16

Processed exchanges     : NYMEX,COMEX,NYBOT,CME,CBOT
Non-processed exchanges :

                              Reg. USD          BASE CURRENCY USD
SPOT RATE                    1.00000000            1.00000000
ACCOUNT CASH BALANCE              53.66 CR              53.66 CR
PAYMENTS/RECEIPTS                 53.66 DR              53.66 DR
REALIZED PROFIT/LOSS               0.00 CR               0.00 CR
PREMIUMS                           0.00 CR               0.00 CR
COMMISSIONS & FEES                 0.00 CR               0.00 CR
NEW CASH BALANCE                   0.00 CR               0.00 CR
OPEN TRADE EQUITY                  0.00 CR               0.00 CR
TOTAL EQUITY                       0.00 CR               0.00 CR
OPTION MARKET VALUE                0.00 CR               0.00 CR
LONG OPTION VALUE                  0.00 CR               0.00 CR
SHORT OPTION VALUE                 0.00 CR               0.00 CR
NET LIQUIDATING VALUE              0.00 CR               0.00 CR
INITIAL MARGIN                     0.00 CR               0.00 CR
MAINTENANCE MARGIN                 0.00 CR               0.00 CR
RISK MAINTENANCE                   0.00 CR               0.00 CR
RISK INITIAL                       0.00 CR               0.00 CR
COLLATERAL USED                    0.00 CR               0.00 CR
MARGIN DEFAULT/EXCESS NETLIQ       0.00 CR               0.00 CR
```

You must examine all information transmitted to you herein and report any errors or irregularities to your intermediary or to the Compliance Department at the address above, or (800-920-5808) immediately. Failure to immediately advise of any such errors or irregularities before the opening of trading on the trading day subsequent to the execution of the transaction in dispute will be deemed your agreement that the transmitted information is correct and has been ratified by you.