CFTC Ex. 535

**DECLARATION UNDER PENALTY OF PERJURY OF
JOSEPH J. PATRICK PURSUANT TO 28 U.S.C § 1746**

I, Joseph J. Patrick, hereby declare as follows:

1.      I am employed with the United States Commodity Futures Trading Commission

("CFTC") as a Senior Investigator in the Division of Enforcement ("Division").

2.      My primary responsibilities include conducting investigations to determine

whether there have been violations of the Commodity Exchange Act and Commission

Regulations. In connection with these responsibilities, I analyze bank records, documents related

to trading, account opening documents, and customer records for commodity futures, commodity

options, swaps, and off-exchange foreign currency ("forex") accounts; trace the flow of funds

through bank, commodity futures, commodity options, and forex trading accounts; review

corporate formation documents filed with various state and federal agencies; and review

applicable registration information for entities and individuals in the U.S. futures industry,

among other activities.

3.      From June 1996 to July 2010, I held various regulatory compliance positions at

National Futures Association ("NFA"), the independent self-regulatory organization for the U.S.

futures industry. In these positions, I was responsible for conducting examinations and

investigations of commodities, futures, options and forex trading firms, including performing

analyses of trading activity, cash flows, and sales practices and initiating formal disciplinary

actions when violations of NFA rules were detected.

4.      I received a Bachelor of Science degree in Accounting in 1996 from University of

Illinois at Chicago and hold a certification as a Certified Fraud Examiner (CFE).

5.      In March 2019, I was assigned to an investigation concerning Long Leaf Trading

Group, LLC ("Long Leaf") and its owners James A. Donelson ("Donelson") and Timothy Evans

1

("Evans"). Among other things, I was assigned to review and summarize trading records of Long Leaf's retail customers, including without limitation daily trade confirmations, monthly activity statements, and emails between Long Leaf and its customers, in order to determine the total trading losses by customers that agreed to participate in Long Leaf's "trading program" between June 2015 and December 2019 ("Relevant Period").

6.     To that end, I reviewed trading records produced by Gain Capital Group, LLC ("Gain"), a CFTC registered futures commission merchant ("FCM") located in Bedminster, New Jersey, and Cunningham Commodities, LLC ("Cunningham"), a CFTC registered FCM located in Chicago, IL. I also reviewed documents and testimony provided by Long Leaf to determine which accounts belonged to customers that participated in the trading program.

7.     Truthful and accurate summaries of the foregoing, which I personally prepared, are set forth herein as Exhibit A and include the monthly and cumulative profits and losses ("PNL") incurred at Gain and Cunningham by Long Leaf customers participating in the trading program. I do not offer any opinion with respect to these records, and I have not made any independent determinations as to whether these the records support inferences which support the CFTC's claims. The extent of my analysis has been to format, filter, and summarize customer trade data provided by Long Leaf's FCMs.

### A.     Records Reviewed

8.     In April 2019, the National Futures Association ("NFA"), a futures and options industry self-regulatory organization, produced records to the CFTC reflecting that, since September 2019, Long Leaf introduced its customer futures accounts to Cunningham. NFA records produced to the CFTC also reflect that prior to September 2019, Long Leaf introduced accounts to Gain.

9. On May 13, 2019, I issued a request under Section 4g of the Commodity Exchange Act to Gain for, among other items, records regarding the futures and options accounts and trading activity of Long Leaf's customers.

10. As part of Gain's response to the 4g request, Gain produced, in July 2019, a dataset in Excel format containing the customer trading data reflected in the daily activity statements that Gain issued to Long Leaf's customers. The dataset was called Long Leaf Balances.xlsx ("Gain Dataset") and contained more than 325,000 rows of data representing all daily activity statements compiled for Long Leaf customers from January 2014 to December 2018.

11. On May 13, 2019, I issued a request under Section 4g of the Commodity Exchange Act to Cunningham for, among other items, records regarding the futures and options accounts and trading activity of Long Leaf's customers. As part of Cunningham's response to the 4g request, Cunningham produced, in the summer and fall of 2019, a series of Excel files containing customer activity records for all Long Leaf customers for each month from September 2018 through December 2019. The excel files contained over 1,300 rows of data representing all monthly activity statements compiled by Cunningham for Long Leaf customers. I combined the data Cunningham produced in the Excel files into a single dataset. ("Cunningham Dataset").

12. On November 30, 2020, in response to a document request issued by the CFTC, Long Leaf produced an Excel spreadsheet to the CFTC with the filename "Self Directed Traders as of 7262018_4682365.xlsx" containing the names and account numbers for 40 Long Leaf customer accounts. The document is attached hereto as Exhibit B.

13.     During his June 23, 2021 deposition, on pages 130:7 – 131:24, defendant Donelson confirmed that the customer accounts identified in Exhibit B were the only Long Leaf accounts that did not participate in the trading program during the Relevant Period.

14.     Using the list of accounts in Exhibit B for reference, I identified and marked each customer account in the Gain and Cunningham Datasets as a) self-directed, or b) a participant in the trading program.  I then filtered the results to review only the accounts of customers who participated in the trading program.

**B.     Net Losses for Trading Program Participants**

*Profit and Loss at Gain for customers participating in trading program*

15.     To determine the PNL, net of all commissions and fees, realized by Long Leaf customers trading at Gain and participating in the trading program during the Relevant Period, I combined the values contained within the Gain dataset in the "OptionPremium", "Commissions", "ClearingFees", "GiveInFees", "NFAFees", "TransactionFees", and "AllOtherFees" fields into a summary field called Net Realized PNL.

