CFTC Ex. 66

Message

| | |
|---|---|
| **From:** | Jim Donelson [jdonelson@longleaftrading.com] |
| **Sent:** | 5/24/2018 9:42:33 AM |
| **To:** | Scott Gecas [sgecas@longleaftrading.com]; Andrew Nelson [anelson@longleaftrading.com]; Connor Campo [ccampo@longleaftrading.com]; James Hatzigiannis [jhatzigiannis@longleaftrading.com] |
| **Subject:** | Trade Recommendations and Customer Analysis |
| **Attachments:** | May 24 2018 Customer Analysis.xlsx; May 24 2018 Recommendation - 10 contracts.pdf; May 24 2018 Recommendation - 5 contracts.pdf; May 24 2018 Recommendation - 3 contracts.pdf; May 24 2018 Recommendation - 2 contracts.pdf; May 24 2018 Recommendation - 1 contract.pdf |

# Jim Donelson

CEO | Long Leaf Trading Group

Direct: 312.483.2180
Toll Free: 866.372.1014
Fax: 773.751.2103

Trading futures involves risk of loss and is not suitable for all investors. Past performance is not necessarily indicative of future results.

E-mail sent through the Internet is not secure. E-mail is not private and is subject to review by the Firm, its officers, agents, employees and regulators. Do not e-mail time sensitive instructions, orders to buy or sell securities or instructions to transfer funds. We will not accept such orders or instructions. This e-mail is not an official trade confirmation for transactions executed for your account. This communication is for informational purposes only.



EXHIBIT NM
#66
8.27.19

Long Leaf Trading-0000199598

| Margin Needed | | | | | (769.71) | | | (306.73) | (462.98) |
|---|---|---|---|---|---|---|---|---|---|
| Trader | Account | Names | Class | Margin Excess | Margin Needed | Expected | Net Liq After Trades | GBPUSD Calendar Spread | EURUSD Calendar Spread |
| AndrewN | E53754 | Ben Powell | F | 1,999.71 | (769.71) | - | 1,999.71 | 1 | 1 |
| AndrewN | E53755 | Midland IRA FBO Ben Powell | F | 4,371.27 | (769.71) | 1 | 3,601.56 | - | - |
| AndrewN | E53782 | Anthony & Judy Petchar | P | 686.15 | (769.71) | - | 686.15 | 1 | 1 |
| AndrewN | E53791 | Bock Family Trust | N | 10.93 | (769.71) | - | 10.93 | - | - |
| AndrewN | E53843 | Anthony Discolo | F | 4,699.51 | (769.71) | 1 | 3,929.80 | - | - |
| AndrewN | E53851 | Midland IRA FBO S Qureshi | F | 10,334.13 | (769.71) | 1 | 9,564.42 | - | - |
| AndrewN | E53860 | Midland IRA FBO D Jewell | F | 2,336.58 | (769.71) | 1 | 1,566.87 | - | - |
| AndrewN | E53869 | Midland IRA FBO G Von Glinow | F | 8,717.25 | (769.71) | 1 | 7,947.54 | - | - |
| AndrewN | E53886 | Midland IRA FBO J Burns | F | 7,034.83 | (769.71) | 1 | 6,265.12 | - | - |
| AndrewN | E53889 | Robert Mann & Linda Mann | F | 5,825.61 | (769.71) | 1 | 5,055.90 | - | - |
| AndrewN | E53890 | Midland IRA FBO J Rieff | F | 1,270.89 | (769.71) | - | 1,270.89 | 1 | 1 |
| AndrewN | E53893 | Andrew Goldberg | N | 199.20 | (769.71) | - | 199.20 | - | - |
| AndrewN | E53907 | Midland IRA FBO D Nations | F | 3,679.92 | (769.71) | 1 | 2,910.21 | - | - |
| AndrewN | E53927 | Jerry Krantz | F | 4,119.49 | (769.71) | 1 | 3,349.78 | - | - |
| AndrewN | E53934 | Midland IRA FBO R Spencer | F | 4,098.34 | (769.71) | 1 | 3,328.63 | - | - |
| AndrewN | E53937 | Richard Smajd | F | 5,114.65 | (769.71) | 1 | 4,344.94 | - | - |
| AndrewN | E53938 | Bruce Johnson | F | 3,830.09 | (769.71) | 1 | 3,060.38 | - | - |
| AndrewN | E53947 | David Kassekert | F | 12,033.22 | (769.71) | 1 | 11,263.51 | - | - |
| AndrewN | E53957 | Midland IRA FBO D Heinemann | F | 5,884.57 | (769.71) | 1 | 5,114.86 | - | - |
| AndrewN | E53965 | Midland IRA FBO A Samar | F | 10,255.57 | (769.71) | 1 | 9,485.86 | - | - |
| AndrewN | E53975 | Midland IRA FBO L Goldblatt | F | 12,124.15 | (769.71) | 2 | 10,584.73 | - | - |
| AndrewN | E53980 | Martin Pegelow Revocable | F | 70,579.85 | (769.71) | 10 | 62,882.75 | - | - |
| AndrewN | E53981 | Mark Hartmann | F | 70,611.10 | (769.71) | 10 | 62,914.00 | - | - |
| AndrewN | E53984 | Midland IRA FBO S Boehm | F | 27,119.86 | (769.71) | 3 | 24,810.73 | - | - |
| AndrewN | E53985 | Gerald Drayer | F | 17,351.49 | (769.71) | 3 | 15,042.36 | - | - |
| AndrewN | E53987 | Midland IRA FBO K Morris | F | 17,188.86 | (769.71) | 3 | 14,879.73 | - | - |
| AndrewN | E53994 | Abdul Diwan | F | 7,637.53 | (769.71) | 1 | 6,867.82 | - | - |
| AndrewN | E53997 | Alexander Karczewski | F | 23,006.16 | (769.71) | 3 | 20,697.03 | - | - |
| AndrewN Total | | | | 342,120.91 | (21,551.88) | 50 | 303,635.41 | 3 | 3 |

