# CFTC Ex. 200

Message

| | |
|---|---|
| **From**: | James Hatzigiannis [jhatzigiannis@longleaftrading.com] |
| **Sent**: | 9/10/2019 11:25:04 PM |
| **To**: | theelauto@gmail.com |
| **Subject**: | Re: Track Record Update See Attach - Long Leaf! |
| **Attachments**: | Edge Strategy Performance - 1 Contrtact.pdf |

Greetings Wally,

How have you been? It has been awhile, I hope business is well. I wanted to provide you an update of what we have been doing. Attached is a track record of our recent performance. As you can see the results are there and we have had a great summer! The reason we have seen so much success as of late is because of the current market conditions and the way are able to manage this. Right now you see a lot of volatility (uncertainty) in the markets (which is great for our strategies) and we see that continuing all the way until US and China officially agree on a trade deal.

It is a bizarre, but interesting time with everything that is taking place globally. Also, the fact that we are in the longest bull market on record. I suggest we setup a time to speak so I can give you a more in depth update of what we have been doing and our outlook. Let me know a good time for you tomorrow for about 10 minutes or sometime later this week?

Kind Regards,
***Checkout my recent commentary on MarketWatch:***
marketwatch/story/oil-bounces-as-us-china-appear-to-scale-down-trade-war-tensions-2019-08-26?mod=myra-p-saefong

marketwatch/story/silver-rally-is-stealing-the-show-even-as-gold-surges-to-6-year-high-2019-08-29

## JAMES HATZIGIANNIS
SENIOR STRATEGIST| LONG LEAF TRADING GROUP

DIRECT: +1.312.483.2185
TEXT: +1.312.584.9281
TOLL FREE: +1.866.467.9888
EMAIL: jhatzigiannis@longleaftrading.com
WEBSITE: https://www.longleaftrading.com  AS SEEN IN: *MarketWatch*

Trading futures and options on futures involves risk of loss and is not suitable for all investors. Past performance is not indicative of future results.

E-mail sent through the Internet is not secure. E-mail is not private and is subject to review by the Firm, its officers, agents, employees and regulators. Do not e-mail time sensitive instructions, orders to buy or sell securities or instructions to transfer funds. We will not accept such orders or instructions. This e-mail is not an official trade confirmation for transactions executed for your account. This communication is for informational purposes only.

### Recent Client Testimonial:
*"I heard about Long Leaf Trading on the internet and decided to invest some funds in April, 2019. They do small trades and are conservative with my funds. After they demonstrated that they could make me money with successful trades I deposited 3x more cash in my account in June, 2019.From April 30th to July 31st, 2019, 56 trades were closed at a profit and only 9 were at a loss. They trade in commodities such as wheat, corn, soybeans, and in currencies such as Japanese yen, Aussie dollar, etc. They do long-short trades looking for discrepancies in contracts and volatility is their friend. Once trades are in place they manage them. James Hatzigiannis handles my account and keeps me informed about all my trades and contacts me before making any trade. I would recommend Long Leaf Trading to those who want to make money regardless the direction of the stock market."* ***8/14/2019 Pat C. Fort Myers, Florida***

-

CFTC EXHIBIT

200

Long Leaf Trading-0000423924

Long Leaf Trading-0000423924

| Trade | Date | Contract | Status | Entry | Exit | Profit |
|---|---|---|---|---|---|---|
| GOLD QUICK | 6/18/2019 | GOLD | CLOSED | (2,683.88) | 3,150.71 | 466.83 |
| Wheat August | 6/20/2019 | Wheat | CLOSED | (1,388.38) | 1,400.30 | 11.92 |
| Corn Swap 6-25 | 6/25/2019 | Corn | CLOSED | (2,245.88) | 2,400.59 | 154.71 |
| Silver 6-25 | 6/25/2019 | SILVER | CLOSED | (2,803.88) | 2,951.12 | 147.24 |
| Soybean Swap | 6/25/2019 | SOYBEANS | CLOSED | (1,714.63) | 1,627.87 | (86.76) |
| EURUSD 7-16 | 7/16/2019 | EURUSD | CLOSED | (1,680.60) | 1,869.40 | 188.80 |
| Delta | 7/24/2019 | Bonds | CLOSED | (1,290.07) | 1,519.93 | 229.86 |
| GOLD FOMC | 7/24/2019 | Gold | CLOSED | (2,823.88) | 3,266.12 | 442.24 |
| Silver 7-23 | 7/24/2019 | Silver | CLOSED | (2,880.41) | 3,098.06 | 217.65 |
| Corn WASDE | 7/31/2019 | Corn | CLOSED | (882.57) | 1,172.87 | 290.30 |
| Soybeans WASDE | 7/31/2019 | Soybeans | CLOSED | (1,026.32) | 1,201.18 | 174.86 |
| ECHO | 8/7/2019 | Bonds | CLOSED | (571.33) | 765.63 | 194.30 |
| Gold 8-8 | 8/7/2019 | Gold | CLOSED | (5,903.88) | 7,529.89 | 1,626.01 |
| Japanese Yen | 8/13/2019 | JPYUSD | CLOSED | (1,349.48) | 1,548.02 | 198.54 |
| Silver 8-13 | 8/13/2019 | Silver | CLOSED | (2,408.88) | 2,521.12 | 112.24 |
| Crude Oil | 8/20/2019 | Crude Oil | CLOSED | (2,874.08) | 3,005.92 | 131.84 |
| Japanese Yen Swap | 8/20/2019 | JPYUSD | CLOSED | (1,099.48) | 1,223.02 | 123.54 |
| FOXTROT2 | 8/21/2019 | Bonds | CLOSED | (3,520.04) | 3,634.97 | 114.93 |
| FOXTROT | 8/21/2019 | Bonds | CLOSED | (3,180.45) | 3,426.18 | 245.73 |
| Aussie Dollar | 8/13/2019 | AUDUSD | CLOSED | (731.72) | 776.04 | 44.32 |
| CADUSD GDP | 6/27/2019 | CADUSD | CLOSED | (984.48) | 800.52 | (183.96) |
| Silver 8-28 | 8/29/2019 | Silver | CLOSED | (6,378.88) | 7,301.12 | 922.24 |
| Silver 9.5 | 9/6/2019 | Silver | CLOSED | (7,656.94) | 7,868.06 | 211.12 |

| Core Closed Trades | | | | (58,080.14) | 64,058.64 | 5,978.50 |

| DISCLAIMER: | This report is for analysis purposes only. The daily report delivered by Cunningham Commodities, LLC is the official statement of your account balance. The variance at the bottom of the page is the difference between this analysis and your actual statement. This variance can be caused by variations in entry prices or exit prices of specific trades. The trade analysis used the worst entry or exit price to ascertain profitability by trade. |
|---|---|

Long Leaf Trading-0000423925