# CFTC Ex. 201

Message

| | |
|---|---|
| From: | James Hatzigiannis [jhatzigiannis@longleaftrading.com] |
| Sent: | 10/7/2019 4:08:06 PM |
| To: | tkranch93@msn.com |
| Subject: | Re: Long Leaf Update |
| Attachments: | Long Leaf Trading Update.Pdf |

Greetings Tim,

I trust you are well. **Please see attachment of an update of our trades.** We have closed out 26 out of our past 30 trades for a profit. This attachment shows results for our most conservative client, who would only take on one contract per position. It can be scaled up. I have clients that take as much as 15 contracts per position. Ever since we have implemented our *Edge Strategy* we have seen amazing results. That is due to a combination of how we manage these positions throughout and all the uncertainty surrounding these markets (Brexit, US/China trade war, Hong Kong violence, and Middle east turbulence.)

I suggest we setup a brief 10 minute phone call to discuss this attachment, go over some education by updating you on our strategies and showing you how we manage risk throughout the life of our positions. Let me know a good day and time for you.

Kind Regards,
**Checkout my recent commentary on MarketWatch:**
marketwatch/story/gold-under-pressure-as-investors-await-us-china-trade-talks-2019-10-07?mod=myra-p-saefong

marketwatch/story/gold-struggles-as-us-dollar-trades-at-more-than-2-year-high-2019-09-27



**JAMES HATZIGIANNIS**
SENIOR STRATEGIST | LONG LEAF TRADING GROUP

DIRECT: +1.312.483.2185
TEXT: +1.312.584.9281
TOLL FREE: +1.866.467.9888
EMAIL: jhatzigiannis@longleaftrading.com
WEBSITE: https://www.longleaftrading.com    AS SEEN IN: MarketWatch

Trading futures and options on futures involves risk of loss and is not suitable for all investors. Past performance is not indicative of future results.

E-mail sent through the Internet is not secure. E-mail is not private and is subject to review by the Firm, its officers, agents, employees and regulators. Do not e-mail time sensitive instructions, orders to buy or sell securities or instructions to transfer funds. We will not accept such orders or instructions. This e-mail is not an official trade confirmation for transactions executed for your account. This communication is for informational purposes only.

**Recent Client Testimonial:**
*"I heard about Long Leaf Trading on the internet and decided to invest some funds in April, 2019. They do small trades and are conservative with my funds. After they demonstrated that they could make me money with successful trades I deposited 3x more cash in my account in June, 2019. From April 30th to July 31st, 2019, 56 trades were closed at a profit and only 9 were at a loss. They trade in commodities such as wheat, corn, soybeans, and in currencies such as Japanese yen, Aussie dollar, etc. They do long short trades looking for discrepancies in contracts and volatility is their friend. Once trades are in place they manage them. James Hatzigiannis handles my account and keeps me informed about all my trades and contacts me before making*

CFTC EXHIBIT
201

Long Leaf Trading-0000534344

any trade. I would recommend Long Leaf Trading to those who want to make money regardless the direction of the stock market." **8/14/2019 Pat C. Fort Myers, Florida (longleaftrading/)**

