CFTC Ex. 274

**To:** Ryan Dillman[rdillman@longleaftrading.com]; James Hatzigiannis[jhatzigiannis@longleaftrading.com]; Nicholas Gunther[ngunther@longleaftrading.com]; Alexander Stemper[astemper@longleaftrading.com]
**From:** Jim Donelson[jdonelson@longleaftrading.com]
**Sent:** Fri 7/27/2018 1:04:01 AM (UTC-04:00)
**Subject:** FW: InsideSales.com - Broker - Call Results
All Brokers - Call Results - 20180726.csv

After my discussion on Tuesday, these call volumes are unacceptable. 200 per day is the number and we better start hitting it.

Jim

**From:** reports@insidesales.com <reports@insidesales.com>
**Sent:** Thursday, July 26, 2018 11:46 PM
**To:** Jim Donelson <jdonelson@longleaftrading.com>
**Subject:** InsideSales.com - Broker - Call Results



# All Brokers - Call Results

insidesales.com
intelligent sales technology

| TOTAL TOTAL # OF DIALS | TOTAL NO ANSWER | TOTAL CORRECT CONTACT | TOTAL CONTACT |
|---|---|---|---|
| 533 | 308 | 27 | 9 |

| TOTAL BAD NUMBER | TOTAL WRONG NUMBER | TOTAL BUSY | |
|---|---|---|---|
| 12 | 5 | 3 | |

CFTC EXHIBIT
**274**

| Report Details | | | | | | | Total:5 (Limit 500 |
|---|---|---|---|---|---|---|---|
| **Employee** | **Total # of Dials** | **No Answer** | **Contact** | **Correct Contact** | **Bad Number** | **Wrong Number** | **Busy** | **Talk Time** |
| Ryan Dillman | 81 | 68 | 0 | 3 | 1 | 3 | 3 | 00:07:32 |
| Scott Gecas | 21 | 0 | 0 | 0 | 0 | 0 | 0 | 02:16:15 |
| Nick Gunther | 196 | 111 | 2 | 14 | 4 | 0 | 0 | 01:37:33 |
| James Hatzigiannis | 97 | 30 | 0 | 3 | 0 | 0 | 0 | 00:54:07 |
| Alex Stemper | 138 | 99 | 7 | 7 | 7 | 2 | 0 | 01:13:32 |
| Report Details | | | | | | | Total:5 (Limit 500 |

**To:**      James Hatzigiannis[jhatzigiannis@longleaftrading.com]; Ryan Dillman[rdillman@longleaftrading.com]; Alexander Stemper[astemper@longleaftrading.com]; Nicholas Gunther[ngunther@longleaftrading.com]
**Cc:**      Andrew Nelson[anelson@longleaftrading.com]; Scott Gecas[sgecas@longleaftrading.com]
**From:**   Jim Donelson[jdonelson@longleaftrading.com]
**Sent:**   Fri 7/27/2018 11:02:04 AM (UTC-04:00)
**Subject:**  Clean up of InsideSales

All,

Today I am cleaning up InsideSales. From this day forward, I will be transferring better leads based on effort. If you are not dialing, you will not be getting leads transferred to you. Effort equates to success and the effort over the last two weeks hasn't been there. I am keeping my eye on the statistics today so I know where everyone is.