# CFTC Ex. 300

Message

**From:** Alexander Stemper [astemper@longleaftrading.com]
**Sent:** 8/28/2019 12:41:07 PM
**To:** Jack Lattner [jcklatt44@gmail.com]
**Subject:** RE: Performance Update
**Attachments:** image002.png; Trading Summary 8-23.pdf

Good Morning Jack,

Hope all is well! If you have any questions on the application, let me or Vicki know. Since you will be trading with $100,000, I attached an updated performance report for one of our larger accounts. This is the same account that I should you before. Keep in mind, we were trading 9 contracts per trade for this account, you would be in the area of 4-5. I also spoke with Jim about getting you in our promotion, you'll get up to $1,000 in commission credit for the first month of trading. Basically, your first month of trading will be free as long as the application is finished this month. We are looking forward to having you on board.

Kind Regards,



**ALEX STEMPER**
SENIOR STRATEGIST | LONG LEAF TRADING GROUP

DIRECT: +1.312.483.2187
TEXT: +1.312.584.2500
TOLL FREE: +1.866.467.9888
EMAIL: astemper@longleaftrading.com
WEBSITE: https://www.longleaftrading.com     AS SEEN IN: MarketWatch

Trading futures and options on futures involves risk of loss and is not suitable for all investors. Past performance is not indicative of future results.

E-mail sent through the Internet is not secure. E-mail is not private and is subject to review by the Firm, its officers, agents, employees and regulators. Do not e-mail time sensitive instructions, orders to buy or sell securities or instructions to transfer funds. We will not accept such orders or instructions. This e-mail is not an official trade confirmation for transactions executed for your account. This communication is for informational purposes only.

**From:** Jack Lattner <jcklatt44@gmail.com>
**Sent:** Friday, August 16, 2019 10:09 AM
**To:** Alexander Stemper <astemper@longleaftrading.com>
**Subject:** test

Jack

**CFTC EXHIBIT 300**

| Cash In | | | | | | 628,321.81 |
|---|---|---|---|---|---|---|
| **Trade** | **Date** | **Contract** | **Status** | **Entry** | **Exit** | **Profit** |
| ALFA | 4/17/2019 | Bonds | CLOSED | (15,876.84) | 16,372.26 | 495.42 |
| GOLD | 4/17/2019 | GOLD | CLOSED | (1,181.64) | 1,518.36 | 336.72 |
| AUDUSD | 5/2/2019 | AUDUSD | CLOSED | (16,123.44) | 16,392.42 | 268.98 |
| CORN52 | 5/2/2019 | Corn | CLOSED | (602.64) | 751.47 | 148.83 |
| SOYBEANS52 | 5/2/2019 | SOYBEANS | CLOSED | (902.64) | 1,163.97 | 261.33 |
| JPYUSD | 5/10/2019 | JPYUSD | CLOSED | (2,591.15) | 2,865.10 | 273.95 |
| Soybean Oil | 5/15/2019 | Soybean Oil | CLOSED | (1,909.40) | 469.30 | (1,440.10) |
| BRAVO | 5/30/2019 | Bonds | CLOSED | (6,313.60) | 7,272.95 | 959.35 |
| Corn 5-30 | 5/30/2019 | Corn | CLOSED | (3,785.65) | 534.20 | (3,251.45) |
| Wheat 5-29 | 5/30/2019 | Wheat | CLOSED | (6,379.40) | 6,608.10 | 228.70 |
| EURO SWAP | 6/5/2019 | EURUSD | CLOSED | (12,771.36) | 13,769.21 | 997.85 |
| CHARLIE | 6/6/2019 | Bonds | CLOSED | (16,139.90) | 16,873.85 | 733.95 |
| SILVER | 6/10/2019 | SILVER | CLOSED | (8,157.87) | 8,873.55 | 715.68 |
| CADUSD 6-13 | 6/17/2019 | CADUSD | CLOSED | (5,071.36) | 5,673.64 | 602.28 |
| GOLD QUICK | 6/18/2019 | GOLD | CLOSED | (23,974.92) | 32,920.16 | 8,945.24 |
| Wheat August | 6/20/2019 | Wheat | CLOSED | (9,718.66) | 9,802.10 | 83.44 |
| Corn Swap 6-25 | 6/25/2019 | Corn | CLOSED | (15,581.16) | 16,776.34 | 1,195.18 |
| Silver 6-25 | 6/25/2019 | SILVER | CLOSED | (21,296.45) | 22,750.73 | 1,454.28 |
| Soybean Swap | 6/25/2019 | SOYBEANS | CLOSED | (11,862.41) | 11,395.09 | (467.32) |
| EURUSD 7-16 | 7/16/2019 | EURUSD | CLOSED | (15,125.40) | 16,824.60 | 1,699.20 |
| Delta | 7/24/2019 | Bonds | CLOSED | (11,610.63) | 13,679.37 | 2,068.74 |
| GOLD FOMC | 7/24/2019 | Gold | CLOSED | (25,414.92) | 29,395.08 | 3,980.16 |
| Silver 7-23 | 7/24/2019 | Silver | CLOSED | (25,923.69) | 27,882.54 | 1,958.85 |
| Corn WASDE | 7/31/2019 | Corn | CLOSED | (7,943.13) | 10,555.83 | 2,612.70 |
| Soybeans WASDE | 7/31/2019 | Soybeans | CLOSED | (9,236.88) | 10,810.62 | 1,573.74 |
| ECHO | 8/7/2019 | Bonds | CLOSED | (5,141.97) | 6,890.67 | 1,748.70 |
| Gold 8-8 | 8/7/2019 | Gold | CLOSED | (72,021.15) | 75,426.39 | 3,405.24 |
| Japanese Yen | 8/13/2019 | JPYUSD | CLOSED | (12,145.32) | 13,932.18 | 1,786.86 |
| Silver 8-13 | 8/13/2019 | Silver | CLOSED | (21,679.92) | 22,690.08 | 1,010.16 |
| Crude Oil | 8/20/2019 | Crude Oil | CLOSED | (25,866.72) | 27,053.28 | 1,186.56 |
| Japanese Yen Swap | 8/20/2019 | JPYUSD | CLOSED | (9,895.32) | 11,007.18 | 1,111.86 |
| FOXTROT2 | 8/21/2019 | Bonds | CLOSED | (31,680.36) | 32,714.73 | 1,034.37 |
| Core Closed Trades | | | | (453,925.90) | 491,645.35 | 37,719.45 |

| DISCLAIMER: | This report is for analysis purposes only. The daily report delivered by Cunningham Commodities, LLC is the official statement of your account balance. The variance at the bottom of the page is the difference between this analysis and your actual statement. This variance can be caused by variations in entry prices or exit prices of specific trades. The trade analysis used the worst entry or exit price to ascertain profitability by trade. |
|---|---|