CFTC Ex. 414

Message

| | |
|---|---|
| **From:** | Jim Donelson [jdonelson@longleaftrading.com] |
| **Sent:** | 5/20/2019 10:15:09 AM |
| **To:** | James Hatzigiannis [jhatzigiannis@longleaftrading.com]; Alexander Stemper [astemper@longleaftrading.com]; Ben Cybulski [bcybulski@longleaftrading.com] |
| **Subject:** | New Track Record |
| **Attachments:** | Track Record - Core Strategy - 5-20-2019.pdf |

CFTC EXHIBIT

414

Long Leaf Trading-0000260416

| Contract | Code name | Date | Entry Cost | Net Exit Price | Profit and Loss | Gain/Loss% |
|---|---|---|---|---|---|---|
| Bonds | **July bonds** | Jul-18 | (5,911.07) | 6,119.51 | 208.44 | 3.53% |
| Bonds | **August Bonds** | Aug-18 | (6,770.81) | 6,416.64 | (354.17) | -5.23% |
| Bonds | **Sept. Bonds** | Sep-18 | (7,746.74) | 8,180.57 | 433.83 | 5.60% |
| Canadian Dollar | **CADUSD** | Oct-18 | (5,880.48) | 6,004.76 | 124.28 | 2.11% |
| Bonds | **YANKEE** | Jan-19 | (5,495.57) | 5,405.75 | (89.82) | -1.63% |
| Bonds | **XRAY** | Jan-19 | (6,229.95) | 6,334.43 | 104.48 | 1.68% |
| Bonds | **WHISKEY** | Jan-19 | (5,620.57) | 5,572.53 | (48.04) | -0.85% |
| Bonds | **VICTOR** | Jan-19 | (3,676.37) | 3,899.27 | 222.90 | 6.06% |
| Bonds | **TANGO** | Feb-19 | (6,683.06) | 6,771.93 | 88.87 | 1.33% |
| Bonds | **SIERRA** | Feb-19 | (4,276.82) | 4,443.81 | 166.99 | 3.90% |
| Bonds | **ROMEO** | Mar-19 | (4,401.82) | 3,793.94 | (607.88) | -13.81% |
| Bonds | **ALFA** | Apr-19 | (5,314.78) | 5,457.09 | 142.31 | 2.68% |
| Australian Dollar | **AUDUSD** | May-19 | (5,392.48) | 5,460.52 | 68.04 | 1.26% |
| | Total | | | | 460.23 | |
| | Average | | (5,646.19) | 5,681.60 | 35.40 | 0.63% |

Long Leaf Trading-0000260417