CFTC Ex. 538

**To:** Jim Donelson[jdonelson@longleaftrading.com]; Vicki Donelson[vdonelson@longleaftrading.com]
**From:** Andrew Nelson[anelson@longleaftrading.com]
**Sent:** Wed 7/18/2018 3:56:07 PM (UTC-04:00)
**Subject:** FW: Contact Information

Regards,

# Andrew Nelson
Senior Commodities Associate │ Long Leaf Trading Group
_____



**Direct:** 312.483.2179
**Toll Free:** 866.372.1014
**Fax:** 773.751.2103
**Skype:** anelson@longleaftrading.com

Trading futures involves risk of loss and is not suitable for all investors. Past performance is not necessarily indicative of future results.

E-mail sent through the Internet is not secure. E-mail is not private and is subject to review by the Firm, its officers, agents, employees and regulators. Do not e-mail time sensitive instructions, orders to buy or sell securities or instructions to transfer funds. We will not accept such orders or instructions. This e-mail is not an official trade confirmation for transactions executed for your account. This communication is for informational purposes only.

**From:** Heather O'Hara <HOHara@NFA.Futures.Org>
**Sent:** Wednesday, July 18, 2018 2:55 PM
**To:** Andrew Nelson <anelson@longleaftrading.com>
**Cc:** Mary Alice Patton <MPatton@NFA.Futures.Org>; Shane O'Mara <SOmara@NFA.Futures.Org>
**Subject:** RE: Contact Information

Andrew,
As we discussed, based on NFA's discovery this week that you have been acting as a AP without being registered as such, staff will not be recommending to the Membership Committee that you be conditionally registered. I will be in touch once staff decides how to proceed.

Thank you,
Heather O'Hara


Heather M. O'Hara
Assistant General Counsel
National Futures Association
300 S. Riverside Plaza, Suite 1800
Chicago, Illinois  60606
(312) 781-1404 phone
(312) 559-3479 fax


**From:** Andrew Nelson [mailto:anelson@longleaftrading.com]
**Sent:** Wednesday, July 18, 2018 2:41 PM
**To:** Heather O'Hara <HOHara@NFA.Futures.Org>
**Subject:** Contact Information

Ms. O'Hara

Thank you for the call this afternoon to clarify the status/process from here on out.  If you would, please send what we discussed in writing so I can then forward to the CEO of my firm to keep him updated.


Regards,

# Andrew Nelson

Senior Commodities Associate | Long Leaf Trading Group

_____



**Direct:**  312.483.2179
**Toll Free:**  866.372.1014
**Fax:**  773.751.2103
**Skype:**  anelson@longleaftrading.com

Trading futures involves risk of loss and is not suitable for all investors. Past performance is not necessarily indicative of future results.

E-mail sent through the Internet is not secure. E-mail is not private and is subject to review by the Firm, its officers, agents, employees and regulators. Do not e-mail time sensitive instructions, orders to buy or sell securities or instructions to transfer funds. We will not accept such orders or instructions. This e-mail is not an official trade confirmation for transactions executed for your account. This communication is for informational purposes only.