UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Commodity Futures Trading Commission, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-3758 |
| ) | |
| Long Leaf Trading Group, Inc., James A. ) | Hon. Thomas A. Durkin |
| Donelson, Timothy M. Evans, Jeremy S. ) | |
| Ruth, and Andrew D. Nelson, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF CFTC'S UNOPPOSED MOTION TO FILE OVERSIZED MEMORANDA IN SUPPORT OF ITS MOTIONS FOR SUMMARY JUDGMENT AGAINT DEFENDANTS LONG LEAF TRADING GROUP, INC. AND JAMES DONELSON**

Plaintiff Commodity Futures Trading Commission ("CFTC") respectfully moves the Court for permission to exceed the 15-page limitation set forth in Local Rule 7.1 for its memoranda in support of its motions for summary judgment against Defendants Long Leaf Trading Group, Inc. ("Long Leaf") and James A. Donelson. In support of this request, the CFTC states:

1. The CFTC's complaint contains 6 different claims for relief arising out of Long Leaf's options trading program. (Compl. ¶¶ 79–126.) The claims include violations of the Commodity Exchange Act's anti-fraud provisions as well as various registration and regulatory violations.

2. The CFTC is moving for summary judgment on all claims against Long Leaf, Donelson, and Defendant Jeremy Ruth.

3. Given the widely-varying nature of the claims and factual predicates for them, the CFTC respectfully requests up to 20 pages per brief as to Long Leaf and Donelson.

4. The CFTC has conferred with counsel for Long Leaf and Donelson, who do not oppose this request.

Dated: November 5, 2021.

/s/ Ashley J. Burden

Ashley J. Burden
aburden@cftc.gov
Elizabeth M. Streit
estreit@cftc.gov
Jody Platt
jplatt@cftc.gov
Counsel for Plaintiff CFTC
Commodity Futures Trading Commission
Division of Enforcement
525 W. Monroe St., Ste. 1100
Chicago, IL 60661
(312) 596-0700

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2021, I provided service to the persons listed below, and by the following means:

| Via the Court's electronic CM/ECF system: | Via email, pursuant to D.E. 13, to: |
|---|---|
| Jim Falvey<br>Falvey Law Office<br>200 S. Wacker Dr., Ste. 3100<br>Chicago, IL 60606-5877<br>jimfalvey@yahoo.com<br><br>Counsel to Long Leaf Trading Group, Inc. and James A. Donelson<br><br>Jeremey S. Ruth<br>11220 Brista Way<br>Austin, TX 78726<br>jeremysruth@hotmail.com<br><br>*Pro se* | Andrew D. Nelson<br>267 May St. E.<br>Elmhurst, IL 60126<br>adnelson0503@gmail.com<br><br>*Pro se* |

/s/ Ashley J. Burden

Ashley J. Burden
Commodity Futures Trading Commission
Division of Enforcement
525 W. Monroe St., Ste. 1100
Chicago, IL 60661
(312) 596-0700
aburden@cftc.gov