CFTC Ex. 37

Message

| From: | Jim McDaniel [redmax52@gmail.com] |
| Sent: | 11/29/2017 11:05:25 AM |
| To: | Scott Gecas [sgecas@longleaftrading.com] |
| Subject: | Re: Trades recommendations 11/29/17 |

Yes.

Looks like the account is really in trouble...Now down by 80%?

On Wed, Nov 29, 2017 at 9:33 AM, Scott Gecas <sgecas@longleaftrading.com> wrote:

Please see referenced positions below we are recommending for execution. Simply respond yes to this email to accept the positions or feel free to call me if you would like to discuss first. As always I strongly encourage a timely response to prevent adverse market movement from impacting our ability to achieve fill prices as designed.

# Recommendation 1

| Market | Strategy | Underlying Futures | Strike Prices | Offer Price | Max Reward / Max Risk | Expiration Date |
|---|---|---|---|---|---|---|
| January and February Bond Options | Calendar Swap | March Bond Futures | Buy Jan C154<br><br>Buy Feb P148<br><br>Sell Jan C153<br><br>Sell Feb P146 | 5 OB | + 1970.85<br><br>/ - $1029.155 | Dec 22, 2017 / Jan 26, 2017 |

# Recommendation 2



EXHIBIT MM
# 37
8|5 '2019
PENGAD 800-631-6989

| Market | Strategy | Underlying Futures | Strike Prices | Offer Price | Max Reward / Max Risk | Expiration Date |
|---|---|---|---|---|---|---|

| Feb and Mar Coffee Options | Calendar Swap | March Coffee Futures | Buy Feb P122.5 Buy Mar C140 Sell Feb P125 Sell Mar C145 | Debit of 30 | + $1650.02 / -$974.98 | Jan 12, 2017 / Feb 9, 2017 |
|---|---|---|---|---|---|---|

Regards,


# Scott Gecas

Sr. Strategic Account Executive|Long Leaf Trading Group



**Direct:** 312.483.2183
**Fax:** 773.751.2103
**Skype:** Sgecas@longleaftrading.com

Trading futures involves risk of loss and is not suitable for all investors. Past performance is not necessarily indicative of future results.

E-mail sent through the Internet is not secure. E-mail is not private and is subject to review by the Firm, its officers, agents, employees and regulators. Do not e-mail time sensitive instructions, orders to buy or sell securities or instructions to transfer funds. We will not accept such orders or instructions. This e-mail is not an official trade confirmation for transactions executed for your account. This communication is for informational purposes only.

Message

| | |
|---|---|
| **From:** | Scott Gecas [sgecas@longleaftrading.com] |
| **Sent:** | 1/19/2018 9:31:13 AM |
| **To:** | Long Leaf Trading Group [admin@longleaftrading.com]; Jim Donelson [jdonelson@longleaftrading.com] |
| **Subject:** | FW: account Status |

**From:** JOHN DUGAN [mailto:jdugan3@comcast.net]
**Sent:** Friday, January 19, 2018 8:25 AM
**To:** Scott Gecas <sgecas@longleaftrading.com>
**Subject:** account Status

Scott,

It appears my account which started at $25,000 is now worth less than $5,000:

As previously discussed, I await your response.

Long Leaf Trading-0000146340

**Message**

| | |
|---|---|
| **From**: | Scott Gecas [sgecas@longleaftrading.com] |
| **Sent**: | 1/26/2018 11:00:49 AM |
| **To**: | Jim Donelson [jdonelson@longleaftrading.com] |
| **Subject**: | FW: URGENT Bond offset |

**From:** Clint [mailto:clintbco@gmail.com]
**Sent:** Wednesday, January 24, 2018 10:51 PM
**To:** Scott Gecas <sgecas@longleaftrading.com>
**Subject:** URGENT Bond offset

Scott,

How long until my account goes to zero? Is it time to just close it?

Send me an email telling me what's been going on and why I should stay. No phone calls.

