# CFTC Ex. 41

**Burden, Ashley**

| | |
|---|---|
| **From:** | Scott Gecas <sgecas@longleaftrading.com> |
| **Sent:** | Monday, March 12, 2018 5:12 PM |
| **To:** | rdillman@longleafttrading.com |
| **Subject:** | cust deck |
| **Attachments:** | Custom - Version Final (1).pptx |

# Scott Gecas

Sr. Strategic Account Executive│Long Leaf Trading
Group



Direct: 312.483.2183
Fax: 773.751.2103
Skype: Sgecas@longleaftrading.com

Trading futures involves risk of loss and is not suitable for all investors. Past performance is not necessarily indicative of future results.

E-mail sent through the Internet is not secure. E-mail is not private and is subject to review by the Firm, its officers, agents, employees and regulators. Do not e-mail time sensitive instructions, orders to buy or sell securities or instructions to transfer funds. We will not accept such orders or instructions. This e-mail is not an official trade confirmation for transactions executed for your account. This communication is for informational purposes only.



I.D. EXHIBIT MM
#4
8-13-209
PENGAD 800-631-6989

1



# Risk Disclosure

THIS MATERIAL IS CONVEYED AS A SOLICITATION FOR ENTERING INTO A DERIVATIVES TRANSACTION.

THIS MATERIAL HAS BEEN PREPARED BY A LONG LEAF TRADING GROUP BROKER WHO PROVIDES RESEARCH MARKET COMMENTARY AND TRADE RECOMMENDATIONS AS PART OF HIS OR HER SOLICITATION FOR ACCOUNTS AND SOLICITATION FOR TRADES; HOWEVER, LONG LEAF TRADING GROUP DOES NOT MAINTAIN A RESEARCH DEPARTMENT AS DEFINED IN CFTC RULE 1.71. LONG LEAF TRADING GROUP, ITS PRINCIPALS, BROKERS AND EMPLOYEES MAY TRADE IN DERIVATIVES FOR THEIR OWN ACCOUNTS OR FOR THE ACCOUNTS OF OTHERS. DUE TO VARIOUS FACTORS (SUCH AS RISK TOLERANCE, MARGIN REQUIREMENTS, TRADING OBJECTIVES, SHORT TERM VS. LONG TERM STRATEGIES, TECHNICAL VS. FUNDAMENTAL MARKET ANALYSIS, AND OTHER FACTORS) SUCH TRADING MAY RESULT IN THE INITIATION OR LIQUIDATION OF POSITIONS THAT ARE DIFFERENT FROM OR CONTRARY TO THE OPINIONS AND RECOMMENDATIONS CONTAINED THEREIN.

PAST PERFORMANCE IS NOT NECESSARILY INDICATIVE OF FUTURE PERFORMANCE. THE RISK OF LOSS IN TRADING FUTURES CONTRACTS OR COMMODITY OPTIONS CAN BE SUBSTANTIAL, AND THEREFORE INVESTORS SHOULD UNDERSTAND THE RISKS INVOLVED IN TAKING LEVERAGED POSITIONS AND MUST ASSUME RESPONSIBILITY FOR THE RISKS ASSOCIATED WITH SUCH INVESTMENTS AND FOR THEIR RESULTS.

YOU SHOULD CAREFULLY CONSIDER WHETHER SUCH TRADING IS SUITABLE FOR YOU IN LIGHT OF YOUR CIRCUMSTANCES AND FINANCIAL RESOURCES. LONG LEAF TRADING GROUP IS NOT AFFILIATED WITH NOR DOES IT ENDORSE ANY TRADING SYSTEM, NEWSLETTER OR OTHER SIMILAR SERVICE. LONG LEAF TRADING GROUP DOES NOT GUARANTEE OR VERIFY ANY PERFORMANCE CLAIMS MADE BY SUCH SYSTEMS OR SERVICE.

 **LONG LEAF** TRADING GROUP

TAKE CONTROL OF YOUR OPTIONS











# Portfolio Management



 **LONG LEAF**
TRADING GROUP

TAKE CONTROL OF YOUR OPTIONS

# Portfolio Management

  

Small Business                    Portfolio

 **LONG LEAF** TRADING GROUP                    TAKE CONTROL OF YOUR OPTIONS



# Timing









# Cash Management

  10,000

  5K

  5K

 **LONG LEAF** TRADING GROUP

TAKE CONTROL OF YOUR OPTIONS

# Cash Management












TAKE CONTROL OF YOUR OPTIONS





# Diminishing Returns Chart



 TAKE CONTROL OF YOUR OPTIONS



# Assets Weighted By Confidence

- 10K   + 2K   + 2K   **Days**   + 2K   Bk **($4,OOO.OO)**


LONG LEAF
TRADING GROUP

TAKE CONTROL OF YOUR OPTIONS



# Custom Insurance





TAKE CONTROL OF YOUR OPTIONS

# Maximum Risk Exposure

Sell $40 Put
Buy $38 Put  
 

Difference in
Strike Price

Net Premium
Collection

Total Risk


**LONG LEAF**
TRADING GROUP

TAKE CONTROL OF YOUR OPTIONS

# Risk : Reward



 LONG LEAF
TRADING GROUP

TAKE CONTROL OF YOUR OPTIONS









