CFTC Ex. 65

Message

| | |
|---|---|
| From: | Jim Donelson [jdonelson@longleaftrading.com] |
| Sent: | 3/27/2018 2:51:03 PM |
| To: | Scott Gecas [sgecas@longleaftrading.com]; Connor Campo [ccampo@longleaftrading.com]; James Hatzigiannis [jhatzigiannis@longleaftrading.com]; Andrew Nelson [anelson@longleaftrading.com] |
| Subject: | Trade Recommendations |
| Attachments: | March Soybean and Corn Recommendations 1 Contract.pdf; March Soybean and Corn Recommendations 2 Contracts.pdf; March Soybean and Corn Recommendations 3 Contracts.pdf; March Soybean and Corn Recommendations 5 Contracts.pdf; March Soybean and Corn Recommendations 10 Contracts.pdf |





# TIME MEANS MONEY

Please see referenced positions below we are recommending for execution. Simply respond yes to this email to accept the positions or feel free to call me if you would like to discuss first. As always I strongly encourage a timely response to prevent adverse market movement from impacting our ability to achieve fill prices as designed.

We are recommending a total of 1 contract for each recommended position below.

**Trade Recommendation #3: Soybean BW Butterfly**
**Underlying Contract: April Soybean Future**

| Buy | Sell | Max Gain/Loss | Target Gain | Target Max Loss | Expiration |
|---|---|---|---|---|---|
| OZSK8 10.1 PUT | OZSK8 9.7 PUT | 1,361.64 | 1,021.23 | (169.20) | 4/20/2018 |
| OZSK8 9.6 PUT | OZSK8 9.7 PUT | (626.68) | 20.5 | (3.5) | |

**Trade Approval**
Order: -9.5 OB Good til Cancel -626.68 Cost
Order: 3.5 OB Good til Cancel

**Trade Recommendation #4: Corn BW Butterfly**
**Underlying Contract: April Corn Future**

| Buy | Sell | Max Gain/Loss | Target Gain | Target Max Loss | Expiration |
|---|---|---|---|---|---|
| 2 OZCK8 3.75 Call | 4 OZCK8 3.95 Call | 1,158.98 | 868.24 | (222.91) | 4/20/2018 |
| 2 OZCK8 4 Call | 4 OZCK8 3.95 Call | (823.76) | 17.5 | (4.0) | |

**Trade Approval**
Order: -10.50 OB Good til Cancel -823.26 Cost
Order: 4.0 OB Good til Cancel

*Copyright 2017 Long Leaf Trading Group, Inc. All rights reserved.*

Our mailing address is:
Long Leaf Trading Group
141 W Jackson Blvd, Suite 300A | Chicago IL 60604

