# CFTC Ex. 67

Message

**From:** Jim Donelson [jdonelson@longleaftrading.com]
**Sent:** 1/24/2019 5:01:23 PM
**To:** James Hatzigiannis [jhatzigiannis@longleaftrading.com]; Ben Cybulski [bcybulski@longleaftrading.com]; Alexander Stemper [astemper@longleaftrading.com]
**CC:** Vicki Donelson [vdonelson@longleaftrading.com]
**Subject:** Trading Recommendations
**Attachments:** 1-24 Bond Trade - 3 contracts.pdf; 1-24 Bond Trade - 1 contract.pdf

Attached are the trading recommendations for the bond trade for tomorrow.

**Jim Donelson**

CEO | Long Leaf Trading Group

Direct: 312.483.2180
Toll Free: 866.372.1014
Fax: 773.751.2103

Trading futures involves risk of loss and is not suitable for all investors. Past performance is not necessarily indicative of future results.

E-mail sent through the Internet is not secure. E-mail is not private and is subject to review by the Firm, its officers, agents, employees and regulators. Do not e-mail time sensitive instructions, orders to buy or sell securities or instructions to transfer funds. We will not accept such orders or instructions. This e-mail is not an official trade confirmation for transactions executed for your account. This communication is for informational purposes only.






Please see referenced positions below we are recommending for execution. Simply respond yes to this email to accept the positions or feel free to call me if you would like to discuss first. As always I strongly encourage a timely response to prevent adverse market movement from impacting our ability to achieve fill prices as designed.

**Commissions are $20 per leg.**

We are recommending a total of 3 contracts for each recommended position below.

Trade Recommendation: Bond 1-24 Trade

Underlying: March Bond Future

| Action | Contracts | Price | Value at expiration | Net | Expiration |
|---|---|---|---|---|---|
| Buy | Bond March 142 Call<br>Bond March 146 Put | (5,145.25) | 4,000.00 | (1,145.25) | 2/22/2019 |
| Sell | Bond February Week 1 146 Put | 422.01 | - | 422.01 | 2/1/2019 |
| Totals | | (4,723.24) | - | (723.24) | |

Trade Approval

Entry Order: -4.6563 OB GTC

| | | | | | |
|---|---|---|---|---|---|
| | | | CASH Cost | (4,723.24) | |
| Margin Required | | | | 1,500.00 | |
| Estimated Net on 2/1/2019 * | Buy | (5,145.25) | 4,828.13 | (317.13) | |
| | Sell | | | 422.01 | |
| | | | | 104.89 | |
| Return on Trade | | | | 2.22% | |

* Assumes future stays at current price

*Copyright 2017 Long Leaf Trading Group, Inc. All rights reserved.*

**Our mailing address is:**

Long Leaf Trading Group

141 W Jackson Blvd, Suite 300A | Chicago IL 60604

THE RISK OF LOSS IN TRADING FUTURES CONTRACTS OR COMMODITY OPTIONS CAN BE SUBSTANTIAL, AND THEREFORE INVESTORS SHOULD UNDERSTAND THE RISKS INVOLVED IN TAKING LEVERAGED POSITIONS AND MUST ASSUME RESPONSIBILITY FOR THE RISKS ASSOCIATED WITH SUCH INVESTMENTS AND FOR THEIR RESULTS. PLEASE NOTE THAT THE PURCHASER OF AN OPTION IS SUBJECT TO THE RISK OF LOSING THE ENTIRE PREMIUM PLUS APPLICABLE FEES. THIS MATERIAL IS CONVEYED AS A SOLICITATION FOR ENTERING INTO A DERIVATIVES TRANSACTION. PAST PERFORMANCE IS NOT NECESSARILY INDICATIVE OF FUTURE PERFORMANCE. THIS MATERIAL HAS BEEN PREPARED BY A LONG LEAF TRADING GROUP BROKER WHO PROVIDES RESEARCH MARKET COMMENTARY AND TRADE RECOMMENDATIONS AS PART OF HIS OR HER SOLICITATION FOR ACCOUNTS AND SOLICITATION FOR TRADES; HOWEVER, LONG LEAF TRADING GROUP DOES NOT MAINTAIN A RESEARCH DEPARTMENT AS DEFINED IN CFTC RULE 1.71. LONG LEAF TRADING GROUP, ITS PRINCIPALS, BROKERS AND EMPLOYEES MAY TRADE IN DERIVATIVES FOR THEIR OWN ACCOUNTS OR FOR THE ACCOUNTS OF OTHERS. DUE TO VARIOUS FACTORS (SUCH AS RISK TOLERANCE, MARGIN REQUIREMENTS, TRADING OBJECTIVES, SHORT TERM VS. LONG TERM STRATEGIES, TECHNICAL VS. FUNDAMENTAL MARKET ANALYSIS, AND OTHER FACTORS) SUCH TRADING MAY RESULT IN THE INITIATION OR LIQUIDATION OF POSITIONS THAT ARE DIFFERENT FROM OR CONTRARY TO THE OPINIONS AND RECOMMENDATIONS CONTAINED THEREIN. LONG LEAF TRADING GROUP IS NOT AFFILIATED WITH NOR DOES IT ENDORSE ANY TRADING SYSTEM, NEWSLETTER OR OTHER SIMILAR SERVICE. LONG LEAF TRADING GROUP DOES NOT GUARANTEE OR VERIFY ANY PERFORMANCE CLAIMS MADE BY SUCH SYSTEMS OR SERVICE.




