# CFTC Ex. 96

Message

**From:** Tim Evans [tevans@longleaftrading.com]
**Sent:** 9/21/2016 8:12:36 AM
**To:** James Leeney [jleeney@longleaftrading.com]
**Subject:** FW: account

Regards,

# Tim Evans
## Chief Market Strategist | Long Leaf Trading Group



Direct: 312.373.9302
Fax: 773.751.2103
Skype: timothyevans129

Trading futures involves risk of loss and is not suitable for all investors. Past performance is not necessarily indicative of future results.

E-mail sent through the Internet is not secure. E-mail is not private and is subject to review by the Firm, its officers, agents, employees and regulators. Do not e-mail time sensitive instructions, orders to buy or sell securities or instructions to transfer funds. We will not accept such orders or instructions. This e-mail is not an official trade confirmation for transactions executed for your account. This communication is for informational purposes only.

**From:** Avjyot Boparai [mailto:avjot2@hotmail.com]
**Sent:** Tuesday, September 20, 2016 4:05 PM
**To:** Tim Evans <tevans@longleaftrading.com>
**Subject:** account

Hi Tim,
How are you? Im sure doing better than me. I was e-mailing you on my account. WHen I came on board you had assured of this kind of thing. I know you will say the markets cant be predicted same as what James always says. But last time I checked, it was part of your job to predict the markets, that why you do this I assume. Just like I work in healthcare and manage costs. I have to be ahead of new accruing costs that come with supplies as technology grows. You literally had told me that would could easily get me 20% and go high as 40% on a return and just com eon board with your guys. So after scrambling the money together from my 401K and my parents, I decided to. From where I am sitting now I wish I had 2 to 4% return I would be happy let alone a 20% return. Its more like -100% now since all the money has been lost. DO you have anything to add regarding this because I remember you use to call almost every other day for me to get on board and once I started loosing money. You were never to be heard from or found. Even James would tell me that he is the advisor not you on my account which is fine but atleast call or e-mail. I am just in complete deep water with all this now.
Thanks

EXHIBIT #96 9.16.19

Long Leaf Trading-0000014281