CFTC Ex. 124

Message

| From: | Jeremy Ruth [jruth@longleaftrading.com] |
|---|---|
| Sent: | 8/30/2016 11:18:26 PM |
| To: | Rob Mixer [rob.mixer@gmail.com] |
| Subject: | Re: October/November Crude Oil Calendar Swap |

Rob,

Thanks for reaching out. I want to address this immediately. What time are you available tomorrow to take my call?

Sincerely,


Jeremy Ruth



Sent from my Verizon, Samsung Galaxy smartphone


-------- Original message --------
From: Rob Mixer <rob.mixer@gmail.com>
Date: 8/30/16 10:04 PM (GMT-06:00)
To: Jeremy Ruth <jruth@longleaftrading.com>
Subject: Re: October/November Crude Oil Calendar Swap

Jeremy,

I don't want to continue with any more futures trades. Please don't extend any positions into future months, and please manage any open positions to their close or expiration. I would like to know the calendar date by which all currently open trades will be closed. Ideally, I would like them closed by the end of September.

I need to cut my losses. My account is down 33% when I look at my cash balance. At this point, I need a 50% return on current capital just to get back to where we started a year ago. Even if you met the targeted 20% return per year that we initially discussed, it will be 2+ years to recover.

Also, I have not had a single account review, and the initial agreement was at least quarterly reviews. I have been patiently asking you during our trade confirmation calls to schedule one since at least January.

Rob

On Aug 30, 2016, at 2:50 PM, Jeremy Ruth <jruth@longleaftrading.com> wrote:



**Jeremy Ruth**

Senior Commodity Associate|Long Leaf Trading Group



&lt;image001.png&gt;

**Direct:** 312.483.2193
**Toll Free:** 866.325.9873
**Fax:** 773.751.2103
**Skype:** JeremyLLTG

Trading futures involves risk of loss and is not suitable for all investors. Past performance is not necessarily indicative of future results.

E-mail sent through the Internet is not secure. E-mail is not private and is subject to review by the Firm, its officers, agents, employees and regulators. Do not e-mail time sensitive instructions, orders to buy or sell securities or instructions to transfer funds. We will not accept such orders or instructions. This e-mail is not an official trade confirmation for transactions executed for your account. This communication is for informational purposes only.

&lt;Oct-Nov Crude Oil Calender Swap.PNG&gt;

Long Leaf Trading-0000017569