# CFTC Ex. 125

Message

**From:** Jeremy Ruth [jruth@longleaftrading.com]
**Sent:** 1/26/2017 7:42:59 PM
**To:** Tim Evans [tevans@longleaftrading.com]
**Subject:** FW: Observation

I just got a good laugh reading this again

# Jeremy Ruth
### Senior Commodity Associate | Long Leaf Trading Group



**Direct:** 312.483.2193
**Toll Free:** 866.372.1014
**Fax:** 773.751.2103
**Skype:** jruth@longleaftrading.com

Trading futures involves risk of loss and is not suitable for all investors. Past performance is not necessarily indicative of future results.

E-mail sent through the Internet is not secure. E-mail is not private and is subject to review by the Firm, its officers, agents, employees and regulators. Do not e-mail time sensitive instructions, orders to buy or sell securities or instructions to transfer funds. We will not accept such orders or instructions. This e-mail is not an official trade confirmation for transactions executed for your account. This communication is for informational purposes only.

**From:** Steve Beranek [mailto:technicalmanagement@comcast.net]
**Sent:** Saturday, October 29, 2016 11:48 AM
**To:** Jeremy Ruth <jruth@longleaftrading.com>
**Subject:** Observation

Thanks,
Your firms business model is very impressive. It looks like the commissions and fees for the year will surpass my entire $20K in investments, and I have only lost about 20% of my investment. At this rate in ten years my account balance will be zero and your firm will have made $200K.

Steve

**From:** Jeremy Ruth [mailto:jruth@longleaftrading.com]
**Sent:** Friday, October 28, 2016 7:20 AM
**Subject:** Long Leaf Trading Group - Trade Image 1 of 4 - December Soybeans Bear Call Spread

# Jeremy Ruth
### Senior Commodity Associate | Long Leaf Trading Group





Direct: 312.483.2193
Toll Free: 866.372.1014
Fax: 773.751.2103
Skype: jruth@longleaftrading.com

Trading futures involves risk of loss and is not suitable for all investors. Past performance is not necessarily indicative of future results.

E-mail sent through the Internet is not secure. E-mail is not private and is subject to review by the Firm, its officers, agents, employees and regulators. Do not e-mail time sensitive instructions, orders to buy or sell securities or instructions to transfer funds. We will not accept such orders or instructions. This e-mail is not an official trade confirmation for transactions executed for your account. This communication is for informational purposes only.

Long Leaf Trading-0000049762