# CFTC Ex. 126

Message

| | |
|---|---|
| From: | joe hermanson [hermansonjoe@hotmail.com] |
| Sent: | 6/14/2017 10:23:24 AM |
| To: | jruth@longleaftrading.com |
| Subject: | FW: DAILY CLIENT STATEMENT |
| Attachments: | 3868.PDF |

Jeremy — The reality of all of this is finally hitting me — you've managed to take 13 K and turn it into 5K. I could have done that bad all by myself.  I also noted that of the last 4 positions you placed me in, I was NOT consulted. You just did it. That said, can you see that is what is left here is sent back to Midland.
Thanks,
Joe Hermanson

From: gfstatements@gaincapital.com
Sent: Tuesday, June 13, 2017 7:24 PM
To: hermansonjoe@hotmail.com
Subject: DAILY CLIENT STATEMENT

Please find hereafter your daily statements
as of 20170613.

If the account is on margin call or you would
like to send additional funds, please use the
instructions found at the link below:
http://futures.gaincapital.com/funding

For questions, email gfstatements@gaincapital.com
or call 800-920-5808



Long Leaf Trading-0000328176

**≡GAIN | CAPITAL**

## DAILY STATEMENT
### 13-JUN-17

GAIN CAPITAL GROUP, LLC
135 US Hwy 202/206
Bedminster, NJ 07921
(800) 920-5808

Midland IRA FBO J Hermanson
ROTH
J Hermanson IRA #1700955
1520 Royal Palm Sq Blvd #320
Fort Myers 33919

CLIENT: ▇3868
ACCOUNT: ▇3868
SALESMAN: LLT010

INTRODUCED BY: Long Leaf Trading Group Inc

PAGE: 1

### Account Summary as of 13-JUN-17

Processed exchanges    : NYMEX,COMEX,NYBOT,CME,CBOT
Non-processed exchanges :

|  | Reg. USD | BASE CURRENCY USD |
|---|---|---|
| SPOT RATE | 1.00000000 | 1.00000000 |
| PAYMENTS/RECEIPTS | 0.00 CR | 0.00 CR |
| ACCOUNT CASH BALANCE | 5 189.72 CR | 5 189.72 CR |
| REALIZED PROFIT/LOSS | 0.00 CR | 0.00 CR |
| PREMIUMS | 0.00 CR | 0.00 CR |
| COMMISSIONS & FEES | 0.00 CR | 0.00 CR |
| **NEW CASH BALANCE** | 5 189.72 CR | 5 189.72 CR |
| OPEN TRADE EQUITY | 0.00 CR | 0.00 CR |
| TOTAL EQUITY | 5 189.72 CR | 5 189.72 CR |
| OPTION MARKET VALUE | 0.00 CR | 0.00 CR |
| LONG OPTION VALUE | 0.00 CR | 0.00 CR |
| SHORT OPTION VALUE | 0.00 CR | 0.00 CR |
| **NET LIQUIDATING VALUE** | 5 189.72 CR | 5 189.72 CR |
| INITIAL MARGIN | 0.00 CR | 0.00 CR |
| MAINTENANCE MARGIN | 0.00 CR | 0.00 CR |
| RISK MAINTENANCE | 0.00 CR | 0.00 CR |
| RISK INITIAL | 0.00 CR | 0.00 CR |
| COLLATERAL USED | 0.00 CR | 0.00 CR |
| **MARGIN DEFAULT/EXCESS** | 5 189.72 CR | 5 189.72 CR |

You must examine all information transmitted to you herein and report any errors or irregularities to your intermediary or to the Compliance Department at the address above, or (800-920-5808) immediately. Failure to immediately advise of any such errors or irregularities before the opening of trading on the trading day subsequent to the execution of the transaction in dispute will be deemed your agreement that the transmitted information is correct and has been ratified by you.

Long Leaf Trading-0000328177

**GAIN | CAPITAL**

Gain Capital Holdings, Inc.

PAGE : 1
DATE : 06/13/17

NO MARGIN CALL

You must examine all information transmitted to you herein and report any errors or irregularities to your intermediary or to the Compliance Department at the address above, or (800-920-5808) immediately. Failure to immediately advise of any such errors or irregularities before the opening of trading on the trading day subsequent to the execution of the transaction in dispute will be deemed your agreement that the transmitted information is correct and has been ratified by you.

Long Leaf Trading-0000328177