CFTC Ex. 134

Message

| | |
|---|---|
| **From:** | Tim Evans [tevans@longleaftrading.com] |
| **Sent:** | 9/7/2016 9:16:18 AM |
| **To:** | Jeremy Ruth [jruth@longleaftrading.com] |
| **Subject:** | Demo Script - Senior |
| **Attachments:** | Demo Script - Time Means Money - Senior Broker.docx |



Long Leaf Trading-0000011325

## Introduction & Getting Them into the Presentation

**1. Tell Customer to go into their email**

A. Yes, this is **[Your Name]** with Long Leaf calling in for our phone conference. Are you in front of your computer?

B. So first thing I am going to do here is shoot you over an email so I can get you into my presentation. Please let me know when you receive that email.

**2. Have Customer click the join.me link in the body of the email**

A. If you could just click on the link there in the body of the email.

## Title & Risk Disclosure



**1. Title Slide**

A. Do you see on your screen where it says Time Means Money™, Take Control of your Options?

B. Okay, great! So the program we are going to be talking about today is entitled "Time Means Money™" And I'll get into more details about the program in just a few moments... 🌱

Long Leaf Trading-0000011326

## 2. Risk Disclosure

A. But first I want to disclose that is a solicitation to enter into investment opportunity and there are risks associated with this and all investment opportunities for that matter. Understand that past performance is not necessarily indicative of future performance. 🌿🌿

### Agenda



## 3. Find out Their Experience

A. The first thing we are going to do is get to know more about you and your unique situation. Let's chat for a few minutes about your investment history, including the things that you are currently doing and some investments you have done in the past so I can tailor my comments to make sense to you.

B. With that being said, let's start off with where do you have your money invested now?

C. Have you ever invested in Futures before?

D. Do you have any experience with Options?

E. What do you do for a living?

F. Are you married and do you have any kids? 🌿

Long Leaf Trading-0000011326

## 4. Set the Agenda

A. OK, I'm going to spend the next 10 minutes showing you our program and some of our accomplishments here at Long Leaf Trading Group ...and, we'll give you an idea of what it's like to be a client here at Long Leaf. 🌱

B. Finally, we'll spend 2 minutes going over the Time Means Money™ program timeline so you will know exactly what you can expect from us and also what is expected of you.

C. Now, let's get started here, let me give you a quick background on options. 🌱

### Short Option Opportunity



## 5. 76.5% of all Options Expire Worthless

A. Can you see on your screen where it says Option Probabilities?

B. Ok...The Time Means Money™ program utilizes short option strategies as the investment vehicle to drive results...Now the reason this is so important is because it's a fact that on average of 76.5% of all options held to expiration at the Chicago Mercantile Exchange expire worthless.

Long Leaf Trading-0000011326

## 6. Selling Options Explained & Advantage

A. Now, just so we are all on the same page, understand that with an option you are either a buyer or a seller. Now the buyer of the option is trying to speculate three things. 1. The direction the price is going to go 2. The specific price it's going to reach and 3. Exactly when in time this is going to happen. Obviously this is a very difficult task to accomplish.

B. Now, the buyer of the option pays the seller a premium in the form of cash for the right to profit in the event that they get the direction, price, and timing correct.

C. On the other side of the option, you have a seller. Now the seller of the option is collecting premium in the form of cash from the buyer to express only one thing, that they know where the option **IS NOT** going to go over a specific time period. In the event the seller is correct, cash profits are generated by retaining the premium paid by the buyer.

D. The point I'm trying to make here is that obviously, it's a lot easier to be a seller of an option and only be responsible to be correct once as opposed to being the buyer of the option and having to be correct three times...Would you agree?

E. Exactly. So this basic advantage the seller has is one of the reasons why on average 76.5% of options expire worthless.

