CFTC Ex. 185

Message

| | |
|---|---|
| **From**: | Brian Adams [badams@longleaftrading.com] |
| **Sent**: | 3/15/2018 11:31:49 AM |
| **To**: | James Hatzigiannis [jhatzigiannis@longleaftrading.com] |
| **Subject**: | FW: custom |
| **Attachments**: | Custom - Custom Script.docx |

CFTC EXHIBIT

185

Long Leaf Trading-0000159944

## Introduction & Getting Them into the Presentation

**1. Tell Customer to go into their email**

A. Yes, this is **[Your Name]** with Long Leaf calling in for our phone conference. Are you in front of your computer?

B. So first thing I am going to do here is shoot you over an email so I can get you into my presentation. Please let me know when you receive that email.

**2. Have Customer click the join.me link in the body of the email**

A. If you could just click on the link there in the body of the email.

## Title & Risk Disclosure



**3. Title Slide**

A. Do you see on your screen where it says Time Means Money™, Take Control of your Options?

B. Okay, great! So the objective today is to build upon the key points discussed in the original presentation of Time Means Money and go into the specifics behind what we do. 🌱

Long Leaf Trading-0000159945

**4. Risk Disclosure**

A. But first I want to again disclose that this is a solicitation to enter into investment opportunity and there are risks associated with this and all investment opportunities for that matter. Understand that past performance is not necessarily indicative of future performance.

### Establishing Short Options as the Superior Approach



Time Means Money™ Custom Script – Revised April 10, 2016

Long Leaf Trading-0000159945

**5. Establish the Meaning Behind Time Means Money™**

A. Time Means Money is not a random name; Time Means Money is named what it is because time is ultimately what generates the returns to the portfolios that we build out.

**6. Short Options Is An Investment Vehicle That Gives You Control**

A. Time decay is the principle that makes that happen. We utilize short options as the main investment vehicle for what we do here. Short options, in our view, give you a unique level of control over a portfolio that you typically don't get if you are examining it from a more traditional stand point.

**7. In The Past Fixed Income Gave You Income Generation**

A. We view this as very unique and needed given market conditions we currently have. Those, in the past, have primarily utilized some mix of equities and bonds, or some fixed income portfolio, to derive an income generating component to their portfolio and then a growth component to their portfolio.

**8. Current Market Conditions Make Fixed Income Less Attractive**

A. But, given where we are with the Fed and potentially entering a normalizing interest rate environment the returns on the income generating side obviously aren't what they used to be.

3

Long Leaf Trading-0000159945

### 9. Short Options Gives You The Ability To Continue Income Generation

A.  If investors are looking for a portfolio that can continue to generate that income for them; this is a very good way of continuing to have that component within the portfolio. Short options give you the ability to do that, and they give that based on the fact that you have the ability to sell an option; which brings cash into the portfolio upon that option sale.

### 10. Short Options Gives You Control To Generate A Specific Return

A.  Obviously, if you're looking to generate a very high return or a more modest return, then the income collection process that you're going to take on is going to be more aggressive for the first situation relative to the second, and that's something that you as an investor has complete control over.

B.  So, from a portfolio standpoint that gives us a specific target. If you are looking to generate a 10, 12, or 15 % return, or a number that is ultimately going to satisfy you, compared to the investment opportunities that are already available to you, then the portfolio needs to be built that way specifically to accomplish that specific number.

C.  So again, it's unique in that respect, and that can really only be done if there is an income generating component. 🌱

4

Long Leaf Trading-0000159945

## Traditional Investing Approach



Time Means Money™ Custom Script – Revised April 10, 2016

Long Leaf Trading-0000159945

**11. Introduce the Traditional Investing Approach**

A. I'd ask you to consider alternatively what you would normally see, kind of the more traditional approach for building an equity portfolio...

B. Let's say, some variation of identifying a sector that looks promising based on whatever analytical process you went through...

C. And from there, identifying all the individual companies within that sector and then, based on your analysis, finding the individual company that is going to perform the best...

D. And that typically would be the company that you would bring into your portfolio.

**12. Establish That The Traditional Investing Approach Lacks Control**

A. So, for example, **[First Name],** let's say you're looking at tech stocks, and you think that sector is going to do well.

B. After breaking down that sector, let's say you've chosen Google as a market that you think will do well. We're at a technical price level that you think is favorable, therefore you buy Google.

