# CFTC Ex. 192

Message

**From:** James Hatzigiannis [jhatzigiannis@longleaftrading.com]
**Sent:** 6/20/2018 4:59:07 PM
**To:** V R [vivrod02@aol.com]
**Subject:** RE: Long Leaf Trading Group Material

Vivian,

Yes you did speak with our Chief Market Strategist, Scott Gecas. Unfortunately, we cannot provide a track record.

Let me know if you have questions.

Regards,

# James Hatzigiannis
Commodity Associate | Long Leaf Trading Group



**Direct:** 312.483.2185
**Toll Free:** 866.372.1014
**Fax:** 773.751.2103
**Skype:** jhatzigiannis@longleaftrading.com

Trading futures involves risk of loss and is not suitable for all investors. Past performance is not necessarily indicative of future results.

E-mail sent through the Internet is not secure. E-mail is not private and is subject to review by the Firm, its officers, agents, employees and regulators. Do not e-mail time sensitive instructions, orders to buy or sell securities or instructions to transfer funds. We will not accept such orders or instructions. This e-mail is not an official trade confirmation for transactions executed for your account. This communication is for informational purposes only.

**From:** V R <vivrod02@aol.com>
**Sent:** Wednesday, June 20, 2018 3:43 PM
**To:** James Hatzigiannis <jhatzigiannis@longleaftrading.com>
**Subject:** Re: Long Leaf Trading Group Material

Hi James,

Thanks for sending me the material below which I will look at...

I spoke to one of your associates now and it was inconclusive.

Thanks,

Vivian

-----Original Message-----
From: James Hatzigiannis <jhatzigiannis@longleaftrading.com>
To: vivrod02 <vivrod02@aol.com>
Sent: Tue, Jun 19, 2018 6:03 pm
Subject: Long Leaf Trading Group Material



CFTC EXHIBIT 192

Long Leaf Trading-0000198536

Good Afternoon Vivian,

Here is some material I wanted you to take a look at.

**Long Leaf Website:** http://www.longleaftrading.com/

**Long Leaf NFA Record**: https://www.nfa.futures.org/BasicNet/Details.aspx?entityid=3xPbWX3%2Bpdw%3D

**Better Business Bureau Record**: https://www.bbb.org/chicago/business-reviews/custom-brokers/long-leaf-trading-group-in-chicago-il-88487421

**Chief Market Strategist Scott Gecas (Sky News)**: https://www.youtube.com/watch?v=ORP6t3NT_-8&t=6s

**Scott Gecas (RFDTV):** https://www.youtube.com/watch?v=emWpEzTcFxo&feature=share

**Chief Market Strategist Scott Gecas Quoted (MarketWatch)**: https://www.marketwatch.com/story/oil-prices-have-surged-above-70here-are-4-key-reasons-behind-the-rally-2018-05-07

You are all set to speak with one of our senior members on the trade team tomorrow at 4:00 PM EST.

Please let me know if you have any questions or want anything cleared up.

Regards,

# James Hatzigiannis
## Commodity Associate│Long Leaf Trading Group



**Direct:** 312.483.2185
**Toll Free:** 866.372.1014
**Fax:** 773.751.2103
**Skype:** jhatzigiannis@longleaftrading.com

Trading futures involves risk of loss and is not suitable for all investors. Past performance is not necessarily indicative of future results.

E-mail sent through the Internet is not secure. E-mail is not private and is subject to review by the Firm, its officers, agents, employees and regulators. Do not e-mail time sensitive instructions, orders to buy or sell securities or instructions to transfer funds. We will not accept such orders or instructions. This e-mail is not an official trade confirmation for transactions executed for your account. This communication is for informational purposes only.