CFTC Ex. 211

Message

| | |
|---|---|
| **From:** | James Hatzigiannis [jhatzigiannis@longleaftrading.com] |
| **Sent:** | 10/2/2018 11:54:45 AM |
| **To:** | davestrading67@yahoo.com |
| **Subject:** | RE: URGENT!!! LONG LEAF TRADING GROUP NEW TRADES!!! APPROVAL NEEDED ASAP!!! |

Good Morning Dave,

I appreciate your feedback and concern. Summer volume levels came in earlier than usual. We saw trading volume drop in May instead of June. Typically in the summer, trading volume significantly decreases. In May we did not have a good month because of the unexpected volume drop. We made minor adjustments in our strategy to adjust to the volume decrease and have made the right strides. We are in great position now as we have switched clearing firms. We switched to Cunningham and by switching to Cunningham it allows us to be more hands on with the trades and is a better fit for our style of trading. Also, we have decreased your commission cost per option contract by 4$. We have won 9 out of the past 11 trades and have put consecutive profitable months together and we are seeing exciting opportunities coming up. The completion of the US-Mexico-Canada deal (previously called NAFTA) is creating lots of volatility and movement in various markets. As well as a president Donald Trump tweeting almost every 15 minutes, he is a volatility machine.

To conclude, since summer volume came in earlier than usual in May, we saw a bad month. That is why you have not seen a noticeable increase in your account. Though, we are very confident you will start to see your account increase. Taking into account: lower commission costs, being more hands on by switching to Cunningham, trading volume reappearing to normal levels, coming off consecutive profitable months, and upcoming catalysts in the market creating heightened amounts of volatility.

Please let me know if you have any other questions.

Regards,

# James Hatzigiannis

Senior Commodities Associate | Long Leaf Trading Group



**Direct:** 312.483.2185
**Toll Free:** 866.372.1014
**Skype:** jhatzigiannis@longleaftrading.com

 

Trading futures involves risk of loss and is not suitable for all investors. Past performance is not necessarily indicative of future results.

E-mail sent through the Internet is not secure. E-mail is not private and is subject to review by the Firm, its officers, agents, employees and regulators. Do not e-mail time sensitive instructions, orders to buy or sell securities or instructions to transfer funds. We will not accept such orders or instructions. This e-mail is not an official trade confirmation for transactions executed for your account. This communication is for informational purposes only.

CFTC EXHIBIT
**211**

Long Leaf Trading-0000228276

**From:** davestrading67@yahoo.com <davestrading67@yahoo.com>
**Sent:** Monday, October 1, 2018 7:51 PM
**To:** James Hatzigiannis <jhatzigiannis@longleaftrading.com>
**Subject:** Re: URGENT!!! LONG LEAF TRADING GROUP NEW TRADES!!! APPROVAL NEEDED ASAP!!!

hi
ive been with you guys for a while.im seeing the account not growing at all only making enough for commissions
I m ready see little growth
thanks


On Tuesday, September 25, 2018 02:44:40 PM EDT, davestrading67@yahoo.com <davestrading67@yahoo.com> wrote:


ok

Sent from Yahoo Mail on Android

On Tue, Sep 25, 2018 at 2:40 PM, James Hatzigiannis
<jhatzigiannis@longleaftrading.com> wrote:

Good Afternoon,


Hope all is well. Attached, you will see the next trade we are looking to put on first thing tomorrow morning. Please respond ASAP for best fill prices!


We are putting on a broken wing butterfly put spread in live cattle. We are slightly playing the downside on this. There are oversupply concerns creeping into the live cattle market and record production levels.


Also, I do want to make you aware we will be looking to put on an additional position this week as well, most likely send out the trade tomorrow afternoon and execute Thursday morning.


Let me know if you have additional questions.


Regards,


# James Hatzigiannis

Senior Commodities Associate | Long Leaf Trading Group



**Direct:** 312.483.2185

**Toll Free:** 866.372.1014

**Skype:** jhatzigiannis@longleaftrading.com

 

Trading futures involves risk of loss and is not suitable for all investors. Past performance is not necessarily indicative of future results.

E-mail sent through the Internet is not secure. E-mail is not private and is subject to review by the Firm, its officers, agents, employees and regulators. Do not e-mail time sensitive instructions, orders to buy or sell securities or instructions to transfer funds. We will not accept such orders or instructions. This e-mail is not an official trade confirmation for transactions executed for your account. This communication is for informational purposes only.