CFTC Ex. 213

Message

| | |
|---|---|
| From: | James Hatzigiannis [jhatzigiannis@longleaftrading.com] |
| Sent: | 1/8/2019 9:14:23 AM |
| To: | benjamin.cybulski@gmail.com [benjamin.cybulski@gmail.com] |
| Subject: | FW: IMPORTANT!! Long Leaf Trading Group Soybean Trade Update!!! |

Regards,

# James Hatzigiannis

Senior Commodities Associate | Long Leaf Trading Group



Direct: 312.483.2185
Toll Free: 866.372.1014
Skype: jhatzigiannis@longleaftrading.com

 

Trading futures involves risk of loss and is not suitable for all investors. Past performance is not necessarily indicative of future results.

E-mail sent through the Internet is not secure. E-mail is not private and is subject to review by the Firm, its officers, agents, employees and regulators. Do not e-mail time sensitive instructions, orders to buy or sell securities or instructions to transfer funds. We will not accept such orders or instructions. This e-mail is not an official trade confirmation for transactions executed for your account. This communication is for informational purposes only.

---

**From:** Dennis Nations <josgeezer@yahoo.com>
**Sent:** Tuesday, January 8, 2019 2:56 AM
**To:** James Hatzigiannis <jhatzigiannis@longleaftrading.com>
**Subject:** Re: IMPORTANT!! Long Leaf Trading Group Soybean Trade Update!!!

Mr Hatzigiannis,

To be honest, I am more than a little upset by your VERY POOR performance on my behalf. Long leaf/Cunningham Financial have managed to lose all but $400 of a trading account that I funded with $71,000 a little over a year ago. When Cunningham took over for Long Leaf, I was promised there would be changes for the better which has turned out to be more smoke and mirrors. My retirement IRA has depreciated a full 25%.

$71,000 may be peanuts to you but I had to spend my entire adult life (23 year in the military) accumulating that money at the sacrifice of personal safety, home and family life, missed holidays, birthdays and anniversaries while I deployed to every cesspool in the world including Viet Nam, Pakistan, the Middle East, Kuwait and the Persian Gulf. It also cost me a 21 year marriage.

I've gone through at least five different "investment advisers" starting with Vince Prieto with the end result being I no longer have any money or faith in you or your company. I am at my wits end! How do I manage to

CFTC EXHIBIT 213

Long Leaf Trading-0000235322

lose 98% of my investment when your company is supposed to be watching out for me? Is this normal or a simple case of poorly trained advisers, incompetence or mismanagement?
I'll tell you like I told my daughter the bank of Daddy is closed. Simply substitute Dennis for Daddy when it comes to Cunningham Financial. When you manage to lose this last little bit of my money and I'm almost positive you will, do me a favor and lose my name and email.

Sincerely,
Dennis Nations

On Monday, January 7, 2019, 3:20:26 PM EST, James Hatzigiannis <jhatzigiannis@longleaftrading.com> wrote:


Good Afternoon,


I hope you had a good weekend. I wanted to take the time to give you a quick update on our soybean trade. Currently the trade is slightly in the money. However, the US-China trade talks end tomorrow and could have critical impact on the trade.


Currently we have a 15 or better Good Till Cancel approval for the entire trade. We will take a look at the trade tomorrow. If there is a substantial move up, we will try to exit only the 920-950 call spread at 15 or Better leaving the 870 put still on. If there is little to no movement, we will send new exit instructions after close of the market tomorrow.


Let me know if you have any thoughts or questions.


Regards,


# James Hatzigiannis

Senior Commodities Associate | Long Leaf Trading Group

_____



**Direct:** 312.483.2185

**Toll Free:** 866.372.1014

**Skype:** jhatzigiannis@longleaftrading.com

 

Trading futures involves risk of loss and is not suitable for all investors. Past performance is not necessarily indicative of future results.

E-mail sent through the Internet is not secure. E-mail is not private and is subject to review by the Firm, its officers, agents, employees and regulators. Do not e-mail time sensitive instructions, orders to buy or sell securities or instructions to transfer funds. We will not accept such orders or instructions. This e-mail is not an official trade confirmation for transactions executed for your account. This communication is for informational purposes only.

Long Leaf Trading-0000235322