CFTC Ex. 214

Message

| | |
|---|---|
| From: | David Arquitt [davidmarquitt@yahoo.com] |
| Sent: | 1/16/2019 11:46:21 AM |
| To: | jhatzigiannis@longleaftrading.com |
| Subject: | Re: URGENT!!! LONG LEAF TRADING GROUP COMPLETION OF POUND TRADE!! RESPONSE REQUIRED!! |

ok

after we close this one im gonna have stop the new ones save what i have left i have no been looking at statments was trusting you guys now i see lost half account

Sent from Yahoo Mail on Android

On Wed, Jan 16, 2019 at 11:41 AM, James Hatzigiannis <jhatzigiannis@longleaftrading.com> wrote:

Good Morning,

Please see attachment for completion of strangle in the British Pound. Please respond ASAP for best fill!

Regards,

## James Hatzigiannis

Senior Commodities Associate | Long Leaf Trading Group



**Direct:** 312.483.2185

**Toll Free:** 866.372.1014

**Skype:** jhatzigiannis@longleaftrading.com

 


CFTC EXHIBIT
214

Long Leaf Trading-0000239702

Trading futures involves risk of loss and is not suitable for all investors. Past performance is not necessarily indicative of future results.

E-mail sent through the Internet is not secure. E-mail is not private and is subject to review by the Firm, its officers, agents, employees and regulators. Do not e-mail time sensitive instructions, orders to buy or sell securities or instructions to transfer funds. We will not accept such orders or instructions. This e-mail is not an official trade confirmation for transactions executed for your account. This communication is for informational purposes only.

Long Leaf Trading-0000239702