CFTC Ex. 422

Message

| | |
|---|---|
| **From**: | Jim Donelson [jdonelson@longleaftrading.com] |
| **Sent**: | 6/1/2018 10:28:44 AM |
| **To**: | Scott Gecas [sgecas@longleaftrading.com] |
| **Subject**: | June Sales Action Plans |
| **Attachments**: | June acton plans.docx |

# **Jim Donelson**

CEO | Long Leaf Trading Group

**Direct:** 312.483.2180
**Toll Free:** 866.372.1014
**Fax:** 773.751.2103

Trading futures involves risk of loss and is not suitable for all investors. Past performance is not necessarily indicative of future results.

E-mail sent through the Internet is not secure. E-mail is not private and is subject to review by the Firm, its officers, agents, employees and regulators. Do not e-mail time sensitive instructions, orders to buy or sell securities or instructions to transfer funds. We will not accept such orders or instructions. This e-mail is not an official trade confirmation for transactions executed for your account. This communication is for informational purposes only.

CFTC EXHIBIT

422

Long Leaf Trading-0000196069

June Action Plan

James Hatzigiannis

Targets

- Close two customers (either as closer or opener)
- Hit average of 3 demo sets per working day – (June – 21 working days = 63 demo sets)

Key Action Items

- Take direction – consistently not listening to Scott's direction on sales pitch
- Bring positive attitude to work – this will help team and your own sales pitch
- Challenge the customer – don't be an order taker
- Nail down the rebuttals – need to be fluid with the answers
- Practice

Long Leaf Trading-0000196070

June Action Plan

Connor Campo

Targets

- Close two customers (either as closer or opener)
- Hit average of 3 demo sets per working day – (June – 21 working days = 63 demo sets)

Key Action Items

- Nail down the rebuttals – need to be fluid with the answers
- Practice – you need to have the details down to make the conversation flow
- Focus this month more on the salesmanship and less on trading – we can discuss trading after work hours but need to be a top-notch salesman first
- Stay more scripted to focus conversation with the prospect --your anecdotal points are not fluid and focused yet

Long Leaf Trading-0000196070

June Action Plan

Nick Gunther

Targets

- Close two customers (either as closer or opener)
- Hit average of 3 demo sets per working day – (June – 21 working days = 63 demo sets)

Key Action Items

- Need to be more conversational – currently very staccato and sounds like an interrogation
- Keep up positive attitude
- Learn application process as a backup
- Learn InsideSales lead management as a backup
- Develop with Scott and Jim communications strategy on weekly newsletter

Long Leaf Trading-0000196070

June Action Plan

Ryan Dillman

Targets

- Close one customer (either as closer or opener)
- Hit average of 3 demo sets per working day – (June – 21 working days = 63 demo sets)

Key Action Items

- Start running customs this month – work with Scott on timing and structure
- Good tonality and salesmanship – keep up the good work
- Work on demo flake rescheduling – help Jim develop tool to track – need faster resolution
- Work on developing sense of urgency with the client

Long Leaf Trading-0000196070

June Action Plan

Alex Stemper

Targets

- Close one customer (either as closer or opener)
- Hit average of 3 demo sets per working day – (June – 21 working days = 63 demo sets)

Key Action Items

- Start running customs this month – work with Scott on timing and structure
- Good tonality and salesmanship – keep up the good work
- Work on demo flake rescheduling – help Jim develop tool to track – need faster resolution
- Work on developing sense of urgency with the client
- Improve data quality – work with Jim on correct process

Long Leaf Trading-0000196070

June Action Plan

Brian Adams

Targets

- $300,000 in new money

Key Action Items

- Be more proactive on application follow-up especially in first few days after application
- Better communication with sales team on status – shared update page in One Drive
- Compliance duties outlined