| | |
|---|---|
| **From:** | Emily Wall |
| **To:** | Burden, Ashley |
| **Subject:** | [EXTERNAL] RE: RE: RE: RE: RE: Commodity Futures Trading Commission v. Long Leaf Trading Group, Inc. et al 1:20-cv-03758 |
| **Date:** | Wednesday, January 27, 2021 2:41:51 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>image005.png |

Hi Ashley,

The UPS tracking number on this is:

1Z6E25201390388881

Thanks!
Emily

Emily Wall
Courtroom Deputy to the
Hon. Thomas M. Durkin
U.S. District Court for the Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604
312-435-6870

**Click HERE to take our customer service survey**

---

**From:** Burden, Ashley <ABurden@CFTC.gov>
**Sent:** Tuesday, January 26, 2021 4:08 PM
**To:** Emily Wall <Emily_Wall@ilnd.uscourts.gov>
**Cc:** Platt, Joseph <JPlatt@CFTC.gov>; Streit, Elizabeth M. <estreit@CFTC.GOV>
**Subject:** RE: RE: RE: RE: RE: Commodity Futures Trading Commission v. Long Leaf Trading Group, Inc. et al 1:20-cv-03758

**CAUTION - EXTERNAL:**

Emily, sorry, this slipped through the cracks yesterday. Can you please mail it to my home address since I am not in the office?

It is:

Ashley J. Burden
956 Vernon Ave.
Winnetka, IL 60093

Thanks,

A



**Ashley J. Burden**
Senior Trial Attorney/Chicago Regional Office
Division of Enforcement
**Commodity Futures Trading Commission**
O: (312) 596-0693
C: (312) 995-0779
aburden@cftc.gov



---

**From:** Emily Wall <Emily_Wall@ilnd.uscourts.gov>
**Sent:** Monday, January 25, 2021 7:17 AM
**To:** Burden, Ashley <ABurden@CFTC.gov>
**Cc:** Platt, Joseph <JPlatt@CFTC.gov>; Streit, Elizabeth M. <estreit@CFTC.GOV>
**Subject:** [EXTERNAL] RE: RE: RE: RE: Commodity Futures Trading Commission v. Long Leaf Trading Group, Inc. et al 1:20-cv-03758

Good morning,

These forms are going to be sent via UPS overnight. Could you please confirm the address that the forms should be mailed to?

Thank you!
Emily

Emily Wall
Courtroom Deputy to the
Hon. Thomas M. Durkin
U.S. District Court for the Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604
312-435-6870

**Click HERE to take our customer service survey**

---

**From:** Burden, Ashley <ABurden@CFTC.gov>
**Sent:** Friday, January 22, 2021 4:25 PM
**To:** Emily Wall <Emily_Wall@ilnd.uscourts.gov>

**Cc:** Platt, Joseph <JPlatt@CFTC.gov>; Streit, Elizabeth M. <estreit@CFTC.GOV>
**Subject:** RE: RE: RE: RE: Commodity Futures Trading Commission v. Long Leaf Trading Group, Inc. et al 1:20-cv-03758

**CAUTION - EXTERNAL:**

That is great news! Thank you Emily! And thanks for your help interfacing with the Clerk's office.

A



**Ashley J. Burden**
Senior Trial Attorney/Chicago Regional Office
Division of Enforcement
**Commodity Futures Trading Commission**
O: (312) 596-0693
C: (312) 995-0779
aburden@cftc.gov



---

**From:** Emily Wall <Emily_Wall@ilnd.uscourts.gov>
**Sent:** Friday, January 22, 2021 4:24 PM
**To:** Burden, Ashley <ABurden@CFTC.gov>
**Cc:** Platt, Joseph <JPlatt@CFTC.gov>; Streit, Elizabeth M. <estreit@CFTC.GOV>
**Subject:** [EXTERNAL] RE: RE: RE: Commodity Futures Trading Commission v. Long Leaf Trading Group, Inc. et al 1:20-cv-03758

Good afternoon,

I just heard back from the Clerk that he has signed and sealed the forms. It is my understanding that they will be mailed back to you, but I have asked for confirmation on that, and will let you know if I find out otherwise.

Have a nice weekend,
Emily

Emily Wall
Courtroom Deputy to the
Hon. Thomas M. Durkin
U.S. District Court for the Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

312-435-6870

**Click HERE to take our customer service survey**

**From:** Burden, Ashley <ABurden@CFTC.gov>
**Sent:** Friday, January 22, 2021 11:20 AM
**To:** Emily Wall <Emily_Wall@ilnd.uscourts.gov>
**Cc:** Platt, Joseph <JPlatt@CFTC.gov>; Streit, Elizabeth M. <estreit@CFTC.GOV>
**Subject:** RE: RE: RE: Commodity Futures Trading Commission v. Long Leaf Trading Group, Inc. et al 1:20-cv-03758

**CAUTION - EXTERNAL:**

Hey Emily!  Just wanted to follow up and see if the Clerk's office needs anything else for these signatures.  It would be awesome if I could pick them up next week.

