

# Tracking Details

1ZA4796F2210004282

**Updated:** 04/19/2021 10:54 A.M. EST

# Delivered

### Delivered On
## Wednesday
## 03/31/2021
### Delivery Time
## at 12:51 P.M.

Send Updates

**UPS Access Point™ Location**
UPS EUGENIA
189 EUGENIA AVEN
MEXICO, 03020, MX

**Left At:** Warehouse

**Received By:** ROMAN LOPEZ

Proof of Delivery

We care about the security of your package. Log in () to get more details about your delivery.

Ask UPS

## Shipment Progress

| | | Date | Location |
|---|---|---|---|
| ✓ | **Delivered** | 03/31/2021 12:51 P.M. | CUAUHTEMOC, MX |
| ✓ | Ready for Customer Pickup | 03/08/2021 4:17 A.M. | Mexico City, Mexico |
| ✓ | Delivery Attempted | 03/01/2021 1:21 P.M. | Mexico City, Mexico |
| ✓ | Shipped | 02/26/2021 6:34 P.M. | Chicago, IL, United States |
| ✓ | Label Created | 03/01/2021 1:19 P.M. | United States |

## Shipment Details

**Service**

UPS Worldwide Express® (https://www.ups.com/content/us/en/shipping/time/service/express.html)

**Weight**

0.50 LBS

Show More +

## 📦 Track

Help ↗

[                                    ]

[          Track          ]

**Ask UPS**

Copyright ©1994- 2021 United Parcel Service of America, Inc. All rights reserved.

**Ask UPS**