| | |
|---|---|
| **From:** | Platt, Joseph |
| **To:** | dgajuridicos@sre.gob.mx |
| **Cc:** | Streit, Elizabeth M.; Burden, Ashley; Patrick, Joseph J |
| **Subject:** | CFTC v. Long Leaf Trading Group, Inc. et al., No. 20-cv-3758 (N.D. Ill.) | request for service of judicial documents |
| **Date:** | Friday, February 26, 2021 4:42:10 PM |
| **Attachments:** | 2021.02.24 ltr to Amaro (esp).pdf<br>2021.02.24 ltr to Amaro (eng).pdf<br>image003.png<br>image004.png<br>image005.png<br>image006.png<br>2020.08.12 letter to CFTC.pdf<br>2021.02.26 Evans service package.zip<br>image007.png |

Dear Sr. Amaro Jaramillo —

My name is Joseph Platt and I am an attorney at the U.S. Commodity Futures Trading Commission in Chicago, Illinois, United States. Pursuant to Article 5 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at the Hague (the Hague Convention), I am requesting your assistance in serving a defendant in the above-referenced civil action with process, including the complaint, summons, and template request form. The attached documents are being sent to you in triplicate in hard copy — they should arrive within the week.

Please contact me if there are any issues with this request. Thank you for your assistance.

Regards,



**Joseph C. Platt**
Trial Attorney, Division of Enforcement
**Commodity Futures Trading Commission**
C: 773-241-1543
jplatt@cftc.gov