| | |
|---|---|
| **From:** | Cartas Rogatorias |
| **To:** | Platt, Joseph |
| **Cc:** | Amaro Jaramillo, José Luis; Rodríguez Velázquez, Brenda Guadalupe |
| **Subject:** | [EXTERNAL] ASJ- 31579 - EXHORTOS O CARTAS ROGATORIAS - COMMODITY FUTURES TRADING COMMISSION |
| **Date:** | Monday, September 13, 2021 9:49:23 PM |

**CAUTION**: This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the "Report Phishing" button on your Outlook menu bar.

**Jospeh C. Platt**
**Trial Attorney**
**Commodity Futures Trading Commission**

                                           **Expediente SRE.02C.05/541/1/2020-2020/00522/ASJ**

- Applicant:  *United States District Court, Northern District of Illionois*

- Case No.:  <u>**1:20-CV-03758**</u>

- Petitioner**:**  **COMMODITY FUTURES TRADING COMMISSION**

I inform that the petition of service to: **TIMOTHY MARTIN EVANS** has been sent to the "*Tribunal Superior de Justicia del Estado de Quintana Roo*".

**S i n c e r e l y**

**Brenda Guadalupe Rodríguez Velázquez**

**(DG. 04151)**

***Give information to applicant authority.**