## Declaration of Barbra R. Evans Pursuant to 28 U.S.C. § 1746

1. My name is Barbara R. Evans. I am married to Timothy M. Evans, who I understand to be a defendant in the case *CFTC vs. Long Leaf Trading Group, Inc.*

2. From at least 2016 through December of 2017, during a period when I was living with Timothy Evans, Timothy was the owner and CEO of Long Leaf Trading Group.

3. Sometime towards the end of December 2017, Timothy sold Long Leaf Trading Group. Timothy took the proceeds from the sale and moved to Tulum, Mexico, where he currently resides, and where he has filed a divorce action against me.

4. Timothy Evan's address in Tulum is:

   Calle Chicozapote Casa 18, Manzana 20
   Riviera Tulum Residenciales
   77760 Tulum, Q.Roo
   Mexico

5. I have received confirmation from a friend in Mexico that Timothy Evans still resides at this address, at least as of August 2021. The confirmation came in the form of a photograph of Timothy Evans's white BMW in front of the house at this address.

6. Timothy and I have three children together. The children reside with me in the U.S. Timothy uses the following phone numbers and email addresses to communicate with the children and I:

   timothyevans129@yahoo.com
   tevans@irietulum.com
   tevans@silverbackcapitalproperties.com
   +52 984 158 6723

7. I understand that the CFTC plans to use this information to serve Timothy with a complaint in its case against him.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/15, 2021

*Barbara R. Evans* (signature)
Barbara R. Evans