AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Commodity Futures Trading Commission

CASE NUMBER: 1:20-cv-03758

V.

ASSIGNED JUDGE: Hon. Thomas M. Durkin

Long Leaf Trading Group, Inc., James A. Donelson, Timothy M. Evans, Jeremy S. Ruth, and Andrew D. Nelson

DESIGNATED MAGISTRATE JUDGE: Hon. Sunil R. Harjani

TO: (Name and address of Defendant)

Timothy M. Evans
Calle Nance MZ27 LT13 SN CP.77
Fracc. Riviera Tulum
TLM Frac Tumben KAA FCP 77760
Tulum, Q.R.
Mexico

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ashley J. Burden
Elizabeth M. Streit
Commodity Futures Trading Commission
525 W. Monroe St., Ste. 1100
Chicago, IL 60661

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

June 26, 2020

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 11/30/21 |
| NAME OF SERVER *(PRINT)* Ashley J. Burden | TITLE Sr. Trial Attorney, CFTC |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Per the Court's order (Doc. 90), on 11/29/21, I served the summons and complaint upon Defendant Evans via email to timothyevans129@yahoo.com, tevans@irietulum.com and tevans@silverbackcapitalproperties.com; on 11/30/21, I served Evans via UPS to Calle Chicozapote Casa 18, Manzana 20, Riviera Tulum Residenciales, 77760 Tulum, Q.Roo, Mexico.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/30/21            /s/ Ashley J. Burden
            *Date*             *Signature of Server*

Commodity Futures Trading Commission
Suite 1100
525 W. Monroe St.
Chicago, IL 60661
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.