**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Commodity Futures Trading Commission

                                          Plaintiff,

v.                                                                              Case No.: 1:20−cv−03758
                                                                             Honorable Thomas M. Durkin

Long Leaf Trading Group, Inc., et al.

                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 14, 2021:

      MINUTE entry before the Honorable Thomas M. Durkin: Mr. Ruth, Mr. Donelson and Long Leaf requested via email an extension of time to respond to the motion for summary judgment. Defendants' responses are now due by 2/28/2022. CFTC's reply is due by 3/21/2022. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.