# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Commodity Futures Trading Commission v. Long Leaf Trading Group, Inc. et al

Case Number: 20-cv-3758

An appearance is hereby filed by the undersigned as attorney for:

James A. Donelson

Attorney name (type or print): Charles E. McElvenny

Firm: Law Office of Charles E. McElvenny

Street address: 33 N. Dearborn Suite 1000

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6281350
(See item 3 in instructions)

Telephone Number: 312-291-8330

Email Address: charlie@cemlawfirm.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | | ✔ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on December 16, 2021

Attorney signature: S/ Charles E. McElvenny

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015