# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| Commodity Futures Trading Commission, ) ) ) ) Plaintiff, ) ) v. ) ) Long Leaf Trading Group, Inc., James A. Donelson, Timothy M. Evans, Jeremy S. Ruth, and Andrew D. Nelson, ) ) ) ) ) Defendants. | Case No. 20-3758 Hon. Thomas A. Durkin |

### Defendants James Donelson's and Long Leaf Trading Group's Unopposed Motion for Extension of 4 Days to File Response to Plaintiff's Motion for Summary Judgment

Defendants James Donelson and Long Leaf Trading Group ("Defendants") respectfully moves the Court for an extension of 4 days – to this Friday, March 4, 2022 – to file their responses to Plaintiff CFTC's ("Plaintiff" or "CFTC") Motions for Summary Judgment. In support of this Motion, Defendants state the following:

1. This request for additional time is Defendants' second motion for an extension as to Plaintiff's Motions for Summary Judgment.

2. While Defendants' counsel worked diligently to complete their response to file today, they determined yesterday that they required a short extension to finalize their brief to ensure that it meets the standards set by this Court.

3. It is worth noting that one of Defendants' attorneys, James Falvey, had Covid during the month of January despite being vaccinated. While Mr. Falvey is substantially better,

he is still dealing with some lingering symptoms. This illness affected Mr. Falvey's ability to do much work for 4-5 weeks.

4. CFTC does not oppose Defendants' motion.

WHEREFORE Defendants, James Donelson, and Long Leaf Trading Group, respectfully request that the Court grant a 4-day extension to March 4, 2022, to file its response to Plaintiff's Motions for Summary Judgment.

Respectfully submitted,

/s/ James M. Falvey
James M. Falvey
Falvey Law Office
200 S. Wacker Drive, Suite 3100
Chicago, Illinois 60606
jimfalvey@yahoo.com
312-404-5839
Attorney for Defendants James Donelson
and Long Leaf Trading Group


Charlie McElvenny
Charles McElvenny, JD, MSA
Law Office of Charles E. McElvenny
33 N. Dearborn St.
Suite 1000
Chicago, IL 60602
312-291-8330
charlie@cemlawfirm.com

Attorney for Defendant James Donelson

February 28, 2022

**Certificate of Service**

I hereby certify that on the 28th day of February, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be made available by operation of the Court's CM/ECF system.

/s/ James M. Falvey
James M. Falvey
