# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Commodity Futures Trading Commission

                                      Plaintiff,

v.                                                                          Case No.: 1:20−cv−03758

                                                                            Honorable Thomas M. Durkin

Long Leaf Trading Group, Inc., et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 28, 2022:

      MINUTE entry before the Honorable Thomas M. Durkin: Unopposed motion for extension of time to file response [94] is granted. Mr. Ruth's, Mr. Donelson's and Long Leaf's responses to the motions for summary judgment are due by 3/4/2022. CFTC's reply is due by 3/25/2022. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.