**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Commodity Futures Trading Commission, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 20-3758 |
| vs. ) | |
| ) | Hon. Thomas A. Durkin |
| ) | |
| Long Leaf Trading Group, Inc. et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT JAMES DONELSON'S LOCAL RULE 56.1 STATEMENT OF ADDITIONAL UNDISPUTED MATERIAL FACTS**

1. The trading strategy provided under Donelson's supervision was viable and it made sense to recommend those positions. (John Burnside affidavit and CV attached as Exhibit 1, Burnside deposition transcript attached as Exhibit 2; *see* p. 82:6-84:22, 91:18-92:14, 109:1-11, 118:1-13, 120:13-19, 127:15-22)

Respectfully submitted,

/s/ James M. Falvey
James M. Falvey
Falvey Law Office
200 S. Wacker Drive, Suite 3100
Chicago, Illinois 60606
jimfalvey@yahoo.com
312-404-5839

<u>Charlie McElvenny</u>
Charles McElvenny, JD, MSA
Law Office of Charles E. McElvenny
33 N. Dearborn St.
Suite 1000
Chicago, IL 60602
312-291-8330
charlie@cemlawfirm.com