

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Ashley J. Burden

Firm   Commodity Futures Trading Commission

Street Address   77 West Jackson Blvd, Suite 800

City/State/Zip Code   Chicago, IL 60604

Phone Number   (312) 596-0693

Email address   aburden@cftc.gov

ARDC (Illinois State Bar members, only)   6285840

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:20-cv-03758 | CFTC v. Long Leaf, et al. | Hon. Thomas M. Durkin |
| | | |
| | | |
| | | |
| | | |
| | | |

/s/ Ashley J. Burden                4/20/2022
Signature of Attorney              Date

Rev. 01272016