

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Joseph Platt

Firm   Commodity Futures Trading Commission

Street Address   77 West Jackson Blvd.

City/State/Zip Code   Chicago, IL  60604

Phone Number   773-241-1543

Email address  jplatt@cftc.gov

ARDC (Illinois State Bar members, only)  6317731

If you have previously filed an appearance with this court using a different name, enter that name.


List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 20-cv-03758 | CFTC v. Long Leaf Trading | Durkin |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |


 /s/ Joseph Platt                                    4/25/2022
_____        _____
Signature of Attorney                        Date


Rev. 01272016