UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Commodity Futures Trading Commission, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 20-3758 |
| Long Leaf Trading Group, Inc., James A. Donelson, Timothy M. Evans, Jeremy S. Ruth, and Andrew D. Nelson, | ) Hon. Thomas A. Durkin ) ) ) |
| Defendants. | ) |

### PLAINTIFF CFTC'S MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT TIMOTHY M. EVANS[1]

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Commodity Futures Trading Commission ("CFTC") respectfully requests that the Clerk of the Court enter a default against Defendant Timothy M. Evans, on the grounds that Defendant Evans has failed to plead or otherwise defend.

On June 26, 2020, the CFTC filed the complaint in the instant matter against Defendant Evans and others, setting forth various claims arising from a scheme to defraud customers in connection with options and futures contracts. (Doc. 1.) On November 22, 2021, the CFTC moved the Court for leave to serve Defendant Evans via email, and UPS to Evans's last-known address in Mexico. (Doc. 89.) The Court granted the CFTC's motion. (Doc. 89.) On November 29, 2021, Counsel for the CFTC served Defendant Evans, via email and UPS, with copies of the Summons and Complaint in this matter. (Doc. 91.)

---

[1] Counsel for the CFTC yesterday emailed counsel for Defendants Long Leaf Trading Group, Inc. and James Donelson, and Defendant Jeremy Ruth (proceeding *pro se*) to ask if they objected to the instant motion. They have not indicted any objection, or otherwise responded.

Defendant Evans has failed to file a responsive pleading, as required by Federal Rule of Civil Procedure 12(a)(1)(A)(i) (requiring that defendant file an answer within 21 days of being served with summons and complaint). Defendant Evans has otherwise failed to defend this action[2]. According, the CFTC respectfully requests that the Court enter a default against Defendant Evans.

/s/ Ashley J. Burden

Ashley J. Burden
aburden@cftc.gov
Elizabeth M. Streit
estreit@cftc.gov
Jody Platt
jplatt@cftc.gov
Counsel for Plaintiff CFTC
Commodity Futures Trading Commission
Division of Enforcement
77 West Jackson Blvd.
Suite 800
Chicago, IL 60604
(312) 596-0700

---

[2] The words "otherwise defend" in Rule 55(a) refer to filings that, while not technically responsive pleadings, seek to challenge, e.g., service, venue, or the sufficiency of an earlier pleading. *See* 10A Charles Alan Wright & Arthur R. Miller, Federal Prac, & Proc. § 2682 (4th ed. 2022).

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2022, I provided service to the persons listed below, and by the following means:

| Via the Court's electronic CM/ECF system: | Via email, pursuant to agreement, to: |
|---|---|
| Jim Falvey<br>Falvey Law Office<br>200 S. Wacker Dr., Ste. 3100<br>Chicago, IL 60606-5877<br>jimfalvey@yahoo.com<br><br>Counsel to Long Leaf Trading Group, Inc. and James A. Donelson | Jeremey S. Ruth<br>11220 Brista Way<br>Austin, TX 78726<br>jeremysruth@hotmail.com<br><br>*Pro se* |

/s/ Ashley J. Burden

Ashley J. Burden
Commodity Futures Trading Commission
Division of Enforcement
77 West Jackson Blvd.
Suite 800
Chicago, IL 60604
(312) 596-0700
aburden@cftc.gov