Ex. A

| | |
|---|---|
| **From:** | Burden, Ashley |
| **To:** | timothyevans129@yahoo.com; tevans@irietulum.com; tevans@silverbackcapitalproperties.com |
| **Cc:** | Streit, Elizabeth M.; Platt, Joseph; Patrick, Joseph J |
| **Subject:** | CFTC v. Long Leaf Trading Group, et al., No. 20-3758 (N.D. Ill.) |
| **Date:** | Friday, August 12, 2022 9:37:00 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | 067127461649.pdf |
| | 067127460141.pdf |

Mr. Evans:

Pursuant to the Court's order in the above-captioned action, please find attached the CFTC's motion for entry of a clerk's default against you. The Court has scheduled a telephonic hearing on the matter for August 30, 2022 at 9:15 a.m. Central. Please find attached the Court's minute order setting forth the details for the hearing, e.g., dial-in info.

Thanks,

A



**Ashley J. Burden**
Senior Trial Attorney/Chicago Regional Office
Division of Enforcement
**Commodity Futures Trading Commission**
O: (312) 596-0693
C: (312) 995-0779
aburden@cftc.gov

