# Ex. B

**From:** UPS
**To:** Burden, Ashley
**Subject:** [EXTERNAL] Notificación de envío de UPS, Número de guía 1ZA4796FD999694623
**Date:** Friday, August 12, 2022 1:36:57 PM

**CAUTION**: This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the "Report Phishing" button on your Outlook menu bar.



[Español] [English]

! ¿Desea saber cuándo? Reciba notificaciones gratis para los paquetes de UPS que lleguen a su domicilio. Haga clic en Continuar ahora

**Está por llegar un paquete.**

Fecha de entrega programada:    Jueves, 18/08/2022

Continuar

Cambiar entrega          Administrar preferencias          Ver Planificador de entregas

Se le envió este mensaje por solicitud de COMMODITY FUTURES TRADING COMM para notificarle que la información electrónica de envío fue transmitida a UPS.

# Detalles del envío

**De:**                 COMMODITY FUTURES TRADING COMM

**Número de guía:**     1ZA4796FD999694623

**Enviar a:**           Riviera Tulum Residenciales
Calle Chicozapote Casa 18
Manzana 20
Tulum, Quint 77760
MX

| | |
|---|---|
| **Servicio UPS:** | UPS WORLDWIDE SAVER |
| **Número de paquetes:** | 1 |
| **Peso del paquete:** | 0.5 LBS |
| **Entrega programada:** | 18/08/2022 |

 Descargar la aplicación UPS Mobile

[Español] [English]



! **Want to know when? Get free notifications for UPS packages to your home. Click Continue now**

## You have a package coming.

**Scheduled Delivery Date:** Thursday, 18/08/2022

[ Continue ]

UPS My Choice for home



| Change Delivery | Manage Preferences | View Delivery Planner |
|---|---|---|

This message was sent to you at the request of COMMODITY FUTURES TRADING COMM to notify you that the shipment information below has been transmitted to UPS. The physical package may or may not have actually been tendered to UPS for shipment. To verify the actual transit status of your shipment, click on the tracking link below.

## Shipment Details

| | |
|---|---|
| **From:** | COMMODITY FUTURES TRADING COMM |
| **Tracking Number:** | 1ZA4796FD999694623 |
| **Ship To:** | Riviera Tulum Residenciales<br>Calle Chicozapote Casa 18<br>Manzana 20<br>Tulum, Quint 77760<br>MX |
| **UPS Service:** | UPS WORLDWIDE SAVER |
| **Number of Packages:** | 1 |
| **Package Weight:** | 0.5 LBS |
| **Scheduled Delivery:** | 18/08/2022 |

 Download the UPS mobile app

© 2022 United Parcel Service of America, Inc. UPS, la marca comercial UPS, así como su color café, son marcas comerciales de United Parcel Service of America, Inc. Todos los derechos reservados.

Todas las marcas comerciales, nombres comerciales o marcas de servicio que aparecen en relación con los servicios de UPS son propiedad de sus respectivos propietarios.

No responda directamente a este correo electrónico. UPS no recibirá ningún mensaje de respuesta.

**Revisar el Aviso de Privacidad de UPS**

**Si tiene preguntas, visite nuestro Centro de Ayuda y Soporte**

