# Exhibit B



ilsos.gov is now ilsos.gov

Office of the Secretary of State Jesse White

# Corporation/LLC Search/Certificate of Good Standing

Corporation File Detail Report

| File Number | 67382048 |
|---|---|
| Entity Name | LONG LEAF TRADING GROUP, INC. |
| Status | |
| DISSOLVED | |
| | Involuntary Dissolution on Friday, 13 May 2022 |

## Entity Information

Entity Type
CORPORATION

Type of Corp
DOMESTIC BCA

Incorporation Date (Domestic)
Tuesday, 29 December 2009

State
ILLINOIS

Duration Date
PERPETUAL

## Agent Information

| Name |
|---|
| JAMES ALAN DONELSON |

| Address |
|---|
| 141 W JACKSON BLVD STE 300A |
| CHICAGO , IL 60604 |

| Change Date |
|---|
| Tuesday, 5 February 2019 |

## Annual Report

| Filing Date |
|---|
| 00/00/0000 |

| For Year |
|---|
| 2021 |

## Officers

| President |
|---|
| Name & Address |
| JAMES A DONELSON 1420 ASHFORDLANE AURORA IL 60502 |

## Assumed Name

| INACTIVE |
|---|
| 4FRONT OPTIONS, INC. |

[Return to Search](#)

**Reinstate your Dissolved Corporation**

This information was printed from www.ilsos.gov, the official website of the Illinois Secretary of State's Office.                          Wed Aug 17 2022

https://apps.ilsos.gov/corporatellc/CorporateLlcController                                                                                             2/2