## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Commodity Futures Trading Commission
                               Plaintiff,

v.                                                   Case No.: 1:20−cv−03758
                                                          Honorable Thomas M. Durkin

Long Leaf Trading Group, Inc., et al.
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 24, 2022:

      MINUTE entry before the Honorable Thomas M. Durkin: The telephonic status hearing set for 9/12/2022 is vacated. The motion hearing set for 8/30/2022 at 9:15 a.m. stands. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.