UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Commodity Futures Trading Commission, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 20-3758 |
| Long Leaf Trading Group, Inc., James A. Donelson, Timothy M. Evans, Jeremy S. Ruth, and Andrew D. Nelson, | ) Hon. Thomas A. Durkin |
| Defendants. | ) |

**PARTIALLY AGREED-TO PROPOSED BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR ENTRY OF SUPPLEMENTAL RELIEF**

Plaintiff Commodity Future Trading Commission ("CFTC") hereby submits the positions of the parties with respect to a briefing schedule on the CFTC's Motion for Entry of Supplemental Relief Against Defendants Donelson, Long Leaf Trading Group, Inc. ("Long Leaf Trading"), and Ruth (Doc. 111).

The Counsel for the CFTC and counsel for Defendant Donelson to a briefing schedule of September 7, 2022, for Donelson's response, and September 14, 2022, for the CFTC's reply.

Counsel for Long Leaf Trading failed to timely respond to the CFTC's request for a proposed briefing schedule.

Defendant Ruth, who is currently *pro se*, requests a "[m]inimum [of] 90 days" for his response. (*See* Ex. A, Emails between A. Burden and J. Ruth, Aug. 24, 2022.) Counsel for the CFTC could not reach an agreement with Defendant Ruth on a briefing schedule, and thus submits the matter to the Court for resolution.

/s/ Ashley J. Burden

Ashley J. Burden
aburden@cftc.gov
Elizabeth M. Streit
estreit@cftc.gov
Jody Platt
jplatt@cftc.gov
Counsel for Plaintiff CFTC
Commodity Futures Trading Commission
Division of Enforcement
77 West Jackson Blvd.
Suite 800
Chicago, IL 60604
(312) 596-0700

Case: 1:20-cv-03758 Document #: 113 Filed: 08/24/22 Page 2 of 3 PageID #:2838

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2022, I provided service to the persons listed below, and by the following means:

Via the Court's electronic CM/ECF system:

Jim Falvey
Falvey Law Office
200 S. Wacker Dr., Ste. 3100
Chicago, IL 60606-5877
jimfalvey@yahoo.com

Charles E. McElvenny
Law Office of Charles E. McElvenny
33 N. Dearborn St., Ste. 1000
Chicago, IL 60602

Counsel to James A. Donelson and Long Leaf Trading Group, Inc.[1]

Via email, pursuant to agreement, to:

Jeremey S. Ruth
11220 Brista Way
Austin, TX 78726
jeremysruth@hotmail.com

*Pro se*

/s/ Ashley J. Burden

Ashley J. Burden
Commodity Futures Trading Commission
Division of Enforcement
77 West Jackson Blvd.
Suite 800
Chicago, IL 60604
(312) 596-0700
aburden@cftc.gov

---

[1] Mr. McElvenny is counsel to Defendant Donelson only, and not to Long Leaf Trading.

3