# Exhibit A

| | |
|---|---|
| **From:** | Jeremy Ruth |
| **To:** | Burden, Ashley; "Jim Falvey" (jimfalvey@yahoo.com); charlie@cemlawfirm.com |
| **Cc:** | Streit, Elizabeth M.; Patrick, Joseph J; Platt, Joseph |
| **Subject:** | [EXTERNAL] Re: Re: Re: Re: FW: Activity in Case 1:20-cv-03758 Commodity Futures Trading Commission v. Long Leaf Trading Group, Inc. et al motion for miscellaneous relief |
| **Date:** | Tuesday, August 23, 2022 4:42:07 PM |

**CAUTION**: This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the "Report Phishing" button on your Outlook menu bar.

   That will be the only accurate statement you will make in your filling. Keep digging your hole bro. The Hammer is about to come.

Get Outlook for Android

**From:** Burden, Ashley <ABurden@CFTC.gov>
**Sent:** Tuesday, August 23, 2022 4:37:58 PM
**To:** Jeremy Ruth <jeremysruth@hotmail.com>; 'Jim Falvey' (jimfalvey@yahoo.com) <jimfalvey@yahoo.com>; charlie@cemlawfirm.com <charlie@cemlawfirm.com>
**Cc:** Streit, Elizabeth M. <estreit@CFTC.GOV>; Patrick, Joseph J <JPatrick@CFTC.gov>; Platt, Joseph <JPlatt@CFTC.gov>
**Subject:** RE: Re: Re: Re: FW: Activity in Case 1:20-cv-03758 Commodity Futures Trading Commission v. Long Leaf Trading Group, Inc. et al motion for miscellaneous relief

I will note your disagreement in tomorrow's filing.

Thanks,

A

**From:** Jeremy Ruth <jeremysruth@hotmail.com>
**Sent:** Tuesday, August 23, 2022 4:37 PM
**To:** Burden, Ashley <ABurden@CFTC.gov>; 'Jim Falvey' (jimfalvey@yahoo.com) <jimfalvey@yahoo.com>; charlie@cemlawfirm.com
**Cc:** Streit, Elizabeth M. <estreit@CFTC.GOV>; Patrick, Joseph J <JPatrick@CFTC.gov>; Platt, Joseph <JPlatt@CFTC.gov>
**Subject:** [EXTERNAL] Re: Re: Re: FW: Activity in Case 1:20-cv-03758 Commodity Futures Trading Commission v. Long Leaf Trading Group, Inc. et al motion for miscellaneous relief

**CAUTION**: This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the "Report Phishing" button on your Outlook menu bar.

No, it's not.

Get Outlook for Android

---

**From:** Burden, Ashley <ABurden@CFTC.gov>
**Sent:** Tuesday, August 23, 2022 4:34:46 PM
**To:** Jeremy Ruth <jeremysruth@hotmail.com>; 'Jim Falvey' (jimfalvey@yahoo.com) <jimfalvey@yahoo.com>; charlie@cemlawfirm.com <charlie@cemlawfirm.com>
**Cc:** Streit, Elizabeth M. <estreit@CFTC.GOV>; Patrick, Joseph J <JPatrick@CFTC.gov>; Platt, Joseph <JPlatt@CFTC.gov>
**Subject:** RE: Re: Re: FW: Activity in Case 1:20-cv-03758 Commodity Futures Trading Commission v. Long Leaf Trading Group, Inc. et al motion for miscellaneous relief

Because it is too long.

---

**From:** Jeremy Ruth <jeremysruth@hotmail.com>
**Sent:** Tuesday, August 23, 2022 4:34 PM
**To:** Burden, Ashley <ABurden@CFTC.gov>; 'Jim Falvey' (jimfalvey@yahoo.com) <jimfalvey@yahoo.com>; charlie@cemlawfirm.com
**Cc:** Streit, Elizabeth M. <estreit@CFTC.GOV>; Patrick, Joseph J <JPatrick@CFTC.gov>; Platt, Joseph <JPlatt@CFTC.gov>
**Subject:** [EXTERNAL] Re: Re: FW: Activity in Case 1:20-cv-03758 Commodity Futures Trading Commission v. Long Leaf Trading Group, Inc. et al motion for miscellaneous relief

**CAUTION**: This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the "Report Phishing" button on your Outlook menu bar.

