# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Commodity Futures Trading Commission

                        Plaintiff,

v.                                                Case No.: 1:20−cv−03758
                                                Honorable Thomas M. Durkin

Long Leaf Trading Group, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 30, 2022:

       MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held by telephone on 8/30/2022. For the reasons stated on the record, Plaintiff CFTC's motion for entry of Clerk's default against Defendant Timothy M. Evans [108] is granted without objection. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.