# Exhibit A

### SUUPPLEMENTAL DECLARATION UNDER PENALTY OF PERJURY OF JOSEPH J. PATRICK PURSUANT TO 28 U.S.C § 1746

Based upon personal knowledge, I, Joseph J. Patrick, make the following declaration in support of Plaintiff Commodity Futures Trading Commission's ("CFTC") Motion for Final Default Judgment against Defendant Andrew D. Nelson:

1. In March 2019, I was assigned to an investigation concerning Long Leaf Trading Group, Inc. ("Long Leaf"), James A. Donelson, Timothy M. Evans, Jeremy S. Ruth, and Andrew D. Nelson ("Nelson") ("Investigation"). Among other things, I was assigned to review and summarize Long Leaf's financial records, including payroll and commissions paid to Long Leaf's employees.

2. I am supplying this Supplemental Declaration to report the total payments Long Leaf made to Nelson between September 2017 and November 2018.

3. I have personal knowledge of the facts set forth herein based on my continued participation in the Investigation and subsequent litigation, *CFTC v. Long Leaf Trading Group, Inc., et al,* No. 1:20-cv-03758 (June 26, 2020, N.D. Ill.).

4. During his sworn testimony on August 6, 2019, defendant Nelson confirmed that he was an employee of Long Leaf between September 2017 and November 2018. (Ex. B-1, Nelson Test. 11:12-11:16.)

5. Between September 2017 and July 2018, Nelson was employed with Long Leaf as a broker to solicit customers to participate in Long Leaf's Time Means Money ("TMM") trading program. (*Id.* at 12:12-12:21.) As a Long Leaf broker, Nelson was paid a percentage of the brokerage commissions Long Leaf charged it's customers. (*Id.* at 41:17-43:12.)

1

2

6. Long Leaf issued Nelson a 1099-MISC for 2017 to report commissions paid of $11,548 and a 1099-MISC for 2018 reflecting commissions paid of $14,808. Copies of the 1099-MISCs Long Leaf issued to Nelson for 2017 and 2018 are attached hereto as Exhibit B-2.

7. In total, Nelson received $26,356 in commissions during his employment at Long Leaf.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*/s/ Joseph J. Patrick*
Joseph J. Patrick

Executed on January 16, 2023, in Chicago, Illinois.