## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Commodity Futures Trading Commission
                      Plaintiff,

v.                                          Case No.: 1:20−cv−03758
                                                   Honorable Thomas M. Durkin

Long Leaf Trading Group, Inc., et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 3, 2023:

    MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held by telephone on 2/3/2023. No one appeared on behalf of Defendants Evans or Nelson. For the reasons stated on the record, CFTC's Motion for Entry of Default Judgment against Defendant Timothy M. Evans [119] is granted, and CFTC's Motion for Entry of Default Judgment against Defendant Andrew D. Nelson [120] is granted. A default judgment is entered against Timothy M. Evans. Evans is found liable of the violations of the Act and Regulations set forth in the complaint. Evans is ordered to pay restitution in the amount of $3,390,407, disgorgement in the amount of $3,083,978, and a CMP in the amount of $9,251,934. Evans is enjoined from (a) engaging in substantially any activity relating to commodity interests, i.e., a "trading ban;" (b) applying for registration or acting in a capacity that requires registration by Defendants, i.e., a "registration ban;" and (c) further violative conduct of the kind described in the Complaint. A default judgment is entered against Andrew D. Nelson. Nelson is found liable of the violations of the Act and Regulations set forth in the complaint. Nelson is ordered to pay restitution in the amount of $26,356, and disgorgement in the same amount, with an offset thereto for any payments made towards restitution, and a CMP in the amount of $199,094. Nelson is enjoined from (a) engaging in substantially any activity relating to commodity interests, i.e., a "trading ban;" (b) applying for registration or acting in a capacity that requires registration by Defendants, i.e., a "registration ban;" and (c) further violative conduct of the kind described in the Complaint. A telephone status hearing is set for 4/7/2023 at 9:15 a.m. To join the telephone conference, dial 877−402−9757, Access Code 4410831. Members of the public and media will be able to call in to listen to this hearing. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.