UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Commodity Futures Trading Commission, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 20-3758 |
| Long Leaf Trading Group, Inc., James A. Donelson, Timothy M. Evans, Jeremy S. Ruth, and Andrew D. Nelson, | ) Hon. Thomas A. Durkin |
| Defendants. | ) |

**CFTC'S MOTION FOR ENTRY OF FINAL JUDGMENT**

Plaintiff Commodity Futures Trading Commission ("CFTC") hereby moves for entry of judgment against all defendants in the above-captioned action, pursuant to Federal Rules of Civil Procedure 54 and 58. The Court has now resolved all of the CFTC's claims in favor of the CFTC, and against all Defendants. The Court granted the CFTC's motions for summary judgment against Defendants Donelson, Ruth, and Long Leaf Trading Group, Inc., finding in favor of the CFTC with respect to all of its claims. (Doc. 106.) The Court subsequently granted the CFTC's motions for supplemental relief, including permanent injunctions, against those same Defendants. (Doc. 118.) The Court granted as well the CFTC's motions for default judgment against Defendants Evans and Nelson. (Doc. 122.)

Accordingly, the CFTC respectfully requests that the Court enter a final judgment against all Defendants. A proposed form of final judgment will be submitted contemporaneously to Proposed_Order_Durkin@ilnd.uscourts.gov, per the Court's procedures.

/s/ Ashley J. Burden

Ashley J. Burden
aburden@cftc.gov
Elizabeth M. Streit
estreit@cftc.gov
Jody Platt
jplatt@cftc.gov
Counsel for Plaintiff CFTC
Commodity Futures Trading Commission
Division of Enforcement
77 West Jackson Blvd.
Suite 800
Chicago, IL 60604
(312) 596-0700

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2023, I provided service to the persons listed below, and by the following means:

Via the Court's electronic CM/ECF system:

Via email, pursuant to agreement, to:

Jim Falvey
Falvey Law Office
200 S. Wacker Dr., Ste. 3100
Chicago, IL 60606-5877
jimfalvey@yahoo.com

Jeremey S. Ruth
11220 Brista Way
Austin, TX 78726
jeremysruth@hotmail.com

Charles E. McElvenny
Law Office of Charles E. McElvenny
33 N. Dearborn St., Ste. 1000
Chicago, IL 60602

*Pro se*

Counsel to James A. Donelson and Long Leaf Trading Group, Inc.[1]

/s/ Ashley J. Burden

Ashley J. Burden
Commodity Futures Trading Commission
Division of Enforcement
77 West Jackson Blvd.
Suite 800
Chicago, IL 60604
(312) 596-0700
aburden@cftc.gov

---

[1] Mr. McElvenny is counsel to Defendant Donelson only, and not to Long Leaf Trading.