# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Commodity Futures Trading Commission, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 20-3758 |
| vs. | ) | |
| | ) | Hon. Thomas A. Durkin |
| | ) | |
| Long Leaf Trading Group, Inc. et al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant James A. Donelson appeals to the United States Court of Appeals for the Seventh Circuit this Court's March 29, 2023, Final Judgment and all other Orders and Opinions which have become final as a result of the March 29, 2023, Final Judgment, including, but not limited to, the Opinion and Orders entered in this action on July 27, 2022, and December 6, 2022, respectively, granting Plaintiff's Motion for Partial Summary Judgment and Plaintiff's Motion for Supplemental Relief. Defendant appeals the Court's ruling only as to Defendant James A. Donelson.

**Dated: April 27, 2023**

        Respectfully submitted,

        Defendant James A. Donelson

BY:   **/s/ Charles E. McElvenny**

        Charles McElvenny, JD, MSA
        Law Office of Charles E. McElvenny
        1509 Waukegan Road
        Suite 1133
        Glenview, IL 60025
        312-291-8330
        charlie@cemlawfirm.com