UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Commodity Futures Trading Commission, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 20-3758 |
| vs. | ) | |
| | ) | Hon. Thomas A. Durkin |
| | ) | |
| Long Leaf Trading Group, Inc. et al. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT-APPELLANT JAMES A. DONELSON'S
DOCKETING STATEMENT**

Defendant-Appellant JAMES A. DONELSON, through his undersigned counsel, submits the following docketing statement pursuant to Circuit Rules 3(c)(1) and 28(a):

1. **Jurisdiction of the District Court.** This action was originally filed in the United States District Court for the Northern District of Illinois. Plaintiff's complaint was an action under Commodity Exchange Act ("Act"), 7 U.S.C §§ 1- 26 (2018), and accompanying Commission Regulations ("Regulations"), 17 C.F.R. pts. 1-190 (2019) alleging violations of the Act and Regulations; the Complaint also sought injunctive relief. The district court had federal question jurisdiction under 28 U.S.C. § 1331, and supplemental jurisdiction pursuant to 28 U.S.C. § 1345 and Section 6c(a) of the Act, 7 U.S.C. § 13a-1(a) (2018).

2. **Appellate Jurisdiction.** The United States Court of Appeals for the Seventh Circuit has jurisdiction over this appeal pursuant to 28 U.S.C. § 1291 in that Defendant James A. Donelson has filed a timely notice of appeal from a final judgment in the United States District Court for the Northern District of Illinois.

    **(i)**   **The Date of the Entry of Judgment or the Decree(s) Sought to Be Reviewed:**

        (1)     The March 29, 2023, Final Judgment entered by the District Court and all related Orders including, but not limited to, the Opinion and Orders entered in this action on July 27, 2022, and December 6, 2022, respectively, granting Plaintiff's Motion for Partial Summary Judgment and Plaintiff's Motion for Supplemental Relief

    **(ii)**   **The Filing Date of Any Motion for a New Trial or Alteration of the Judgment or Any Other Motion Claimed to Toll the Time Within Which to Appeal.** None.

    **(iii)**   **The Disposition of Such a Motion and the Date of its Entry.** Not applicable.

    **(iv) The Filing Date of the Notice of Appeal (Together with Information about an Extension of Time If One Was Granted).** Defendant's Notice of Appeal is filed simultaneously herewith on April 27, 2023.

    **(v) If the Case Is a Direct Appeal from the Decision of a Magistrate Judge, the Dates on Which Each Party Consented in Writing to the Entry of Final Judgment by the Magistrate Judge.** Not applicable.

    3.   <u>**Information If the Appeal Is from an Order Other than from a Final Judgment.**</u> Not applicable.

**Dated: April 27, 2023**

                                Respectfully submitted,
                                Defendant James A. Donelson

BY:    **/s/ Charles E. McElvenny**
         Charles McElvenny, JD, MSA
         Law Office of Charles E. McElvenny
         1509 Waukegan Road
         Suite 1133
         Glenview, IL 60025
         312-291-8330
         charlie@cemlawfirm.com