# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

April 27, 2023

**To:** Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

>
> Appellate Case No: 23-1809
>
> Caption:
> COMMODITY FUTURES TRADING COMMISSION,
>             Plaintiff - Appellee
>
> v.
>
> JAMES A. DONELSON,
>             Defendant - Appellant
>
> District Court No: 1:20-cv-03758
> Clerk/Agency Rep Thomas G. Bruton
> District Judge Thomas M. Durkin
>
> Date NOA filed in District Court: 04/27/2023

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)