**From:** Elia_Carrion@ilnd.uscourts.gov
**Subject:** CFTC v. Long Leaf Trading Group, Inc. et al., 20 CV 3758, Transcript Order# 45850
**Date:** May 11, 2023 at 12:03 PM
**To:** charlie@cemlawfirm.com



**Thank you for your transcript order. You will be contacted directly by the assigned court reporter regarding your request. Please be advised the order date is the date on which the delivery schedule is approved by the court reporter or transcriber.** All orders must be paid for in advance, unless other arrangements are made with the court reporter or transcriber. If you have any questions or concerns, please feel free to email the Court Reporter Coordinator at ilnd_courtservices@ilnd.uscourts.gov.

**PROCEEDINGS TRANSCRIPT ORDER FOR:**
**Selected Judge:** JUDGE THOMAS M. DURKIN
**Assigned Court Reporter:** ELIA CARRION

**TRANSCRIPT ORDER# 45850** (CFTC v. Long Leaf Trading Group, Inc. et al.)

**CASE INFORMATION**
**Proceeding Dates:** February 3, 2023
**Case Number:** 20 CV 3758
**Case Title:** CFTC v. Long Leaf Trading Group, Inc. et al.


**DELIVERY INFORMATION**
**Preferred Delivery Schedule:** Fourteen Days
**Delivery Information:** PDF Format
**Additional Instructions:**


**ORDERING ATTORNEY INFORMATION**
**Name of Ordering Attorney:** Mr. Charles E. McElvenny
**Firm Name:** Law Office of Charles E. McElvenny
**Firm Address:** 1509 Waukegan Road #1133 Glenview, IL 60025
**Name of Contact Person:** Mr. Charles McElvenny
**Phone number:** 847-544-8841
**Email Address:** charlie@cemlawfirm.com


**IF THIS IS A CRIMINAL CASE...**
**Indicate the attorney's status:** Retained Attorney
**Is the case is currently on appeal?** Yes
**Is this a CJA Attorney?** No


Date and time sent: 5/11/2023 10:02:51 AM