16.     To confirm the accuracy of the values reflected in the Gain Dataset, on a sample basis, I traced and agreed the values in the columns of the Gain Dataset to the individual monthly customer activity statements produced by Gain during the investigation.  I did the same thing with respect to the Net Realized PNL reflected in the Gain Dataset.

17.     Based on my review of the Gain Dataset, Long Leaf customer accounts participating in the trading program suffered trading losses at Gain totaling $4,564,485 during the Relevant Period.  *See* Ex. A.   280 of the 285 customer accounts in the Gain Dataset that participated in the Long Leaf trading program during the Relevant Period lost money.

18.     Long Leaf's pleadings reflect that Defendant Evans was CEO of Long Leaf from at least June 2015 through November 2017.  (Doc. 23, Long Leaf's Ans. ¶¶ 17-18.)  $3,390,407 of the Long Leaf customer losses in the Gain Dataset were incurred during that period.  *See* Ex. A.  $1,174,078 of those losses were incurred between December 2017 and September 2018, i.e., when Donelson was CEO but before the switch to Cunningham.

*Profit and Loss at Cunningham for customers participating in trading program*

19.     To determine the PNL, net of all commissions and fees, at Cunningham incurred by Long Leaf customers participating in the trading program during the Relevant Period, I combined the values contained within the Cunningham dataset in the "Realized PNL", "Commission", "Clearing Fee", "NFA Fee", and "Transaction Fee" fields into a summary field called Net Realized PNL.

20.     To confirm the accuracy of the values reflected in the Cunningham Dataset, on a sample basis, I traced and agreed the values in the columns of the Cunningham Dataset to the individual monthly customer activity statements produced by Cunningham during the investigation.  I did the same thing with respect to the Net Realized PNL reflected in the Cunningham Dataset.

21.     Based on my review of the Cunningham dataset, Long Leaf customers participating in the trading program suffered losses at Cunningham totaling $1,202,660 during the Relevant Period.  *See* Ex. A.  108 of the 118 customer accounts in the Cunningham Dataset that participated in the trading program during the Relevant Period lost money.

*Total Losses*

22.     Overall, Long Leaf customers participating in the trading program lost a combined total of $5,767,145 at Gain and Cunningham between June 2015 and December 2019. *See* Ex. A.  These losses include losses from trading, as well as commissions and fees.

23.     Long Leaf's pleadings reflect that defendant Donelson was CEO of Long Leaf from December 2017 to the present.  (Doc. 23, Long Leaf's Ans. ¶ 18.)  $2,376,738 of the losses occurred when Donelson was CEO.  *See* Ex. C.

**C.     Commissions Charged by Long Leaf**

*Commissions paid on Gain transactions*

24.     During the investigation, Gain produced a document to the CFTC reflecting the commission payments made by Gain to Long Leaf between December 2012 and April 2019.  *See* Ex. D.  These records reflect that Gain paid a total of $3,842,619 in commissions to Long Leaf between July 2015 and September 2018.

25.     In his June 23, 2021 deposition, on pages 137:20 – 138:1, defendant Donelson stated that 90% of the commission payments made to Long Leaf by Gain were attributable to customers participating in the trading program.

26.     Based on defendant Donelson's deposition testimony, I calculated that Long Leaf was paid $3,458,357 in commissions by Gain for trading by customers participating in the trading program (total Gain commissions paid of $3,842,619 x 90%).

*Commissions paid to Long Leaf by Cunningham*

27.     Defendant Donelson testified in his June 23, 2021 deposition, on pages 131:19 – 131:24, that all Long Leaf customer accounts opened after July 26, 2018 participated in the trading program.  Since Cunningham carried Long Leaf customer accounts starting in September

6

2018 and continuing through December 2019, all Long Leaf customer accounts opened at Cunningham were participants in the trading program.

28.     During the investigation, Cunningham produced records reflecting that Long Leaf was paid $552,637 for customer trading between September 2018 and December 2019. *See* Ex. E.

*Total Commissions*

29.     Overall, Long Leaf received a combined total of $4,010,994 in commission payments from Gain and Cunningham attributable to Long Leaf accounts participating in the trading program during the Relevant Period. $1,235,413 of the total commissions were paid to Long Leaf when Donelson was CEO.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Joseph J. Patrick

Executed on this _4th_ day of _November_____, 2021, in Chicago, Illinois.

Ex. A

**Long Leaf Trading
Monthly and Cumulative Profits and Losses (PNL)
of Participants in the Trading Program
June 2015 - December 2019**