Long Leaf Trading-0000199599

| Trader | Account | Names | Class | Margin Excess | Margin Needed | Expected | Net Liq After Trades | GBPUSD Calendar Spread | EURUSD Calendar Spread |
|---|---|---|---|---|---|---|---|---|---|
| ConnorC | E53763 | Stephen Napoletano | F | 1,779.54 | (769.71) | 2 | 240.12 | - | - |
| ConnorC | E53897 | Robert Mcallister | F | 1,377.71 | (769.71) | 1 | 608.00 | - | - |
| ConnorC | E53923 | Carey Niehues | F | 2,874.09 | (769.71) | 1 | 2,104.38 | - | - |
| ConnorC | E53952 | Midland IRA FBO D Thomas | F | 11,702.97 | (769.71) | 2 | 10,163.55 | - | - |
| ConnorC | E53969 | Midland IRA FBO X Zhu | F | 4,030.48 | (769.71) | 1 | 3,260.77 | - | - |
| ConnorC | E53979 | Kenneth Bernstein | F | 7,336.92 | (769.71) | 1 | 6,567.21 | - | - |
| ConnorC | E53982 | Midland IRA FBO MTurmelle | F | 19,399.00 | (769.71) | 2 | 17,859.58 | - | - |
| ConnorC | E53988 | William Shields & Rose Shields | F | 41,327.55 | (769.71) | 5 | 37,479.00 | - | - |
| ConnorC Total | | | | 89,828.26 | (6,157.68) | 15 | 78,282.61 | - | - |
| JamesH | E53976 | Midland IRA FBO M Cruz | F | 12,961.96 | (769.71) | 1 | 12,192.25 | - | - |
| JamesH | E53991 | Midland IRA FBO D Arquitt | F | 18,393.27 | (769.71) | 2 | 16,853.85 | - | - |
| JamesH | E53992 | Kurt Pyka | F | 19,796.53 | (769.71) | 3 | 17,487.40 | - | - |
| JamesH Total | | | | 51,151.76 | (2,309.13) | 6 | 46,533.50 | - | - |
| ScottG | E53767 | Francis Abbey | P | 735.70 | (769.71) | - | 735.70 | 1 | 1 |
| ScottG | E53803 | Terry Groom | F | 5,139.21 | (769.71) | 1 | 4,369.50 | - | - |
| ScottG | E53816 | Midland IRA FBO M Marchwick | F | 2,958.44 | (769.71) | 1 | 2,188.73 | - | - |
| ScottG | E53818 | James Hodge | F | 844.93 | (769.71) | - | 844.93 | 1 | 1 |
| ScottG | E53836 | Midland IRA FBO J Mcdaniel | F | 1,602.77 | (769.71) | 1 | 833.06 | - | - |
| ScottG | E53859 | Midland IRA FBO T Groom | F | 1,613.71 | (769.71) | 1 | 844.00 | - | - |
| ScottG | E53861 | Midland IRA FBO S Groom | F | 5,214.81 | (769.71) | 1 | 4,445.10 | - | - |
| ScottG | E53871 | Stephanie Arndt | P | 676.34 | (769.71) | - | 676.34 | 1 | 1 |
| ScottG | E53879 | Midland IRA FBO A Tobiasz | P | 523.63 | (769.71) | - | 523.63 | 1 | 1 |
| ScottG | E53888 | Alan Chazin | P | 714.75 | (769.71) | - | 714.75 | 1 | 1 |
| ScottG | E53895 | Robert Roth | F | 1,805.92 | (769.71) | 1 | 1,036.21 | - | - |
| ScottG | E53898 | Midland IRA FBO J Conlon | N | 444.70 | (769.71) | - | 444.70 | 1 | - |
| ScottG | E53905 | Bimal Sanbui | F | 1,027.47 | (769.71) | - | 1,027.47 | 1 | 1 |
| ScottG | E53909 | Darlene Muters | F | 1,694.30 | (769.71) | - | 1,694.30 | 1 | 1 |
| ScottG | E53913 | Lemler Ranches Inc | F | 6,425.62 | (769.71) | 1 | 5,655.91 | - | - |
| ScottG | E53917 | Midland IRA FBO D Lesso | F | 10,919.06 | (769.71) | 3 | 8,609.93 | - | - |
| ScottG | E53922 | Midland IRA FBO H Sodke | N | 423.06 | (769.71) | - | 423.06 | 1 | - |
| ScottG | E53924 | Grimes Slaughter | F | 2,236.30 | (769.71) | 1 | 1,466.59 | - | - |