Long Leaf Trading-0000534344

Account Name: f4155

| Trade | Entry Date | Exit Date | Count | Entry | Exit | Profit | Program |
|---|---|---|---|---|---|---|---|
| Soybean Swap | 6/25/2019 | 7/12/2019 | 1 | (1,714.63) | 1,627.87 | (86.76) | Cash Mgmt. |
| GOLD QUICK | 6/18/2019 | 7/23/2019 | 1 | 2,879.93 | (2,510.82) | 369.11 | Edge |
| CADUSD GDP | 7/11/2019 | 8/29/2019 | 1 | (888.10) | 671.90 | (216.20) | Cash Mgmt. |
| Gold FOMC | 7/24/2019 | 8/1/2019 | 1 | (2,843.88) | 3,273.06 | 429.18 | Cash Mgmt. |
| Silver 7-23 | 7/24/2019 | 8/7/2019 | 1 | (4,587.35) | 4,762.65 | 175.30 | Cash Mgmt. |
| Soybeans WASDE | 7/31/2019 | 8/3/2019 | 1 | (1,038.32) | 1,201.18 | 162.86 | Cash Mgmt. |
| Delta | 7/24/2019 | 8/1/2019 | 1 | (1,310.07) | 1,519.93 | 209.86 | Cash Mgmt. |
| Corn WASDE | 7/31/2019 | 8/13/2019 | 1 | (680.26) | 930.74 | 250.48 | Cash Mgmt. |
| Japanese Yen | 8/13/2019 | 8/15/2019 | 1 | (1,357.48) | 1,548.02 | 190.54 | Edge |
| Wheat August | 6/20/2019 | 8/16/2019 | 1 | (2,435.51) | 2,403.36 | (32.15) | Edge |
| Gold 8-8 | 8/7/2019 | 8/26/2019 | 1 | (3,884.70) | 4,795.30 | 910.60 | Edge |
| Aussie Dollar | 8/13/2019 | 8/29/2019 | 1 | (655.34) | 659.66 | 4.32 | Cash Mgmt. |
| Japanese Yen Swap | 8/20/2019 | 8/23/2019 | 1 | (1,107.48) | 1,230.26 | 122.78 | Cash Mgmt. |
| FOXTROT | 8/21/2019 | 8/28/2019 | 1 | (3,200.67) | 3,426.18 | 225.51 | Edge |
| Crude Oil | 8/20/2019 | 8/22/2019 | 1 | (2,882.08) | 3,005.92 | 123.84 | Edge |
| ECHO | 8/7/2019 | 8/20/2019 | 1 | (591.33) | 723.05 | 131.72 | Edge |
| FOXTROT2 | 8/21/2019 | 8/22/2019 | 1 | (3,524.04) | 3,634.97 | 110.93 | Edge |
| EURUSD 7-16 | 7/11/2019 | 7/31/2019 | 1 | (1,718.10) | 1,876.64 | 158.54 | Cash Mgmt. |
| Silver 8-13 | 8/13/2019 | 8/20/2019 | 1 | (2,416.88) | 2,524.59 | 107.71 | Edge |
| Silver 8-28 | 8/29/2019 | 9/6/2019 | 1 | (6,386.88) | 7,301.12 | 914.24 | Edge |
| Gold 9-11 | 9/11/2019 | 9/20/2019 | 1 | (3,993.88) | 4,276.12 | 282.24 | Edge |
| Silver 9-11 | 9/11/2019 | 9/20/2019 | 1 | (8,587.35) | 8,879.94 | 292.59 | Edge |
| Gold 9-23 | 9/23/2019 | 9/27/2019 | 1 | (4,513.88) | 4,739.59 | 225.71 | Edge |
| Silver 9.5 | 9/6/2019 | 9/6/2019 | 1 | (7,660.94) | 7,868.06 | 207.12 | Edge |
| Yen 8-29 | 8/29/2019 | 9/11/2019 | 1 | (1,331.98) | 1,523.02 | 191.04 | Edge |
| Yen 9-13 | 9/13/2019 | 9/27/2019 | 1 | (1,544.98) | 1,630.26 | 85.28 | Edge |
| GBPUSD Brexit | 9/4/2019 | 9/27/2019 | 1 | (3,635.47) | 3,465.78 | (169.69) | Edge |
| Gold 9-30 | 9/23/2019 | 10/1/2019 | 1 | (1,766.94) | 2,103.06 | 336.12 | Cash Mgmt. |
| Corn WASDE 9-5 | 9/6/2019 | 10/1/2019 | 1 | (1,386.54) | 1,457.33 | 70.79 | Edge |
| GOLF | 8/29/2019 | 10/20/2019 | 1 | (2,699.48) | 2,976.02 | 276.54 | Cash Mgmt. |

| Closed Trades | | | | (77,464.61) | 83,524.76 | 6,060.15 | |

| DISCLAIMER: | This report is for analysis purposes only. The daily report delivered by Cunningham Commodities, LLC is the official statement of your account balance. The variance at the bottom of the page is the difference between this analysis and your actual statement. This variance can be caused by variations in entry prices or exit prices of specific trades. The trade analysis used the worst entry or exit price to ascertain profitability by trade. |
|---|---|