Clint

Long Leaf Trading-0000146877

**Message**

| | |
|---|---|
| **From:** | Terry Groom [terrygro2000@yahoo.com] |
| **Sent:** | 1/29/2018 11:33:04 AM |
| **To:** | sgecas@longleaftrading.com |
| **Subject:** | Re: Trade Recommendation |

yes. it looks like we are still loosing ground, and i still havent seen anthing of sherryl's ira yet

On Monday, January 29, 2018, 10:16:53 AM CST, sgecas@longleaftrading.com <sgecas@longleaftrading.com> wrote:



# TIME MEANS MONEY

Please see referenced positions below we are recommending for execution. Simply respond yes to this email to accept the positions or feel free to call me if you would like to discuss first. As always I strongly encourage a timely response to prevent adverse market movement from impacting our ability to achieve fill prices as designed.

We are recommending a total of 3 contracts for each recommended position below.

Recommendation 1

| Market | Strategy | Underlying Futures | Strike Prices | Offer Price | Reward / Risk | Expiration Date |
|---|---|---|---|---|---|---|
| March Soybeans Options | Broken Wing Put Butterfly | March Soybeans Futures | Buy 960 Put Sell 970 Put Sell 970 Put Buy 990 Call | -6.5 OB GTC | + 535.32 / - 456.84 | February 23, 2018 |

Recommendation 2

| Market | Strategy | Underlying Futures | Strike Prices | Offer Price | Reward / Risk | Expiration Date |
|---|---|---|---|---|---|---|
| US T- Bonds Options | Broken Wing Put Butterly | March US T- Bond Futures | Buy 145 Put Sell 146 Put Sell 146 Put Buy 148 Put | -38 OB GTC | + $1275.69 / -$721.03 | February 16, 2018 |

*Copyright 2017 Long Leaf Trading Group, Inc. All rights reserved.*

**Our mailing address is:**
Long Leaf Trading Group
141 W Jackson Blvd, Suite 300A | Chicago IL 60604

Unsubscribe

THE RISK OF LOSS IN TRADING FUTURES CONTRACTS OR COMMODITY OPTIONS
CAN BE SUBSTANTIAL, AND THEREFORE INVESTORS SHOULD UNDERSTAND THE
RISKS INVOLVED IN TAKING LEVERAGED POSITIONS AND MUST ASSUME
RESPONSIBILITY FOR THE RISKS ASSOCIATED WITH SUCH INVESTMENTS AND
FOR THEIR RESULTS. PLEASE NOTE THAT THE PURCHASER OF AN OPTION IS SUBJECT
TO THE RISK OF LOSING THE ENTIRE PREMIUM PLUS APPLICABLE FEES. THIS MATERIAL
IS CONVEYED AS A SOLICITATION FOR ENTERING INTO A DERIVATIVES
TRANSACTION. PAST PERFORMANCE IS NOT NECESSARILY INDICATIVE OF FUTURE
PERFORMANCE. THIS MATERIAL HAS BEEN PREPARED BY A LONG LEAF TRADING
GROUP BROKER WHO PROVIDES RESEARCH MARKET COMMENTARY AND TRADE
RECOMMENDATIONS AS PART OF HIS OR HER SOLICITATION FOR ACCOUNTS AND
SOLICITATION FOR TRADES; HOWEVER, LONG LEAF TRADING GROUP DOES NOT
MAINTAIN A RESEARCH DEPARTMENT AS DEFINED IN CFTC RULE 1.71. LONG LEAF
TRADING GROUP, ITS PRINCIPALS, BROKERS AND EMPLOYEES MAY TRADE IN
DERIVATIVES FOR THEIR OWN ACCOUNTS OR FOR THE ACCOUNTS OF OTHERS.
DUE TO VARIOUS FACTORS (SUCH AS RISK TOLERANCE, MARGIN REQUIREMENTS,
TRADING OBJECTIVES, SHORT TERM VS. LONG TERM STRATEGIES, TECHNICAL VS.
FUNDAMENTAL MARKET ANALYSIS, AND OTHER FACTORS) SUCH TRADING MAY
RESULT IN THE INITIATION OR LIQUIDATION OF POSITIONS THAT ARE DIFFERENT
FROM OR CONTRARY TO THE OPINIONS AND RECOMMENDATIONS CONTAINED
THEREIN. LONG LEAF TRADING GROUP IS NOT AFFILIATED WITH NOR DOES IT
ENDORSE ANY TRADING SYSTEM, NEWSLETTER OR OTHER SIMILAR SERVICE.
LONG LEAF TRADING GROUP DOES NOT GUARANTEE OR VERIFY ANY
PERFORMANCE CLAIMS MADE BY SUCH SYSTEMS OR SERVICE.