Unsubscribe

Long Leaf Trading-0000163270

THE RISK OF LOSS IN TRADING FUTURES CONTRACTS OR COMMODITY OPTIONS CAN BE SUBSTANTIAL, AND THEREFORE INVESTORS SHOULD UNDERSTAND THE RISKS INVOLVED IN TAKING LEVERAGED POSITIONS AND MUST ASSUME RESPONSIBILITY FOR THE RISKS ASSOCIATED WITH SUCH INVESTMENTS AND FOR THEIR RESULTS. PLEASE NOTE THAT THE PURCHASER OF AN OPTION IS SUBJECT TO THE RISK OF LOSING THE ENTIRE PREMIUM PLUS APPLICABLE FEES. THIS MATERIAL IS CONVEYED AS A SOLICITATION FOR ENTERING INTO A DERIVATIVES TRANSACTION. PAST PERFORMANCE IS NOT NECESSARILY INDICATIVE OF FUTURE PERFORMANCE. THIS MATERIAL HAS BEEN PREPARED BY A LONG LEAF TRADING GROUP BROKER WHO PROVIDES RESEARCH MARKET COMMENTARY AND TRADE RECOMMENDATIONS AS PART OF HIS OR HER SOLICITATION FOR ACCOUNTS AND SOLICITATION FOR TRADES; HOWEVER, LONG LEAF TRADING GROUP DOES NOT MAINTAIN A RESEARCH DEPARTMENT AS DEFINED IN CFTC RULE 1.71. LONG LEAF TRADING GROUP, ITS PRINCIPALS, BROKERS AND EMPLOYEES MAY TRADE IN DERIVATIVES FOR THEIR OWN ACCOUNTS OR FOR THE ACCOUNTS OF OTHERS. DUE TO VARIOUS FACTORS (SUCH AS RISK TOLERANCE, MARGIN REQUIREMENTS, TRADING OBJECTIVES, SHORT TERM VS. LONG TERM STRATEGIES, TECHNICAL VS. FUNDAMENTAL MARKET ANALYSIS, AND OTHER FACTORS) SUCH TRADING MAY RESULT IN THE INITIATION OR LIQUIDATION OF POSITIONS THAT ARE DIFFERENT FROM OR CONTRARY TO THE OPINIONS AND RECOMMENDATIONS CONTAINED THEREIN. LONG LEAF TRADING GROUP IS NOT AFFILIATED WITH NOR DOES IT ENDORSE ANY TRADING SYSTEM, NEWSLETTER OR OTHER SIMILAR SERVICE. LONG LEAF TRADING GROUP DOES NOT GUARANTEE OR VERIFY ANY PERFORMANCE CLAIMS MADE BY SUCH SYSTEMS OR SERVICE.

Long Leaf Trading-0000163270



# TIME MEANS MONEY

Please see referenced positions below we are recommending for execution. Simply respond yes to this email to accept the positions or feel free to call me if you would like to discuss first. As always I strongly encourage a timely response to prevent adverse market movement from impacting our ability to achieve fill prices as designed.

We are recommending a total of 2 contracts for each recommended position below.

### Trade Recommendation #3: Soybean BW Butterfly
Underlying Contract: April Soybean Future

| Buy | Sell | Max Gain/Loss | Target Gain | Target Max Loss | Expiration |
|---|---|---|---|---|---|
| OZSK8 10.1 PUT | OZSK8 9.7 PUT | 1,361.64 | 1,021.23 | (169.20) | 4/20/2018 |
| OZSK8 9.6 PUT | OZSK8 9.7 PUT | (626.68) | 20.5 | (3.5) | |

### Trade Approval
Order: -9.5 OB Good til Cancel -626.68 Cost
Order: 3.5 OB Good til Cancel

### Trade Recommendation #4: Corn BW Butterfly
Underlying Contract: April Corn Future

| Buy | Sell | Max Gain/Loss | Target Gain | Target Max Loss | Expiration |
|---|---|---|---|---|---|
| 2 OZCK8 3.75 Call | 4 OZCK8 3.95 Call | 1,158.98 | 868.24 | (222.91) | 4/20/2018 |
| 2 OZCK8 4 Call | 4 OZCK8 3.95 Call | (823.76) | 17.5 | (4.0) | |