Please see referenced positions below we are recommending for execution. Simply respond yes to this email to accept the positions or feel free to call me if you would like to discuss first. As always I strongly encourage a timely response to prevent adverse market movement from impacting our ability to achieve fill prices as designed.

**Commissions are $20 per leg.**

We are recommending a total of 1 contract for each recommended position below.

Trade Recommendation: Bond 1-24 Trade

Underlying: March Bond Future

| Action | Contracts | Price | Value at expiration | Net | Expiration |
|---|---|---|---|---|---|
| Buy | Bond March 142 Call<br>Bond March 146 Put | (5,145.25) | 4,000.00 | (1,145.25) | 2/22/2019 |
| Sell | Bond February Week 1 146 Put | 422.01 | - | 422.01 | 2/1/2019 |
| Totals | | (4,723.24) | - | (723.24) | |

Trade Approval
Entry Order: -4.6563 OB GTC

| | | | | | |
|---|---|---|---|---|---|
| | | | CASH Cost | (4,723.24) | |
| Margin Required | | | | 1,500.00 | |
| Estimated Net on 2/1/2019 * | Buy | (5,145.25) | 4,828.13 | (317.13) | |
| | Sell | | | 422.01 | |
| | | | | 104.89 | |
| Return on Trade | | | | 2.22% | |

* Assumes future stays at current price

*Copyright 2017 Long Leaf Trading Group, Inc. All rights reserved.*

**Our mailing address is:**
Long Leaf Trading Group
141 W Jackson Blvd, Suite 300A | Chicago IL 60604

THE RISK OF LOSS IN TRADING FUTURES CONTRACTS OR COMMODITY OPTIONS CAN BE SUBSTANTIAL, AND THEREFORE INVESTORS SHOULD UNDERSTAND THE RISKS INVOLVED IN TAKING LEVERAGED POSITIONS AND MUST ASSUME RESPONSIBILITY FOR THE RISKS ASSOCIATED WITH SUCH INVESTMENTS AND FOR THEIR RESULTS. PLEASE NOTE THAT THE PURCHASER OF AN OPTION IS SUBJECT TO THE RISK OF LOSING THE ENTIRE PREMIUM PLUS APPLICABLE FEES. THIS MATERIAL IS CONVEYED AS A SOLICITATION FOR ENTERING INTO A DERIVATIVES TRANSACTION. PAST PERFORMANCE IS NOT NECESSARILY INDICATIVE OF FUTURE PERFORMANCE. THIS MATERIAL HAS BEEN PREPARED BY A LONG LEAF TRADING GROUP BROKER WHO PROVIDES RESEARCH MARKET COMMENTARY AND TRADE RECOMMENDATIONS AS PART OF HIS OR HER SOLICITATION FOR ACCOUNTS AND SOLICITATION FOR TRADES; HOWEVER, LONG LEAF TRADING GROUP DOES NOT MAINTAIN A RESEARCH DEPARTMENT AS DEFINED IN CFTC RULE 1.71. LONG LEAF TRADING GROUP, ITS PRINCIPALS, BROKERS AND EMPLOYEES MAY TRADE IN DERIVATIVES FOR THEIR OWN ACCOUNTS OR FOR THE ACCOUNTS OF OTHERS. DUE TO VARIOUS FACTORS (SUCH AS RISK TOLERANCE, MARGIN REQUIREMENTS, TRADING OBJECTIVES, SHORT TERM VS. LONG TERM STRATEGIES, TECHNICAL VS. FUNDAMENTAL MARKET ANALYSIS, AND OTHER FACTORS) SUCH TRADING MAY RESULT IN THE INITIATION OR LIQUIDATION OF POSITIONS THAT ARE DIFFERENT FROM OR CONTRARY TO THE OPINIONS AND RECOMMENDATIONS CONTAINED THEREIN. LONG LEAF TRADING GROUP IS NOT AFFILIATED WITH NOR DOES IT ENDORSE ANY TRADING SYSTEM, NEWSLETTER OR OTHER SIMILAR SERVICE. LONG LEAF TRADING GROUP DOES NOT GUARANTEE OR VERIFY ANY PERFORMANCE CLAIMS MADE BY SUCH SYSTEMS OR SERVICE.