## 7. Introduce Time Decay

A. In addition to the seller's basic advantage, time decay, is another driving force behind the fact that on average 76.5% of all options expire worthless if held to expiration. The Time Means Money™ program goes beyond the basic seller's advantage by attempting to benefit from the decay of the option's time value.

4

Time Means Money™ Demo Script – Revised July 13, 2016

Long Leaf Trading-0000011326

B. I'll get into more about time decay in just a few minutes, but this fact is why if you sell 4 options, there is a strong statistical likelihood you are going to win 3 of those...giving you a much more predictable path to success.

C. Now, **[First Name]**, do you agree that being the seller of the option and taking advantage of the strong statistical likelihood of winning 3 out of 4 options would give you a predictable patch to success? 🌱

## Credibility Slides



Time Means Money™ Demo Script – Revised July 13, 2016

Long Leaf Trading-0000011326

**8. Introduce Long Leaf Trading Group**

A. Do you see on your screen where it says Futures Brokerage Services?

B. So, Long Leaf Trading Group started in Chicago in 2009. We are a full service futures brokerage firm offering many different services in order for you to get involved with the futures industry as a whole.

C. On one end of the spectrum, we offer a complete hands-on approach by using our proprietary platform for self-directed futures trading. On the other end of the spectrum, we offer managed futures investments, similar to mutual funds, featuring a complete hands-off approach.

**9. Broker Assisted Futures Trading and 100% Control**

A. There are many other services in between. One being, broker assisted futures trading. Time Means Money™ is a broker assisted program. Now we firmly believe that a broker assisted program is the best style of service for you, the client. The reason is twofold. First…you are 100% in charge. Through this service, you must give consent to enter, adjust, or exit a position.

B. We believe that the most successful investors are those that are in charge of their investments and take control. Now the best way to take control of your investments, in a way that does not require a lot of time, effort, and energy on your part, is to leverage our tools, resources, education, execution and ideas in order to help you make smart decisions.

6

Long Leaf Trading-0000011326

## 10. Introduce the Three Principles

A. Since 2009, Long Leaf was founded on 3 principles.

1. Futures and options on futures should be easy to understand.
2. We should be 100% transparent and conduct ourselves with integrity at all times.
3. We should provide our clients a strong return on their investment.

B. Now, these three principles are what we have built our company upon and everything that we do since our inception. At Long Leaf, we measure our success by our client's success. As a company, we wouldn't have the ability to work with hundreds of client's month-after-month for 6 years and oversee millions of dollars if we weren't being profitable for them…Does that make sense? 🌿

## 11. NFA Company Record

A. So not only is our style of service first class but so is our company regulatory record. You can have a great program, but if you don't conduct yourself with 100% integrity at all times, then none of it matters.

B. We are extremely detail orientated when it comes to adhering to all rules and regulations set forth by the National Futures Association in order to protect you, the investor. This is the reason over the last 6 years and hundreds of clients later we have maintained and kept 100% clean track record with our regulatory body, the National Futures Association.

C. The NFA runs legal investigations on every single complaint they receive regardless of merit. As you can see here, we have never had a complaint filed against our firm and have never had any regulatory action taken against us.

7

Long Leaf Trading-0000011326

D. This is something we are extremely proud of here at Long Leaf. We have taken care of and kept happy hundreds of clients without a single mark on our company record. This is extremely rare for any business, especially in the world of investing. 🌳

## 12. Safety of Client Funds and the Three Levels of Separation

A. Just so you know, the safety of your funds on deposit is something we take very seriously here at Long Leaf as well. There are three levels of separation when it comes to your funds on deposit and the entities that are involved. 🌳

B. The first is Long Leaf. We are your broker. We will work with you to research, design, and provide you tools & resources to make smart decisions. Once you have made a smart decision, that decision moves into the form of an order. 🌳

C. We then take that order and go to the next level of separation, which is Gain Capital, to get that order executed. Gain Capital is the Futures Clearing Merchant. They are the ones who are physically in the pits of the exchanges and manage the electronic transmissions with the exchanges as well. 🌳

D. Once the order has been executed, Gain Capital then goes to the next level of separation, JP Morgan Chase Bank, to reach into your segregated account there to finance the position. Now in the event the trade is profitable and you retain the premium that was collected upon execution, Gain Capital then takes the money from the exchange and puts it back into your segregated account at JP Morgan Chase Bank.