C. Now, the issue with that is from there you really have no control over your portfolio after you purchase the stock. If someone was to ask you at that moment in time, "what are you looking to do this year in your portfolio?"... You can say what you hope happens or what you would like to see.

D. But, in reality, you have no way of knowing. You're at the mercy of Google at that point. If Google does well, you're going to do well...

6

Long Leaf Trading-0000159945

E. Conversely if they do poorly, you'll do poorly.

## 13. Establish That Control Means Fixed Risk & Fixed Reward

A. With an income generating component, it's very different because you have control over the amount of money that flows to the portfolio. Again, this allows you to dictate something specific that you're looking to accomplish.

B. Now, moreover with short options, it needs to be noted that we only utilize spreads, which means every option position that we take on has a fixed amount of associated risk with it.

C. In finance, just like with anything else in life, there is a tradeoff between risk and reward. If you're taking on a position that you're hedging aggressively the underlying risk for that position will be less, but also the amount of money that you collect will be less.

D. Are you familiar with short option strategies and the like?

**(REGARDLESS OF WHAT THEY SAY MOVE TO NEXT SECTION)**

## <u>Approaching Investing With Business Savvy</u>




7

Long Leaf Trading-0000159945

### 14. Introduce That Businesses Fail

A. I'll explain it in a more general sense, so it'll be easier to wrap your mind around. Just strip away all the fancy terminology that comes along with finance, and think about it more generally. 

B. Think about a basic small business. Number one, I may have the numbers slightly off, but I've seen the references from time to time. Roughly about 70 % of new small businesses that open their doors in America fail within the first 24 months. They don't make it to the two-year mark.

### 15. Establish Why Business Fail

A. Its arguable why that is, I don't think it always reflects, I'm sure it does sometimes, but it doesn't always reflect that those companies are selling poor products or offering weak services that there is no market for.

B. It typically is a reflection that there is poor business management, where the management of that particular business doesn't have a good handle on what their overhead cost structure looks like.

C. They don't have a handle on what their revenue flow looks like and those two converge unfavorably at a certain point and you end up in a serious cash crunch…

D. And a small business typically doesn't have access to lines of credit, so when you enter that cash crunch it is pretty much game over from there.


8

Long Leaf Trading-0000159945

**16. Establish Building Portfolios Using a Business Savvy Approach**

A. My view of this is that running a portfolio is exactly like running a business. You don't hear that language being used a lot. You always hear special language being utilized for portfolio management, but the same concepts that drive a successful business are the exact same concepts that drive a successful portfolio.

**17. Establish a Business Savvy Approach Creates a More Predicable Path**

A. They are no different. They require strict cash management or conservative cash management. It requires that you have an understanding of what your cost structure looks like in a very predictable way, and it requires that you understand what your revenue structure looks like in a very predictable way.

B. Then, executing a fully comprehensive business that allows you to move forward plugging in those variables along the way to have a tight projection of where you'll be at any given point in the future.

C. Running a business needs to be done that way and in my view, a portfolio has to be done exactly the same way, as well. Short options give you a very unique ability to do that, because it allows you to have an understanding of certain variables that you typically don't.

Long Leaf Trading-0000159945

## **Customized Variables #1 - #3 – Risk Capital, Annual Return, & Income Generation**



**18. Establish Customized Variables #1 - #3**

A.  So, let's get to the specifics of our process. 🌱 Let's draw out an example. Let's say you have a $100,000 portfolio, 🌱 and let's say that you want to design your portfolio to deliver a 12% annual return.

B.  Based on that there are some things you know, and some things you need to figure out. We have covered what we know so far and that is Number one, you know how much capital you have. Number two, you know what your objective is, Number three, you know the vehicle to use to reach your objective.

C.  But, you don't know anything else based on what we have covered so far. But, those pieces of information are important to figure the rest out. 🌱

D.  So, we know we have a hundred grand, and we know we want to do 12%, then it's very easy to figure out the next part, we need to make $12,000 of net profit over the course of the next twelve months to achieve our goal.

Long Leaf Trading-0000159945

## Execution Component Principle #1 – Timing



### 19. Establish Time Frame of Selling Options Needs to be Defined

A. That begs the question, "how are we going to get there?" So, when we are looking at how are we're going to make the twelve thousand bucks, we know we have the ability to bring in money on an option, but that is obviously limited. That's only telling a very small part of the story. 🌱

B. You can sell an option in any time frame. You can sell it in two days, two weeks, three months, six days, four hours. It is random based on the option expiration calendar.