Thanks,

A



**Ashley J. Burden**
Senior Trial Attorney/Chicago Regional Office
Division of Enforcement
**Commodity Futures Trading Commission**
O: (312) 596-0693
C:  (312) 995-0779
aburden@cftc.gov



**From:** Emily Wall <Emily_Wall@ilnd.uscourts.gov>
**Sent:** Thursday, January 7, 2021 2:28 PM
**To:** Burden, Ashley <ABurden@CFTC.gov>
**Cc:** Platt, Joseph <JPlatt@CFTC.gov>; Streit, Elizabeth M. <estreit@CFTC.GOV>
**Subject:** [EXTERNAL] RE: RE: Commodity Futures Trading Commission v. Long Leaf Trading Group, Inc. et al 1:20-cv-03758

Thank you, Ashley! This should be good. I'll be in the courthouse tomorrow, so I will be able to get the ball rolling on the signatures. I'll let you know if the Clerk's Office needs anything else.

Have a nice afternoon,
Emily

Emily Wall
Courtroom Deputy to the
Hon. Thomas M. Durkin
U.S. District Court for the Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604
312-435-6870

---

**From:** Burden, Ashley <ABurden@CFTC.gov>
**Sent:** Thursday, January 7, 2021 1:51 PM
**To:** Emily Wall <Emily_Wall@ilnd.uscourts.gov>
**Cc:** Platt, Joseph <JPlatt@CFTC.gov>; Streit, Elizabeth M. <estreit@CFTC.GOV>
**Subject:** RE: RE: Commodity Futures Trading Commission v. Long Leaf Trading Group, Inc. et al 1:20-cv-03758

**CAUTION - EXTERNAL:**

Emily:

Thanks for the call earlier. Pursuant to your request, please find attached USM Form 94 (the Hague request form) with English responses in the fillable blanks. The form is from the USM's website at https://www.usmarshals.gov/forms/usm94.pdf. There does not appear to be a version of the Hague request form that is entirely in English; our choices are French or Spanish. The French one has much bigger English words with smaller French words underneath them, so I think that probably comes closer to what the Clerk was hoping for. Please call if there are further questions or concerns, and sorry again for the bother.

Thanks,

A



**Ashley J. Burden**
Senior Trial Attorney/Chicago Regional Office
Division of Enforcement
**Commodity Futures Trading Commission**
O: (312) 596-0693
C: (312) 995-0779
aburden@cftc.gov



**From:** Emily Wall <Emily_Wall@ilnd.uscourts.gov>
**Sent:** Thursday, January 7, 2021 7:35 AM
**To:** Burden, Ashley <ABurden@CFTC.gov>
**Cc:** Platt, Joseph <JPlatt@CFTC.gov>; Streit, Elizabeth M. <estreit@CFTC.GOV>
**Subject:** [EXTERNAL] RE: Commodity Futures Trading Commission v. Long Leaf Trading Group, Inc. et al 1:20-cv-03758

Good morning,

Yes, it might be easier to discuss this over the phone. I apologize if I'm making an unusual situation even more complicated. Would it be alright if I gave you a call at about 11:00?

Thanks!
Emily

Emily Wall
Courtroom Deputy to the
Hon. Thomas M. Durkin
U.S. District Court for the Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604
312-435-6870

**From:** Burden, Ashley <ABurden@CFTC.gov>
**Sent:** Wednesday, January 6, 2021 5:23 PM
**To:** Emily Wall <Emily_Wall@ilnd.uscourts.gov>
**Cc:** Platt, Joseph <JPlatt@CFTC.gov>; Streit, Elizabeth M. <estreit@CFTC.GOV>
**Subject:** RE: Commodity Futures Trading Commission v. Long Leaf Trading Group, Inc. et al 1:20-cv-03758

**CAUTION - EXTERNAL:**

Hey Emily, thanks for the email. As you pointed out, the form is in Spanish and English. That's just the way the form is; we got it from the US Marshall's website.

Ex. A to our motion contains a version of the form that we want the court to sign with Spanish-language responses to the questions on the form. Ex. A also contains a version of the form with English-language responses to the questions, for easy side-by-side comparison. The two versions of the form as separated by a declaration from the translator we hired attesting to the accuracy of the translation.

Does that clear things up? If not it might be easier to discuss over the phone tomorrow. I am available at your convenience.

Thanks,

A



**Ashley J. Burden**
Senior Trial Attorney/Chicago Regional Office
Division of Enforcement
**Commodity Futures Trading Commission**
O: (312) 596-0693
C: (312) 995-0779
aburden@cftc.gov



**From:** Emily Wall <Emily_Wall@ilnd.uscourts.gov>
**Sent:** Wednesday, January 6, 2021 4:37 PM
**To:** Burden, Ashley <ABurden@CFTC.gov>
**Subject:** [EXTERNAL] Commodity Futures Trading Commission v. Long Leaf Trading Group, Inc. et al 1:20-cv-03758

Good afternoon,

I have been working with the Clerk's Office on getting the Hague Convention forms signed and sealed. The instruction that I was given was that in addition to the Spanish-language form that you already provided, the Clerk's Office needs the English-language version of the form as well, to have a side-by-side comparison. I do realize that the Spanish-language form includes English translations, but this is what I was told was needed in order to complete your request. And to be clear, they would be able to sign and seal the Spanish version as long as they have the English version in addition. I apologize for any inconvenience this may cause. Please let me know if you have any questions.

Thanks!
Emily

Emily Wall
Courtroom Deputy to the
Hon. Thomas M. Durkin
U.S. District Court for the Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604
312-435-6870

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.