---

Why can't you agree to 90 days?

Get Outlook for Android

---

**From:** Burden, Ashley <ABurden@CFTC.gov>
**Sent:** Tuesday, August 23, 2022 4:32:21 PM
**To:** Jeremy Ruth <jeremysruth@hotmail.com>; 'Jim Falvey' (jimfalvey@yahoo.com) <jimfalvey@yahoo.com>; charlie@cemlawfirm.com <charlie@cemlawfirm.com>
**Cc:** Streit, Elizabeth M. <estreit@CFTC.GOV>; Patrick, Joseph J <JPatrick@CFTC.gov>; Platt, Joseph <JPlatt@CFTC.gov>
**Subject:** RE: Re: FW: Activity in Case 1:20-cv-03758 Commodity Futures Trading Commission v. Long Leaf Trading Group, Inc. et al motion for miscellaneous relief

Mr. Ruth:

We cannot agree to 90 days and I think the Court will not give you that. I can agree to 30, but not more than that. If you cannot accept that I will file a proposed briefing schedule for the 15 days noting your non-agreement.

Thanks,

A

**From:** Jeremy Ruth <jeremysruth@hotmail.com>
**Sent:** Tuesday, August 23, 2022 4:30 PM
**To:** Burden, Ashley <ABurden@CFTC.gov>; 'Jim Falvey' (jimfalvey@yahoo.com) <jimfalvey@yahoo.com>; charlie@cemlawfirm.com
**Cc:** Streit, Elizabeth M. <estreit@CFTC.GOV>; Patrick, Joseph J <JPatrick@CFTC.gov>; Platt, Joseph <JPlatt@CFTC.gov>
**Subject:** [EXTERNAL] Re: FW: Activity in Case 1:20-cv-03758 Commodity Futures Trading Commission v. Long Leaf Trading Group, Inc. et al motion for miscellaneous relief

**CAUTION**: This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the "Report Phishing" button on your Outlook menu bar.

Minimum 90 days

Get Outlook for Android

**From:** Burden, Ashley <ABurden@CFTC.gov>
**Sent:** Tuesday, August 23, 2022 3:59:59 PM
**To:** 'Jim Falvey' (jimfalvey@yahoo.com) <jimfalvey@yahoo.com>; charlie@cemlawfirm.com <charlie@cemlawfirm.com>; 'JEREMYSRUTH@HOTMAIL.COM' <JEREMYSRUTH@HOTMAIL.COM>
**Cc:** Streit, Elizabeth M. <estreit@CFTC.GOV>; Patrick, Joseph J <JPatrick@CFTC.gov>; Platt, Joseph <JPlatt@CFTC.gov>
**Subject:** FW: FW: Activity in Case 1:20-cv-03758 Commodity Futures Trading Commission v. Long Leaf Trading Group, Inc. et al motion for miscellaneous relief

Counsel and Mr. Ruth, what would you like for a briefing schedule? I propose 15 days for Defendants' responses and 7 for the CFTC's reply.

Thanks,

A

**From:** Emily Wall <Emily_Wall@ilnd.uscourts.gov>

**Sent:** Tuesday, August 23, 2022 3:44 PM
**To:** Burden, Ashley <ABurden@CFTC.gov>; Streit, Elizabeth M. <estreit@CFTC.GOV>; Platt, Joseph <JPlatt@CFTC.gov>; Howell, Robert <RHowell@CFTC.gov>; Williamson, Scott R. <swilliamson@CFTC.GOV>; jimfalvey_yahoo.com <jimfalvey@yahoo.com>; charlie@cemlawfirm.com
**Subject:** [EXTERNAL] FW: Activity in Case 1:20-cv-03758 Commodity Futures Trading Commission v. Long Leaf Trading Group, Inc. et al motion for miscellaneous relief

**CAUTION**: This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the "Report Phishing" button on your Outlook menu bar.