| Year-Month | Monthly PNL at Gain | Monthly PNL at Cunningham | Combined Cumulative Net Realized Profit and Loss |
|---|---|---|---|
| 2015-06 | ($82,559.57) | | ($82,559.57) |
| 2015-07 | ($161,229.36) | | ($243,788.93) |
| 2015-08 | $213,899.10 | | ($29,889.83) |
| 2015-09 | $178,333.01 | | $148,443.18 |
| 2015-10 | ($190,308.58) | | ($41,865.40) |
| 2015-11 | ($266,748.45) | | ($308,613.85) |
| 2015-12 | ($250,038.01) | | ($558,651.86) |
| 2016-01 | ($80,719.77) | | ($639,371.63) |
| 2016-02 | ($308,626.59) | | ($947,998.22) |
| 2016-03 | $117,937.05 | | ($830,061.17) |
| 2016-04 | ($88,049.76) | | ($918,110.93) |
| 2016-05 | ($84,687.18) | | ($1,002,798.11) |
| 2016-06 | $3,686.30 | | ($999,111.81) |
| 2016-07 | ($157,148.64) | | ($1,156,260.45) |
| 2016-08 | $28,231.34 | | ($1,128,029.11) |
| 2016-09 | $39,439.47 | | ($1,088,589.64) |
| 2016-10 | ($113,608.20) | | ($1,202,197.84) |
| 2016-11 | $51,520.71 | | ($1,150,677.13) |
| 2016-12 | $209,409.47 | | ($941,267.66) |
| 2017-01 | ($353,768.99) | | ($1,295,036.65) |
| 2017-02 | ($387,681.16) | | ($1,682,717.81) |
| 2017-03 | $159,582.09 | | ($1,523,135.72) |
| 2017-04 | $113,329.45 | | ($1,409,806.27) |
| 2017-05 | ($549,086.24) | | ($1,958,892.51) |
| 2017-06 | $233,971.83 | | ($1,724,920.68) |
| 2017-07 | ($193,385.87) | | ($1,918,306.55) |
| 2017-08 | ($1,217,117.86) | | ($3,135,424.41) |
| 2017-09 | $305,867.87 | | ($2,829,556.54) |
| 2017-10 | ($97,655.27) | | ($2,927,211.81) |
| 2017-11 | ($463,194.77) | | ($3,390,406.58) |
| 2017-12 | $50,662.79 | | ($3,339,743.79) |
| 2018-01 | ($710,299.72) | | ($4,050,043.51) |
| 2018-02 | ($210,665.91) | | ($4,260,709.42) |
| 2018-03 | $69,714.07 | | ($4,190,995.35) |
| 2018-04 | ($343,316.49) | | ($4,534,311.84) |
| 2018-05 | ($16,435.94) | | ($4,550,747.78) |
| 2018-06 | ($44,398.68) | | ($4,595,146.46) |

| Year-Month | Monthly PNL at Gain | Monthly PNL at Cunningham | Combined Cumulative Net Realized Profit and Loss |
|---|---|---|---|
| 2018-07 | ($46,000.72) | | ($4,641,147.18) |
| 2018-08 | $56,799.03 | | ($4,584,348.15) |
| 2018-09 | $19,863.26 | $118,489.53 | ($4,445,995.36) |
| 2018-10 | | $19,876.92 | ($4,426,118.44) |
| 2018-11 | | ($305,473.43) | ($4,731,591.87) |
| 2018-12 | | ($119,988.99) | ($4,851,580.86) |
| 2019-01 | | ($40,968.02) | ($4,892,548.88) |
| 2019-02 | | ($72,530.78) | ($4,965,079.66) |
| 2019-03 | | ($56,411.48) | ($5,021,491.14) |
| 2019-04 | | ($45,604.46) | ($5,067,095.60) |
| 2019-05 | | ($66,668.59) | ($5,133,764.19) |
| 2019-06 | | ($281,247.92) | ($5,415,012.11) |
| 2019-07 | | $301,638.99 | ($5,113,373.12) |
| 2019-08 | | ($56,352.49) | ($5,169,725.61) |
| 2019-09 | | $146,099.22 | ($5,023,626.39) |
| 2019-10 | | ($153,558.29) | ($5,177,184.68) |
| 2019-11 | | ($485,808.16) | ($5,662,992.84) |
| 2019-12 | | ($104,151.67) | ($5,767,144.51) |
| **Total PNL** | **($4,564,484.89)** | **($1,202,659.62)** | **($5,767,144.51)** |

Ex. B

| Client | AcctName |
|--------|----------|
| 3602 | Robert Wershay |
| 3618 | Valas Trading Co |
| 3621 | Simon Chew |
| 3625 | Patrick Meade |
| 3628 | Kevin Gill |
| 3638 | Patsy Luke |
| 3640 | William Kessler |
| 3641 | Adekunle Ogunbadejo |
| 3642 | Brian Ritter |
| 3645 | Scott H. Williams |
| 3648 | Charles L Horn |
| 3650 | David A Kocyba |
| 3652 | Edward John & Sally Ann Zandee |
| 3654 | Shu Lin |
| 3656 | Mill Trust Co Fbo Wilkinson |
| 3657 | Fred R Totzek |
| 3658 | Howard W Brynes |
| 3659 | David J Matulka |
| 3661 | John & Rhonda Boulette |
| 3664 | Donald Q Tran |
| 3665 | Martin & Claudio Behr |
| 3667 | Phoenix Flight Holdings Ltd |
| 3673 | David Cleary |
| 3675 | Amira Damouni |
| 3676 | Arif Basrai |
| 3677 | Seeds Of Nature Llc |
| 3678 | Curtis Partnership |
| 3679 | Mack Oil Company Inc |
| 3683 | Kingdom Trust Fbo Melville |
| 3687 | Thomas D Jackson |
| 3693 | Tareq Shehadeh Fayeq Alansari |
| 3707 | Janine J Cline |
| 3737 | Robert C. Warmington Rev. |
| 3877 | Mazen Alkouatli |
| 3955 | David Schaedtler |
| 3956 | Robert Mcrae |
| 3963 | Curt Rakestraw |
| 3970 | Noah Halfacre |
| 3646 | Daniel Raymond Smith |
| 3756 | Robert and Barbara Diyorio |