Long Leaf Trading-0000199599

| Trader | Account | Names | Class | Margin Excess | Margin Needed | Expected | Net Liq After Trades | GBPUSD Calendar Spread | EURUSD Calendar Spread |
|---|---|---|---|---|---|---|---|---|---|
| ScottG | E53928 | James Thompson | F | 1,472.85 | (769.71) | - | 1,472.85 | 1 | 1 |
| ScottG | E53930 | Midland IRA FBO J Dugan | F | 3,198.28 | (769.71) | 1 | 2,428.57 | - | - |
| ScottG | E53936 | Midland IRA FBO G Mccoun | F | 3,942.15 | (769.71) | 1 | 3,172.44 | - | - |
| ScottG | E53943 | Midland IRA FBO B Leibold | F | 13,372.29 | (769.71) | 3 | 11,063.16 | - | - |
| ScottG | E53949 | Midland IRA FBO D Foster | F | 8,977.74 | (769.71) | 3 | 6,668.61 | - | - |
| ScottG | E53951 | Midland IRA FBO C Burnham | F | 12,053.58 | (769.71) | 3 | 9,744.45 | - | - |
| ScottG | E53953 | Midland IRA FBO C Gogineni | F | 8,875.67 | (769.71) | 3 | 6,566.54 | - | - |
| ScottG | E53958 | Midland IRA FBO D Ontiveros | F | 3,735.57 | (769.71) | 1 | 2,965.86 | - | - |
| ScottG | E53959 | Midland IRA FBO K Palmen | F | 7,583.03 | (769.71) | 3 | 5,273.90 | - | - |
| ScottG | E53960 | Midland IRA FBO L Rea | F | 36,111.23 | (769.71) | 3 | 33,802.10 | - | - |
| ScottG | E53962 | Midland IRA FBO L Finnegan | F | 8,325.86 | (769.71) | 1 | 7,556.15 | - | - |
| ScottG | E53964 | Barry Herman | F | 16,623.46 | (769.71) | 2 | 15,084.04 | - | - |
| ScottG | E53968 | Harvey Gray | F | 22,146.67 | (769.71) | 3 | 19,837.54 | - | - |
| ScottG | E53971 | David Owens | F | 11,971.35 | (769.71) | 1 | 11,201.64 | - | - |
| ScottG | E53972 | KIMBERLEY TURLEY | F | 7,770.88 | (769.71) | 3 | 5,461.75 | - | - |
| ScottG | E53973 | Alfred Springer | F | 11,422.71 | (769.71) | 1 | 10,653.00 | - | - |
| ScottG | E53974 | Khuzema Savai | F | 4,992.37 | (769.71) | 1 | 4,222.66 | - | - |
| ScottG | E53977 | Midland IRA FBO D Parsons | F | 16,260.79 | (769.71) | 3 | 13,951.66 | - | - |
| ScottG | E53978 | Midland IRA FBO KCastillo | F | 16,423.26 | (769.71) | 3 | 14,114.13 | - | - |
| ScottG | E53983 | Frank Toughill | F | 19,785.72 | (769.71) | 3 | 17,476.59 | - | - |
| ScottG | E53986 | Dwight Baker & Glenda Baker | F | 87,447.70 | (769.71) | 10 | 79,750.60 | - | - |
| ScottG | E53989 | Midland IRA FBO R Mehr | F | 75,129.30 | (769.71) | 10 | 67,432.20 | - | - |
| ScottG | E53990 | Midland IRA FBO R Teno | F | 16,305.22 | (769.71) | 3 | 13,996.09 | - | - |
| ScottG | E53993 | Alberto Grosmark | F | 19,871.53 | (769.71) | 3 | 17,562.40 | - | - |
| ScottG | E53999 | James Logomasini | F | 25,000.00 | (769.71) | 3 | 22,690.87 | - | - |
| ScottG Total | | | | 503,799.93 | (33,097.53) | 82 | 440,683.71 | 10 | 8 |
| Grand Total | | | | 986,900.86 | (63,116.22) | 153 | 869,135.23 | 13 | 11 |