To unsubscribe from any future emails, please click here.

Message

| From: | Jim McDaniel [redmax52@gmail.com] |
|---|---|
| Sent: | 1/31/2018 5:37:59 PM |
| To: | Scott Gecas [sgecas@longleaftrading.com] |
| Subject: | Re: Long Leaf Trading Group trade recap 1/31/18 |

All the technical analysis and charts don't really mean much. What does is that I have now lost 90% of the money I entrusted to your company less than two years ago. Should have been throwing darts at an S&P 500 board instead.

Jim

On Wed, Jan 31, 2018 at 2:36 PM, Scott Gecas <sgecas@longleaftrading.com> wrote:

# **Scott Gecas**

Sr. Strategic Account Executive|Long Leaf Trading Group



**Direct:** 312.483.2183
**Fax:** 773.751.2103
**Skype:** Sgecas@longleaftrading.com

Trading futures involves risk of loss and is not suitable for all investors. Past performance is not necessarily indicative of future results.

E-mail sent through the Internet is not secure. E-mail is not private and is subject to review by the Firm, its officers, agents, employees and regulators. Do not e-mail time sensitive instructions, orders to buy or sell securities or instructions to transfer funds. We will not accept such orders or instructions. This e-mail is not an official trade confirmation for transactions executed for your account. This communication is for informational purposes only.

Message

| | |
|---|---|
| **From:** | Geomac5 [geomac5@aol.com] |
| **Sent:** | 2/13/2018 12:55:29 PM |
| **To:** | sgecas@longleaftrading.com |
| **Subject:** | Fwd: DAILY CLIENT STATEMENT |
| **Attachments:** | E53936.PDF |

If I'm reading this statement correctly - SEE Attached file
The trades that just closed LOST about -$135, correct?

The open trades are a positive +$702.50, correct?

If we didn't open any more trades and if we either closed out or let them expire
and were able to get that $702.50

My account would have a value of about $4,802, correct?

a $18K loss??????????????

Scott Call me ASAP


-----Original Message-----
From: gfstatements <gfstatements@gaincapital.com>
To: geomac5 <geomac5@aol.com>
Sent: Tue, Feb 13, 2018 12:16 pm
Subject: DAILY CLIENT STATEMENT

Please find hereafter your daily statements
as of 20180212.

If the account is on margin call or you would
like to send additional funds, please use the
instructions found at the link below:
http://futures.gaincapital.com/funding

For questions, email gfstatements@gaincapital.com
or call 800-920-5808

Message

| | |
|---|---|
| **From:** | Clint [clintbco@gmail.com] |
| **Sent:** | 2/22/2018 4:11:21 PM |
| **To:** | sgecas@longleaftrading.com |
| **Subject:** | RE: Trade Recommendation |

Scott,

No further trades until I know why I'm down ~35% based on the Liquidation Value, or ~50% based on the Cash Value since you took over at the end of September 2017, while the market continued to soar. If you could send me a summary of what happened that would be a start.

Thanks,

Clint

**From:** sgecas@longleaftrading.com [mailto:sgecas@longleaftrading.com]
**Sent:** Thursday, February 22, 2018 1:47 PM
**To:** clintbco@gmail.com
**Subject:** Trade Recommendation



# TIME MEANS MONEY

Please see referenced positions below we are recommending for execution. Simply respond yes to this email to accept the positions or feel free to call me if you would like to discuss first. As always I strongly encourage a timely response to prevent adverse market movement from impacting our ability to achieve fill prices as designed.

We are recommending a total of 3 contracts for each recommended position below.

**Recommendation #1: US T-Bond Volatility Swap**

**Underlying Future: US T-Bond June Future**

| | | | | | Front Leg: |
|---|---|---|---|---|---|
| ZBJ8 140 Put | US1H8 141 Put | 1,348.40 | 1,011.30 | (438.26) | 3/2/2018 |
| ZBJ8 145 Call | US1H8 144 Call | (674.20) | 1'01 OB | 15 OB | Back Leg: 3/23/2018 |