### Trade Approval
Order: -10.50 OB Good til Cancel -823.26 Cost
Order: 4.0 OB Good til Cancel

*Copyright 2017 Long Leaf Trading Group, Inc. All rights reserved.*

**Our mailing address is:**
Long Leaf Trading Group
141 W Jackson Blvd, Suite 300A | Chicago IL 60604

Unsubscribe

Long Leaf Trading-0000163271

THE RISK OF LOSS IN TRADING FUTURES CONTRACTS OR COMMODITY OPTIONS CAN BE SUBSTANTIAL, AND THEREFORE INVESTORS SHOULD UNDERSTAND THE RISKS INVOLVED IN TAKING LEVERAGED POSITIONS AND MUST ASSUME RESPONSIBILITY FOR THE RISKS ASSOCIATED WITH SUCH INVESTMENTS AND FOR THEIR RESULTS. PLEASE NOTE THAT THE PURCHASER OF AN OPTION IS SUBJECT TO THE RISK OF LOSING THE ENTIRE PREMIUM PLUS APPLICABLE FEES. THIS MATERIAL IS CONVEYED AS A SOLICITATION FOR ENTERING INTO A DERIVATIVES TRANSACTION. PAST PERFORMANCE IS NOT NECESSARILY INDICATIVE OF FUTURE PERFORMANCE. THIS MATERIAL HAS BEEN PREPARED BY A LONG LEAF TRADING GROUP BROKER WHO PROVIDES RESEARCH MARKET COMMENTARY AND TRADE RECOMMENDATIONS AS PART OF HIS OR HER SOLICITATION FOR ACCOUNTS AND SOLICITATION FOR TRADES; HOWEVER, LONG LEAF TRADING GROUP DOES NOT MAINTAIN A RESEARCH DEPARTMENT AS DEFINED IN CFTC RULE 1.71. LONG LEAF TRADING GROUP, ITS PRINCIPALS, BROKERS AND EMPLOYEES MAY TRADE IN DERIVATIVES FOR THEIR OWN ACCOUNTS OR FOR THE ACCOUNTS OF OTHERS. DUE TO VARIOUS FACTORS (SUCH AS RISK TOLERANCE, MARGIN REQUIREMENTS, TRADING OBJECTIVES, SHORT TERM VS. LONG TERM STRATEGIES, TECHNICAL VS. FUNDAMENTAL MARKET ANALYSIS, AND OTHER FACTORS) SUCH TRADING MAY RESULT IN THE INITIATION OR LIQUIDATION OF POSITIONS THAT ARE DIFFERENT FROM OR CONTRARY TO THE OPINIONS AND RECOMMENDATIONS CONTAINED THEREIN. LONG LEAF TRADING GROUP IS NOT AFFILIATED WITH NOR DOES IT ENDORSE ANY TRADING SYSTEM, NEWSLETTER OR OTHER SIMILAR SERVICE. LONG LEAF TRADING GROUP DOES NOT GUARANTEE OR VERIFY ANY PERFORMANCE CLAIMS MADE BY SUCH SYSTEMS OR SERVICE.

Long Leaf Trading-0000163271



# TIME MEANS MONEY

Please see referenced positions below we are recommending for execution. Simply respond yes to this email to accept the positions or feel free to call me if you would like to discuss first. As always I strongly encourage a timely response to prevent adverse market movement from impacting our ability to achieve fill prices as designed.

We are recommending a total of 3 contracts for each recommended position below.

**Trade Recommendation #3: Soybean BW Butterfly**
**Underlying Contract: April Soybean Future**

| Buy | Sell | Max Gain/Loss | Target Gain | Target Max Loss | Expiration |
|---|---|---|---|---|---|
| OZSK8 10.1 PUT | OZSK8 9.7 PUT | 1,361.64 | 1,021.23 | (169.20) | 4/20/2018 |
| OZSK8 9.6 PUT | OZSK8 9.7 PUT | (626.68) | 20.5 | (3.5) | |

**Trade Approval**
Order: -9.5 OB Good til Cancel -626.68 Cost
Order: 3.5 OB Good til Cancel

**Trade Recommendation #4: Corn BW Butterfly**
**Underlying Contract: April Corn Future**

| Buy | Sell | Max Gain/Loss | Target Gain | Target Max Loss | Expiration |
|---|---|---|---|---|---|
| 2 OZCK8 3.75 Call | 4 OZCK8 3.95 Call | 1,158.98 | 868.24 | (222.91) | 4/20/2018 |
| 2 OZCK8 4 Call | 4 OZCK8 3.95 Call | (823.76) | 17.5 | (4.0) | |