Long Leaf Trading-0000011326

E. Now this system has been designed solely to protect you, the investor. There is a system of checks and balances between the three levels of separation and all the entities involved to ensure your funds on deposit are safe at all times and there is no funny business going on with your money whatsoever...Does that make sense? 🐢

## 13. Introduce the Program Director

A. Now I have shown you that our style of service and the way we conduct business is second to none. But at the end of the day, the only reason why an investor like yourself would utilize our services is to get a return on your investment. That's the entire purpose of investing...And that all starts with the Director of the Time Means Money™ program, Tim Evans.

B. Tim Evans is the Director of the program and our Chief Market Strategist here at Long Leaf. Tim's knowledge and expertise of the industry is highly respected by industry professionals as well as the financial news media.

C. Now Tim provides regular commentary and market knowledge to a wide variety of financial news publications such as Bloomberg, Yahoo Finance, Investor's Business Daily, and The Wall Street Journal. These publications only have credibility as their leg to stand on. I think it goes to show what they think of Tim's knowledge and expertise of the futures markets since they use him regularly in their publications.

D. As Chief Market Strategist, Tim heads up our trade desk here at Long Leaf. Tim has put together a team of professionals from various different backgrounds, myself included...And each provide different areas of expertise and approaches, both fundamental and technical, on the futures markets. Now, Tim uses a proprietary algorithm to blend all of these ideas together and form ideas that have been providing a strong return for our clients. 🐢

Long Leaf Trading-0000011326

## 14. Introduce Yourself

A. Now, again my name is **[Your Full Name]**, and I'm a Senior Market Strategist here at Long Leaf and my role is I will be your account executive. I am a Series 3 licensed Futures Broker and a member of the National Futures Association.

B. I'm a firm believer that no investor should ever take on any type of financial risk unless they fully understand what they are getting into and the risks associated with it. I will work with you to make sure you have the education, tools and resources to make sure you are comfortable with the risks associated with investing and help you make smart decisions.

C. Through my approach, I will use analogies and real life examples to make things easy for you to understand and I'll do it in a way that does not require a lot of your time, effort, and energy.

## 15. Credibility Statement

A. The only reason I show you all of this, is because every Investor I speak with has told me they appreciate learning about Long Leaf and how we conduct business...

B. And I think the reason behind that is **[First Name]**...We're by far one of the most credible companies that is dedicated to futures investing, we have an unmatched program which I'm about to show you, and it's all backed up by the highest rating for integrity you can get, which is a 100% clean regulatory record with the NFA .

C. Now before I give you the overview of the program, did you have any questions on myself or my company? 🌱

Time Means Money™ Demo Script – Revised July 13, 2016

Long Leaf Trading-0000011326

## Time Means Money Creation



### 16. Establish The Typical Approaches of the Industry

A. The Time Means Money™ Program was developed after carefully analyzing the approaches typical brokerage firms have been offering investors.

B. Through our analysis over many years, we have come to find out every brokerage firm falls under one of two approaches.

### 17. Typical Educational Firms

A. First are your educational firms. These firms generally attract investors who are looking to go it alone in the markets. They attempt to teach the mechanics of investing and upon completion of the program you are left to transition into a live market environment with what you hopefully learned.

B. There are three main problems with these types of services. First, these firms have very high upfront costs. I talked to an investor the other day who spent as much as ten thousand with one of these firms.

C. Now, in addition to the high upfront costs, these programs are very time consuming. Most are 6, 12, or even 18 months long. Most people do not have 18 months of time, and thousands of dollars, just to hope to make money after all that time and expense.