C. That presents a major issue from a portfolio management perspective. The issue is, if you don't know the time frame you are focusing on, then for every option you sell you don't know how many opportunities you're going to have over a given period of time.

D. If you don't know how many opportunities you will have over a given period of time, then you surely won't know how much money each position needs to bring in, with respect to revenue.

E. So, consistency is needed to have a better understanding of what you need to be doing each and every time. Now, you can just choose some arbitrary

Long Leaf Trading-0000159945

time frame just for the sake of consistency. It would help, but obviously, it's not an optimal way of doing that.

## 20. Establish 30 Days is the Optimal Time Frame

A. Simply put, if you look at an option and the way an option is priced, you will see that certain variables make up the value of an option, and time is one of the most critical component of an options value, in our view.

B. If you get a piece of software and chart simply the value of an option in terms of time, what you'll find is with about thirty calendar days, is that the slope of that curve, which represents time decay, begins to move exponentially steeper as you move toward expiration.

C. So, if you're examining it from an optimal standpoint, as a seller, you want to be positioned in a time frame that allows time decay to move at a more rapid pace. Because, that is ultimately what is driving the returns over time.

D. What you'll find is the risk to reward parameters are much less favorable with two weeks to go, meaning the money you collect versus the overall risk exposure is at an unacceptable level.

E. You could look at it the other way and say "I want more money" and all I have to do is add a little bit more time.  So, let's say you go out to 7 weeks, I can collect more money with more time. That'll bring in more money which will improve your risk/reward parameters, however, if time is what is making your money, you're not going to see much benefit for the next 3 weeks.

Long Leaf Trading-0000159945

F.  So, you're going to be carrying a position that is not giving you the benefit
    that is ultimately driving what it is that you are trying to accomplish. That is
    what allows that 30-day window to serve as that optimal point. 

**Review Customized Variables #1 - #3 With Timing**



## 21. Review The First Four Defined Variables

A.  So, that allows us to move down the chain.  We understand what we
    have in terms of capital.  We know what our goal is…  And how much
    money that requires us to generate.  Now we understand a time frame,
    given the fact there are 12 months in a year and per this example you need
    to generate twelve thousand dollars of net profit to meet your investment
    objectives. That means on average you need to generate a thousand
    dollars of net expected return each and every month.

## 22. Establish The Need to Define Number of Positions

A.  But, now we have to face the same set of questions we faced on an annual
    basis, but now I'm focused on a smaller time frame which is helpful. But
    what am I going to do within this month and each and every month that
    follows? What process am I going to utilize to make that thousand dollars a
    reality?

B.  What this points to is the consistency issue again. All right, well I know
    every month I can utilize as many positions as possible to make that a

13

Long Leaf Trading-0000159945

reality.  But if I don't know specifically how many I am going to be using on a monthly basis, I'm not going to know on each individual trade how much I need to bring in to meet that goal.

C.  We need to understand specifically every time we take on a position how much revenue we need to bring in.  If we do not know that basic information, then we have no path forward.  There would be no way to know how much revenue would need to be collected if that wasn't established.  We effectively would be walking with a blindfold on. 🌱

### Execution Component Principle #2 – Risk Reduction



### 23. Introduce Risk Reduction

A.  Number one, the goal of any portfolio is risk reduction, you want to drive the biggest return possible with the smallest amount of risk. There is also a cash management component, a concept that portfolio managers don't talk about a lot. It's just not a topic that people tend to focus a lot of energy on, but I think it's the most important topic, going back to the small business example I brought up earlier. 🌱

B.  If you're splitting your money amongst a variety of different assets, if you lay all your eggs in one basket, and you're wrong your portfolio is going to suffer big. 🌱

Long Leaf Trading-0000159945

C. If you split your money over two markets and you're still wrong in the first one, yeah it's going to be painful, but the performance of the overall portfolio is going to be stronger relative to the first one.

D. If you follow that logic, then you will see that can be continued to infinity. That would imply that having one hundred markets in the portfolio is better than ninety-nine, which we of course from a practical standpoint know that is not true in reality.