Good afternoon,

May I please ask for an agreed proposed briefing schedule on the motion for entry of supplemental relief that was filed today?

Thank you!
Emily

Emily Wall
Courtroom Deputy to the
Hon. Thomas M. Durkin
U.S. District Court for the Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604
312-435-6870

**Click HERE to take our customer service survey**

**From:** usdc_ecf_ilnd@ilnd.uscourts.gov <usdc_ecf_ilnd@ilnd.uscourts.gov>
**Sent:** Tuesday, August 23, 2022 1:49 PM
**To:** ECFMAIL_ILND <ECFMAIL_ILND@ilnd.uscourts.gov>
**Subject:** Activity in Case 1:20-cv-03758 Commodity Futures Trading Commission v. Long Leaf Trading Group, Inc. et al motion for miscellaneous relief

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges,

**download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

United States District Court

Northern District of Illinois - CM/ECF NextGen 1.6.3

## Notice of Electronic Filing

The following transaction was entered by Burden, Ashley on 8/23/2022 at 1:48 PM CDT and filed on 8/23/2022

**Case Name:** Commodity Futures Trading Commission v. Long Leaf Trading Group, Inc. et al
**Case Number:** 1:20-cv-03758
**Filer:** Commodity Futures Trading Commission
**Document Number:** 111

**Docket Text:**
**MOTION by Plaintiff Commodity Futures Trading Commissioninjunctive relief and civil monetary penalties (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Exhibit C)(Burden, Ashley)**

**1:20-cv-03758 Notice has been electronically mailed to:**

Ashley John Burden     aburden@cftc.gov, span@cftc.gov

Charles Edward McElvenny     charlie@cemlawfirm.com, cemlawfirm@gmail.com

Elizabeth M. Streit     estreit@cftc.gov, rlavko@cftc.gov, vbickham@cftc.gov

James M. Falvey     jimfalvey@yahoo.com

Joseph Platt     jplatt@cftc.gov

Robert Thomas Howell , III     rhowell@cftc.gov, croem@cftc.gov

Scott Robert Williamson     swilliamson@cftc.gov, croem@cftc.gov, enfch_ecf@cftc.gov

**1:20-cv-03758 Notice has been delivered by other means to:**

Jeremy S. Ruth
11220 Brista Way
Austin, TX 78726

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=8/23/2022] [FileNumber=25090743-0] [6da5f17de4826bd579487c18dfe01ade8b4f3f30d99c80c4a2c63ebd3413dd12fc2fd116bb7744c4bc12a81f2bc36cbd761d190dfc45bc17fa5920e87a29e82d]]

**Document description:** Exhibit A
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=8/23/2022] [FileNumber=25090743-1] [562abcf2f98131554ce973bb193ab53277b3184539faf9c76012477cda78ba865e6f5bf1b096e615fc2a9da052322bfa0064d6ebf861d2bfe791e662b8dec25b]]

**Document description:** Exhibit B
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=8/23/2022] [FileNumber=25090743-2] [0f3785778e90ca221756b4dae6b5a60cbd60c41cb10e046f91b2f183437e7a821a34d4d8940c6262b0d094366a6e57192aff97b7242fc18fd69eeb0a4d7fc2f1]]

**Document description:** Exhibit C
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=8/23/2022] [FileNumber=25090743-3] [082952e8b8b2ac2ed9252dde91c48ced03274678ac31b8135a6ee212699eed0946a2d7c0d96f5a894ff516d1e88eb1cb27ccfee321e42e2e4ab7aced21a3cc02]]