| | |
|--|--|
| | |
| | |
| | |
| | |
| | |

CFTC EXHIBIT

451

Ex. C

| Month End | Monthly Customer PNL | Cumulative Monthly Customer PNL |
|---|---|---|
| 12-2017 | $50,662.79 | $50,662.79 |
| 1-2018 | ($710,299.72) | ($659,636.93) |
| 2-2018 | ($210,665.91) | ($870,302.84) |
| 3-2018 | $69,714.07 | ($800,588.77) |
| 4-2018 | ($343,316.49) | ($1,143,905.26) |
| 5-2018 | ($16,435.94) | ($1,160,341.20) |
| 6-2018 | ($44,398.68) | ($1,204,739.88) |
| 7-2018 | ($46,000.72) | ($1,250,740.60) |
| 8-2018 | $56,799.03 | ($1,193,941.57) |
| 9-2018 | $138,352.79 | ($1,055,588.78) |
| 10-2018 | $19,876.92 | ($1,035,711.86) |
| 11-2018 | ($305,473.43) | ($1,341,185.29) |
| 12-2018 | ($119,988.99) | ($1,461,174.28) |
| 1-2019 | ($40,968.02) | ($1,502,142.30) |
| 2-2019 | ($72,530.78) | ($1,574,673.08) |
| 3-2019 | ($56,411.48) | ($1,631,084.56) |
| 4-2019 | ($45,604.46) | ($1,676,689.02) |
| 5-2019 | ($66,668.59) | ($1,743,357.61) |
| 6-2019 | ($281,247.92) | ($2,024,605.53) |
| 7-2019 | $301,638.99 | ($1,722,966.54) |
| 8-2019 | ($56,352.49) | ($1,779,319.03) |
| 9-2019 | $146,099.22 | ($1,633,219.81) |
| 10-2019 | ($153,558.29) | ($1,786,778.10) |
| 11-2019 | ($485,808.16) | ($2,272,586.26) |
| 12-2019 | ($104,151.67) | ($2,376,737.93) |







CFTC EXHIBIT

428

| Month End | Monthly Customer PNL | Cumulative Monthly Customer PNL |
|---|---|---|
| 12-2017 | $50,662.79 | $50,662.79 |
| 1-2018 | ($710,299.72) | ($659,636.93) |
| 2-2018 | ($210,665.91) | ($870,302.84) |
| 3-2018 | $69,714.07 | ($800,588.77) |
| 4-2018 | ($343,316.49) | ($1,143,905.26) |
| 5-2018 | ($16,435.94) | ($1,160,341.20) |
| 6-2018 | ($44,398.68) | ($1,204,739.88) |
| 7-2018 | ($46,000.72) | ($1,250,740.60) |
| 8-2018 | $56,799.03 | ($1,193,941.57) |
| 9-2018 | $138,352.79 | ($1,055,588.78) |
| 10-2018 | $19,876.92 | ($1,035,711.86) |
| 11-2018 | ($305,473.43) | ($1,341,185.29) |
| 12-2018 | ($119,988.99) | ($1,461,174.28) |
| 1-2019 | ($40,968.02) | ($1,502,142.30) |
| 2-2019 | ($72,530.78) | ($1,574,673.08) |
| 3-2019 | ($56,411.48) | ($1,631,084.56) |
| 4-2019 | ($45,604.46) | ($1,676,689.02) |
| 5-2019 | ($66,668.59) | ($1,743,357.61) |
| 6-2019 | ($281,247.92) | ($2,024,605.53) |
| 7-2019 | $301,638.99 | ($1,722,966.54) |
| 8-2019 | ($56,352.49) | ($1,779,319.03) |
| 9-2019 | $146,099.22 | ($1,633,219.81) |
| 10-2019 | ($153,558.29) | ($1,786,778.10) |
| 11-2019 | ($485,808.16) | ($2,272,586.26) |
| 12-2019 | ($104,151.67) | ($2,376,737.93) |





Ex. D

**Payments Made to Long Leaf Trading Group Inc. by GAIN Capital Group LLC**

| Month | Year | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Jan | | $ 133.00 | $ 2,986.00 | $ 32,184.00 | $ 81,612.00 | $ 113,617.00 | $ 79,951.00 | $ 76,029.00 |
| Feb | | $ 105.00 | $ 4,917.00 | $ 39,343.00 | $ 112,240.00 | $ 155,552.00 | $ 68,546.00 | $ 1,765.00 |
| March | | $ 91.00 | $ 4,636.00 | $ 106,100.00 | $ 93,748.00 | $ 163,237.00 | $ 59,261.00 | $ 1,317.00 |
| April | | $ 2,785.00 | $ 3,086.00 | $ 347,749.00 | $ 81,729.00 | $ 152,764.00 | $ 102,137.00 | $ 2,105.00 |
| May | | $ 3,328.00 | $ 4,595.00 | $ 40,768.00 | $ 86,654.00 | $ 152,618.00 | $ 98,776.00 | |
| June | | $ 6,006.00 | $ 3,518.00 | $ 44,627.00 | $ 93,581.00 | $ 169,743.00 | $ 81,151.00 | |
| July | | $ 3,144.00 | $ 4,600.00 | $ 36,988.00 | $ 86,171.00 | $ 141,754.00 | $ 71,318.00 | |
| August | | $ 2,957.00 | $ 9,503.00 | $ 48,694.00 | $ 85,741.00 | $ 138,742.00 | $ 76,027.00 | |
| September | | $ 3,167.00 | $ 22,627.00 | $ 54,540.00 | $ 108,896.00 | $ 118,048.00 | $ 37,000.00 | |
| October | | $ 3,808.00 | $ 31,515.00 | $ 70,568.00 | $ 135,705.00 | $ 59,860.00 | $ - | |
| November | | $ 12,325.00 | $ 35,885.00 | $ 64,373.00 | $ 123,627.00 | $ 91,651.00 | $ 1,179.00 | |
| December | $ 49.00 | $ 6,108.00 | $ 37,432.00 | $ 53,744.00 | $ 163,154.00 | $ 84,474.00 | $ 11,453.00 | |

| Payments Made to: | | |
|---|---|---|
| | Beneficiary | Long Leaf Trading Group, Inc. |
| | Account No. | ▮▮▮6339 |
| | Bank | JP Morgan Chase Bank, NA |
| | ABA | 71000013 |