Long Leaf Trading-0000199599



Please see referenced positions below we are recommending for execution. Simply respond yes to this email to accept the positions or feel free to call me if you would like to discuss first. As always I strongly encourage a timely response to prevent adverse market movement from impacting our ability to achieve fill prices as designed.

We are recommending a total of 10 contracts for each recommended position below.

**Trade Recommendation: GBPUSD Calendar Spread**
**Underlying: GBPUSD September Future**

| Buy | Sell | Max Gain/Loss | Target Gain | Target Max Loss | Expiration |
|---|---|---|---|---|---|
| OGBUN8 C1.385 | OGBUN8 C1.355 | 1,557.79 | 339.04 | (160.96) | 7/6/2018 |
| OGBUQ8 C1.355 | OGBUQ8 C1.385 | (306.73) | 0.0105 | 0.0025 | 8/3/2016 |

Trade Approval
Entry Order: -0.0025 OB GTC        COST    (306.73)
Exit Order: Market

**Trade Recommendation: EURUSD Calendar Spread**
**Underlying: EURUSD September Future**

| Buy | Sell | Max Gain/Loss | Target Gain | Target Max Loss | Expiration |
|---|---|---|---|---|---|
| OEUUN8 P1.14 | OEUUN8 P1.17 | 3,276.54 | 839.04 | (160.96) | 7/6/2018 |
| OEUUQ8 P1.17 | OEUUQ8 P1.14 | (462.98) | 0.0105 | 0.0025 | 8/3/2016 |

Trade Approval
Entry Order: -0.0025 OB GTC        COST    (462.98)
Exit Order: Market

Copyright 2017 Long Leaf Trading Group, Inc. All rights reserved.
Our mailing address is:
Long Leaf Trading Group
141 W Jackson Blvd, Suite 300A | Chicago IL 60604

THE RISK OF LOSS IN TRADING FUTURES CONTRACTS OR COMMODITY OPTIONS CAN BE SUBSTANTIAL, AND THEREFORE INVESTORS SHOULD UNDERSTAND THE RISKS INVOLVED IN TAKING LEVERAGED POSITIONS AND MUST ASSUME RESPONSIBILITY FOR THE RISKS ASSOCIATED WITH SUCH INVESTMENTS AND FOR THEIR RESULTS. PLEASE NOTE THAT THE PURCHASER OF AN OPTION IS SUBJECT TO THE RISK OF LOSING THE ENTIRE PREMIUM PLUS APPLICABLE FEES. THIS MATERIAL IS CONVEYED AS A SOLICITATION FOR ENTERING INTO A DERIVATIVES TRANSACTION. PAST PERFORMANCE IS NOT NECESSARILY INDICATIVE OF FUTURE PERFORMANCE. THIS MATERIAL HAS BEEN PREPARED BY A LONG LEAF TRADING GROUP BROKER WHO PROVIDES RESEARCH MARKET COMMENTARY AND TRADE RECOMMENDATIONS AS PART OF HIS OR HER SOLICITATION FOR ACCOUNTS AND SOLICITATION FOR TRADES; HOWEVER, LONG LEAF TRADING GROUP DOES NOT MAINTAIN A RESEARCH DEPARTMENT AS DEFINED IN CFTC RULE 1.71. LONG LEAF TRADING GROUP, ITS PRINCIPALS, BROKERS AND EMPLOYEES MAY TRADE IN DERIVATIVES FOR THEIR OWN ACCOUNTS OR FOR THE ACCOUNTS OF OTHERS. DUE TO VARIOUS FACTORS (SUCH AS RISK TOLERANCE, MARGIN REQUIREMENTS, TRADING OBJECTIVES, SHORT TERM VS. LONG TERM STRATEGIES, TECHNICAL VS. FUNDAMENTAL MARKET ANALYSIS, AND OTHER FACTORS) SUCH TRADING MAY RESULT IN THE INITIATION OR LIQUIDATION OF POSITIONS THAT ARE DIFFERENT FROM OR CONTRARY TO THE OPINIONS AND RECOMMENDATIONS CONTAINED THEREIN. LONG LEAF TRADING GROUP IS NOT AFFILIATED WITH NOR DOES IT ENDORSE ANY TRADING SYSTEM, NEWSLETTER OR OTHER SIMILAR SERVICE. LONG LEAF TRADING GROUP DOES NOT GUARANTEE OR VERIFY ANY PERFORMANCE CLAIMS MADE BY SUCH SYSTEMS OR SERVICE.