**Trade Approval**

**Order: -35 OB Good until Cancel – ($674.20 Cost)**

**Exit: 15 OB Good until Cancel**

## Recommendation #2: British Pound Volatility Swap

### Underlying Future: GBPUSD June Future

| Buy | Sell | Max Gain/Loss | Target Gain | Target Max Loss | Expiration |
|---|---|---|---|---|---|
| BP1H8 137 Put | BP1H8 138 Put | 1,342.12 | 993.11 | (519.14) | Front Leg: 3/2/2018 |
| | BP1H8 140 Call | | | | |
| BP4H8 141 Call | BP4H8 142 Call | (662.07) | 159 OB | 25 OB | Back Leg: 3/23/2018 |
| BP4H8 139 Put | | | | | |

**Trade Approval**

**Order: -75 OB Good until Cancel - ($662.07 Cost)**

**Exit: 25 OB Good until Cancel**



**Our mailing address is:**
Long Leaf Trading Group
141 W Jackson Blvd, Suite 300A | Chicago IL 60604

Unsubscribe

THE RISK OF LOSS IN TRADING FUTURES CONTRACTS OR COMMODITY OPTIONS CAN BE
SUBSTANTIAL, AND THEREFORE INVESTORS SHOULD UNDERSTAND THE RISKS INVOLVED
IN TAKING LEVERAGED POSITIONS AND MUST ASSUME RESPONSIBILITY FOR THE RISKS
ASSOCIATED WITH SUCH INVESTMENTS AND FOR THEIR RESULTS. PLEASE NOTE THAT
THE PURCHASER OF AN OPTION IS SUBJECT TO THE RISK OF LOSING THE ENTIRE PREMIUM
PLUS APPLICABLE FEES. THIS MATERIAL IS CONVEYED AS A SOLICITATION FOR ENTERING
INTO A DERIVATIVES TRANSACTION. PAST PERFORMANCE IS NOT NECESSARILY
INDICATIVE OF FUTURE PERFORMANCE. THIS MATERIAL HAS BEEN PREPARED BY A LONG
LEAF TRADING GROUP BROKER WHO PROVIDES RESEARCH MARKET COMMENTARY AND
TRADE RECOMMENDATIONS AS PART OF HIS OR HER SOLICITATION FOR ACCOUNTS AND
SOLICITATION FOR TRADES; HOWEVER, LONG LEAF TRADING GROUP DOES NOT MAINTAIN
A RESEARCH DEPARTMENT AS DEFINED IN CFTC RULE 1.71. LONG LEAF TRADING GROUP,
ITS PRINCIPALS, BROKERS AND EMPLOYEES MAY TRADE IN DERIVATIVES FOR THEIR OWN
ACCOUNTS OR FOR THE ACCOUNTS OF OTHERS. DUE TO VARIOUS FACTORS (SUCH AS
RISK TOLERANCE, MARGIN REQUIREMENTS, TRADING OBJECTIVES, SHORT TERM VS.
LONG TERM STRATEGIES, TECHNICAL VS. FUNDAMENTAL MARKET ANALYSIS, AND OTHER
FACTORS) SUCH TRADING MAY RESULT IN THE INITIATION OR LIQUIDATION OF
POSITIONS THAT ARE DIFFERENT FROM OR CONTRARY TO THE OPINIONS AND
RECOMMENDATIONS CONTAINED THEREIN. LONG LEAF TRADING GROUP IS NOT
AFFILIATED WITH NOR DOES IT ENDORSE ANY TRADING SYSTEM, NEWSLETTER OR OTHER
SIMILAR SERVICE. LONG LEAF TRADING GROUP DOES NOT GUARANTEE OR VERIFY ANY
PERFORMANCE CLAIMS MADE BY SUCH SYSTEMS OR SERVICE.

To unsubscribe from any future emails, please click here.

Message

| From: | Scott Gecas [sgecas@longleaftrading.com] |
|---|---|
| Sent: | 3/14/2018 9:12:15 AM |
| To: | Jim Donelson [jdonelson@longleaftrading.com] |
| Subject: | FW: Trade Recommendation |

**From:** LARRY REA <cturea47@gmail.com>
**Sent:** Tuesday, March 13, 2018 8:21 PM
**To:** Scott Gecas <sgecas@longleaftrading.com>
**Subject:** Re: Trade Recommendation

In reviewing my statements I am reading you have lost about $50,000 in the time I have been with you. This is TOTALLY unacceptable and I want to know where the 78% winning rate has been all this time. You may want to pass this up the line as they need to pick BETTER MORE PROFITABLE trades, not just for trading but for PROFIT!! Larry G Rea

On Tue, Mar 13, 2018 at 8:58 AM, <sgecas@longleaftrading.com> wrote:



**TIME MEANS MONEY**

Please see referenced positions below we are recommending for execution. We will need your response by 1:00 pm CST to be able to effectively execute the trades. Simply respond yes to this email to accept the positions or feel free to call me if you would like to discuss first. As always I strongly encourage a timely response to prevent adverse market movement from impacting our ability to achieve fill prices as designed.