**Trade Approval**
Order: -10.50 OB Good til Cancel -823.26 Cost
Order: 4.0 OB Good til Cancel

*Copyright 2017 Long Leaf Trading Group, Inc. All rights reserved.*

**Our mailing address is:**
Long Leaf Trading Group
141 W Jackson Blvd, Suite 300A | Chicago IL 60604

Unsubscribe

Long Leaf Trading-0000163272

THE RISK OF LOSS IN TRADING FUTURES CONTRACTS OR COMMODITY OPTIONS CAN BE SUBSTANTIAL, AND THEREFORE INVESTORS SHOULD UNDERSTAND THE RISKS INVOLVED IN TAKING LEVERAGED POSITIONS AND MUST ASSUME RESPONSIBILITY FOR THE RISKS ASSOCIATED WITH SUCH INVESTMENTS AND FOR THEIR RESULTS. PLEASE NOTE THAT THE PURCHASER OF AN OPTION IS SUBJECT TO THE RISK OF LOSING THE ENTIRE PREMIUM PLUS APPLICABLE FEES. THIS MATERIAL IS CONVEYED AS A SOLICITATION FOR ENTERING INTO A DERIVATIVES TRANSACTION. PAST PERFORMANCE IS NOT NECESSARILY INDICATIVE OF FUTURE PERFORMANCE. THIS MATERIAL HAS BEEN PREPARED BY A LONG LEAF TRADING GROUP BROKER WHO PROVIDES RESEARCH MARKET COMMENTARY AND TRADE RECOMMENDATIONS AS PART OF HIS OR HER SOLICITATION FOR ACCOUNTS AND SOLICITATION FOR TRADES; HOWEVER, LONG LEAF TRADING GROUP DOES NOT MAINTAIN A RESEARCH DEPARTMENT AS DEFINED IN CFTC RULE 1.71. LONG LEAF TRADING GROUP, ITS PRINCIPALS, BROKERS AND EMPLOYEES MAY TRADE IN DERIVATIVES FOR THEIR OWN ACCOUNTS OR FOR THE ACCOUNTS OF OTHERS. DUE TO VARIOUS FACTORS (SUCH AS RISK TOLERANCE, MARGIN REQUIREMENTS, TRADING OBJECTIVES, SHORT TERM VS. LONG TERM STRATEGIES, TECHNICAL VS. FUNDAMENTAL MARKET ANALYSIS, AND OTHER FACTORS) SUCH TRADING MAY RESULT IN THE INITIATION OR LIQUIDATION OF POSITIONS THAT ARE DIFFERENT FROM OR CONTRARY TO THE OPINIONS AND RECOMMENDATIONS CONTAINED THEREIN. LONG LEAF TRADING GROUP IS NOT AFFILIATED WITH NOR DOES IT ENDORSE ANY TRADING SYSTEM, NEWSLETTER OR OTHER SIMILAR SERVICE. LONG LEAF TRADING GROUP DOES NOT GUARANTEE OR VERIFY ANY PERFORMANCE CLAIMS MADE BY SUCH SYSTEMS OR SERVICE.

Long Leaf Trading-0000163272



# TIME MEANS MONEY

Please see referenced positions below we are recommending for execution. Simply respond yes to this email to accept the positions or feel free to call me if you would like to discuss first. As always I strongly encourage a timely response to prevent adverse market movement from impacting our ability to achieve fill prices as designed.

We are recommending a total of 5 contracts for each recommended position below.

**Trade Recommendation #3: Soybean BW Butterfly**
**Underlying Contract: April Soybean Future**

| Buy | Sell | Max Gain/Loss | Target Gain | Target Max Loss | Expiration |
|---|---|---|---|---|---|
| OZSK8 10.1 PUT | OZSK8 9.7 PUT | 1,361.64 | 1,021.23 | (169.20) | 4/20/2018 |
| OZSK8 9.6 PUT | OZSK8 9.7 PUT | (626.68) | 20.5 | (3.5) | |

**Trade Approval**
Order: -9.5 OB Good til Cancel -626.68 Cost
Order: 3.5 OB Good til Cancel

**Trade Recommendation #4: Corn BW Butterfly**
**Underlying Contract: April Corn Future**

| Buy | Sell | Max Gain/Loss | Target Gain | Target Max Loss | Expiration |
|---|---|---|---|---|---|
| 2 OZCK8 3.75 Call | 4 OZCK8 3.95 Call | 1,158.98 | 868.24 | (222.91) | 4/20/2018 |
| 2 OZCK8 4 Call | 4 OZCK8 3.95 Call | (823.76) | 17.5 | (4.0) | |