11

Time Means Money™ Demo Script – Revised July 13, 2016

Long Leaf Trading-0000011326

D. **[First Name]**, the number one problem, more than anything else, is the fact that the vast majority of investors that go this route lose money. In actuality, Industry numbers suggest that as high as 90% lose money.

## 18. Typical Execution Firms

A. The second approach, are your standard full service brokerages that focus on execution without education. They attract investors who are self-aware they need help making money in the markets. Now, they offer trade alert or advisory services, which feature one execution approach for all investors involved in the service.

B. Now, one thing we know for certain based on thousands of customer interactions, is that every single investor out there, including yourself, operates under their own set of unique circumstances and financial goals. And no situation from one investor to the next is the same.

C. So, the problem with this approach is that these services are not customized to your needs, including investment goals and preferences with respect to risk.

D. Also, since there is no education with these programs and services, you never really have a handle on whether these ideas are suitable for you or what principles these positions are based on.

E. Effectively, this type of service ignores the old axiom that when you try to make everyone happy, no one is happy.

## 19. Differentiate Time Means Money™
A. Now, at Long Leaf we realized there needs to be a better approach for investors regardless if you have a "go-it-alone" or "help me!" mindset. So we have created the Time Means Money™ Program to do just that.

12

Long Leaf Trading-0000011326

B. So, through the approach of the program we are going to educate you free of charge...And we are going to do it in a way that doesn't require a lot of your time, effort and energy, so you can make smart decisions.

C. And we are going to do this simultaneously with an execution component that not only makes sense, but it takes into consideration your unique set of circumstances and financial goals so you can have a program that is set up the right way...which is a program that is all about you. 🌱

## Education



Time Means Money™ Demo Script – Revised July 13, 2016

Long Leaf Trading-0000011326

**20. Introduce Time Means Money™ Education**

A. The educational component of the Time Means Money™ program starts off with a series of four eBOOKS. Each eBOOK has its area of focus and will give you a great understanding of the Time Means Money™ program approach to options on futures.

B. The great thing about this approach is you can have no futures or options experience, or you can have previous futures and option experience. You can have a "go-it-alone" mindset and be really hands on, or you can have a "help me!" approach and be very hands off. Or maybe even a combination of any of these.

C. Now, it is important to understand that this educational component is not mandatory to participate in the Time Means Money™ program, however, if you have the desire to learn, the resources are available for you to achieve an expert level of knowledge relating to options.

D. For example, **[First Name],** I have some clients that want to learn and be hands on in education, I have others that forgo education altogether because they like to focus on results.  Regardless of where you are on that spectrum, I will cover briefly what we offer in education. 🎋

**21. Time Decay**

A. The first eBOOK explores the concepts of time value and time value decay. Now, I mentioned earlier that it's a fact that on average 76.5% of all options held to expiration, expire worthless.  Time decay is at the core of why that fact is what it is.

Long Leaf Trading-0000011326

B. Options buyers are essentially purchasing a decaying asset. Now the reason option buyers have purchased this decaying asset is because they are expecting a big event to happen in the market. Given the fact that statistically these events do not materialize often, the buyer is at a severe disadvantage. This is why we choose to be the seller.

C. So, through this eBOOK we will learn not only what time decay is and how it works, but most importantly the principles and techniques we use at Long Leaf to capitalize on the statistical advantage that exists for the seller, based on time decay. ☘

## 22. Beyond The Bull

A. Now we will have a great understanding as to what principles guide each position. The next step in the process is to build upon the concept of time decay by choosing the correct strategy to capitalize on the prevailing market conditions. Through this eBOOK we will learn which strategies are most suitable for any market condition one can face.

B. Now, most investors have been trained to only understand "buy low and sell high." This would be a great strategy if the markets were always bullish. The problem is markets don't always behave this way.