### Execution Component Principle #3 – Cash Management



## 24. Introduce Cash Management

A. So what that forces you to address is if I'm bringing in a hundred assets, how much does it cost to finance each of those positions? You're going to find that if all your capital is being used for the purpose of risk reduction, then there is no capital being used for growth.

B.  The whole objective of investing to begin with is achieving some return that is going to satisfy you, as an investor. So, you have to look at how many assets do I need to bring in to accomplish a satisfactory level of risk reduction, while maintaining a cash position that allows me to move forward with what I'm doing in a way that a series of improbable events will not impact.

## 25. Establish Statistics Require Large Data Sample

A.  From a cash management standpoint, the coin flip analogy is the best way of looking at it. If you have a coin in your hand, heads on one side tails on the bottom and you flip that coin ten thousand times you're almost spot on going to see five thousand of each. The sample size is very large. Statistics play out well with a large data sample.

B.  But, if you start over you can flip four heads in a row, you can flip four tails in a row. It doesn't mean the coin is broken or that the laws of the universe have changed. It means that the sample size is small and we are experiencing a short run distortion in the long run statistic.

## 26. Poor Cash Management Leads To Poor Execution

A.  I think the weakness in most people, that not only includes novice, and intermediate investors, but, that also includes professionals; those that I have been working in this industry for years is that people utilize so much leverage that when you get those improbable events that occur from time to time, they will derail your entire execution strategy.

B.  People are so enticed by the big returns that they don't put enough consideration into the fact that when things aren't going great, what does my situation look like? How bad will things have to get in order for what I am doing to be effective?

16

Long Leaf Trading-0000159945

### 27. Establish Conservative Cash Management is Ideal

A. So, that helps us to begin to answer that question in terms of the number of positions that we need to use. Number one, it would almost have to be a mathematical improbability that you're going to encounter that kind of turbulence in your portfolio, if not, I wouldn't even call it a portfolio. It's more of a speculative account.

B. That would be a more accurate term for an account structured in that way, but that's not the objective of what we do. Our objective is to generate income over time, in a slow manner, and the returns being more linear in nature; in lieu of a rollercoaster ride. 🌱

### 28. Utilization of 14% to 18% of Risk Capital

A. So, looking at the cash management component of what we do, we only utilize between fourteen and eighteen percent of the available capital in the account at any given point in time to finance what we are doing.

B. Some people would hear that number on the face and say that's a little too conservative, that I'm not getting good use of my cash. But, that couldn't be further from the truth.

### 29. Establish Why We Use 14% to 18% Of Risk Capital

A. It requires that conservative cash management approach because if you take the long run statistic of options and the fact that 76.5% of them expire worthless and you run that data set over a normally distributed curve, it would require basically a 98.5% confidence interval that we would never encounter that kind of turbulence given drawdowns or losses that would impact what we are doing overall and that's about as good as you can get.

Long Leaf Trading-0000159945

B.  Going beyond that, trying to accomplish a greater statistic than that, would really require that you utilize more cash than necessary from a diversification standpoint, which in our view, is the least optimal way to run a portfolio.

C.  So we feel the balance is really there, utilizing the cash management approach that we do, to still allow you to generate a good return, but not put you in a precarious position if things don't go perfectly for you each and every day month over month. 🌱

**Execution Component Principle #4 – Portfolio Diversification**



### 30. Introduce The Concept of Diminishing Returns

A.  From a position standpoint, for each and every position established as part of the portfolio, the total level of risk concentration in your portfolio declines.  And that is the case to infinity, meaning that applies to each and every asset that you add from the first to an infinite number of assets.

B.  But, it's a better approach to look at the marginal benefit, the additional unit, what benefit are you gaining from that?  What you can see from an analysis standpoint, when you add that 1st, 2nd, 3rd, and 4th, you're gaining on the margin and overall and when you're bringing in that 5th

Time Means Money™ Custom Script – Revised April 10, 2016

Long Leaf Trading-0000159945

asset, that's the first asset you're getting less benefit than you are from the unit before it.

## 31. Establish Number of Assets

A. From an economics standpoint, you would call that the diminishing point of returns. From mathematics standpoint that is the second derivative. We simply call it the point of optimization. That allows us to understand, from a cash management standpoint and from a diversification standpoint, what the optimal number of assets are to use at any given point in time.