Ex. E

**LONG LEAF TRADING**

**Sep-18**

| ACCT # | GROSS | TRADES | RATE | CUNN SHR | TRANS FEE | REBATE |
|--------|-------|--------|------|----------|-----------|--------|
| LLT-010 | 1,180.00 | 56 | 0.75 | -42.00 | | 1,138.00 |
| LLT-017 | 2,560.00 | 104 | 0.75 | -78.00 | | 2,482.00 |
| LLT-028 | 36,070.00 | 1256 | 0.75 | -942.00 | | 35,128.00 |
| LLT-029 | 9,640.00 | 356 | 0.75 | -267.00 | | 9,373.00 |
| LLT-037 | 2,880.00 | 120 | 0.75 | -90.00 | | 2,790.00 |

**SEPT CTS FEE**        -814.00

**FINAL REBATE**        50,097.00

| PROOF | 52,330.00 | 1,892.00 |
|-------|-----------|----------|
| | -1,180.00 | -56 |
| | -2,560.00 | -104 |
| | -36,070.00 | -1256 |
| | -9,640.00 | -356 |
| | -2,880.00 | -120 |
| | 0.00 | 0.00 |

**Plus Trans fee**

      **Add sept & OCT ON OCT PAYMENT**

---

**LONG LEAF TRADING**

**Oct-18**

| ACCT # | GROSS | TRADES | RATE | CUNN SHR | Sept TRANS FEE | Oct TRANS FEE | REBATE |
|--------|-------|--------|------|----------|----------------|---------------|--------|
| LLT-010 | 1,180.00 | 56 | 0.75 | -42.00 | 120.00 | | 1,258.00 |
| LLT-017 | 2,560.00 | 104 | 0.75 | -78.00 | 210.00 | | 2,692.00 |
| LLT-028 | 36,070.00 | 1256 | 0.75 | -942.00 | 2,436.00 | | 37,564.00 |
| LLT-029 | 9,640.00 | 356 | 0.75 | -267.00 | 729.00 | | 10,102.00 |
| LLT-037 | 2,880.00 | 120 | 0.75 | -90.00 | 228.00 | | 3,018.00 |

**SEPT CTS FEE**        -814.00

**FINAL REBATE**        53,820.00

| PROOF | 52,330.00 | 1,892 |
|-------|-----------|-------|

|            |       |
|-----------:|------:|
| -1,180.00  | -56   |
| -2,560.00  | -104  |
| -36,070.00 | -1,256|
| -9,640.00  | -356  |
| -2,880.00  | -120  |
|            |       |
| 0.00       | 0     |

Plus Trans fee

        Add sept & OCT ON OCT PAYMENT

---

**LONG LEAF TRADING**

Oct-18

| ACCT # | GROSS     | TRADES | RATE | CUNN SHR  | Sept TRANS FEE | Oct TRANS FEE | REBATE    |
|--------|-----------|--------|------|-----------|----------------|---------------|-----------|
| LLT-002| 1,440.00  | 48     | 0.75 | -36.00    | 0.00           | 72.00         | 1,476.00  |
| LLT-010|           |        | 0.75 | 0.00      | 120.00         |               | 120.00    |
| LLT-017| 6,920.00  | 264    | 0.75 | -198.00   | 210.00         | 549.00        | 7,481.00  |
| LLT-028|           |        | 0.75 | 0.00      | 2,436.00       |               | 2,436.00  |
| LLT-029| 85,105.00 | 3043   | 0.75 | -2,282.25 | 729.00         | 6,591.00      | 90,142.75 |
| LLT-037| 3,580.00  | 157    | 0.75 | -117.75   | 228.00         | 354.00        | 4,044.25  |

SEPT CTS FEE                                                                 -1,420.00

Comm ADJ

        LLT017                                                           -940.00

        LLT028                                                   -14,170.00

        LLT037                                                         -580.00

FINAL REBATE                                                      88,590.00

                                                3,723.00

**LONG LEAF TRADING**

Nov-18                                          NOV

| ACCT # | GROSS | TRADES | RATE | CUNN SHR | TRANS FEE | REBATE |
|--------|-------|--------|------|----------|-----------|--------|
| LLT-001 | 1,300.00 | 60 | 0.75 | -45.00 | 130.50 | 1,385.50 |
| LLT-002 | 3,160.00 | 140 | 0.75 | -105.00 | 358.50 | 3,413.50 |
| LLT-010 | | | 0.75 | 0.00 | | 0.00 |
| LLT-017 | 5,760.00 | 209 | 0.75 | -156.75 | 472.50 | 6,075.75 |
| LLT-028 | 39,582.50 | 1479 | 0.75 | -1,109.25 | 4,051.50 | 42,524.75 |
| LLT-029 | | | 0.75 | 0.00 | | 0.00 |
| LLT-037 | | | 0.75 | 0.00 | | 0.00 |
| LLT-099 | 3.20 | 4 | 0.75 | -3.00 | | 0.20 |
| NOV CTS FEE | | | | | | -1,430.90 |
| ICE FEE - OCT - NOV | | | | | | -200.00 |
| | | | | | | |
| Comm ADJ | LLT-028 | | | | | -4,400.00 |
| | LLT-001 | | | | | -120.00 |
| | LLT-002 | | | | | -260.00 |
| | LLT-017 | | | | | -400.00 |
| | LLT-028 | | | | | -3,740.00 |
| | | | | | | |
| | LLT ERROR ACCOUNT HOLDBACK | | | | | -6,478.89 |
| | | | | | | |
| FINAL REBATE | | | | | | 36,369.91 |
| | | | | | 4,882.50 | |