Please see referenced positions below we are recommending for execution. Simply respond yes to this email to accept the positions or feel free to call me if you would like to discuss first. As always I strongly encourage a timely response to prevent adverse market movement from impacting our ability to achieve fill prices as designed.

We are recommending a total of 5 contracts for each recommended position below.

**Trade Recommendation: GBPUSD Calendar Spread**
**Underlying: GBPUSD September Future**

| Buy | Sell | Max Gain/Loss | Target Gain | Target Max Loss | Expiration |
|---|---|---|---|---|---|
| OGBUN8 C1.385 | OGBUN8 C1.355 | 1,557.79 | 339.04 | (160.96) | 7/6/2018 |
| OGBUQ8 C1.355 | OGBUQ8 C1.385 | (306.73) | 0.0105 | 0.0025 | 8/3/2016 |

Trade Approval
Entry Order: -0.0025 OB GTC          COST    (306.73)
Exit Order: Market

**Trade Recommendation: EURUSD Calendar Spread**
**Underlying: EURUSD September Future**

| Buy | Sell | Max Gain/Loss | Target Gain | Target Max Loss | Expiration |
|---|---|---|---|---|---|
| OEUUN8 P1.14 | OEUUN8 P1.17 | 3,276.54 | 839.04 | (160.96) | 7/6/2018 |
| OEUUQ8 P1.17 | OEUUQ8 P1.14 | (462.98) | 0.0105 | 0.0025 | 8/3/2016 |

Trade Approval
Entry Order: -0.0025 OB GTC          COST    (462.98)
Exit Order: Market

*Copyright 2017 Long Leaf Trading Group, Inc. All rights reserved.*
**Our mailing address is:**
Long Leaf Trading Group
141 W Jackson Blvd, Suite 300A | Chicago IL 60604

THE RISK OF LOSS IN TRADING FUTURES CONTRACTS OR COMMODITY OPTIONS CAN BE SUBSTANTIAL, AND THEREFORE INVESTORS SHOULD UNDERSTAND THE RISKS INVOLVED IN TAKING LEVERAGED POSITIONS AND MUST ASSUME RESPONSIBILITY FOR THE RISKS ASSOCIATED WITH SUCH INVESTMENTS AND FOR THEIR RESULTS. PLEASE NOTE THAT THE PURCHASER OF AN OPTION IS SUBJECT TO THE RISK OF LOSING THE ENTIRE PREMIUM PLUS APPLICABLE FEES. THIS MATERIAL IS CONVEYED AS A SOLICITATION FOR ENTERING INTO A DERIVATIVES TRANSACTION. PAST PERFORMANCE IS NOT NECESSARILY INDICATIVE OF FUTURE PERFORMANCE. THIS MATERIAL HAS BEEN PREPARED BY A LONG LEAF TRADING GROUP BROKER WHO PROVIDES RESEARCH MARKET COMMENTARY AND TRADE RECOMMENDATIONS AS PART OF HIS OR HER SOLICITATION FOR ACCOUNTS AND SOLICITATION FOR TRADES; HOWEVER, LONG LEAF TRADING GROUP DOES NOT MAINTAIN A RESEARCH DEPARTMENT AS DEFINED IN CFTC RULE 1.71. LONG LEAF TRADING GROUP, ITS PRINCIPALS, BROKERS AND EMPLOYEES MAY TRADE IN DERIVATIVES FOR THEIR OWN ACCOUNTS OR FOR THE ACCOUNTS OF OTHERS. DUE TO VARIOUS FACTORS (SUCH AS RISK TOLERANCE, MARGIN REQUIREMENTS, TRADING OBJECTIVES, SHORT TERM VS. LONG TERM STRATEGIES, TECHNICAL VS. FUNDAMENTAL MARKET ANALYSIS, AND OTHER FACTORS) SUCH TRADING MAY RESULT IN THE INITIATION OR LIQUIDATION OF POSITIONS THAT ARE DIFFERENT FROM OR CONTRARY TO THE OPINIONS AND RECOMMENDATIONS CONTAINED THEREIN. LONG LEAF TRADING GROUP IS NOT AFFILIATED WITH NOR DOES IT ENDORSE ANY TRADING SYSTEM, NEWSLETTER OR OTHER SIMILAR SERVICE. LONG LEAF TRADING GROUP DOES NOT GUARANTEE OR VERIFY ANY PERFORMANCE CLAIMS MADE BY SUCH SYSTEMS OR SERVICE.