We are recommending a total of 3 contracts for each recommended position below.

Recommendation : Gold Put Spread
Underlying Future: Gold April Future

| Buy | Sell | Max Gain Loss | Target Gain | Target Max Loss | Expiration |
|---|---|---|---|---|---|
| OGCJ8 Put 1320 | OGCJ8 Put 1300 | 1,380.12 / 614.94 | 950 / 14.1 | 350 / 3.5 | March 26, 2018 |

Trade Approval
Order:      -5.4 OB Good until Cancel
Exit:        3.5 OB Good until Cancel

Recommendation : CAD/USD Volatility Swap
Underlying Future: June CAD/USD Future

Long Leaf Trading-0000160138

| Buy | Sell | Max Gain Loss | Target Gain | Target Max Loss | Expiration |
|-----|------|---------------|-------------|-----------------|------------|
| OCAUJ8 Put .775 OCAUJ8 Call .785 | OCAU3J8 Put .775 OCAU3J8 Call .785 | 1,156.25 / 469.88 | 940 / 94 | 150 / 15 | Front Leg: 3/23/2018 Back Leg: 4/6/2018 |

Trade Approval
Order:      -32 OB Good until Cancel
Exit:        15 OB Good until Cancel

*Copyright 2017 Long Leaf Trading Group, Inc.  All rights reserved.*

**Our mailing address is:**
Long Leaf Trading Group
141 W Jackson Blvd, Suite 300A | Chicago IL 60604

Unsubscribe

THE RISK OF LOSS IN TRADING FUTURES CONTRACTS OR COMMODITY OPTIONS CAN BE SUBSTANTIAL, AND THEREFORE INVESTORS SHOULD UNDERSTAND THE RISKS INVOLVED IN TAKING LEVERAGED POSITIONS AND MUST ASSUME RESPONSIBILITY FOR THE RISKS ASSOCIATED WITH SUCH INVESTMENTS AND FOR THEIR RESULTS.  PLEASE NOTE THAT THE PURCHASER OF AN OPTION IS SUBJECT TO THE RISK OF LOSING THE ENTIRE PREMIUM PLUS APPLICABLE FEES. THIS MATERIAL IS CONVEYED AS A SOLICITATION FOR ENTERING INTO A DERIVATIVES TRANSACTION. PAST PERFORMANCE IS NOT NECESSARILY INDICATIVE OF FUTURE PERFORMANCE. THIS MATERIAL HAS BEEN PREPARED BY A LONG LEAF TRADING GROUP BROKER WHO PROVIDES RESEARCH MARKET COMMENTARY AND TRADE RECOMMENDATIONS AS PART OF HIS OR HER SOLICITATION FOR ACCOUNTS AND SOLICITATION FOR TRADES; HOWEVER, LONG LEAF TRADING GROUP DOES NOT MAINTAIN A RESEARCH DEPARTMENT AS DEFINED IN CFTC RULE 1.71. LONG LEAF TRADING GROUP, ITS PRINCIPALS, BROKERS AND EMPLOYEES MAY TRADE IN DERIVATIVES FOR THEIR OWN ACCOUNTS OR FOR THE ACCOUNTS OF OTHERS. DUE TO VARIOUS FACTORS (SUCH AS RISK TOLERANCE, MARGIN REQUIREMENTS, TRADING OBJECTIVES, SHORT TERM VS. LONG TERM STRATEGIES, TECHNICAL VS. FUNDAMENTAL MARKET ANALYSIS, AND OTHER FACTORS) SUCH TRADING MAY RESULT IN THE INITIATION OR LIQUIDATION OF POSITIONS THAT ARE DIFFERENT FROM OR CONTRARY TO THE OPINIONS AND RECOMMENDATIONS CONTAINED THEREIN. LONG LEAF TRADING GROUP IS NOT AFFILIATED WITH NOR DOES IT ENDORSE ANY TRADING SYSTEM, NEWSLETTER OR OTHER SIMILAR SERVICE. LONG LEAF TRADING GROUP DOES NOT GUARANTEE OR VERIFY ANY PERFORMANCE CLAIMS MADE BY SUCH SYSTEMS OR SERVICE.