**Trade Approval**
Order: -10.50 OB Good til Cancel -823.26 Cost
Order: 4.0 OB Good til Cancel

*Copyright 2017 Long Leaf Trading Group, Inc. All rights reserved.*

**Our mailing address is:**
Long Leaf Trading Group
141 W Jackson Blvd, Suite 300A | Chicago IL 60604

unsubscribe

Long Leaf Trading-0000163273

THE RISK OF LOSS IN TRADING FUTURES CONTRACTS OR COMMODITY OPTIONS CAN BE SUBSTANTIAL, AND THEREFORE INVESTORS SHOULD UNDERSTAND THE RISKS INVOLVED IN TAKING LEVERAGED POSITIONS AND MUST ASSUME RESPONSIBILITY FOR THE RISKS ASSOCIATED WITH SUCH INVESTMENTS AND FOR THEIR RESULTS. PLEASE NOTE THAT THE PURCHASER OF AN OPTION IS SUBJECT TO THE RISK OF LOSING THE ENTIRE PREMIUM PLUS APPLICABLE FEES. THIS MATERIAL IS CONVEYED AS A SOLICITATION FOR ENTERING INTO A DERIVATIVES TRANSACTION. PAST PERFORMANCE IS NOT NECESSARILY INDICATIVE OF FUTURE PERFORMANCE. THIS MATERIAL HAS BEEN PREPARED BY A LONG LEAF TRADING GROUP BROKER WHO PROVIDES RESEARCH MARKET COMMENTARY AND TRADE RECOMMENDATIONS AS PART OF HIS OR HER SOLICITATION FOR ACCOUNTS AND SOLICITATION FOR TRADES; HOWEVER, LONG LEAF TRADING GROUP DOES NOT MAINTAIN A RESEARCH DEPARTMENT AS DEFINED IN CFTC RULE 1.71. LONG LEAF TRADING GROUP, ITS PRINCIPALS, BROKERS AND EMPLOYEES MAY TRADE IN DERIVATIVES FOR THEIR OWN ACCOUNTS OR FOR THE ACCOUNTS OF OTHERS. DUE TO VARIOUS FACTORS (SUCH AS RISK TOLERANCE, MARGIN REQUIREMENTS, TRADING OBJECTIVES, SHORT TERM VS. LONG TERM STRATEGIES, TECHNICAL VS. FUNDAMENTAL MARKET ANALYSIS, AND OTHER FACTORS) SUCH TRADING MAY RESULT IN THE INITIATION OR LIQUIDATION OF POSITIONS THAT ARE DIFFERENT FROM OR CONTRARY TO THE OPINIONS AND RECOMMENDATIONS CONTAINED THEREIN. LONG LEAF TRADING GROUP IS NOT AFFILIATED WITH NOR DOES IT ENDORSE ANY TRADING SYSTEM, NEWSLETTER OR OTHER SIMILAR SERVICE. LONG LEAF TRADING GROUP DOES NOT GUARANTEE OR VERIFY ANY PERFORMANCE CLAIMS MADE BY SUCH SYSTEMS OR SERVICE.

Long Leaf Trading-0000163273



# TIME MEANS MONEY

Please see referenced positions below we are recommending for execution. Simply respond yes to this email to accept the positions or feel free to call me if you would like to discuss first. As always I strongly encourage a timely response to prevent adverse market movement from impacting our ability to achieve fill prices as designed.

We are recommending a total of 10 contracts for each recommended position below.