C. In fact, markets only trend about 20% of the time. This is a recipe for poor performance for the "Buy low, Sell high" crowd.

D. The short option strategies covered in this eBOOK allow us to potentially profit in all market conditions, whether up, down, or sideways. We possess the tools to be successful no matter what the market throws our way. ☘

Long Leaf Trading-0000011326

## 23. The Iron Condor

A. Now, I want to be very clear here that this program is not as simple as choosing the right strategy based on the market conditions and seeing the 76.5% statistical advantage materialize into making you money. A set it and forget it approach is one that does not reflect the very nature of markets...and that is that markets change.

B. Market conditions can change based on any number of developments after entering a position. The key question is how do you react to those changes? Do you have a process that allows you to know what you need to be considering over the life of the position from beginning to end?

C. Well we do and we will learn that process through this eBOOK, by using the Iron Condor option selling strategy to illustrate that. You will gain an understanding of exactly what those considerations are from the moment we enter a position to the moment we exit the position.

D. It is one thing to know what the proper strategy is based on the happenings in the market. A different skillset is required to know what to do to successfully manage a position in a changing market. We teach that skillset with this eBOOK. 🌱

## 24. The Greeks

A. Now, that we have covered what is at the core of each strategy, what the proper strategy is to use, and how to manage it successfully; we now need to address how we can add precision to what we are doing.

Long Leaf Trading-0000011326

B. The Greeks are a set of variables that give us the ability to understand the mathematics behind option pricing. Being armed with this knowledge allows us to add timeliness and precision to what we are doing. This also allows us make decision based on data and not on emotions.

C. Making emotional decisions in investing is a very common downfall of investors and the #1 reason as to why investors lose money. So through this eBOOK, we develop the skill set to remove emotions from the investment process, to set you up to make smart, precise decisions based on data, in order to maximize profits and limit losses.

D. Now, **[First Name]**, I am going to cover the actual execution of the program in a moment, before I do that do you have any questions on what we cover in education? 🌱

## Execution



Time Means Money™ Demo Script – Revised July 13, 2016

Long Leaf Trading-0000011326

## 25. Introduce Time Means Money™ Execution

A. Now, the education aspect of Time Means Money is very valuable for all the reasons we covered, but at the end of the day the thing that most people care about more than anything else is making money. The execution component is how we do can potentially do that for you. 🌱

## 26. Introduce Custom Trade Design

A. The execution component first starts with the Time Means Money™ custom design process. There are three parts to the custom design process. The first is custom trade design.

B. In order for an investment to makes sense for you, it needs to be tailored to your unique needs. Some investors are looking for high returns, and some for modest returns. Some investors are extremely conservative and some are very aggressive. There isn't necessarily a wrong way, but the right way is the way that takes your preferences and builds that in the investment method.

C. By understanding what return will make you happy, we will structure our process to target that return specifically. Also, by knowing what you are comfortable with, with respect to risk, we will build a portfolio that has the proper risk controls to accommodate your preferences.

D. Each of these variables are integrated into every custom portfolio we build. This allows us to customize the investing process to make sure your portfolio is tailored with your preferences.

Time Means Money™ Demo Script – Revised July 13, 2016

Long Leaf Trading-0000011326

## 27. Introduce Custom Education

A. The next part of the custom design process is to design the educational component of the program to make sense for you.

B. I mentioned before, that the great thing about this approach is you can have no futures or options experience, or you can have previous futures and option experience. You can have a "go-it-alone" mindset and be really hands on, or you can have a "help me!" approach and be very hands off. Or maybe even a combination of any of these.

C. Now, we will custom design the educational component of the program, if you so choose to participate, to make sense for you. This way, regardless of where you are currently in your understanding of futures and options on futures, you will find value in the educational component of the program.

D. Again, this is not mandatory as part of the program, but if you want to learn, the resources are there for you to gain an expert level of knowledge with respect to options.