B. For that reason, we use 4 simultaneously. Now, we have that established, we can begin to understand what we need to be doing with those four positions to drive that thousand-dollar return that's needed to accomplish your longer term objective.

C. Now, that you understand that there is an established amount of risk, coupled with an associated amount of capital, and we understand what the long run statistics look like, then it's a matter of simply plugging that in over those four assets where the outcome would be a projection of the thousand dollars each and every month.

## 32. Factoring in Losing Positions

A. If you understand what your long run statistics look like, the one thing that needs to be covered, is that nobody knows when they are going to be wrong! If anyone knew that they would never have a losing position, because no rational person would their money into something that they are going to lose in.

Long Leaf Trading-0000159945

B. So, you move forward with things that are going to meet very strict criteria that you have for an investment, and you're moving forward with the expectation that each and every position is going to be successful.

C. A variety of things happen that make losses what they are from time to time, and our approach is not to find the holy grail, or some approach where we are never going to lose because that is a journey that never ends and you'll never be successful because it doesn't exist.

D. The better approach is understanding that you will be wrong from time to time and we're building a process that allows you to absorb that in a way that it still allows your portfolio to perform well and very predictable over a period of time.

E. So, based on that if you know what your long run statistics look like and you are moving forward with your portfolio in a way that you're weighting the assets per your confidence level.

### Execution Component Principle #5 – Asset Weight



### 33. Introduce Asset Weight Based on Confidence

A. So, based on that if you know what your long run statistics look like and you are moving forward with your portfolio in a way that you're weighting the assets per your confidence level. 🌱

Time Means Money™ Custom Script – Revised April 10, 2016

Long Leaf Trading-0000159945

B. Let's say you take those four assets, and the first asset let's say Gold, you put ten thousand in it because you have never seen an investment that looked more promising. And the three other investments behind it, you're kind of lukewarm on. They meet your basic criteria, but you're just not at that same level of confidence that you have with the gold market.

## 34. Example of Asset Weight Based on Confidence

A. So, you put $2,000 in each of those, and at expiration time you see the statistical advantage, that three quarters of options that are purchased and held to expiration play out favorably for us sellers, but there a problem. The three positions that you won were the ones you were lukewarm on, the one you lost was the gold.

B. So, what that means is that the statistics played out as they should, but you designed it in a way that you encountered relatively substantial losses. The whole objective was understanding that when you are moving forward with something, what is your advantage, and as an option seller the probability of being successful is the only advantage you have.

C. So giving that away unnecessarily through poor execution is obviously not a good thing. You have to build your model around the advantage itself, and one that allows that advantage to play out favorably for you and not one that you're just throwing out the window through poor execution.

## 35. Introduce Equal Asset Weight

A. All that being said, it requires that each asset be weighted exactly the same way and that includes the amount of premium that you bring in on it, and that also includes the amount of underlying risk that you're accepting on that position.

21

Long Leaf Trading-0000159945

### 36. Introduce Volatility and Option Pricing

A. The thing about options, is that option prices are reflected by the market's level of confidence already and that's reflected in volatility. So, when the market as a whole is uncertain option volatility is higher, which means the amount of money you're collecting on each position is higher.

B. So, where the value is, and where the opportunity lies is understanding when the market, as whole, is certain or uncertain. As a seller, it's much more beneficial when the market is uncertain and you bring your certainty to your portfolio when everyone else is uncertain.

### 37. Establish Equal Asset Weight Regardless of Market Sentiment

A. The whole thing about that is, that's what's allowing you to bring in the additional money, it doesn't require that you find different weights or different distributions for your assets, because that distribution will be different based on how the market is already pricing.

B. So leave it to the market, let them figure out their level of certainty, you can stay consistent with what you're doing because it's going to be impacted by their level of uncertainty.

### Customized Variable #4 – Risk Tolerance



Time Means Money™ Custom Script – Revised April 10, 2016

Long Leaf Trading-0000159945

### 38. Introduce Simplification

A. Any good business plan is one that you can simplify as many things as possible, because it sounds advanced when it's complicated, but the problem is the more complicated it is, the more difficult it is to execute during those extreme periods.

B. Like anything else in business, the extreme periods are where the opportunity is. So, you want to minimize the level of complexity. It makes it much easier to execute in real time, and good execution is what brings results.