**LONG LEAF TRADING**

12/31/18                                          NOV

| ACCT # | GROSS | TRADES | RATE | CUNN SHR | TRANS FEE | REBATE |
|--------|-------|--------|------|----------|-----------|--------|
| LLT-001 | 945.00 | 39 | 0.75 | -29.25 | 328.50 | 1,244.25 |
| LLT-002 | 1,200.00 | 51 | 0.75 | -38.25 | 318.00 | 1,479.75 |
| LLT-003 | 780.00 | 30 | 0.75 | -22.50 | 172.50 | 930.00 |
| LLT-010 | | | 0.75 | 0.00 | | 0.00 |
| LLT-017 | 1,560.00 | 57 | 0.75 | -42.75 | 373.50 | 1,890.75 |
| LLT-028 | 70.50 | 42 | 0.75 | -31.50 | 63.00 | 102.00 |
| LLT-029 | | | 0.75 | 0.00 | | 0.00 |

| | | RATE | | | REBATE |
|---|---|---|---|---|---|
| LLT-037 | | 0.75 | 0.00 | | 0.00 |
| LLT-099 | | 0.75 | 0.00 | | 0.00 |

**Comm ADJ**

**DEC CTS FEES**                                                                       -1,285.90

**FINAL REBATE**                                                                        4,360.85

                                                                            927.00

**LONG LEAF TRADING**

**Jan-19**                                                        **JAN**

| ACCT # | GROSS | TRADES | RATE | CUNN SHR | TRANS FEE | REBATE |
|---|---|---|---|---|---|---|
| LLT-001 | 5,530.00 | 234 | 0.75 | -175.50 | 585.00 | 5,939.50 |
| LLT-002 | 4,870.00 | 201 | 0.75 | -150.75 | 517.50 | 5,236.75 |
| LLT-003 | 4,760.00 | 181 | 0.75 | -135.75 | 442.50 | 5,066.75 |
| LLT-010 | | | 0.75 | 0.00 | | 0.00 |
| LLT-017 | 7,190.00 | 265 | 0.75 | -198.75 | 669.00 | 7,660.25 |
| LLT-028 | 0.00 | 0 | 0.75 | 0.00 | 0.00 | 0.00 |
| LLT-029 | | | 0.75 | 0.00 | | 0.00 |
| LLT-037 | | | 0.75 | 0.00 | | 0.00 |
| LLT-099 | | | 0.75 | 0.00 | | 0.00 |

| Comm ADJ | LLT002 | | | | | -80.00 |
|---|---|---|---|---|---|---|
| | LLT003 | | | | | -70.00 |
| | LLT017 | | | | | -80.00 |

**JAN CTS FEES**                                                                        0.00

**FINAL REBATE**                                                                        23,673.25

**LONG LEAF TRADING**

**Feb-19**

| ACCT # | GROSS | TRADES | RATE | CUNN SHR | JAN TRANS FEE | REBATE |
|--------|-------|--------|------|----------|---------------|--------|
| LLT-001 | 5,360.00 | 268 | 0.75 | -201.00 | 804.00 | 5,963.00 |
| LLT-002 | 4,080.00 | 204 | 0.75 | -153.00 | 600.00 | 4,527.00 |
| LLT-003 | 4,200.00 | 210 | 0.75 | -157.50 | 615.00 | 4,657.50 |
| LLT-010 | | | 0.75 | 0.00 | | 0.00 |
| LLT-017 | 6,840.00 | 342 | 0.75 | -256.50 | 1,003.50 | 7,587.00 |
| LLT-028 | | | 0.75 | 0.00 | | 0.00 |
| LLT-029 | | | 0.75 | 0.00 | | 0.00 |
| LLT-037 | | | 0.75 | 0.00 | | 0.00 |
| LLT-099 | | | 0.75 | 0.00 | | 0.00 |

| | | |
|--------|--------|--------|
| Comm ADJ | ERROR ACCOUNT CREDIT ON 3/4/19 | -4,490.00 |
| feb CTS FEES | | -1,430.90 |
| w/trf fee - mar 2019 | | -30.00 |
| FINAL REBATE | | 16,783.60 |

**LONG LEAF TRADING**

**Mar-19**

| ACCT # | GROSS | TRADES | RATE | CUNN SHR | JAN TRANS FEE | REBATE |
|--------|-------|--------|------|----------|---------------|--------|
| LLT-001 | 8,060.00 | 403 | 0.75 | -302.25 | 1,099.50 | 8,857.25 |
| LLT-002 | 6,820.00 | 344 | 0.75 | -258.00 | 886.50 | 7,448.50 |
| LLT-003 | 6,460.00 | 323 | 0.75 | -242.25 | 867.00 | 7,084.75 |
| LLT-010 | | | 0.75 | 0.00 | | 0.00 |
| LLT-017 | 11,020.00 | 557 | 0.75 | -417.75 | 1,419.00 | 12,021.25 |
| LLT-028 | | | 0.75 | 0.00 | | 0.00 |
| LLT-029 | | | 0.75 | 0.00 | | 0.00 |
| LLT-037 | | | 0.75 | 0.00 | | 0.00 |
| LLT-099 | | | 0.75 | 0.00 | | 0.00 |

| Comm ADJ | ERROR ACCOUNT CREDIT ON 3/4/19 | |
|---|---|---:|
| | LLT-001 | -2,170.00 |
| | LLT-002 | -40.00 |
| | LLT-003 | -140.00 |
| | LLT-017 | -840.00 |
| CTS MONTHLY CHARGE | | -1,430.90 |
| w/trf fee - mar 2019 | | -30.00 |
| FINAL REBATE | | 30,760.85 |