Long Leaf Trading-0000199601



Please see referenced positions below we are recommending for execution. Simply respond yes to this email to accept the positions or feel free to call me if you would like to discuss first. As always I strongly encourage a timely response to prevent adverse market movement from impacting our ability to achieve fill prices as designed.

We are recommending a total of 3 contracts for each recommended position below.

| Trade Recommendation: GBPUSD Calendar Spread<br>Underlying: GBPUSD September Future |||||||
|---|---|---|---|---|---|
| Buy | Sell | Max Gain/Loss | Target Gain | Target Max Loss | Expiration |
| OGBUN8 C1.385 | OGBUN8 C1.355 | 1,557.79 | 339.04 | (160.96) | 7/6/2018 |
| OGBUQ8 C1.355 | OGBUQ8 C1.385 | (306.73) | 0.0105 | 0.0025 | 8/3/2016 |
| **Trade Approval** ||||||
| Entry Order: -0.0025 OB GTC ||| COST | (306.73) ||
| Exit Order: Market ||||||

| Trade Recommendation: EURUSD Calendar Spread<br>Underlying: EURUSD September Future |||||||
|---|---|---|---|---|---|
| Buy | Sell | Max Gain/Loss | Target Gain | Target Max Loss | Expiration |
| OEUUN8 P1.14 | OEUUN8 P1.17 | 3,276.54 | 839.04 | (160.96) | 7/6/2018 |
| OEUUQ8 P1.17 | OEUUQ8 P1.14 | (462.98) | 0.0105 | 0.0025 | 8/3/2016 |
| **Trade Approval** ||||||
| Entry Order: -0.0025 OB GTC ||| COST | (462.98) ||
| Exit Order: Market ||||||

Copyright 2017 Long Leaf Trading Group, Inc. All rights reserved.

Our mailing address is:
Long Leaf Trading Group
141 W Jackson Blvd, Suite 300A | Chicago IL 60604

THE RISK OF LOSS IN TRADING FUTURES CONTRACTS OR COMMODITY OPTIONS CAN BE SUBSTANTIAL, AND THEREFORE INVESTORS SHOULD UNDERSTAND THE RISKS INVOLVED IN TAKING LEVERAGED POSITIONS AND MUST ASSUME RESPONSIBILITY FOR THE RISKS ASSOCIATED WITH SUCH INVESTMENTS AND FOR THEIR RESULTS. PLEASE NOTE THAT THE PURCHASER OF AN OPTION IS SUBJECT TO THE RISK OF LOSING THE ENTIRE PREMIUM PLUS APPLICABLE FEES. THIS MATERIAL IS CONVEYED AS A SOLICITATION FOR ENTERING INTO A DERIVATIVES TRANSACTION. PAST PERFORMANCE IS NOT NECESSARILY INDICATIVE OF FUTURE PERFORMANCE. THIS MATERIAL HAS BEEN PREPARED BY A LONG LEAF TRADING GROUP BROKER WHO PROVIDES RESEARCH MARKET COMMENTARY AND TRADE RECOMMENDATIONS AS PART OF HIS OR HER SOLICITATION FOR ACCOUNTS AND SOLICITATION FOR TRADES; HOWEVER, LONG LEAF TRADING GROUP DOES NOT MAINTAIN A RESEARCH DEPARTMENT AS DEFINED IN CFTC RULE 1.71. LONG LEAF TRADING GROUP, ITS PRINCIPALS, BROKERS AND EMPLOYEES MAY TRADE IN DERIVATIVES FOR THEIR OWN ACCOUNTS OR FOR THE ACCOUNTS OF OTHERS. DUE TO VARIOUS FACTORS (SUCH AS RISK TOLERANCE, MARGIN REQUIREMENTS, TRADING OBJECTIVES, SHORT TERM VS. LONG TERM STRATEGIES, TECHNICAL VS. FUNDAMENTAL MARKET ANALYSIS, AND OTHER FACTORS) SUCH TRADING MAY RESULT IN THE INITIATION OR LIQUIDATION OF POSITIONS THAT ARE DIFFERENT FROM OR CONTRARY TO THE OPINIONS AND RECOMMENDATIONS CONTAINED THEREIN. LONG LEAF TRADING GROUP IS NOT AFFILIATED WITH NOR DOES IT ENDORSE ANY TRADING SYSTEM, NEWSLETTER OR OTHER SIMILAR SERVICE. LONG LEAF TRADING GROUP DOES NOT GUARANTEE OR VERIFY ANY PERFORMANCE CLAIMS MADE BY SUCH SYSTEMS OR SERVICE.