To unsubscribe from any future emails, please click here.

Message

| | |
|---|---|
| **From:** | Scott Gecas [sgecas@longleaftrading.com] |
| **Sent:** | 6/1/2018 10:56:40 AM |
| **To:** | Jim Donelson [jdonelson@longleaftrading.com] |
| **Subject:** | FW: account |

**From:** Dave Owens <dowens2@cfl.rr.com>
**Sent:** Friday, June 01, 2018 9:50 AM
**To:** Scott Gecas <sgecas@longleaftrading.com>
**Subject:** account

Scott,  This has not been a fun ride.  I am down over 50% and don't see any way to keep this up as I tried to go along with you with only one contract.  Had it been three I would have been down $2100 in May instead of $700.  Please close my account and send what is left ($12138.15) to me as soon as possible.  I really tried to go along with your recommendations but it just is not working out.  Guess I will stick with my slow and steady pace with equities.  Dave Owens

Long Leaf Trading-0000194769

Message

| | |
|---|---|
| **From:** | john conlon [johnbettyc@yahoo.com] |
| **Sent:** | 6/5/2018 7:50:45 AM |
| **To:** | sgecas@longleaftrading.com |
| **Subject:** | Re: Urgent Long Leaf trade recommendations |

Hi
Good morning
When you have a minute.
Please give me a call

I am wondering if all the accounts at Long Leaf had performed as poorly as mine.

Is there enough money in account to continue
or should it be closed out?

Sent from Yahoo Mail on Android

On Fri, May 25, 2018 at 10:48 AM, john conlon
<johnbettyc@yahoo.com> wrote:

Hi
Good morning
Do I have enough in account to do these trades?
Thanks
Have a good and safe Holiday weekend

Sent from Yahoo Mail on Android

On Fri, May 25, 2018 at 10:17 AM, Scott Gecas
<sgecas@longleaftrading.com> wrote:

# **Scott Gecas**

Sr. Strategic Account Executive|Long Leaf Trading Group



**Direct:** 312.483.2183
**Fax:** 773.751.2103
**Skype:** Sgecas@longleaftrading.com

Trading futures involves risk of loss and is not suitable for all investors. Past performance is not necessarily indicative of future results.

E-mail sent through the Internet is not secure. E-mail is not private and is subject to review by the Firm, its officers, agents, employees and regulators. Do not e-mail time sensitive instructions, orders to buy or sell securities or instructions to transfer funds. We will not accept such orders or instructions. This e-mail is not an official trade confirmation for transactions executed for your account. This communication is for informational purposes only.

Long Leaf Trading-0000198913

Message

| | |
|---|---|
| **From:** | Scott Gecas [sgecas@longleaftrading.com] |
| **Sent:** | 7/17/2018 6:24:44 AM |
| **To:** | Jim Donelson [jdonelson@longleaftrading.com] |
| **Subject:** | Fwd: No Trading |
| **Attachments:** | Gain Capital Statements.xlsx; ATT00001.htm |

Sent from my iPhone

Begin forwarded message:

> **From:** "Clint" <clintbco@gmail.com>
> **Date:** July 17, 2018 at 1:45:34 AM CDT
> **To:** "'Scott Gecas'" <sgecas@longleaftrading.com>
> **Subject: No Trading**
>
> Scott,
>
> Do not make any further trades in my account. Please close all positions. It's pretty simple – I've lost 55% in the last year, and 46% since the end of 2017. Time to cut my losses and move on. I have attached a spreadsheet that should explain it.
>
> Please do not call me; there's nothing to discuss.
>
> Thanks,
>
> Clint

Long Leaf Trading-0000209475

Message

| From: | Scott Gecas [sgecas@longleaftrading.com] |
|---|---|
| Sent: | 7/25/2018 9:24:30 AM |
| To: | Jim Donelson [jdonelson@longleaftrading.com] |
| Subject: | Fwd: URGENT Long Leaf Trade Recommendations |

Sent from my iPhone

Begin forwarded message:

> **From:** <klbernstein1@verizon.net>
> **Date:** July 25, 2018 at 8:03:04 AM CDT
> **To:** <sgecas@longleaftrading.com>
> **Subject: Re: URGENT Long Leaf Trade Recommendations**
>
> Hello Scott:
>
> Do NOT implement your firm's recommendations
> for further trades in my account. Since inception
> 6 months ago your firm's recommendations have
> led to a 35% decline in the value of my holdings.
> My remaining holdings include another disaster
> in silver futures. Conner Campo, my former account
> representative, had explained that managing the
> account was a team effort based on company
> analysts' recommendations; therefore there is
> no reason to believe that your performance will
> improve with a change in account rep.
> When my current holdings expire I want you to
> close the account and return to me my the remaining funds.
>
> Ken Bernstein
>
>
> -----Original Message-----
> From: Scott Gecas <sgecas@longleaftrading.com>
> To: Scott Gecas <sgecas@longleaftrading.com>
> Sent: Tue, Jul 24, 2018 8:29 am
> Subject: URGENT Long Leaf Trade Recommendations

# **Scott Gecas**

Sr. Strategic Account Executive | Long Leaf Trading Group

Direct: 312.483.2183
Fax: 773.751.2103
Skype: Sgecas@longleaftrading.com

Long Leaf Trading-0000209491

Trading futures involves risk of loss and is not suitable for all investors. Past performance is not necessarily indicative of future results.

E-mail sent through the Internet is not secure. E-mail is not private and is subject to review by the Firm, its officers, agents, employees and regulators. Do not e-mail time sensitive instructions, orders to buy or sell securities or instructions to transfer funds. We will not accept such orders or instructions. This e-mail is not an official trade confirmation for transactions executed for your account. This communication is for informational purposes only.

Long Leaf Trading-0000209491

Message

| | |
|---|---|
| **From:** | Jim Donelson [jdonelson@longleaftrading.com] |
| **Sent:** | 8/13/2018 8:09:13 AM |
| **To:** | liliana zhu [hzxh2006@gmail.com]; Scott Gecas [sgecas@longleaftrading.com] |
| **Subject:** | Re: Announcement |

Liliana,

Scott Gecas is your new broker. I will check your account and would recommend waiting until any open positions close. I will make a note on this account that it is to be closed once all positions are closed.

Sent by my iPhone

On Aug 13, 2018, at 1:30 AM, liliana zhu <hzxh2006@gmail.com> wrote:

> Who is the new broker ? My $10,000 account only has around $3000 balance left, I want to leave long leaf trading group and trade on my own.
>
> Who I should contact with ?
>
> Thanks
>
> Liliana
>
> 425-698-0983
>
> On Fri, Jul 20, 2018, 06:52 Jim Donelson <jdonelson@longleaftrading.com> wrote:
>
>> Dear Clients,
>>
>>
>> I am e-mailing you to inform you that Connor Campo has chosen to leave the firm. He has decided to trade on his own and we wish him well in that endeavor. He has been assisting us with the transfer of his accounts to our other brokers to assure a seamless transition. Your new broker will be contacting today to introduce himself.
>>
>>
>> If you have any questions or concerns, please do not hesitate to contact me directly.

# Jim Donelson

CEO │ Long Leaf Trading Group



**Direct:** 312.483.2180

**Toll Free:** 866.372.1014

**Fax:** 773.751.2103

Trading futures involves risk of loss and is not suitable for all investors. Past performance is not necessarily indicative of future results.

E-mail sent through the Internet is not secure. E-mail is not private and is subject to review by the Firm, its officers, agents, employees and regulators. Do not e-mail time sensitive instructions, orders to buy or sell securities or instructions to transfer funds. We will not accept such orders or instructions. This e-mail is not an official trade confirmation for transactions executed for your account. This communication is for informational purposes only.

Long Leaf Trading-0000212095

Message

| | |
|---|---|
| **From:** | Jim McDaniel [redmax52@gmail.com] |
| **Sent:** | 12/3/2018 5:26:10 PM |
| **To:** | Scott Gecas [sgecas@longleaftrading.com] |
| **Subject:** | Account status |

I think I'm reading the statement right, that if the current plays don't come in, I'm done - ie, I have no more money.  is that accurate?

Jim McDaniel

Long Leaf Trading-0000231491