**Trade Recommendation #3: Soybean BW Butterfly**
Underlying Contract: April Soybean Future

| Buy | Sell | Max Gain/Loss | Target Gain | Target Max Loss | Expiration |
|---|---|---|---|---|---|
| OZSK8 10.1 PUT | OZSK8 9.7 PUT | 1,361.64 | 1,021.23 | (169.20) | 4/20/2018 |
| OZSK8 9.6 PUT | OZSK8 9.7 PUT | (626.68) | 20.5 | (3.5) | |

Trade Approval
Order: -9.5 OB Good til Cancel -626.68 Cost
Order: 3.5 OB Good til Cancel

**Trade Recommendation #4: Corn BW Butterfly**
Underlying Contract: April Corn Future

| Buy | Sell | Max Gain/Loss | Target Gain | Target Max Loss | Expiration |
|---|---|---|---|---|---|
| 2 OZCK8 3.75 Call | 4 OZCK8 3.95 Call | 1,158.98 | 868.24 | (222.91) | 4/20/2018 |
| 2 OZCK8 4 Call | 4 OZCK8 3.95 Call | (823.76) | 17.5 | (4.0) | |

Trade Approval
Order: -10.50 OB Good til Cancel -823.26 Cost
Order: 4.0 OB Good til Cancel

*Copyright 2017 Long Leaf Trading Group, Inc. All rights reserved.*

**Our mailing address is:**
Long Leaf Trading Group
141 W Jackson Blvd, Suite 300A | Chicago IL 60604

Unsubscribe

Long Leaf Trading-0000163274

THE RISK OF LOSS IN TRADING FUTURES CONTRACTS OR COMMODITY OPTIONS CAN BE SUBSTANTIAL, AND THEREFORE INVESTORS SHOULD UNDERSTAND THE RISKS INVOLVED IN TAKING LEVERAGED POSITIONS AND MUST ASSUME RESPONSIBILITY FOR THE RISKS ASSOCIATED WITH SUCH INVESTMENTS AND FOR THEIR RESULTS. PLEASE NOTE THAT THE PURCHASER OF AN OPTION IS SUBJECT TO THE RISK OF LOSING THE ENTIRE PREMIUM PLUS APPLICABLE FEES. THIS MATERIAL IS CONVEYED AS A SOLICITATION FOR ENTERING INTO A DERIVATIVES TRANSACTION. PAST PERFORMANCE IS NOT NECESSARILY INDICATIVE OF FUTURE PERFORMANCE. THIS MATERIAL HAS BEEN PREPARED BY A LONG LEAF TRADING GROUP BROKER WHO PROVIDES RESEARCH MARKET COMMENTARY AND TRADE RECOMMENDATIONS AS PART OF HIS OR HER SOLICITATION FOR ACCOUNTS AND SOLICITATION FOR TRADES; HOWEVER, LONG LEAF TRADING GROUP DOES NOT MAINTAIN A RESEARCH DEPARTMENT AS DEFINED IN CFTC RULE 1.71. LONG LEAF TRADING GROUP, ITS PRINCIPALS, BROKERS AND EMPLOYEES MAY TRADE IN DERIVATIVES FOR THEIR OWN ACCOUNTS OR FOR THE ACCOUNTS OF OTHERS. DUE TO VARIOUS FACTORS (SUCH AS RISK TOLERANCE, MARGIN REQUIREMENTS, TRADING OBJECTIVES, SHORT TERM VS. LONG TERM STRATEGIES, TECHNICAL VS. FUNDAMENTAL MARKET ANALYSIS, AND OTHER FACTORS) SUCH TRADING MAY RESULT IN THE INITIATION OR LIQUIDATION OF POSITIONS THAT ARE DIFFERENT FROM OR CONTRARY TO THE OPINIONS AND RECOMMENDATIONS CONTAINED THEREIN. LONG LEAF TRADING GROUP IS NOT AFFILIATED WITH NOR DOES IT ENDORSE ANY TRADING SYSTEM, NEWSLETTER OR OTHER SIMILAR SERVICE. LONG LEAF TRADING GROUP DOES NOT GUARANTEE OR VERIFY ANY PERFORMANCE CLAIMS MADE BY SUCH SYSTEMS OR SERVICE.

Long Leaf Trading-0000163274