## 28. Introduce Custom Communication

A. Now this brings me to the final part of the custom design process. Your custom communication plan. We understand that options are only one piece of your overall investment portfolio. We also understand that your investment portfolio is only one part of your life and it's not at the center of it.

B. With that in mind, we will custom design the frequency in with we communicate with you...and the medium we use to communicate with you whether it be by phone, email, or text messages.

19

Long Leaf Trading-0000011326

C. For example, **[First Name]**, I have clients that I work with that only exchange a few emails a month and other clients that I talk to daily. We designed this service to require as little or as much time as you like.

D. Delivering our program this way we can ensure that your participation in this program will fit your lifestyle. We have worked with hundreds of clients and regardless of their unique situation, we have been able to custom design this program to make sense for their financial situation and lifestyle.

## 29. Risk Management

A. Now, the custom design process will give us all of the information necessary to develop and carry out a risk management strategy based on your preferences which is the next part of the program's execution component.

B. Understand that every single trade strategy that we utilize, has two parts to it. The first part of the strategy focuses on making money. This part of the strategy is designed based on your potential profit target.

C. The second part of the strategy focuses on buying insurance. This part of the strategy is designed based on the amount of risk you are comfortable with. Buying insurance gives the strategy clearly defined risk.

D. We firmly believe that you can't have an execution strategy without predefined risk and predefined profit potential. If you have uncontrollable variables in investing, you don't have an execution strategy...you have a recipe for disaster.

E. So, we will take the information we learn from you during the custom design process and use it to develop your risk management plan. Understand that during the program will stick to the plan that was

20

Long Leaf Trading-0000011326

developed based on your preferences at all times, no exceptions.

## 30. Portfolio Diversification

A. The final part of the execution component is portfolio diversification. Many people think that diversification refers to the number of assets you hold in your portfolio...and that can't be any further from the truth.

B. True diversification is actually based on how the assets in your portfolio behave when an unforeseen event occurs. The key to a diversified portfolio is to have assets with offsetting behaviors. This minimizes the potential impact of a negative event with the portfolio.

C. With all that in mind we go through three levels of diversification when determining appropriate assets for your portfolio here at Long Leaf.

D. First we take a look at your overall portfolio, we want to make sure that anything we do within your portfolio here, does not add any concentrated risk, but does the exact opposite by reducing risk concentration levels. A properly designed portfolio is one where the total value of the portfolio is greater than the value of each individual position added together. This is only accomplished using proper diversification techniques.

E. Second, within your portfolio here, we utilize all eight sectors of the futures markets and focus on assets with low levels of price correlation. Let's say, if a bomb goes off in the Middle East...or a hurricane comes through the Gulf... or there is a geopolitical or financial disaster that may occur...the assets we hold in your portfolio won't all behave in the same fashion based on correlative studies; thereby reducing the overall impact of any negative event.

F. Finally, the third level of diversification focuses on strategy diversification. Everybody has a strategy, and I don't care what that strategy is.... Every strategy has strengths and every strategy has weaknesses.

21

Long Leaf Trading-0000011326

G. We use a variety of option selling strategies that allow us to build portfolios
that do not reflect the inherent weaknesses of a strategy, which would
occur if that same strategy was used over and over again. That way, the
strengths of one make up for the weaknesses of the other....Does that make
sense? 🌴

## Account Features



## 31. Introduce Account Features

A. There are three features I like to point out that come along with having an
account with long leaf. These features go along with our principles of being

22

Long Leaf Trading-0000011326

100% transparent and making futures easy to understand. 🌱

## 32. Long Leaf Express

A. The first feature is our proprietary platform...Long Leaf Xpress. Long Leaf Xpress is available on desktop, laptop, smart phone, and tablet...So any piece of technology you can use to access the internet 🌱 🌱 ...You will be able to log into your account, twenty-four hours a day 🌱 🌱 ...Three hundred sixty-five days a year. 🌱 And that way, you will be able to see what is going on with your account at any given time, at any given moment. 🌱 🌱