### 39. Introduce The Insurance Component of the Position

A. What we understand now, is those 4 assets have to be equally weighted. As it relates to options, if you don't use option vernacular and you just think in general business terms, I think the insurance industry is the best way of looking at it. 🌱🌱

B. The outside option, like when I drew out the crude oil example, you sell the $40 Put, 🌱you buy the $38 Put. That $38 Put you're buying you can choose whatever put you want, you can buy the 36🌱, 37🌱, 38🌱whatever you want. Whatever you're buying simply serves as insurance. 🌱

### 40. Establish Insurance Component is Customizable

A. So, the more expensive your insurance, the less amount of money you're going to bring in overall. But, that means your underlying risk is less as well. What that allows you to do, is that you can choose the appropriate risk parameter for your portfolio.

Long Leaf Trading-0000159945

B. So, it's very custom in that nature, which is great for you as an investor. Because it allows you to understand what your maximum risk exposure looks like at any given point in time. It's not an estimate, it's not a guess, it's not some complicated formula, it's very black and white and that's built into each and every position.

C. If you take two extreme people a 30-year-old man who is doing very well and a 70-year-old man who is in retirement, their views of a good investment are very different.

D. A good investment is still a good investment, however, the amount of risk that those two individuals would want to take on, I'm sure, would be very different, given their different perspectives and needs and urgency.

E. The core position of what both of those two individuals would be the same. You would still be selling that 40 Put, but on the insurance side, that would be custom tailored for each of those two people.

F. That allows you to choose specifically, what level of risk am I comfortable taking on, because that parameter has to be specifically built into each and every position. 🌲

### Execution Component Principle #6 – Risk to Reward



## 41. Introduce 1:2 Risk to Reward

24

Long Leaf Trading-0000159945

A. Now, as it relates to the relationship between risk and reward, the firewall, if you will, is that if we cannot accomplish 1:2 in terms of risk to reward, it is not worthy of being a part of the portfolio, 🌳 meaning for every one dollar we bring in the maximum amount of risk exposure would be two dollars, it has to be at least that or better.

## 42. Contrast Risk to Reward Beyond 1:2

B. If you're looking at a position and you're pricing it up in the market and you're focusing on that monthly time frame, and you're looking at the core position that you're going to use that drives the premium to the portfolio, and then you're picking the corresponding risk component or insurance component, which would define the overall risk and you're finding that, "I'm able to bring in $1, but for every dollar I'm bring in I'm having to risk 3. But, this position looks fantastic, I want to take it on anyway." All that's going on, is that the market is telling you that you're late to the party.

C. That opportunity that existed has already been exploited to the point that you are now having to take on a lot of risk to take on that same opportunity.

D. So, that would be a time that you have to recognize that while I do like this position a lot I understand what's going on, I have a very strong belief of what's going to occur, but the market is discounting that, because its already been picked up.

E. That would be a position that you would have to walk away from even though you are certain of the outcome. So, what that requires is that the identification of positions in a timely manner, where it hasn't been overly exploited, driving that risk /reward parameter away from you.

Time Means Money™ Custom Script – Revised April 10, 2016

Long Leaf Trading-0000159945

F.  From that perspective we draw that firewall at 1:2, because that in our mind is really allows us to understand how early or late we are. From a financial standpoint, it's also critical in terms of the projections made on the portfolio itself. 🌱

**Review Customized Variables #1 - #4 With Asset Weight & Risk to Reward**



G.  So, let's say based on the risk preferences of the person who owns this theoretical portfolio we are talking about would have us bring in five hundred dollars per positon. 🌱

H.  That would mean that each position had a maximum outlay of a thousand dollars; worst case scenario. 🌱 If we design our positions to bring in five hundred dollars, then we've determined the maximum amount of risk exposure that we are ultimately going to take on is a thousand dollars per position, because 1:2 is the worst risk parameter we can accept.

I.  That is going to be the same structure of every position that you bring on as part of the portfolio. 🌱

### 43. Creating Image of Portfolio

A.  So, flowing that math over those four assets, on the three you can expect to be right, in the long run, 🌱 would generate $1,500 and the one you're wrong losing the $1000, 🌱 and that would leave you with a net $500.

Time Means Money™ Custom Script – Revised April 10, 2016

Long Leaf Trading-0000159945

B. Continue the income generating process. 🌱 You carry that on for a year, you're looking at $6,000, which is a 6% return, obviously these positions are scalable, so it's very easy to duplicate that to accomplish the 12% on an annual basis.