**LONG LEAF TRADING**

Apr-19

| ACCT # | GROSS | TRADES | RATE | CUNN SHR | JAN TRANS FEE | REBATE |
|---|---:|---:|---:|---:|---:|---:|
| LLT-001 | 4,540.00 | 227 | 1.50 | -340.50 | 640.50 | 4,840.00 |
| LLT-002 | 3,780.00 | 189 | 1.50 | -283.50 | 471.00 | 3,967.50 |
| LLT-003 | 3,780.00 | 189 | 1.50 | -283.50 | 475.50 | 3,972.00 |
| LLT-010 | | | 1.50 | 0.00 | | 0.00 |
| LLT-017 | 8,450.00 | 430 | 1.50 | -645.00 | 1,033.50 | 8,838.50 |
| LLT-028 | | | 1.50 | 0.00 | | 0.00 |
| LLT-029 | | | 1.50 | 0.00 | | 0.00 |
| LLT-037 | | | 1.50 | 0.00 | | 0.00 |
| LLT-099 | | | 1.50 | 0.00 | | 0.00 |

| Comm ADJ | | |
|---|---|---:|
| | Legal Fee Payment | -520.00 |
| | Apr ICE Fee | -110.00 |
| | write off debit - f9999 | -13,907.70 |
| | MAY 2019 ERROR ACCOUNT | -855.00 |
| CTS MONTHLY CHARGE | | -1,430.90 |
| w/trf fee - mar 2019 | | -30.00 |

**FINAL REBATE**                                                                        **4,764.40**

**LONG LEAF TRADING**

**June 2019**

| ACCT # | GROSS | TRADES | RATE | CUNN SHR | June 2019 TRANS FEE | REBATE |
|--------|-------|--------|------|----------|---------------------|--------|
| LLT-001 | 7,000.00 | 350 | 1.50 | -525.00 | 1,302.00 | 7,777.00 |
| LLT-002 | 6,020.00 | 301 | 1.50 | -451.50 | 1,136.00 | 6,704.50 |
| LLT-003 | 16,415.00 | 907 | 1.50 | -1,360.50 | 3,026.00 | 18,080.50 |
| LLT-010 | | | 1.50 | 0.00 | | 0.00 |
| LLT-017 | 19,270.00 | 968 | 1.50 | -1,452.00 | 3,041.50 | 20,859.50 |
| LLT-028 | | | 1.50 | 0.00 | | 0.00 |
| LLT-029 | | | 1.50 | 0.00 | | 0.00 |
| LLT-037 | | | 1.50 | 0.00 | | 0.00 |
| LLT-099 | | | 1.50 | 0.00 | | 0.00 |

**Comm ADJ**

| | | |
|---|---|---|
| ICE FEES | | -110.00 |
| write off June 2019 debit - f9999 | | -3,220.72 |

**CTS MONTHLY CHARGE**             -1,430.90

**w/trf fee - June 2019**             -30.00

**FINAL REBATE**             48,629.88

**LONG LEAF TRADING**

July 2019 | | | | July 2019 | | |
|---|---|---|---|---|---|---|
| ACCT # | GROSS | TRADES | RATE | CUNN SHR | TRANS FEE | REBATE |
| LLT-001 | 2,600.00 | 130 | 1.50 | -195.00 | 584.00 | 2,989.00 |
| LLT-002 | 2,560.00 | 125 | 1.50 | -187.50 | 558.00 | 2,930.50 |
| LLT-003 | 10,195.00 | 594 | 1.50 | -891.00 | 2,186.00 | 11,490.00 |
| LLT-010 | | | 1.50 | 0.00 | | 0.00 |
| LLT-017 | 11,471.30 | 598 | 1.50 | -897.00 | 2,280.00 | 12,854.30 |
| LLT-028 | | | 1.50 | 0.00 | | 0.00 |
| LLT-029 | | | 1.50 | 0.00 | | 0.00 |
| LLT-037 | | | 1.50 | 0.00 | | 0.00 |
| LLT-099 | | | 1.50 | 0.00 | | 0.00 |

**Comm ADJ**

| | | |
|---|---|---|
| ICE FEES | | -110.00 |
| write off June 2019 debit - f9999 | | -4,302.96 |
| CTS MONTHLY CHARGE | | -1,430.90 |
| w/trf fee - July 2019 | | -30.00 |
| FINAL REBATE | | 24,389.94 |