Please see referenced positions below we are recommending for execution. Simply respond yes to this email to accept the positions or feel free to call me if you would like to discuss first. As always I strongly encourage a timely response to prevent adverse market movement from impacting our ability to achieve fill prices as designed.

We are recommending a total of 2 contracts for each recommended position below.

| Trade Recommendation: GBPUSD Calendar Spread | | | | | |
|---|---|---|---|---|---|
| Underlying: GBPUSD September Future | | | | | |
| Buy | Sell | Max Gain/Loss | Target Gain | Target Max Loss | Expiration |
| OGBUN8 C1.385 | OGBUN8 C1.355 | 1,557.79 | 339.04 | (160.96) | 7/6/2018 |
| OGBUQ8 C1.355 | OGBUQ8 C1.385 | (306.73) | 0.0105 | 0.0025 | 8/3/2016 |
| Trade Approval | | | | | |
| Entry Order: -0.0025 OB GTC | | | COST | (306.73) | |
| Exit Order: Market | | | | | |

| Trade Recommendation: EURUSD Calendar Spread | | | | | |
|---|---|---|---|---|---|
| Underlying: EURUSD September Future | | | | | |
| Buy | Sell | Max Gain/Loss | Target Gain | Target Max Loss | Expiration |
| OEUUN8 P1.14 | OEUUN8 P1.17 | 3,276.54 | 839.04 | (160.96) | 7/6/2018 |
| OEUUQ8 P1.17 | OEUUQ8 P1.14 | (462.98) | 0.0105 | 0.0025 | 8/3/2016 |
| Trade Approval | | | | | |
| Entry Order: -0.0025 OB GTC | | | COST | (462.98) | |
| Exit Order: Market | | | | | |

Copyright 2017 Long Leaf Trading Group, Inc. All rights reserved.

Our mailing address is:
Long Leaf Trading Group
141 W Jackson Blvd, Suite 300A | Chicago IL 60604

THE RISK OF LOSS IN TRADING FUTURES CONTRACTS OR COMMODITY OPTIONS CAN BE SUBSTANTIAL, AND THEREFORE INVESTORS SHOULD UNDERSTAND THE RISKS INVOLVED IN TAKING LEVERAGED POSITIONS AND MUST ASSUME RESPONSIBILITY FOR THE RISKS ASSOCIATED WITH SUCH INVESTMENTS AND FOR THEIR RESULTS. PLEASE NOTE THAT THE PURCHASER OF AN OPTION IS SUBJECT TO THE RISK OF LOSING THE ENTIRE PREMIUM PLUS APPLICABLE FEES. THIS MATERIAL IS CONVEYED AS A SOLICITATION FOR ENTERING INTO A DERIVATIVES TRANSACTION. PAST PERFORMANCE IS NOT NECESSARILY INDICATIVE OF FUTURE PERFORMANCE. THIS MATERIAL HAS BEEN PREPARED BY A LONG LEAF TRADING GROUP BROKER WHO PROVIDES RESEARCH MARKET COMMENTARY AND TRADE RECOMMENDATIONS AS PART OF HIS OR HER SOLICITATION FOR ACCOUNTS AND SOLICITATION FOR TRADES; HOWEVER, LONG LEAF TRADING GROUP DOES NOT MAINTAIN A RESEARCH DEPARTMENT AS DEFINED IN CFTC RULE 1.71. LONG LEAF TRADING GROUP, ITS PRINCIPALS, BROKERS AND EMPLOYEES MAY TRADE IN DERIVATIVES FOR THEIR OWN ACCOUNTS OR FOR THE ACCOUNTS OF OTHERS. DUE TO VARIOUS FACTORS (SUCH AS RISK TOLERANCE, MARGIN REQUIREMENTS, TRADING OBJECTIVES, SHORT TERM VS. LONG TERM STRATEGIES, TECHNICAL VS. FUNDAMENTAL MARKET ANALYSIS, AND OTHER FACTORS) SUCH TRADING MAY RESULT IN THE INITIATION OR LIQUIDATION OF POSITIONS THAT ARE DIFFERENT FROM OR CONTRARY TO THE OPINIONS AND RECOMMENDATIONS CONTAINED THEREIN. LONG LEAF TRADING GROUP IS NOT AFFILIATED WITH NOR DOES IT ENDORSE ANY TRADING SYSTEM, NEWSLETTER OR OTHER SIMILAR SERVICE. LONG LEAF TRADING GROUP DOES NOT GUARANTEE OR VERIFY ANY PERFORMANCE CLAIMS MADE BY SUCH SYSTEMS OR SERVICE.