## 33. 100% Account Transparency

A. Once you are logged into your account, you will be able to see how much money you have. Of that money, what is tied up in positons, and the performance of those positions...so any piece of information you need to know in regards to the performance of your account, you will have access to it right here. 🌱 🌱

B. For those that want to be hands on, we offer order execution as well. 🌱 🌱

C. We also offer live quotes and data so you can follow along. 🌱 🌱

D. And the full suite of charting capabilites. We have noticed that most of our clients are visual learners, so this fucntionality really helps in the educational compontent of the program. 🌱

## 34. Daily Market Research

A. Now, part of our value proposition, is to provide you fundamental & technical analysis on every single futures markets. Whether you are hands or hand off you will find this analysis valuable.

23

Long Leaf Trading-0000011326

B. However, we also want you to get that information from another source as well. So we give you access to independent analysis from a third party firm. We do this for two reasons. One, getting that analysis from multiple sources will develop your knowledge in a well-rounded manner. And two, we want you to have the ability to hold us accountable to the things we say.

C. We also give you access to live streaming news from multiple sources on both ends of the political spectrum and an economic calendar with report alerts. This way you will have all the tools you need to follow along if you so choose. 🌿

## 35. Weekly Webinar

A. Our most popular account feature is our weekly webinar for two reasons. One, markets move on a nanosecond-by-nanosecond basis, and if we were to adjust our material every time the market moves, we would be a publishing company and not a brokerage firm. So through the technology of the weekly webinar we bring in live examples and current market conditions to continue education throughout the program.

B. But second, the webinars are run by myself, and also by Tim Evans our Chief Market Strategist and his trade team. So, you will have the ability to continuous speak with me, but also the people behind the ideas...And have the ability to hold them accountable throughout the life value of your account here at Long Leaf on a weekly basis. 🌿

Long Leaf Trading-0000011326

## Closing



### 36. No Buying Decision Today

A. So what I have shared with you today is who Long Leaf is and how we conduct business...How the Time Means Money program came to be and the value of it...and the features that come along with being a client here at Long Leaf

B. Obviously it's in no way enough information for you to make a decision if this program is a good fit for you. So I want to be very clear here that we are not asking you to open an account here today.

C. We need to get you more information so you can make an educated decision if this program is a good fit for you and your goals. So we do that by going through what we call a Custom Consolation. 🌵

25

Long Leaf Trading-0000011326

### 37. Timeline - Custom Consultation

A. During this process I will go over everything you need to know and show you based on your unique set of facts and financial goals how the Time Means Money program can fit into your overall portfolio and lifestyle. This way you can make an educated decision if this program is for you.

B. So the next time we speak, what I will do with you is walk you through the actual structure of trades that we use. You will be able to see both the risk/reward parameters for the positions we use and also see how probability and diversification work as an integral part of each custom portfolio.

C. What my clients like most about this process is we will be able to walk you through the development of an execution plan from the ground up. You'll be able to see how we target a SPECIFIC return within your risk preferences. This way you will have the performance information of the program and be able to make a decision on what really counts.

D. Once you have gone through the consultation and you have had the ability to digest the information and you have come to the decision yourself that you would like to open an account here at Long Leaf...the process from there on out is pretty streamlined. 🌱

### 38. Timeline – Account Application

A. First, we take an account application. 🌱

### 39.Timeline – Account Approval

A. It takes us twenty-four to forty-eight hours to get that application approved

Time Means Money™ Demo Script – Revised July 13, 2016

Long Leaf Trading-0000011326

and the account open, pending funding. 🌱

### 40. Timeline – Set-up Appointment

A. We then set up an appointment with our funding team. They will go over the ways to fund your account. 🌱

### 41. Timeline – Funding Options

A. There are three ways to fund an account here at Long Leaf.

   1. You can transfer funds from another broker.
   2. You can use non-taxable funds from an IRA
   3. You can use taxable funds from a checking, savings, or money market account.