C. You would never change the risk parameter of what you are doing because that means statistically you're going to warp the outcome. So you move forward as is, and on the flip side, if during the first two months, all of those positions have expired favorably for you, you don't want to make the projections the other way either.

D. That's just a favorable data set within a larger data set that looks great, but in terms of your longer run projections it doesn't change anything. So, it does work both ways.

### Conclusion

E. So, in a nut shell that is the process that we go about to give you the ability to give you the specific parameter of risk and to develop your overall strategy, your execution plan, to accomplish specifically whatever it is that is ultimately going to satisfy you.

F. So, those levers you have complete control over, which is unique because the majority of the time you're looking for some type of managed investment, whose historical returns look consistent with what you'd like to see, you're getting a sense of what drawdowns look like and whether you have the stomach for what you've seen in the past.

G. But, markets are very dynamic, it's very difficult to replicate one year, what you did the year prior, with respect to return and drawdown. So, there has to be a structure that you understand and that you're moving forward with,

Long Leaf Trading-0000159945

to have a much better handle on what you expect to happen in the future rather than just what has happened in the past.

H.  But, when you are looking for those managers you're just hoping that the methodology that is being utilized is consistent with what you prefer to see in your own portfolio. But, there really is no way of knowing because most firms don't open up the playbook and really show you the process that they go about.

I.  I don't think there is any value in not being transparent in that way. But, the key difference, is that instead of hoping that its built a certain way, you get actually get to choose the specific parameters that make it built the way it is. It truly is custom, in how it's designed on your behalf.

## **Trial Close**

### **44. Conclusion and Transition to Next Appointment**

A.  So, in a nutshell, that is the process we utilize with the Time Means Money™ program…So, **[First Name]** my question to you is…

1.  What features of the program do you like?
2.  What features of the program do you not like?
3.  Are you interested in taking advantage of this service?

## **Close**

### **45. Bringing in Timeline**

A.  So the process from here on out is pretty streamlined.

B.  First, we take an account application. 🌱

28

Time Means Money™ Custom Script – Revised April 10, 2016

Long Leaf Trading-0000159945

C. It takes us twenty-four to forty-eight hours to get that application approved and the account open, pending funding. 🌱

D. We then set up an appointment with our funding team. They will go over the ways to fund your account. 🌱

E. There are three ways to fund an account here at Long Leaf.

1. You can transfer funds from another broker.
2. You can use non-taxable funds from an IRA
3. You can use taxable funds from a checking, savings, or money market account.

F. Our funding team will work with you to come up with the best funding option for you, as well as point out any potential tax savings based on your funding source. In addition, they will come up with a plan to make sure that this process happens in a smooth and seamless fashion. 🌱

G. Now that the account has been funded, you are now in position to begin the program. We first start off with an Account Orientation where we will go over your Custom Execution Plan…Your Custom Education Plan…and Your Custom Communication plan to make sure we are all on the same page and you know what to expect from us and we know what to expect from you.

H. We will also give you access to all of the tools & resources of the program so we can make things easy to understand and 100% transparent from day one. This way we will all be on the same page and you are set-up for success.

# Pause Join.me

**Click this Button to Pause**



Time Means Money™ Custom Script – Revised April 10, 2016

Long Leaf Trading-0000159945

**46. Trial Close**

A. Now, when it comes to email communication from here on out, is **[Their Email Address]** a good email address for you?

B. Perfect. Now is **[Their Phone Number]** the phone number in which you would like for me to contact you on?

C. Great! Now is **[Lead First Name]** your legal first name?

D. Perfect. And just to confirm is, the spelling of your last name **[Spell Out L-a-s-t N-a-m-e]**?

E. Now, if you go back into your email right now, you will see an email that I just sent you. Please go ahead and forward that to my email address so I can enable our secure encryption and capture the rest of this info. Then I'll have you off the phone in 90 seconds.

(When you receive the email, click the link & enter the password you created)

# Resume Join.me

**Click this Button to Resume**



Time Means Money™ Custom Script – Revised April 10, 2016

Long Leaf Trading-0000159945

Time Means Money™ Custom Script – Revised April 10, 2016

Long Leaf Trading-0000159945