**LONG LEAF TRADING**

August 2019 | | use comm | | August 2019 | | |
|---|---|---|---|---|---|---|
| ACCT # | GROSS | TRADES | RATE | CUNN SHR | TRANS FEE | REBATE |
| LLT-001 | 4,140.00 | 207 | 1.50 | -310.50 | 766.00 | 4,595.50 |
| LLT-002 | 5,500.00 | 275 | 1.50 | -412.50 | 964.00 | 6,051.50 |
| LLT-003 | 22,840.00 | 1331 | 1.50 | -1,996.50 | 4,970.00 | 25,813.50 |
| LLT-010 | | | 1.50 | 0.00 | | 0.00 |
| LLT-017 | 23,270.00 | 1222 | 1.50 | -1,833.00 | 4,498.00 | 25,935.00 |
| LLT-028 | | | 1.50 | 0.00 | | 0.00 |
| LLT-029 | | | 1.50 | 0.00 | | 0.00 |
| LLT-037 | | | 1.50 | 0.00 | | 0.00 |
| LLT-099 | | | 1.50 | 0.00 | | 0.00 |

**Comm ADJ**

| | |
|---|---|
| ICE FEES | -110.00 |
| write off June 2019 debit - f9999 | -111.75 |

| | |
|---|---|
| CTS MONTHLY CHARGE | -1,430.90 |

| | |
|---|---|
| w/trf fee - Aug 2019 | -30.00 |

| | |
|---|---|
| FINAL REBATE | 60,712.85 |

**LONG LEAF TRADING**
September 2019    use comm        September 2019

| ACCT # | GROSS | TRADES | RATE | CUNN SHR | TRANS FEE | REBATE |
|---|---|---|---|---|---|---|
| LLT-001 | 3,940.00 | 197 | 1.50 | -295.50 | 742.00 | 4,386.50 |
| LLT-002 | 5,160.00 | 258 | 1.50 | -387.00 | 948.00 | 5,721.00 |
| LLT-003 | 20,385.00 | 1223 | 1.50 | -1,834.50 | 4,558.00 | 23,108.50 |
| LLT-010 | | | 1.50 | 0.00 | | 0.00 |
| LLT-017 | 19,327.00 | 1031 | 1.50 | -1,546.50 | 3,850.00 | 21,630.50 |
| LLT-028 | | | 1.50 | 0.00 | | 0.00 |
| LLT-029 | | | 1.50 | 0.00 | | 0.00 |
| LLT-037 | | | 1.50 | 0.00 | | 0.00 |
| LLT-099 | | | 1.50 | 0.00 | | 0.00 |

**Comm ADJ**

| | |
|---|---|
| ICE FEES | -110.00 |
| write off June 2019 debit - f9999 | -1,194.88 |
| Long Leaf RPM Review | -3,500.00 |

| | |
|---|---|
| CTS MONTHLY CHARGE | -1,430.90 |

| | |
|---|---|
| w/trf fee - Aug 2019 | -30.00 |

| | |
|---|---|
| FINAL REBATE | 48,580.72 |

**LONG LEAF TRADING**

| October 2019 | | use comm | | | | October 2019 | |
|---|---|---|---|---|---|---|---|
| ACCT # | GROSS | TRADES | RATE | CUNN SHR | TRANS FEE | | REBATE |
| LLT-001 | 6,060.00 | 303 | 1.50 | -454.50 | 1,032.00 | | 6,637.50 |
| LLT-002 | 8,100.00 | 405 | 1.50 | -607.50 | 1,384.00 | | 8,876.50 |
| LLT-003 | 25,805.00 | 1522 | 1.50 | -2,283.00 | 5,280.00 | | 28,802.00 |
| LLT-010 | | | 1.50 | 0.00 | | | 0.00 |
| LLT-017 | 29,301.00 | 1533 | 1.50 | -2,299.50 | 5,224.00 | | 32,225.50 |
| LLT-028 | | | 1.50 | 0.00 | | | 0.00 |
| LLT-029 | | | 1.50 | 0.00 | | | 0.00 |
| LLT-037 | | | 1.50 | 0.00 | | | 0.00 |
| LLT-099 | | | 1.50 | 0.00 | | | 0.00 |

**Comm ADJ**

| | | |
|---|---|---|
| ICE FEES | | -110.00 |
| write off June 2019 debit - f9999 | | -30.00 |

| CTS MONTHLY CHARGE | -1,430.90 |
|---|---|

| w/trf fee - Aug 2019 | -30.00 |
|---|---|

| FINAL REBATE | 74,940.60 |
|---|---|

**LONG LEAF TRADING**

| November 2019 | | use comm | | | | November 2019 | |
|---|---|---|---|---|---|---|---|
| ACCT # | GROSS | TRADES | RATE | CUNN SHR | TRANS FEE | | REBATE |
| LLT-001 | 142.00 | 73 | 1.50 | -109.50 | 454.00 | | 486.50 |
| LLT-002 | 3,780.00 | 189 | 1.50 | -283.50 | 828.00 | | 4,324.50 |
| LLT-003 | 18,280.00 | 1130 | 1.50 | -1,695.00 | 3,962.00 | | 20,547.00 |
| LLT-010 | | | 1.50 | 0.00 | | | 0.00 |
| LLT-017 | 17,414.00 | 930 | 1.50 | -1,395.00 | 3,512.00 | | 19,531.00 |
| LLT-028 | | | 1.50 | 0.00 | | | 0.00 |
| LLT-029 | | | 1.50 | 0.00 | | | 0.00 |
| LLT-037 | | | 1.50 | 0.00 | | | 0.00 |
| LLT-099 | | | 1.50 | 0.00 | | | 0.00 |

**Comm ADJ**

| | |
|---|---:|
| **ICE FEES** | **-110.00** |
| **write off Nov 2019 debit - f9999** | **-7,057.98** |

| | |
|---|---:|
| **CTS MONTHLY CHARGE** | **-1,430.90** |
| **w/trf fee** | **-30.00** |
| **FINAL REBATE** | **36,260.12** |