Please see referenced positions below we are recommending for execution. Simply respond yes to this email to accept the positions or feel free to call me if you would like to discuss first. As always I strongly encourage a timely response to prevent adverse market movement from impacting our ability to achieve fill prices as designed.

We are recommending a total of 1 contract for each recommended position below.

**Trade Recommendation: GBPUSD Calendar Spread**
**Underlying: GBPUSD September Future**

| Buy | Sell | Max Gain/Loss | Target Gain | Target Max Loss | Expiration |
|---|---|---|---|---|---|
| OGBUN8 C1.385 | OGBUN8 C1.355 | 1,557.79 | 339.04 | (160.96) | 7/6/2018 |
| OGBUQ8 C1.355 | OGBUQ8 C1.385 | (306.73) | 0.0105 | 0.0025 | 8/3/2016 |

**Trade Approval**
Entry Order: -0.0025 OB GTC            COST    (306.73)
Exit Order: Market

**Trade Recommendation: EURUSD Calendar Spread**
**Underlying: EURUSD September Future**

| Buy | Sell | Max Gain/Loss | Target Gain | Target Max Loss | Expiration |
|---|---|---|---|---|---|
| OEUUN8 P1.14 | OEUUN8 P1.17 | 3,276.54 | 839.04 | (160.96) | 7/6/2018 |
| OEUUQ8 P1.17 | OEUUQ8 P1.14 | (462.98) | 0.0105 | 0.0025 | 8/3/2016 |

**Trade Approval**
Entry Order: -0.0025 OB GTC            COST    (462.98)
Exit Order: Market

Copyright 2017 Long Leaf Trading Group, Inc. All rights reserved.
Our mailing address is:
Long Leaf Trading Group
141 W Jackson Blvd, Suite 300A | Chicago IL 60604

THE RISK OF LOSS IN TRADING FUTURES CONTRACTS OR COMMODITY OPTIONS CAN BE SUBSTANTIAL, AND THEREFORE INVESTORS SHOULD UNDERSTAND THE RISKS INVOLVED IN TAKING LEVERAGED POSITIONS AND MUST ASSUME RESPONSIBILITY FOR THE RISKS ASSOCIATED WITH SUCH INVESTMENTS AND FOR THEIR RESULTS. PLEASE NOTE THAT THE PURCHASER OF AN OPTION IS SUBJECT TO THE RISK OF LOSING THE ENTIRE PREMIUM PLUS APPLICABLE FEES. THIS MATERIAL IS CONVEYED AS A SOLICITATION FOR ENTERING INTO A DERIVATIVES TRANSACTION. PAST PERFORMANCE IS NOT NECESSARILY INDICATIVE OF FUTURE PERFORMANCE. THIS MATERIAL HAS BEEN PREPARED BY A LONG LEAF TRADING GROUP BROKER WHO PROVIDES RESEARCH MARKET COMMENTARY AND TRADE RECOMMENDATIONS AS PART OF HIS OR HER SOLICITATION FOR ACCOUNTS AND SOLICITATION FOR TRADES; HOWEVER, LONG LEAF TRADING GROUP DOES NOT MAINTAIN A RESEARCH DEPARTMENT AS DEFINED IN CFTC RULE 1.71. LONG LEAF TRADING GROUP, ITS PRINCIPALS, BROKERS AND EMPLOYEES MAY TRADE IN DERIVATIVES FOR THEIR OWN ACCOUNTS OR FOR THE ACCOUNTS OF OTHERS. DUE TO VARIOUS FACTORS (SUCH AS RISK TOLERANCE, MARGIN REQUIREMENTS, TRADING OBJECTIVES, SHORT TERM VS. LONG TERM STRATEGIES, TECHNICAL VS. FUNDAMENTAL MARKET ANALYSIS, AND OTHER FACTORS) SUCH TRADING MAY RESULT IN THE INITIATION OR LIQUIDATION OF POSITIONS THAT ARE DIFFERENT FROM OR CONTRARY TO THE OPINIONS AND RECOMMENDATIONS CONTAINED THEREIN. LONG LEAF TRADING GROUP IS NOT AFFILIATED WITH NOR DOES IT ENDORSE ANY TRADING SYSTEM, NEWSLETTER OR OTHER SIMILAR SERVICE. LONG LEAF TRADING GROUP DOES NOT GUARANTEE OR VERIFY ANY PERFORMANCE CLAIMS MADE BY SUCH SYSTEMS OR SERVICE.

Long Leaf Trading-0000199604