B. Our funding team will work with you to come up with the best funding option for you, as well as point out any potential tax savings based on your funding source. In addition, they will come up with a plan to make sure that this process happens in a smooth and seamless fashion. 🌱

### 42. Timeline - Account Orientation

A. Now that the account has been funded, you are now in position to begin the program. We first start off with an Account Orientation where we will go over your Custom Execution Plan...Your Custom Education Plan...and Your Custom Communication plan to make sure we are all on the same page and you know what to expect from us and we know what to expect from you.

B. We will also give you access to all of the tools & resources of the program so we can make things easy to understand and 100% transparent from day one. This way we will all be on the same page and you are set-up for

Long Leaf Trading-0000011326

success.

### 43. Check for Understanding

A. Now, I'm going to get into account opening balances in just a minute. But before I do that, I just want to make sure you are with me so far...Does everything that I have covered here so far make sense?

### 44. Program Packages Statement

A. Now, I going to show you the packages for the purpose of showing you the level of service you get based upon the amount of money that you initially fund your account with. Understand that we can scale these this packages up or scale these packages down. At the end of the day, it's going to come down to your unique financial situation...and we will go over that during the custom consultation. ⚜

### 45. Plus Package

A. So all the packages come with the three account features we just went over. In addition to that we do a quarterly account analysis. The purpose of this is twofold.

B. One, on a quarterly basis we will break down the performance of the account. And two, based on the performance, we will make any adjustments necessary to your custom execution plan.

### 46. Premium Package

A. With the Premium package and the Platinum package you will get a rate reduction of 10% and 25% respectively.

B. As well as no wire fees out of the account, if you choose to allocate funds

28

Long Leaf Trading-0000011326

elsewhere.

## 47. Platinum Package

A. With the platinum package we offer a feature called the Floor Squawk Box. This will essentially give you a 360-degree view of the futures industry here in Chicago.

B. So, since we execute all of our options positions through floor brokers in the pits of exchanges here in Chicago…We take you on the phone with us while we do this, so you can see this interaction and get a feel for what it's like to be a broker.

C. Also, if you come to Chicago, we will take you to the Chicago Board of Trade and give you a behind the scenes tour as well.

D. Now, again, you don't have to make a decision on these packages today. We first need to go through the custom consultation so that you have all of the information necessary to make an educated decision if the Time Means Money™ program is a good fit for you. 🌱

## 48. Custom Consultation Set-up

A. Now, with that being said, I'd like to get that time set up with you to walk through the customization of the program. Again, we'll overview performance as well as showing you examples of a live portfolio. The only thing I would ask for you to do in the meantime is give it some thought as to what return you are looking for…is that 10%, 20%, 30%, etc…that way I can show you how we target that return specifically.

B. Is there a time that works for you either **[Next Business Day] or [2ⁿᵈ Business Day]**?

29

Long Leaf Trading-0000011326

# Pause Join.me

**Click this Button to Pause**



# Open Your Outlook Calendar

### 49. Set the Consultation Time and Date

A. And I will send an email in order to confirm the appointment time and that way our team can get everything together for you specifically, since you agreed to the custom consultation at **[Appointment Date and Time]**.

B. So, on **[Appointment Day]**, I will be calling your directly. It takes about 30 minutes to go through everything, more if you have questions.

C. The only thing I ask, since I run on a strict schedule, if you for some reason can't make that appointment on **[Appointment Day]**, Please shoot me an email or give me a call and let me know to reschedule, because I'm going to block out that time for you on my schedule...Does that sound fair?

D. Alright, well thanks for taking the time to hear me out today. We will pick this up again when I call you on **[Appointment Date and Time]**...Have a great day!

Time Means Money™ Demo Script – Revised July 13, 2016

Long Leaf Trading-0000011326